Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | SouthFresh Aquaculture, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  SouthFresh Processors<br>DBA  SouthFresh Farms<br>DBA  SouthFresh Feed<br>DBA  World Select<br>DBA  Custom Seining<br>DBA  Landrum Transportation |
| 3. | Debtor's federal Employer Identification Number (EIN) | 63-1237245 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>1792 McFarland Blvd N Ste B<br>Tuscaloosa, AL 35406-2189<br>Number, Street, City, State & ZIP Code<br><br>Tuscaloosa<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>1231 US Hwy 43, Eutaw, AL 35462<br>(plus additional cold storage facilities in various states); and<br>403 Maria Ave, Demopolis, AL 36732-1519<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.southfresh.com | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **SouthFresh Aquaculture, LLC** Case number (*if known*) _____
_____
Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3117__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor **SouthFresh Aquaculture, LLC**    Case number (*if known*) _____
       Name

| 11. | Why is the case filed in this district? | *Check all that apply:* |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No |
|---|---|---|
| | | ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 1231 US Hwy 43, Eutaw, AL 35462
Cold storage facilities in various other states; 403 Maria Ave
Demopolis, AL, 36732-1519
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☑ Yes. Insurance agency **Axis Surplus Insurance Company**
         Contact name **Jimmy Jones**
         Phone **615-377-5115**

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated Assets | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | SouthFresh Aquaculture, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/28/19__
MM / DD / YYYY

X _/s/ Justin Funk_
Signature of authorized representative of debtor

**Justin Funk**
Printed name

Title __Secretary/Chief Financial Officer__

**18. Signature of attorney**

X _/s/ J. Leland Murphree_
Signature of attorney for debtor

Date __1/28/19__
MM / DD / YYYY

**J. Leland Murphree**
Printed name

**Maynard Cooper & Gale, P.C.**
Firm name

**1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-4604**
Number, Street, City, State & ZIP Code

Contact phone __205-254-1103__    Email address __lmurphree@maynardcooper.com__

**ASB-O63M-1857 AL**
Bar number and State

SECRETARY'S CERTIFICATE OF

SOUTHFRESH AQUACULTURE, LLC

The undersigned secretary of SouthFresh Aquaculture, LLC, an Alabama limited liability company (the "Company"), does hereby certify on behalf of the Company as follows:

1. The undersigned is the Secretary of the Company and is authorized to execute and deliver this Certificate on behalf of the Company.

2. Attached hereto as Exhibit A is a true and correct copy of resolutions of the Company's Management Board duly adopted at a special meeting held on January 24, 2019.

3. The resolutions attached hereto as Exhibit A are in full force and effect in the form attached hereto and have not been rescinded, amended or modified in any way as of the date hereof.

IN WITNESS WHEREOF, the Company has caused this Certificate to be executed by the undersigned on its behalf on this 28th day of January, 2019.

SOUTHFRESH AQUACULTURE, LLC

By: _____
 [signature]

Name: ____Justin Funk____
 [typed or printed name]

Title: Secretary

04723417.2

<u>Exhibit A</u>

(attached)

04723417.2

Case 19-70152-JHH11    Doc 1    Filed 01/28/19    Entered 01/28/19 15:23:29    Desc Main
Document    Page 6 of 14

# RESOLUTIONS OF THE MANAGEMENT BOARD
# DULY ADOPTED AT ITS MEETING
# HELD ON JANUARY 24, 2019

The following Resolutions were adopted at a special meeting of the Management Board of SouthFresh Aquaculture, LLC (the "Company") held on January 24, 2019.

1. **Resolution Authorizing the Company to Make a Voluntary Petition for Relief under the Provisions of Chapter 11 of Title 11 of the United States Code.**

   NOW THEREFORE BE IT RESOLVED, that in the judgment of the Management Board, it is desirable and in the best interests of the Company, its Member, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court") or other court of competent jurisdiction; and

   RESOLVED FURTHER, that each of Mark Lamb and Justin Funk (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or documents, and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course of operation of the Company's business.

2. **Resolution Authorizing the Retention of Professionals**

   NOW THEREFORE, BE IT RESOLVED, that each of the Authorized Officers be, and hereby is, authorized, empowered, and directed to employ the law firm of Maynard, Cooper & Gale, P.C. as the Company's counsel, to represent and assist the Company in commencing proceedings and carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and remedies, including filing any pleadings and conducting any potential sale process on behalf of the Company; and, in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Maynard, Cooper & Gale in accordance with applicable law.

