**Fill in this information to identify the case:**

Debtor name: SouthFresh Aquaculture, LLC

United States Bankruptcy Court for the: Northern District  District of Alabama
(State)

Case number (If known): 19-70152

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kyle D. Schmidt | Kyle D. Schmidt 2448 Hopewell Rd Brooksville, MS 39739 | trade debt | contingent, unliquidated | | | $143,000 |
| 2 | Running Creek Farms | Ronald Nichols 653 Highway 17 Aliceville, AL 35442 | trade debt | | | | $83,200.66 |
| 3 | Double Wheel Farm | 5111 US Highway 11 S Boligee, AL 35443 | trade debt | contingent, unliquidated, disputed | | | $82,243.04 |
| 4 | Ken Diller | Ken Diller 1661 CR 2 Gallion, AL 36742 | trade debt | contingent, unliquidated | | | $70,000 |
| 5 | Alabama Power | 600 North 18th Street Birmingham, AL 35203 | utility | contingent, unliquidated | | | $70,000 |
| 6 | **Winsea International** | **8700 Commerce Park Drive, STE 219 Houston, TX 77036** | trade debt | | | | $67,680 |
| 7 | **Greene Co. Revenue Commissioner** | **Barbara McShan Greene Co Courthouse 400 Morrow Ave Eutaw, AL 35462** | taxes | | | | $67,663.33 |
| 8 | **Blue Cross Blue Shield of Alabama** | 450 Riverchase Parkway East Birmingham, AL 35236-0037 | insurance | | | | $65,388.24 |

Debtor  SouthFresh Aquaculture, LLC  Case number (if known) 19-70152

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SeaQuest Seafood | 530 SOUTH 6TH AVENUE<br>City of Industry, CA  91746 | trade debt | | | | $61,065 |
| 10 | Elysian Farms | Lisa Cochran<br>PO Box 319<br>Greensboro, AL  36744 | trade debt | | | | $40,306.16 |
| 11 | AB Vista, Inc. | 150 S Pine Island Rd, Suite 270<br>Plantation, FL  33324 | trade debt | | | | $26,350 |
| 12 | Prairie Cajun Brand, LLC | 1277 HIGHWAY 757<br>Eunice, LA  70535 | trade debt | | | | $25,272 |
| 13 | Southeastern Refrigeration | 310 26th Avenue West<br>Birmingham, AL  35204 | trade debt | | | | $21,477.36 |
| 14 | Packers Sanitation Services | 3681 PRISM LANE<br>Kleler, WI  53812 | trade debt | | | | $20,104 |
| 15 | Sea Delight LLC | 8195 NW 67 Street<br>Miami, FL  33166 | trade debt | | | | $18,562.60 |
| 16 | Hilo Fish Company | 55 Holomua Street<br>Hilo, HI  96720 | trade debt | | | | $17,855 |
| 17 | Westway Feed Products | 23623 Network Place<br>Chicago, IL  60673-1236 | trade debt | | | | $15,277.54 |
| 18 | Robert Hall | 15480 Hwy 69 South<br>Greensboro, AL  36744 | **trade debt** | contingent, unliquidated | | | $14,000 |
| 19 | Little Rock Farm, Inc. | 4446 County Road 10<br>Greensboro, AL  36744 | **trade debt** | | | | $13,918.35 |
| 20 | Heartland Catfish | 55001 Highway 82-West<br>Itta Bena, MS  38941 | **trade debt** | | | | $13,500 |