# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Case No. 19-70152 |
| SOUTHFRESH AQUACULTURE, LLC, | ) ) | Chapter 11 |
| Debtor. | ) ) ) |  |

**ORDER GRANTING, IN PART, DEBTOR'S MOTION FOR ORDER (I) AUTHORIZING THE DEBTOR TO (A) CONTINUE TO OPERATE ITS CASH MANAGEMENT SYSTEM, (B) HONOR CERTAIN PRE-PETITION OBLIGATIONS RELATED THERETO, (C) MAINTAIN EXISTING BUSINESS FORMS, AND (II) GRANTING RELATED RELIEF**

This matter is before the court on the motion (the "Motion")[1] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order"), (i) authorizing the Debtor to (a) continue to operate its Cash Management System, (b) honor certain pre-petition obligations related thereto, (c) maintain existing Business Forms in the ordinary course of business, and (ii) granting related relief, all as more fully set forth in the Motion. The court convened an emergency hearing on the motion at 9:30 a.m. on January 30, 2019 (the "Emergency Hearing"). The Emergency Hearing is ongoing. The Motion represents that CoBank, one of the Cash Management Banks, intends to dishonor any and all checks, ACH transfers, and other drafts payable from the Debtor's Bank Account with CoBank (account number ending 4211) that were issued prior to the filing of the bankruptcy petition but that had not been presented to, or honored by, CoBank as of the petition date (collectively, the "Pre-Petition Items"), absent entry of an order authorizing payment of the Pre-Petition Items by 1:00 p.m. local time on January 30, 2019.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the First day Declaration, as applicable.

Pending before the court are emergency motions to pay certain pre-petition obligations of the Debtor for which many such Pre-Petition Items were issued. The emergency hearings on such matters have not concluded. To avoid irreparably harmful disruptions to the Debtor's business and the businesses of its vendors, and for other cause, and based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the Emergency Hearing, the court herby ORDERS that the Motion is granted, in part, on the following terms:

1. If directed by the Debtor to honor a Pre-Petition Item pursuant to a separate order of the court, CoBank shall honor the Pre-Petition Item, and, notwithstanding any subsequent determination that the honoring of the item resulted in an unauthorized post-petition transfer, CoBank shall not be liable for any Pre-Petition Item honored at the direction of the Debtor pursuant to this order.

2. If the Debtor has not directed CoBank to honor a Pre-Petition Item within 48 hours after the entry of this Order, CoBank is authorized to dishonor the item.

3. The remaining relief requested in the Motion shall be the subject of a separate order.

Dated: January 30, 2019

          /s/ Jennifer H. Henderson
UNITED STATES BANKRUPTCY JUDGE