# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: ) ) | |
| ) | Case No. 19-70152-JHH |
| SOUTHFRESH AQUACULTURE, LLC, ) ) | Chapter 11 |
| Debtor. ) | |

## NOTICE

**PLEASE TAKE NOTICE THAT** on February 8, 2019, pursuant to the Court's Chapter 11 Operating Order (Doc. 48), SouthFresh Aquaculture, LLC (the "Debtor") provided the insurance policies listed on the schedule attached hereto as **Exhibit "A"** and six (6) months of the Debtor's pre-petition bank statements to the Office of the Bankruptcy Administrator for the Northern District of Alabama, Western Division and made them available to the Clerk of Court. Copies of the aforementioned documents will be provided to the Court upon request.

Respectfully submitted this the 11th day of February, 2019.

/s/ Wes Bulgarella
J. Leland Murphree
Jayna P. Lamar
Ryan D. Thompson
Evan N. Parrott
Wes Bulgarella

*Proposed Counsel to the Debtor*

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North,
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000
lmurphree@maynardcooper.com
jlamar@maynardcooper.com
rthompson@maynardcooper.com
eparrott@maynardcooper.com

04743284.1

wbulgarella@maynardcooper.com

# Exhibit A

## Insurance Policies

04743284.1

**SouthFresh Insurance Policies**

| a. Policy Number | b. Name of Insured | c. Property Insured | d. Beneficiary | e. Name and address of insuring agent | f. Amount of Coverage | g. Type of Insurance | h. Policy Term | i. Premium | j. Insurance Carrier(s) | k. Premium due date |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 CSE S63400 | SouthFresh Aquaculture, LLC | Company automobiles | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $1,000,000 | Automobile | 8/1/18 – 8/1/19 | $1,167.34 | Hartford Financial Services Group, Inc.<br>690 Asylum Avenue<br>Hartford, CT 06155 | 8/1/2019 |
| M5JBME11G68695AIND15 | SouthFresh Aquaculture, LLC | Boilers and machinery | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $50,000,000 | Boiler & Machinery | 8/1/18 – 8/1/19 | $54.31 | Travelers Casualty & Surety Company<br>One Tower Square<br>Hartford, CT 06183 | 8/1/2019 |
| SAA42137910000 | SouthFresh Aquaculture, LLC | First party and Third party theft | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $1,000,000 | Crime | 9/30/18 – 9/30/19 | $12.25 | Great American Insurance Co.<br>Great American Tower 23N<br>301 East Fourth Street<br>Cincinnati, OH 45202 | 9/30/2019 |
| 01-425-61-03 | SouthFresh Aquaculture, LLC | Computer-stored information; computer security breach | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>2200 Woodcrest Place, Suite 250<br>Birmingham, AL 35209 | $5,000,000 | Cyber Liability | 9/30/18 – 9/30/19 | $53.38 | National Union Insurance Company<br>175 Water Street<br>New York, NY 10038-4969 | 9/30/2019 |
| 01-425-46-22 | SouthFresh Aquaculture, LLC | Board of Directors, officers of the company, Employment liability | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>2200 Woodcrest Place, Suite 250<br>Birmingham, AL 35209 | $11,000,000 AFC, Member Coops - $3,000,000 per occurrance and $6,000,000 aggregate | Directors & Officers, EPL, and Fiduciary Bond | 9/30/18 – 9/30/19 | $111.14 | National Union Insurance Company<br>175 Water Street<br>New York, NY 10038-4969 | 9/30/2019 |
| 8237-1341 | SouthFresh Aquaculture, LLC | Board of Directors, officers of the company, Employment liability | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>2200 Woodcrest Place, Suite 250<br>Birmingham, AL 35209 | $10,000,000 over primary insurance | Excess Directors & Officers, and EPL | 9/30/18 – 9/30/19 | $50.94 | Federal Insurance Company<br>15 Mountainview Rd<br>Warren, NJ 07059 | 9/30/2019 |
| BE 15434395 | SouthFresh Aquaculture, LLC | All operations, locations and company owned automobiles | SouthFresh Aquaculture, LLC | CRC Insurance Services, Inc.<br>One Metroplex Drive, Suite 400<br>Birmingham, AL 35209 | $22,000,000 over primary insurance | Excess Umbrella | 8/1/18 – 8/1/19 | $1,239.60 | Aspen Insurance Holdings Limited<br>600 Atlantic Ave Ste 2000<br>Boston, MA 02210 | 8/1/2019 |
| G27109962 001 | SouthFresh Aquaculture, LLC | Fiduciary and agency required bonds | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $1,000,000 Occ $5,000,000 Agg | Financial Institution Bond | 9/30/18 – 9/30/19 | $4.28 | Great American Insurance Company<br>Great American Tower 23N<br>301 East Fourth Street<br>Cincinnati, OH 45202 | 9/30/2019 |
| 19-0005 | SouthFresh Aquaculture, LLC | Feedmill property Flood Zone AE | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | Based on Value and Contents. Max is $500,000 | Flood | 8/1/18 – 7/31/19 | $3,944.17 | Alabama Farmers Insurance Company for Cooperatives, Inc.<br>121 Somerville Rd.<br>Decatur, AL 35601 | 7/31/2019 |
| ATN-ATL1710554 | SouthFresh Aquaculture, LLC | All locations and operations | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $1,000,000 Occ $2,000,000 Agg | General Liability | 8/1/18 – 8/1/19 | $2,586.47 | United Specialty Insurance Company<br>Venture Underwriters, Inc.<br>Northridge Rd., Suite400<br>Atlanta, GA 30350 | 8/1/2019 |
| 0630207695-0002 | SouthFresh Aquaculture, LLC | Designated employees | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | | Life | N/A | | Cigna<br>Life Insurance Company of North America<br>1601 Chestnut Street<br>Philadelphia, PA 19192 | |
| SM0512617 | SouthFresh Aquaculture, LLC | All inventory and stock, in storage or in transit | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $30,000,000 Includes Flood and Windstorm | Marine Stock Throughput | 8/1/18 – 8/1/19 | $694.21 | Lloyd's of London<br>Arthur J. Gallagher (UK) Limited<br>The Walbrook Building<br>25 Walbrook, London EC4N 8AW | 8/1/2019 |
| 2914500 | SouthFresh Aquaculture, LLC | All locations and operations | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $10,000 Incident $20,000,000 Agg | Pollution | 9/30/16 – 9/30/19 | $241.28 | Ironshore, Inc.<br>One Riverway, Suite 1025<br>Houston, TX 77056 | 9/30/2019 |
| EAF62466117 | SouthFresh Aquaculture, LLC | Building, contents, mobile equipment | SouthFresh Aquaculture, LLC | Risk Placement Services, Inc.<br>2400 Lakeview Parkway, Suite 675<br>Georgia 400 Business Center<br>Alpharetta, GA 30009 | $10,000,000 | Property | 8/1/18 - 8/1/19 | $1,086.31 | AXIS Capital<br>111 South Wacker Drive, Suite 3500<br>Chicago, IL 60606 | 8/1/2019 |
| MSP603147601 | SouthFresh Aquaculture, LLC | Building, contents, mobile equipment | SouthFresh Aquaculture, LLC | RPS, Inc. (GA)<br>2400 Lakeview Parkway, Suite 675<br>Alpharetta, GA 30009 | $7,500,000 (excess over $10 million) | Property | 8/1/18 - 8/1/19 | | Colony Insurance Company<br>8720 Stony Point Pkwy, Suite 400<br>Richmond, VA 23235 | 8/1/2019 |
| XP264442 | SouthFresh Aquaculture, LLC | Building, contents, mobile equipment | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $7,500,000 (excess over $10 million) | Property | 8/1/18 - 8/1/19 | | First Specialty Insurance Corporation | 8/1/2019 |

