**Fill in this information to identify the case:**

Debtor name: SouthFresh Aquaculture, LLC
United States Bankruptcy Court for the: Northern District, District of Alabama (State)
Case number (If known): 19-70152-JHH

[X] Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Double Wheel Farm<br>5111 U.S. Highway 11S<br>Boligee, AL  35443 | | Trade Debt | contingent, disputed | | | $83,200.66 |
| 2 | Sysco<br>1390 Enclave Pkwy.<br>Houston, TX 77077-2099 | | Trade Debt | | | | 34,462.31 |
| 3 | Georgia Pacific Corrugated<br>405 Maxwell Drive<br>Albany, GA  61701 | | Trade Debt | | | | 29,728.87 |
| 4 | AB Vista, Inc.<br>150 So Pine Island Rd., Suite 270<br>Plantation, FL  33324-2677 | | Trade Debt | | | | 26,350 |
| 5 | BAADER<br>3086 Paysphere Circle<br>Chicago, IL  60674-0030 | | Trade Debt | | | | 22,158.14 |
| 6 | Southeastern Refrigeration<br>310 26th Avenue West<br>Birmingham, AL  35204 | | Trade Debt | | | | 22,052.22 |
| 7 | ADM Milling<br>PO Box 745086<br>Atlanta, GA  30374-5086 | | Trade Debt | | | | 21,459.84 |
| 8 | Nutra Blend Corporation<br>PO Box 202619<br>Dallas, TX  75320-2619 | | Trade Debt | | | | 19,269.68 |

| Debtor | SouthFresh Aquaculture, LLC | Case number (if known) 19-70152 |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Alabama Power<br>600 North 18th Street<br>Birmingham, AL  35203 | | Trade Debt | | | | 18,523.28 |
| 10 | Lansing Vermont, Inc.<br>P.O. Box 741671<br>Atlanta, GA 30374 | | Trade Debt | | | | 18,369.85 |
| 11 | Total Feeds, Inc.<br>PO Box 3090<br>Weatherford, TX 76086 | | Trade Debt | | | | 16,762.20 |
| 12 | Loren Diller<br>1661 County Rd 2<br>Gallion, AL  36742 | | Trade Debt | | | | 14,587.71 |
| 13 | River City Diesel<br>7748 CR #19<br>Demopolis, AL 36732 | | Trade Debt | | | | 14,215.39 |
| 14 | Gavilon Ingredients, LLC<br>P.O. Box 74008695<br>Chicago, IL 60674-8695 | | Trade Debt | | | | 13,044.77 |
| 15 | A la Carte Specialty Foods<br>501 Louisiana Street<br>Westwego, LA  70094-4141 | | Trade Debt | | | | 12,000.00 |
| 16 | S&S Farms<br>PO Box189<br>Eutaw, AL  35462 | | Processing Rights | | | | Unknown |
| 17 | West Alabama Aqua<br>2941 Hwy 43<br>Eutaw, AL  35462-4054 | | Processing Rights | | | | Unknown |
| 18 | Williams Cattle Co.<br>4892 Co. Rd 12<br>Faunsdale,  AL  36738-3714 | | Processing Rights | | | | Unknown |
| 19 | Mark A. Schmidt<br>422 Jenkins Bryant Rd<br>Newbern, AL  36765-2503 | | Processing Rights | | | | Unknown |
| 20 | Southview Farms<br>12151 Hwy 69<br>Greensboro, AL 36744-5610 | | Processing Rights | | | | Unknown |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:
As of invoices or documentations received.

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/12/2019__    ✗ ___/s/ Justin Funk_____
 MM / DD / YYYY              Signature of individual signing on behalf of debtor

 ___Justin Funk_____
 Printed name

 __Secretary/CFO_____
 Position or relationship to debtor

Official Form 202   **Declaration Under Penalty of Perjury for Non-Individual Debtors**