   RESOLVED FURTHER, that each of the Authorized Officers be, and hereby is, authorized, empowered and directed to employ the law firm of Mayo Mallette, PLLC as the Company's special counsel, to represent and assist the Company in ongoing and future litigation and to take any and all actions to advance the Company's rights and remedies, including filing any pleadings in connection therewith; and each of the Authorized Officers, with power of delegation, is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain Mayo Mallette in accordance with applicable law.

RESOLVED FURTHER, that each of the Authorized Officers be, and hereby is, authorized, empowered, and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, appropriate, or desirable, including, without limitation, special counsel to the extent determined necessary, appropriate, or desirable.

RESOLVED FURTHER, that the Authorized Officers be, and hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officers deem necessary, appropriate, or desirable in connection with the Company's Chapter 11 Case.

3. **Resolutions Authorizing the Company's Use of Debtor-in-Possession Financing and Adequate Protection**[1]

NOW THEREFORE BE IT RESOLVED, that in the judgment of the Management Board of the Company, the Company will receive benefits from the DIP Agreement (as defined below) and the Loan contemplated thereunder, and it is desirable and in the best interest of the Company that the form, terms, and provisions of that certain (i) Debtor-in-Possession Line of Credit and Security Agreement, to be dated on or about the date hereof, together with any and all exhibits, schedules, and annexes thereto (the "DIP Agreement"), among SouthFresh Aquaculture, LLC, as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code (the "Borrower"), and Alabama Farmers Cooperative, Inc. (the "Lender") from time to time party thereto, and (ii) the Loan Documents to which the Company is a party, and all other documents, agreements, instruments or certificates, intellectual property security agreements, joinders, and consents to be executed, delivered or filed by the Company in connection therewith, and the transactions contemplated by the DIP Agreement and the other Loan Documents (in each case including, without limitation, the borrowings and other extensions of credit thereunder or pursuant to, the issuance of any letter of credit thereunder, and any guaranties, liabilities, obligations, security interests granted and notes issued in connection therewith), be, and hereby are, authorized, adopted and approved.

RESOLVED FURTHER, that the Management Board of the Company has determined that it is necessary and in the best interest of the Company's business and affairs, for the Company to execute, deliver, and perform the DIP Agreement and the other Loan Documents under the DIP Agreement, to perform the Company's obligations thereunder and to consummate the transactions contemplated thereby, including, without limitation, any borrowings, and the granting of any security interests and liens, and further, the Company's execution and delivery thereof, and the incurrence and performance of its obligations in connection with the DIP Agreement, and any

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the DIP Agreement (as defined herein).

04717033.2

other Loan Document, and the consummation of the transactions contemplated thereby or entered into in connection with the Loan Documents, including, without limitation, any Borrowing by the Company under the Loan Documents, is hereby, in all respects, authorized and approved.

RESOLVED FURTHER, that the Company and each of its Authorized Officers are authorized, empowered and directed, in the name and on behalf of the Company, to grant security interests in, pledge, assign, transfer, mortgage, convey and/or deliver, as security for obligations under the Loan Documents, any assets now or hereafter held or belonging to the Company, and the grants of security interests by the Company and Liens in all of the Company's assets and property constituting Collateral as collateral security for the payment of the Obligations, advances, debts or liabilities of the Company, the pledges of collateral (including, without limitation, pledges of real and personal property as collateral), the assignments, transfers, conveyances and mortgages of assets, and the filing or authorization of any Uniform Commercial Code (the "UCC") financing statements, under and in connection with the Loan Documents, be and they hereby are, authorized, adopted and approved.

RESOLVED FURTHER, that each of the Authorized Officers of the Company is hereby authorized and directed to negotiate the terms of and to execute, deliver and perform the Loan Documents and any and all other documents, certificates, instruments, notes, mortgages, deeds of trust, intellectual property security agreements, joinders, consents, or agreements relating to or in connection with the transactions contemplated thereby in the name and on behalf of the Company, in the form approved, with such changes therein and modifications and amendments thereto as any of the Authorized Officers may in his or her sole discretion approve on behalf of the Company, which approval shall be conclusively evidenced by his or her execution thereof (such execution by any of the Authorized Officers is hereby authorized to be by original hardcopy, facsimile or similar instantaneous electronic transmission device).