SouthFresh Insurance Policies

| a. Policy Number | b. Name of Insured | c. Property Insured | d. Beneficiary | e. Name and address of insuring agent | f. Amount of Coverage | g. Type of Insurance | h. Policy Term | i. Premium | j. Insurance Carrier(s) | k. Premium due date |
|---|---|---|---|---|---|---|---|---|---|---|
| NHD901496 | SouthFresh Aquaculture, LLC | Building, contents, mobile equipment | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $75,000,000 (excess over $25 million) | Property | 8/1/18 - 8/1/19 | | RSUI Group, Inc.<br>945 East Paces Ferry Road, Suite 1800<br>Atlanta, GA 30326 | 8/1/2019 |
| FP0012613 | SouthFresh Aquaculture, LLC | All operations | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $5,000,000 Occ  $10,000,000 Agg | Terrorism – Liability | 8/1/18 – 8/1/19 | $119.72 | Lloyd's of London<br>Arthur J. Gallagher (UK) Limited<br>The Walbrook Building<br>25 Walbrook, London EC4N 8AW | 8/1/2019 |
| FP014313 | SouthFresh Aquaculture, LLC | All property | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $25,000,000 | Terrorism – Property | 8/1/18 – 8/1/19 | $44.46 | Lloyd's of London<br>Arthur J. Gallagher (UK) Limited<br>The Walbrook Building<br>25 Walbrook, London EC4N 8AW | 8/1/2019 |
| MKLV2EUL101667 (General Liability) GA17EXC905827IV (Automobile) | SouthFresh Aquaculture, LLC | All operations, locations and company owned automobiles | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $4,000,000 | Umbrella – General Liability and Automobile | 8/1/18 – 8/1/19 | $1,874.82 | Evanston Insurance Company and Navigators Insurance Company<br>10 Parkway North<br>Deerfield, IL 60015 | 8/1/2019 |
| 90-15411-03 | SouthFresh Aquaculture, LLC | All employees | SouthFresh Aquaculture, LLC | Arthur J. Gallagher<br>Jimmy Jones<br>8 Cadillac Dr, Suite 200<br>Brentwood, TN 370274<br>615-377-5115 | $1,000,000 | Workers' Compensation and Employers Liability | 8/1/18 – 8/1/19 | $2,979.65 | Sentry Insurance<br>1800 North Point Drive<br>Stevens Point, WI 54481 | 8/1/2019 |
| AFICC 19-0001 | SouthFresh Aquaculture, LLC | Deductible Reimbursement all lines | SouthFresh Aquaculture, LLC | Davidson Risk Consulting<br>Bob Davidson<br>615-260-3005 | N/A | Deductible Reimbursement | 8/1/18-8/1/19 | $20,107.54 | Alabama Farmers Insurance Company for Cooperatives, Inc.<br>121 Somerville Rd.<br>Decatur, AL 35601 | 8/1/2019 |
| AFICC 19-0002 | SouthFresh Aquaculture, LLC | Recall of fish or feed | SouthFresh Aquaculture, LLC | Davidson Risk Consulting<br>Bob Davidson<br>615-260-3005 | $1,000,000 | Product Recall | 8/1/18-8/1/19 | $85.46 | Alabama Farmers Insurance Company for Cooperatives, Inc.<br>121 Somerville Rd.<br>Decatur, AL 35601 | 8/1/2019 |