RESOLVED FURTHER, that, in accordance with section 363 of the Bankruptcy Code, the Company may provide certain adequate protection to the secured lender (the "Adequate Protection Obligations"), as documented in a proposed interim and any final DIP order (each, a "DIP Order") substantially in the form presented to the Managers, with such changes, additions, and modifications thereto as any Authorized Officer executing the same shall approve, such approval to be conclusively evidenced by an Authorized Officer's execution or approval and delivery thereof, to be submitted for entry by the Bankruptcy Court.

RESOLVED FURTHER, that the form, terms, and provisions of the DIP Order to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted, and approved, and each Authorized Officer be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the DIP Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which the Company is or will be a party, including, but not limited to any security and pledge agreement or guaranty agreement (collectively with the DIP Order, the "DIP Documents"), to incur and pay or cause to be paid all fees and expenses and engage such persons, in connection with the foregoing resolutions, in accordance with the DIP Documents, and in each case, in the form or substantially in the form thereof presented to the Management Board of the Company or the Authorized Officers, with such

04717033.2

changes, additions, and modifications thereto as an Authorized Officer executing or approving the same shall approve, such approval to be conclusively evidenced by an Authorized Officer's execution and delivery thereof.

RESOLVED FURTHER, that in order to carry out fully the intent and effectuate the purposes of the foregoing resolutions, each of the Authorized Officers be, and hereby is, authorized and empowered on behalf of the Company to take all such further actions including, without limitation, acting to arrange for, enter into or grant amendments, amendments and restatements, supplements, renewals, replacements, consolidations, substitutions, extensions and modifications to and waivers of any of the foregoing DIP Agreement, DIP Documents, the Loan Documents, agreements, instruments and other documents (the "Agreements"), and to arrange for and enter into supplemental agreements, instruments, certificates, joinders, consents, borrowing notices, financing statements and other documents, relating to the transactions contemplated by the Agreements, and to execute, deliver and perform all such further amendments, modifications, waivers, supplemental agreements, instruments, notes, certificates, joinders, consents, financing statements and documents, as may be called for under or in connection with the Agreements, in the name and on behalf of the Company, and to pay, subject to any required court approval, all such fees and expenses, which shall in his or her judgment be deemed necessary, proper or advisable in order to perform the Company's obligations under or in connection with the Agreements and the transactions contemplated thereby; and to the extent any such payments have been made to date, any and all such payments are hereby authorized, ratified, confirmed and approved in all respects.

### 4. Miscellaneous

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all other such agreements, certificates, instruments, and other documents and to pay all expenses, in each case as in such Authorized Officer's or Authorized Officers' judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted hereby.

RESOLVED FURTHER, that the Member and the Management Board have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing Resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

RESOLVED FURTHER, that any and all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, prior to the date of this consent on behalf of the Company be, and are hereby in all respects are approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Member and the Management Board.

RESOLVED FURTHER, that each of the Authorized Officers (and their designees and delegates) be and hereby is authorized and empowered to take all actions or to not take any action in the name of and on behalf of the Company with respect to the transactions contemplated by these Resolutions hereunder as such Authorized Officer shall deem necessary, appropriate, or desirable in such Authorized Officer's reasonable business judgment be necessary, appropriate, or desirable to effectuate the purposes of the transactions contemplated hereby; and

RESOLVED FURTHER, that these Resolutions shall be filed with the minutes of the proceedings of the Management Board.

04717033.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE: )
)
) Case No.
SOUTHFRESH AQUACULTURE, LLC, )
) Chapter 11
Debtor. )
)

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| SouthFresh Aquaculture, LLC | Alabama Farmers Cooperative, Inc. | 121 Somerville Road NE, Decatur, AL 35601 | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of the commencement of the chapter 11 case.

04717031.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE: )
)
) Case No.
SOUTHFRESH AQUACULTURE, LLC, )
) Chapter 11
Debtor. )
)

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interest.

| Shareholder | Approximate Percentage of Share Held |
|---|---|
| Alabama Farmers Cooperative, Inc. | 100% |

04717032.1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SouthFresh Aquaculture, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☒ Other document that requires a declaration   _List of Equity Security Holders and Corporate Ownership Statement_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/28/19         X _/s/ signature_
                              Signature of individual signing on behalf of debtor

                              **Justin Funk**
                              Printed name

                              **Secretary/Chief Financial Officer**
                              Position or relationship to debtor