## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

|                                   |   |                        |
|-----------------------------------|---|------------------------|
|                                   | ) |                        |
| IN RE:                            | ) |                        |
|                                   | ) | Case No. 19-70152-JHH  |
| SOUTHFRESH AQUACULTURE, LLC,      | ) |                        |
|                                   | ) | Chapter 11             |
| Debtor.                           | ) |                        |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
## METHODOLOGY, AND DISCLAIMER REGARDING
## DEBTOR'S SCHEDULE AND STATEMENT

The Schedule of Assets and Liabilities (the "Schedule") and Statement of Financial Affairs (the "Statement") filed by SouthFresh Aquaculture, LLC (the "Debtor") in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtor's management, under the supervision of the Debtor's chief financial officer (the "CFO"), and are unaudited. While the members of management responsible for the preparation of the Schedule and Statement have made a reasonable effort to ensure that the Schedule and Statement are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedule and Statement that may warrant amendment of the same.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedule and Statement (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedule and Statement. In the event of any inconsistency between the Global Notes and the Schedule and Statement, the Global Notes shall control and govern.

The Schedule and Statement have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedule and Statement, this representative relied upon the efforts, statements, and representations of the Debtor's other personnel. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.    **Case**. On January 28, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Unless otherwise indicated, information provided is as of the close of business on January 27, 2019.

2.    **Amendments**. The Debtor reserves the right to amend the Schedule and Statement in all respects at any time as may be necessary or appropriate, including, without

limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedule and Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent," or "unliquidated."

3. **Estimates and Assumptions**. The preparation of the Schedule and Statement requires the Debtor to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedule and Statement, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4. **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Because certain scheduled liabilities are unknown and unliquidated, the Schedule and Statement do not accurately reflect the aggregate amount of the Debtor's liabilities.

5. **Pre-Petition vs. Post-Petition**. The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information derived from research and investigation conducted during the preparation of these Schedule and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The liabilities listed on the Schedule do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6. **GAAP**. Given the difference between the information requested in the Schedule and Statement, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedule and Statement do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7. **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtor's property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtor's property interests are reflected in the applicable Schedule. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. The Debtor reserves the right to amend or adjust the value of each asset or liability as set forth herein.

8. **Setoff or Recoupment Rights**. The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Such counterparties, if any, have been listed on Schedule F.

9. **First-Day Orders**. Pursuant to various orders issued by the Court, the Debtor was authorized to pay certain outstanding pre-petition claims, including, without limitation, the following: (a) claims relating to employee compensation, benefits, reimbursable business expenses, and related administrative costs; (b) claims of critical vendors; (c) claims for taxing authorities; and (d) claims for insurance policies. To the extent claims have been paid, such claims have not been listed on the Schedule and Statement or have been marked as contingent. To the extent such a claim is listed on the Schedule and Statement, inadvertently or otherwise, the Debtor does not waive any right to amend the Schedule and Statement or subsequently object to or dispute such claim.

10. **Co-Obligors**. No claim set forth on the Schedule and Statement of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party.

11. **Causes of Action**. The Debtor reserves all of its causes of action. Neither these Global Notes nor the Schedule and Statement shall be deemed a waiver of any such cause of action. Furthermore, nothing contained in the Schedule and Statement shall constitute a waiver of rights with respect to this chapter 11 case, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

12. **Insiders**. In those circumstances where the Schedule and Statement require information regarding insiders and/or officers and directors, included therein are the Debtor's (a) directors and (b) employees that are, or were during the relevant period, officers. The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for information purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority, and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

13. **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. The Debtor reserves all rights with respect to the legal status of any and all such intellectual property rights.

14. **Fiscal Year**. The Debtor's fiscal year ends on July 31.

15. **Currency**. All amounts are reflected in U.S. dollars.

16. **Summary of Significant Reporting Policies and Practices**. The following conventions were adopted by the Debtor in preparation of the Schedule and Statement:

a)     <u>Fair Market Value; Book Value</u>. Unless otherwise noted therein, the Schedule and Statement reflect the carrying value of the liabilities as listed in the Debtor's books and records. Where the current market value of assets is unknown, the Debtor has based its valuation on book values net of depreciation. The Debtor reserves the right to amend or adjust the value of each asset or liability set forth herein.

b)     <u>Inventories</u>. Inventories are valued in the Schedule and Statement at the values indicated on the Debtor's books and records.

c)     <u>Leased Real and Personal Property</u>. In the ordinary course of its business, the Debtor leases real property and various articles of personal property, including, without limitation, certain equipment, from certain third-party lessors. The Debtor believes that all such leases are set forth in the Schedule and Statement. Nothing in the Schedule or Statement is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to all such issues.

d)     <u>Disputed, Contingent, and/or Unliquidated Claims</u>. Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these Schedule and Statement as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedule and Statement as to amount, liability, or status.

e)     <u>Payments Made Within 90 Days Prior to the Petition Date and Payments to Insiders Within One Year of the Petition Date</u>. Payments made in the ordinary course of the Debtor's business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the Statement of Financial Affairs question 3. Payments to insiders within one year of the Petition Date, including transfers within 90 days of the Petition Date, are listed in response to Statement of Financial Affairs question 4 and, with certain exceptions, are not separately set forth in response to Statement of Financial Affairs question 3. In preparing its responses to SOFA question 4, and in the interest of full disclosure, the Debtor used an expansive interpretation of the term "insider". Inclusion or omission of a creditor as an "insider" on the Debtor's response to Statement of Financial Affairs question 4 is not determinative as to whether creditor is actually an "insider," as such term is defined in the Bankruptcy Code and the Debtor reserves all of their rights with respect to such characterization. Moreover, payments are listed in response to Statement of Financial Affairs questions 3 and 4 without regard as to whether such

payments were made on account of antecedent debt, and the Debtor reserves all of their rights with respect to such issue.

f) <u>Statement of Financial Affairs – Payments to Insiders</u>. Both questions 4 and 30 in the Statement of Financial Affairs request information regarding payments to insiders, and all such information is provided in response to question 4. The Debtor reserves all rights with respect to the characterization of payments listed in response to questions 4 and 30.

g) <u>Statement of Financial Affairs – Suits and Administrative Proceedings</u>. Although the Debtor has attempted to list in question 7 all known claimants with pending suits or administrative proceedings, certain actions may have been inadvertently omitted. The Debtor reserves all of its rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedule and Statement shall be deemed a waiver of any such causes of action.

17. **Schedule D**. Although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedule and Statement shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves all rights to amend Schedule D to the extent that the Debtor determines that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of a claimant or a waiver of the Debtor's right to recharacterize or reclassify a claim or contract.

18. **Schedule E/F**. The Debtor's analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary. Additionally, most of the claims listed on Schedule E/F are inclusive of several invoiced amounts with different dates listed on each invoice. Accordingly, the Debtor does not list a date for each claim on Schedule E/F.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtor. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated, and disputed in the Schedule and Statement. Some of the potential litigation listed on Schedule E/F may be subjected to subordination pursuant to section 510 of the Bankruptcy Code. In addition, workers' compensation claims that are covered in full under the Debtor's insurance policies are not included on Schedule E/F. Any information contained in Schedule E/F with respect to pending or potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings therein.

Schedule E/F reflects the pre-petition amounts owing to counterparties to executory contracts and unexpired leases. Such pre-petition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

19.  **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using reasonable efforts. The Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually and/or directly liable. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of January 27, 2019, or that is valid or enforceable. The Debtor hereby reserves all rights to dispute or challenge the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G, including contracts, agreements, or leases that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payments, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. the Debtor reserves all rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, but not limited to, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same vendor or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract, or multiple, severable, or separate contracts. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. The Debtor reserves all rights with respect to such agreements. The Debtor also reserves all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. The Debtor reserves all rights to challenge whether any of the listed contracts, leases, agreements, or other documents constitute an executory contract or unexpired lease, including if they are unexpired non-residential real property leases.

Any and all of the Debtor's rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved. Schedule G may be amended at any time to add any omitted contract, agreement, or lease.

20. **<u>Schedule H</u>**. The Debtor reserves all rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

[*Remainder of page left intentionally blank*]

Fill in this information to identify the case:

Debtor name   **SouthFresh Aquaculture, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known)   **19-70152**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

■ *Schedule H: Codebtors (Official Form 206H)*

■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/25/19          x _____
                                  Signature of individual signing on behalf of debtor

                               **Justin Funk**
                               Printed name

                               **Secretary/Chief Financial Officer**
                               Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor name    **SouthFresh Aquaculture, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    **19-70152**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $   11,589,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $   14,277,702.64

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $   25,866,702.64

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $   1,092.57

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$   13,155,568.16

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b      $   13,156,660.73

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Regions Bank | Operating | 0224 | $538,568.05 |
| 3.2. | CoBank | Operating | 4211 | $836,040.18 |
| 3.3. | Regions Bank | Operating | 4493 | $120,715.86 |
| 3.4. | Regions Bank | Payroll | 9006 | $5,316.38 |
| 3.5. | Robertson Banking Company | Petty Cash | 9801 | $9,122.96 |
| 3.6. | Merchants & Farmers | Petty Cash | 6903 | $9,296.55 |
| 3.7. | Regions | Operating | 0822 | $10,797.57 |

Case 19-70152-JHH11    Doc 88    Filed 02/25/19    Entered 02/25/19 15:53:29    Desc Main
Document    Page 10 of 75

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

|  | **$1,529,857.55** |

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

**Part 2:   Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| 8.1. | **Euler Hermes, prepaid A/R insurance** | **$4,812.50** |

| 8.2. | **Transamerica Life Insurance** | **$3,275.04** |

| 8.3. | **New York Life Insurance** | **$1,480.00** |

| 8.4. | **NGOC Ha Co, prepaid inventory** | **$159,600.00** |

| 8.5. | **NGOC Ha Co, prepaid inventory** | **$160,797.00** |

9.      **Total of Part 2.**

|  | **$329,964.54** |

        Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **4,315,317.21** | - | **0.00** | = .... | **$4,315,317.21** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **119,961.75** | - | **0.00** | = .... | **$119,961.75** |
| | face amount | | doubtful or uncollectible accounts | | |

---

| 12. | **Total of Part 3.** | **$4,435,278.96** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:      % of ownership | | |
| 15.1. | **CoBank ACB Patronage**    % | N/A | $140,248.94 |
| 15.2. | **Delta Electric Power Association Patronage**    % | N/A | $286,553.48 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

| 17. | **Total of Part 4.** | **$426,802.42** |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **See Attached Schedule: Part 5, Line 19 - Raw Materials** | 12/31/2018 | Unknown | | $851,126.58 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale **See Attached Schedule: Part 5, Line 21 - Finished Goods Inventory** | 12/31/2018 | $0.00 | | $4,027,081.77 |
| | **See Attached Schedule: Part 5, Line 22 - Other Inventory or Supplies** | 12/31/2018 | $0.00 | | $70,703.42 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                    | $4,948,911.77 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ■ Yes. Book value          0.00   Valuation method   value unknown   Current Value         0.00

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture **Tuscaloosa Office Furniture** | $0.00 | | $0.00 |
| | | | |
| 40. **Office fixtures** | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software **See Attached Schedule:  Part 7, Line 41 - Office equipment, furniture and fixtures** | $4,855.79 | | $4,855.79 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | $4,855.79 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. See Attached Schedule: Part 8, Line 47 -<br>Automobiles, vans, trucks, motorcycles,<br>trailers, and titled farm vehicles | $289,173.25 | | $289,173.25 |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. 2009 YAMAHA 40HP MOTOR #02172 | $0.00 | | $0.00 |
| 48.2. 2007 YAMAHA 40HP MOTOR #35360 | $0.00 | | $0.00 |
| 48.3. 2006 YAMAHA 25HP MOTOR #15659 | $0.00 | | $0.00 |
| 48.4. 2007 YAMAHA 40HP MOTOR #30881 | $364.40 | | $364.40 |
| 48.5. WAR EAGLE BOAT #5G708 | $502.88 | | $502.88 |
| 48.6. EXPRESS BOAT #5K405 | $0.00 | | $0.00 |
| 48.7. YAMAHA 40HP MOTOR #1011094 | $0.00 | | $0.00 |
| 48.8. YAMAHA 40 HP OUTBOARD MOTOR SN<br>6BGL 1058457 | $4,454.24 | | $4,454.24 |
| **49.** Aircraft and accessories | | | |
| **50.** Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>See Attached Schedule: Part 8, Line 50 --<br>Other Machinery, Fixtures and Equipment<br>(excluding farm machinery) | $1,839,625.74 | | $1,839,625.74 |

**51.** Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

| $2,134,120.51 |

**52.** Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Feed Mill**<br>**403 Maria Street**<br>**Demopolis, AL  36732** | Owned/Leased | Unknown | Replacement | $6,090,000.00 |
| 55.2. **Processing Plant**<br>**Highway 43 South**<br>**Eutaw, AL  35462** | Owned | Unknown | Replacement | $5,249,000.00 |
| 55.3. **House and Mobile Homes**<br>**759 - 760 Wood Loop Road**<br>**Newbern, AL 36765** | Owned | Unknown | Replacement | $250,000.00 |
| 55.4. **Shop & Office**<br>**811 Wood Loop Road**<br>**Newbern, AL  36765** | Leased | Unknown | | Unknown |
| 55.5. **Office**<br>**505 Energy Center Blvd**<br>**Northport, AL  35473** | Leased | Unknown | | Unknown |

56.    **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

                                            $11,589,000.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   Patents, copyrights, trademarks, and trade secrets<br>**SouthFresh Trademark** | Unknown | | $0.00 |
| 61.   Internet domain names and websites<br>**southfresh.com** | Unknown | | $0.00 |
| 62.   Licenses, franchises, and royalties | | | |
| 63.   Customer lists, mailing lists, or other compilations | | | |
| 64.   Other intangibles, or intellectual property | | | |
| 65.   Goodwill<br>**General commercial goodwill** | Unknown | | $0.00 |

| 66. | Total of Part 10.<br>Add lines 60 through 65. Copy the total to line 89. | $0.00 |
|---|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

| 71. | Notes receivable<br>Description (include name of obligor) | | | | |
|---|---|---|---|---|---|
| | **Forkland Springs (feed bins)** | 10,229.40<br>Total face amount | – | 0.00<br>doubtful or uncollectible amount | =   $10,229.40 |

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**See Attached Schedule:  Line 73 - Insurance Policies or**<br>**Annuities** | $0.00 |

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)**<br>**Double Wheel Ranch, LLC v. SouthFresh Aquaculture,**<br>**LLC, Case No. 35-CV-2017-900047, Circuit Court of**<br>**Greene County, Alabama** | $451,681.70 |
| | Nature of claim    Counterclaim | |
| | Amount requested    $451,681.70 | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of**<br>**every nature, including counterclaims of the debtor and rights to**<br>**set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership | |
| | **See Attached Schedule:  Part 11, Line 77 - Other Assets** | $6,000.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $467,911.10 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,529,857.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $329,964.54 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,435,278.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $426,802.42 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,948,911.77 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,855.79 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,134,120.51 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................> | | $11,589,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $467,911.10 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,277,702.64 | + 91b. $11,589,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,866,702.64 |

**SouthFresh Aquaculture, LLC**
Case No. 19-70152
Form 206A/B - Schedule A/B
**Part 5, Line 19 - Raw Materials**

| Item No. | Inventory Description | Value |
|---|---|---|
| 1 | Cattle Wormer Pellets (Bag) | $ 1,850.00 |
| 2 | Ground Corn (Bulk) | $ 243,009.00 |
| 3 | Cottonseed Meal (Bulk) | $ 1,564.88 |
| 4 | Milo (Bulk) | $ 3,780.04 |
| 5 | Alfalfa Pellets (Bulk) | $ 2,830.30 |
| 6 | Screens/Regrind (Bulk) | $ 530.40 |
| 7 | Wheat Middlings (Bulk) | $ 19,455.66 |
| 8 | Peanut Hull Pellets (Bulk) | $ 12,791.96 |
| 9 | Cane Molasses (Bulk) | $ 12,659.41 |
| 10 | Fish Screenings (Bulk) | $ 7,123.44 |
| 11 | Analog (Bulk) | $ 12,906.59 |
| 12 | Limestone (Bulk) | $ 731.09 |
| 13 | Dicalcium Phosphate (Bulk) | $ 7,813.89 |
| 14 | Myco Curb (Bulk) | $ 2,693.81 |
| 15 | Soybean Meal (Bulk) | $ 157,980.47 |
| 16 | Soy Hull Pellets (Bulk) | $ 871.08 |
| 17 | FMF Maple Flavor | $ 29,930.05 |
| 18 | Fish Oil (Bulk) | $ 26,916.45 |
| 19 | Rice Hulls (Bulk) | $ 2,585.08 |
| 20 | Rice Bran Full Fat (Bulk) | $ 2,017.36 |
| 21 | Distillers Grain (Bulk) | $ 15,685.14 |
| 22 | Maxi-Bond (Bag) | $ 592.90 |
| 23 | Plain Feed Mixing Salt (Bag) | $ 3,456.01 |
| 24 | Micro-Aid PMX (Yucca) | $ 6.05 |
| 25 | Blood Meal (Bag) | $ 996.36 |
| 26 | Hydrated Lime (Bag) | $ 2,000.81 |
| 27 | Adi-Flow Dry | $ 3,853.55 |
| 28 | Powersweet | $ 482.24 |
| 29 | Dry Pig Krave | $ 178.00 |
| 30 | Fish Meal (Bag) | $ 31,080.00 |
| 31 | Limestone (Calcium Carbonate) (Bag) | $ 322.42 |
| 32 | Base Mix BioRemedies (Bag) | $ 8,915.90 |
| 33 | Trace Mineral Premix (Bag) | $ 6,590.32 |
| 34 | Diatomacous (Bag) | $ 1,253.41 |
| 35 | Selenium .06 (Bag) | $ 45.44 |
| 36 | Beet Pulp (Bag) | $ 2,625.04 |
| 37 | Mold X (Bag) | $ 1,651.33 |
| 38 | MycoLock 500 NC (bag) | $ 36.31 |
| 39 | Agrado Plus | $ 947.37 |
| 40 | Magnesium Oxide (Bag) | $ 623.00 |
| 41 | Altosid Fly Control (Bag) 25 lb | $ 649.11 |

| Item No. | Inventory Description | Value |
|---|---|---|
| 42 | DL-Methionine (Bag) | $ 571.17 |
| 43 | Sodium Bicarbonate (Bag) | $ 137.50 |
| 44 | Ethoxyquin (Bag) | $ 146.03 |
| 45 | Cottonseed Hulls (Bag) 40# | $ 5,796.96 |
| 46 | AFC Safeguard/Fen. (Bag) | $ 399.22 |
| 47 | Deccox 6.0 (Bag) | $ 1,236.25 |
| 48 | Terramycin 200 (Bag) | $ 9,961.49 |
| 49 | Vitamin K MPB 11640 | $ 46.09 |
| 50 | Vitamin E 20 (Bag) | $ 179.77 |
| 51 | Vitamin A-30 (Bag) | $ 42.48 |
| 52 | Tasco (Bag) | $ 1,026.81 |
| 53 | Bovatec (Bag) | $ 2,846.99 |
| 54 | Chlormax 50 CTC | $ 280.11 |
| 55 | SouthFresh 4 Pmx | $ 850.61 |
| 56 | Berry Flavor | $ 12,243.70 |
| 57 | Stay C (Bag) 55 lb. | $ 131,243.24 |
| 58 | ADE Premix (Bag) | $ 1,069.50 |
| 59 | Turtle Breeder Premix | $ 2,321.90 |
| 60 | Spirulina Algae (Bag) 55 lb | $ - |
| 61 | Romet 30 Type A Medicated | $ 7,980.00 |
| 62 | Aquaflor 50% Type A Medicated (florfenicol) | $ 24,488.40 |
| 63 | SKYCIS 100 Type A (551b) | $ 6,375.76 |
| 64 | L-Lysine (Bag) 55 lb. | $ 3,619.37 |
| 65 | XPC Yeast (Bag) | $ 6,231.56 |
| | Total | $ 851,126.58 |

## SouthFresh Aquaculture, LLC
Case No. 19-70152
Form 206A/B - Schedule A/B
**Part 5, Line 21 - Finished Goods Inventory**

| Item No. | Inventory Description | Value |
|:---:|:---|---:|
| 1 | Catfish 7-9 oz Fillet IQF SkinOff USA/F Windy Hill | $ 4,333.50 |
| 2 | Yellowfin Tuna 8 oz Steak SkinOff IVP IDN/W Sea Delight | $ 14,613.30 |
| 3 | Yellowfin Tuna 10 oz SakuBlock SkinOff IVP THI/W Sea Delight | $ 21,889.40 |
| 4 | Catfish 2-6 oz Whole IQF SkinOff USA/F SouthFresh | $ 367.92 |
| 5 | Catfish 1-3 oz Strips IQF Breaded USA/F Portico Prime | $ 8,139.30 |
| 6 | Catfish 1-3 oz Nugget IQF Breaded USA/F Portico Prime | $ 11,136.00 |
| 7 | Catfish Random Nugget IQF SkinOff USA/F Portico Bounty | $ 8,325.00 |
| 8 | Catfish 3-5 oz Fillet IQF SkinOff USA/F Portico Bounty | $ 262,666.80 |
| 9 | Catfish 5-7 oz Fillet IQF SkinOff USA/F Portico Bounty | $ 262,147.75 |
| 10 | Catfish 7-9 oz Fillet IQF SkinOff USA/F Portico Bounty | $ 106,459.84 |
| 11 | Catfish 13-15 oz Whole IQF SkinOff USA/F Portico Bounty | $ 2,536.38 |
| 12 | Catfish 7-9 oz Whole IQF SkinOff USA/F Portico Bounty | $ 720.00 |
| 13 | Catfish 5-8 oz Whole IQF SkinOff USA/F SouthFresh | $ 10,509.00 |
| 14 | Catfish 4 oz Fillet IQF Breaded USA/F Portico Prime | $ 48,435.50 |
| 15 | Catfish 11-13 oz Whole IQF SkinOff USA/F Portico Bounty | $ 11,284.56 |
| 16 | Catfish Random Nugget IQF SkinOff USA/F Southwind | $ 32,307.60 |
| 17 | Yellowfin Tuna 8 oz Saku Block SkinOff IVP VNM/W Sea Delight | $ 11,467.30 |
| 18 | Catfish 7-9 oz Whole IQF SkinOff USA/F SouthFresh | $ 3,508.17 |
| 19 | Yellowfin Tuna 4 oz Steak SkinOff IVP VNM/W Sea Delight | $ 1,728.00 |
| 20 | Yellowfin Tuna 6 oz Steak SkinOff IVP IDN/W Sea Delight | $ 10,909.80 |
| 21 | Catfish 9-11 oz Whole IQF SkinOff USA/F SouthFresh | $ 1,695.92 |
| 22 | Snapper 4-6 oz Fillet SkinOn IVP IDN/W | $ 26,299.00 |
| 23 | Catfish 3 oz Fillet IQF Breaded USA/F Portico Prime | $ 13,339.90 |
| 24 | Catfish 11-13 oz Whole IQF SkinOff USA/F SouthFresh | $ 6,681.17 |
| 25 | Redfish 6-8 oz Fillet SkinOff IVP VNM/F | $ 35,955.00 |
| 26 | Yellowfin Tuna 5-8# Loin SkinOff IVP IDN/W SeaDelight | $ 7,912.50 |
| 27 | Catfish 13-15 oz Whole IQF SkinOff USA/F SouthFresh | $ 778.12 |
| 28 | Catfish 15-17 oz Whole IQF SkinOff USA/F SouthFresh | $ 800.74 |
| 29 | Catfish 2-3 oz Fillet IQF SkinOff USA/F Portico Bounty | $ 42,492.34 |
| 30 | Salmon Sashimi Poke Cube SkinOff IVP CHL/F | $ 11,547.50 |
| 31 | Catfish 4.7 oz Fillet IQF SkinOff USA/F Packer Brand | $ 33,884.69 |
| 32 | Mahi Mahi 1-3oz Buffet Cut IQF PNM/W | $ 784.00 |
| 33 | Catfish 5 oz Fillet IQF Breaded USA/F Portico Prime | $ 34,054.50 |
| 34 | Catfish 2-3 oz Fillet IQF SkinOff USA/F SouthFresh | $ 46,513.75 |
| 35 | Yellowfin Tuna 10 oz Steak Red TS IVP VNM/W SeaDelight | $ 3,180.00 |
| 36 | Catfish 3-5 oz Fillet IQF SkinOff USA/F SouthFresh | $ 66,233.57 |
| 37 | Catfish 4-5 oz Fillet IQF SkinOff USA/F SouthFresh | $ 7,259.04 |
| 38 | Catfish 4-5 oz Split Fillet IQF USA/F SouthFresh | $ 20,868.30 |
| 39 | Catfish 3-5 oz Split Non-Inject Fillet IQF USA/F SouthFresh | $ 11,806.34 |
| 40 | Catfish 5-7 oz Fillet IQF SkinOff USA/F SouthFresh | $ 90,332.74 |
| 41 | Catfish 7-9 oz Fillet IQF SkinOff USA/F SouthFresh | $ 40,884.44 |
| 42 | Catfish 9-12 oz Fillet IQF SkinOff USA/F SouthFresh | $ 42,585.60 |
| 43 | Catfish 5-7 oz Fillet IQF SkinOff USA/F Icelandic | $ 100,160.40 |

| 44 | Catfish 4 oz Fillet IQF Breaded USA/F FPI Brand | $ | 34,748.00 |
|----|---|---|---|
| 45 | Catfish Random Nugget IQF Breaded USA/F Icelandic | $ | 17,240.00 |
| 46 | Catfish 12-16 oz Fillet IQF SkinOff USA/F Reinhart | $ | 15,195.25 |
| 47 | Catfish 12+oz Portion IQF SkinOff USA/F SouthFresh | $ | 3,431.00 |
| 48 | Catfish 12+ Fillet Split IQF SkinOff USA/F SouthFresh | $ | 13,650.00 |
| 49 | Catfish Random Fillet IQF SkinOff USA/F SouthFresh | $ | 129,428.56 |
| 50 | Catfish 9-12 oz Fillet IQF SkinOff USA/F Portico Bounty | $ | 35,487.26 |
| 51 | Catfish 5-7oz Fillet Portion IQF SkinOff USA/F SouthFresh | $ | 12,849.96 |
| 52 | Catfish Portions Lakehouse IQF SkinOff USA/F SouthFresh | $ | 16,708.68 |
| 53 | Catfish 1-3 oz Strips IQF SkinOff USA/F SouthFresh | $ | 6,249.60 |
| 54 | Catfish Random Nugget IQF SkinOff USA/F SouthFresh | $ | 3,377.55 |
| 55 | Catfish Random Nugget IQF SkinOff USA/F SouthFresh | $ | 14,532.80 |
| 56 | Catfish Random Nugget IQF SkinOff USA/F SouthFresh | $ | 456.00 |
| 57 | Crawfish 150-200 ct Tailmeat Cooked VPB CHN/W Merry Life | $ | 307,231.20 |
| 58 | Catfish Random Steak IQF Regular USA/F SouthFresh | $ | 11,654.73 |
| 59 | Catfish Random Tails IQF SkinOff USA/F SouthFresh | $ | 13,503.58 |
| 60 | Catfish Random Steak IQF Bigbone USA/F SouthFresh | $ | 1,052.73 |
| 61 | Oysters 25-35 ct Breaded IQF CHN/F Boudreaux | $ | 160.00 |
| 62 | Yellowfin Tuna Sashimi Poke Cube IVP THI/W Sea Delight | $ | 11,244.75 |
| 63 | Oysters 216ct InShell Half Shell IQF USA/F WS | $ | 57,931.20 |
| 64 | Alligator Random Tenderloin VPB USA/F Glass | $ | 17,500.00 |
| 65 | Catfish 5-7 oz Fillet Split IQF USA/F SouthFresh | $ | 14,725.57 |
| 66 | Grouper 4-6 oz Fillet SkinOff IVP IDN/W WS | $ | 15,082.00 |
| 67 | Catfish 3-7 oz Fillet IQF SkinOff USA/F SouthFresh | $ | 1,468.64 |
| 68 | Snapper 10-12 oz Fillet SkinOn IQF IDN/W WS | $ | 17,668.50 |
| 69 | Catfish 3.5 oz Portion IQF Breaded USA/F SouthFresh | $ | 2,252.34 |
| 70 | Catfish 4 oz Fillet IQF Breaded USA/F SouthFresh | $ | 368.00 |
| 71 | Alligator Random Pieces Tenderized VPB USA/W Glass | $ | 6,210.00 |
| 72 | Catfish Random Nugget IQF Breaded USA/F SouthFresh | $ | 285.00 |
| 73 | Catfish 3-5 oz Fillet IQF Split USA/F Portico Bounty | $ | 4,090.02 |
| 74 | Frog Leg 2-4ct SaddleOff IWP CHN/F | $ | 25,857.00 |
| 75 | Frog Legs 4-6ct SaddleOff IWP CHN/F | $ | 7,842.00 |
| 76 | Frog Legs 8-12ct SaddleOff IWP VNM/F | $ | 26,512.50 |
| 77 | Snapper 8-10 oz Fillet SkinOn IVP IDN/W Packer | $ | 29,029.50 |
| 78 | Snapper 6-8 oz Fillet SkinOn IVP IDN/W Packer | $ | 24,088.50 |
| 79 | Crawfish 80-100 ct Tailmeat Cooked VPB CHN/W Packer | $ | 64,036.80 |
| 80 | Crawfish 100-150 ct Tailmeat Cooked VPB CHN/F | $ | 375,626.16 |
| 81 | Catfish 4 oz Fillet IQF SkinOff USA/F SouthFresh | $ | 5,053.83 |
| 82 | Oysters 144 ct In Shell Half Shell IQF USA/F SF | $ | 139,020.00 |
| 83 | Redfish 8-10 oz Fillet SkinOff IVP VNM/F | $ | 35,904.00 |
| 84 | Yellowfin Tuna AAA Saku Block 12-16oz IVP IDN/W Island | $ | 26,535.30 |
| 85 | Tilapia 9-11 oz Fillet SkinOff IVP CHN/F SouthFresh | $ | 2,024.10 |
| 86 | Catfish 4-5 oz Fillet IQF SkinOff USA/F Portico Bounty | $ | 74,614.85 |
| 87 | Tilapia 5-7 oz Fillet SkinOff IVP CHN/F SouthFresh | $ | 18,226.80 |

| | | | |
|---|---|---|---|
| 88 | Catfish 5-8 oz Whole IQF SkinOff USA/F Portico | $ | 2,905.20 |
| 89 | Grouper 6-8 oz Fillet SkinOff IVP MEX/W SeaDelight | $ | 6,649.00 |
| 90 | Hushpuppies ~60 ct Hushpuppies IQF Onion USA/F SouthFresh | $ | 4,942.95 |
| 91 | Hushpuppies ~60ct Onion IQF USA/F Savannah Classics | $ | 595.20 |
| 92 | Hushpuppies ~60ct Jalepeno IQF USA/F Savannah Classics | $ | 643.50 |
| 93 | Hushpuppies ~60 ct IQF Jalepeno USA/F SouthFresh | $ | 756.00 |
| 94 | Oysters 20-30 ct Pillowpack Shucked VPB USA/W Crystal Seas | $ | 12,540.00 |
| 95 | Seaweed (Wakame) Salad Shredded VPB TWN/W Krimson | $ | 10,137.00 |
| 96 | Tilapia 3-5 oz Fillet SkinOff IVP CHN/F SouthFresh | $ | 12,628.80 |
| 97 | Catfish 3-5 oz Fillet IQF SkinOff USA/F SouthFresh | $ | 9,148.16 |
| 98 | Catfish 5-7 oz Fillet IQF SkinOff USA/F Southfresh | $ | 8,857.56 |
| 99 | Catfish 2-3 oz Fillet IQF SkinOff USA/F SouthFresh | $ | 252.36 |
| 100 | Catifish 9-12 oz Fillet Split IQF USA/F SouthFresh | $ | 468.30 |
| 101 | Catfish Random Fillet Retail Box IQF SkinOff USA/F SF | $ | 22,511.54 |
| 102 | Catfish Random Nugget IQF SkinOff USA/F SouthFresh | $ | 175.75 |
| 103 | Crawfish Random Tailmeat Cooked VPB USA/F SouthFresh | $ | 105,840.00 |
| 104 | Alligator Random White Meat Tenderized IVP USA/F SouthFresh | $ | 13,720.00 |
| 105 | Alligator Fillet Tenderized USA/F SouthFresh | $ | 229,186.80 |
| 106 | Alligator 6-9# Whole HOSO w/ Claws IVP USA/F | $ | 71.60 |
| 107 | Tilapia 7-9 oz Fillet SkinOff IVP CHN/W WS | $ | 3,807.00 |
| 108 | Tilapia 9-11oz Fillet SkinOff IVP CHN/W WS | $ | 11,195.40 |
| 109 | Snapper Skinless 12-48 oz Fillet SkinOff IVP VNM/W WS | $ | 7,757.50 |
| 110 | Floating Fish 32 w/Phytase (Bulk) | $ | 954.61 |
| 111 | High Energy 16 (Bag) | $ | 2,793.64 |
| 112 | Cattle Cubes Special 20 (Bag) | $ | 1,069.20 |
| 113 | Range Cubes Tevaco 20 (Bag) | $ | 221.84 |
| 114 | Tevaco with Mag Ox 20 (Bag) | $ | 262.70 |
| 115 | Range Cubes Co-Op 20 (Bag) | $ | 173.20 |
| 116 | All Natural Cubes 20 (Bag) | $ | 2,456.50 |
| 117 | 13% Cube | $ | 534.54 |
| 118 | Total Equine (Bag) 40 lb. | $ | 11,005.00 |
| 119 | Total Bull (Bag) 40 lb | $ | 166.00 |
| 120 | Hoofstock 17% (40#) | $ | 943.00 |
| 121 | Floating Fish SF 32 (Bag) | $ | 2,035.60 |
| 122 | Fingerling Fish Faithway 36 (Bag) | $ | 582.40 |
| 123 | Floating Fish Faithway 32 (Bag) | $ | 1,331.00 |
| 124 | Game Fish SF 35 (Bag) 40 lb. | $ | 1,154.31 |
| 125 | Sturgeon FRM 45/15 (Bag) | $ | 860.00 |
| 126 | Custom Green Turtle 36 (Bag) | $ | 9,233.67 |
| 127 | WHL FISH | $ | - |
| 128 | SHANK FILLET | $ | 13,036.40 |
| 129 | MISCUT FILLET | $ | - |
| 130 | NUGGETS | $ | - |
| 131 | STEAKS | $ | - |

| | | | |
|------|-------------------------------|----|-------------|
| 132 | STRIPS | $ | - |
| 133 | STEAK IN TOTES | $ | - |
| 134 | MISCUTS IN TOTES | $ | 294,136.50 |
| 135 | USDA 4OZ CUT DOWN PORTION | $ | 4,515.00 |
| 136 | USDA 17+ MISCUT PORTION | $ | - |
| 137 | 17+ PORTION MISCUT | $ | 3,517.50 |
| 138 | 17+ CUT DOWN | $ | - |
| 139 | NUGGETS IQF IN TOTES | $ | 8,262.00 |
| 140 | MISCUT NUGGET IN TOTE | $ | - |
| 141 | 3/7 OZ FILLET SPLITS IN TOTES | $ | 2,605.20 |
| 142 | 5/7 OZ FILLET SPLITS IN TOTES | $ | 2,704.80 |
| 143 | 9/12 OZ FILLET SPLITS IN TOTES | $ | - |
| 144 | 12+ OZ FILLET SPLITS IN TOTES | $ | - |
| 145 | SLICER PORTION | $ | 1,166.10 |
| 146 | 3/5 FILLET IN TOTES | $ | 4,387.50 |
| 147 | 5/7 FILLET IN TOTES | $ | - |
| 148 | 4.7 FILLET IN TOTES | $ | - |
| 149 | 9/12 FILLET IN TOTES | $ | 58,485.00 |
| 150 | 4/5 FILLET IN TOTES | $ | 12,412.50 |
| 151 | 17+ FILLET IN TOTES | $ | 1,417.50 |
| 152 | BRD NUGGETS IN TOTES | $ | 180.00 |
| | | Total $ | 4,027,081.77 |

## SouthFresh Aquaculture, LLC
Case No. 19-70152
Form 206A/B - Schedule A/B
**Part 5, Line 22 - Other Inventory or Supplies**

| Item No. | Inventory Description | Value | |
|---|---|---|---|
| 1 | Cattle Pellet Stocker 13 (Bulk) | $ | 2,958.24 |
| 2 | 13% Feed Lot Stocker w/Bovatec | $ | 2,005.40 |
| 3 | Copper Sulfate 25% (50 lb) | $ | 8,755.00 |
| 4 | Shrimp Meal 50 lb | $ | 1,760.00 |
| 5 | Urea Feed (Bag) | $ | 3,100.60 |
| 6 | SouthFresh VTM Premix (Bag) | $ | 758.05 |
| 7 | Bags Coop 16x4x35 | $ | 3,315.85 |
| 8 | Bags Beef AFC16x5x35 | $ | 3,130.36 |
| 9 | Bags Blue White Beef SF 16x5x35 | $ | 3,001.40 |
| 10 | Bags Tevaco 15x3.5x35 | $ | 7,519.65 |
| 11 | Bags Fish Feed SF | $ | 4,626.28 |
| 12 | Bags Fish Feed AFC | $ | 3,336.50 |
| 13 | Bags Deer SF | $ | 2,905.16 |
| 14 | Bags Game Fish SF | $ | 2,203.20 |
| 15 | Bags Brown 16x4x36 | $ | 3,778.63 |
| 16 | Bags Brown 19x5x37 Lined | $ | 3,657.88 |
| 17 | Bags Brown 19x5x40 Unlined | $ | 4,824.87 |
| 18 | Poly Bag 17x5x35 | $ | 2,884.10 |
| 19 | Poly Totes | $ | 5,208.86 |
| 20 | Pallets 42x48 | $ | 973.39 |
| | **Total** | **$** | **70,703.42** |

**SouthFresh Aquaculture, LLC**
**Case No. 19-70152**
Form 206A/B - Schedule A/B
**Part 7, Line 41 -Office Equipment, including all computer equipment**
**and communications systems equipment and software**

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 1 | ROUTER SETUP | 06/06/01 | 0.00 |
| 2 | SONIC WALL | 10/31/01 | 0.00 |
| 3 | OFFICE EQUIPMENT | 04/07/02 | 0.00 |
| 4 | MISCELLANEOUS OFFICE EQUIPMENT | 01/01/01 | 0.00 |
| 5 | (3) PI225 2 CH PHONES | 04/23/01 | 0.00 |
| 6 | NEW OFFICE EQUIPMENT | 09/30/00 | 0.00 |
| 7 | TUSCALOOSA OFFICE PRODUCTS | 01/01/01 | 0.00 |
| 8 | EQUIPMENT | 01/01/01 | 0.00 |
| 9 | MISCELLANEOUS EQUIPMENT | 01/01/01 | 0.00 |
| 10 | UPGRADE PAYROLL/HR PROGRAM | 07/31/13 | 0.00 |
| 11 | PANASONIC NCP PHONE SYSTEM | 05/01/13 | 2,658.18 |
| 12 | PE T420 SERVER | 04/01/13 | 0.00 |
| 13 | TIME & ATTENDANCE SYSTEM | 02/01/14 | 2,197.61 |
| 14 | OFFICE EQUIPMENT | 11/24/02 | 0.00 |
| 15 | FUJITSU SCAN SYSTEM | 09/20/06 | 0.00 |
| | | **Total** | **4,855.79** |

**Schedule: Part 8, Line 47 - Automobiles, vans, trucks, motorcycles, trailers, and tilted farm vehicles**

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 1 | 2011 FORD F-150 VIN 1FTFW1EF6BFC95116 | 04/14/16 | $0.00 |
| 2 | 2012 FORD F-150 VIN 1FTFX1ET7CFB26629 | 12/08/16 | 0.00 |
| 3 | 2013 FORD F-150 XLT VIN 1FTFW1EF0DKD38228 | 06/08/17 | 0.00 |
| 4 | 2013 FORD F-150 XLT VIN 1FTFW1EF0DKD38228 | 06/08/17 | 0.00 |
| 5 | 2002 GMC 1500 #55971 | 03/25/08 | 0.00 |
| 6 | 2002 FORD F-150 #35130 | 05/01/05 | 0.00 |
| 7 | 2001 FTI BOOM TRUCK #52253 | 03/28/06 | 0.00 |
| 8 | 2005 FORD F150 #10390 | 05/01/05 | 0.00 |
| 9 | 1993 INTERNATIONAL BOOM TRUCK #08946 | 01/01/00 | 0.00 |
| 10 | 2005 FORD F150 #8874 | 10/22/09 | 0.00 |
| 11 | 2010 GMC SIERRA 150 #54337 | 06/15/10 | 0.00 |
| 12 | 2002 FORD F450 | 08/01/16 | 0.00 |
| 13 | 2004 MACK CX613 VIN 7730 | 08/01/16 | 0.00 |
| 14 | 2004 MACK CX613 VIN 7723 | 08/01/16 | 0.00 |
| 15 | VEHICLES-FARM CREDIT LEASING | 11/11/07 | 0.00 |
| 16 | 97 CRESCENT BULK | 05/23/05 | 0.00 |
| 17 | 1996 LEDWELL AUGER TRAILER | 09/03/09 | 0.00 |
| 18 | 2005 FORD F150 #4122 | 07/01/08 | 0.00 |
| 19 | 1995 FREIGHTLINER | 08/01/03 | 0.00 |
| 20 | (2) GREAT DANE VANS | 09/15/06 | 0.00 |
| 21 | 2005 FORD F150 #2458 | 07/10/08 | 0.00 |
| 22 | ENGINE ASSEMBLY | 05/23/05 | 0.00 |
| 23 | VEHICLE | 01/01/05 | 0.00 |
| 24 | 2004 MACK CX613 TRUCK VIN 1M1AE06Y94N017729 | 07/31/10 | 0.00 |
| 25 | REWORK TRACKMOBILE | 11/01/07 | 0.00 |
| 26 | CIRCLE B HAULING | 02/11/03 | 0.00 |
| 27 | REPLACE MACK CX613 TRUCK ENGINE SYS# 382/UNIT# 86 | 06/12/15 | 7,549.48 |
| 28 | FEED TRAILER | 04/23/02 | 0.00 |
| 29 | REPLACE ENGINE ON 2004 CX613 MACK VIN 1M1AE06Y84N017723 | 10/31/15 | 10,710.64 |
| 30 | FORD F-150 | 09/25/02 | 0.00 |
| 31 | REBUILD ENGINE 2004 MACK #7730 | 04/30/14 | 2,680.74 |
| 32 | 2013 KENWORTH VIN 1XKWD49X5DJ340819 | 12/11/17 | 63,449.91 |
| 33 | 2018 KENWORTH W900L TRUCK VIN 1XKWD40X5JJ196715 | 08/04/17 | 104,199.67 |
| 34 | 2011 FORD F-150 VIN 1FTFW1EF1BFB13905 | 04/23/11 | 0.00 |
| 35 | 2000 FORD F-650 BOOM TRUCK VIN 3FDN65H8YMA11385 | 10/01/17 | 12,198.85 |
| 36 | 2019 HINO 5PVNJ8JV8K4S72304 | 07/01/18 | 88,383.96 |
| 37 | 2014 FORD F150 4WD SUPERCREW VIN1FTFW1EF0EKD41096 | 10/11/18 | 0.00 |
| 38 | 85 TRAILER | 10/28/03 | 0.00 |
| 39 | CARRIER MOTOR - THERMOKING | 05/01/05 | 0.00 |
| 40 | DORSEY REF TRAILER | 08/17/05 | 0.00 |
| 41 | 1999 WABASH TRAILER | 09/14/07 | 0.00 |
| 42 | 1998 UTUILITY TRAILER SN 6001 | 08/08/12 | 0.00 |
| 43 | International Model 4300 - 2007 - 1HTMML17H484022 | | Leased |
| 44 | Mack 2011 - 1M1AW07Y913M014747 | | Leased |
| 45 | Ford F 250 Diesel - 2015 - 1FT7W2BT2FEA55917 | | Leased |
| 46 | Pinson Bulk feed trailer - 2015 - 1P9AB4027FP255201 | | Leased |
| 47 | Pinson Bulk feed trailer - 2015 - 1P9AB4027FP255208 | | Leased |
| 48 | Chevrolet Silverado - 2015 - 3GCUKREC1FG224756 | | Leased |
| 49 | Utility 53'x102 Reefer trailer -2016 - 1UYVS2536GM535711 | | Leased |

**SouthFresh Aquaculture, LLC**

**Case No. 19-70152**

Form 206A/B - Schedule A/B

**Schedule: Part 8, Line 47 - Automobiles, vans, trucks, motorcycles, trailers, and tilted farm vehicles**

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 50 | Kenworth W900L - 2016 - 1XKD40X0GJ479354 | | Leased |
| 51 | Ford F-150 Crew XL - 2016 - 1FTEW1EF9GFA89002 | | Leased |
| 52 | Ford F150 XLT - 2016 - 1FTEW1EF8GFA55830 | | Leased |
| 53 | Ford F150 - 2017 - 1FTEW1EG5GFD42566 | | Leased |
| 54 | Ford F-150 XLT - 2018 - 1FTEW1EG1JKC43029 | | Leased |
| | | Total | $289,173.25 |

**SouthFresh Aquaculture, LLC**

Case No. 19-70152

Form 206A/B - Schedule A/B

**Line 73 - Insurance Policies or Annuities**

| Type of Policy Coverage | Insurance Carrier(s) | Last 4 Digits of Policy Number |
|---|---|---|
| Automobile | Hartford Financial Services Group, Inc. | X3400 |
| Boiler & Machinery | Travelers Casualty & Surety Company | XND15 |
| Crime | Great American Insurance Company | X0000 |
| Cyber Liability | National Union Insurance Company | X-61-03 |
| Directors & Officers, EPL, and Fiduciary Bond | National Union Insurance Company | X-46-22 |
| Excess Directors & Officers, and EPL | Federal Insurance Company | X1341 |
| Excess Umbrella | Aspen Insurance Holdings Limited | X4395 |
| Financial Institution Bond | Great American Insurance Company | X2 001 |
| Flood | Alabama Farmers Insurance Company for Cooperatives, Inc. | X-0005 |
| General Liability | United Specialty Insurance Company | X0554 |
| Life | Cigna | X-0002 |
| Marine Stock Throughput | Lloyd's of London | X2617 |
| Pollution | Ironshore, Inc. | X4500 |
| Property | AXIS Capital | X6117 |
| Property | Colony Insurance Company | X7601 |
| Property | First Specialty Insurance Corporation | X4442 |
| Property | RSUI Group, Inc. | X1496 |
| Terrorism – Liability | Lloyd's of London | X2613 |
| Terrorism – Property | Lloyd's of London | X4313 |
| Umbrella – General Liability and Automobile | Evanston Insurance Company and Navigators Insurance Company | X1667 (General Liability) X27IV (Automobile) |
| Workers' Compensation and Employers Liability | Sentry Insurance | X11-03 |

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 1 | 2003 PORTA SCALE MS4300 #48793 | 06/01/03 | 551.11 |
| 2 | 2006 WEIGH MASTER SCALE #60408 | 05/06/06 | 0.00 |
| 3 | 2008 PORTA SCALE MS4260 #42511 | 04/03/08 | 0.00 |
| 4 | VAR SEINE REELS & NETS, SOCKS | 05/10/06 | 0.00 |
| 5 | 1500' X 12' X 1 3/4" SEINE | 04/09/10 | 0.00 |
| 6 | HOSHIZAKI ICE MACHINE MODEL# KM-151BAH | 04/01/11 | 0.00 |
| 7 | (4) NEW CYCLONES DRYER | 04/02/07 | 0.00 |
| 8 | REWORK AUGER | 01/01/07 | 0.00 |
| 9 | CONVEYOR | 02/14/01 | 0.00 |
| 10 | WEIGH BAGGER | 10/25/01 | 0.00 |
| 11 | TRACTORS | 11/13/01 | 0.00 |
| 12 | BAGGER | 12/28/01 | 0.00 |
| 13 | CONVEYOR WORK | 02/15/02 | 0.00 |
| 14 | EXTRUDER | 02/26/02 | 0.00 |
| 15 | REWORK EXTRUDER | 08/02/06 | 0.00 |
| 16 | LANTEC PELLET WRAP MACHINE | 07/19/06 | 0.00 |
| 17 | (2) EXTRUDERS | 01/01/00 | 0.00 |
| 18 | DRYERS FOR EXTRUDERS | 01/01/00 | 0.00 |
| 19 | EQUIPMENT | 06/01/08 | 0.00 |
| 20 | BOILER | 01/01/00 | 0.00 |
| 21 | BULK LOAD OUT BINS | 01/01/00 | 0.00 |
| 22 | FEEDERS SCREWS & CONVEYORS | 01/01/00 | 0.00 |
| 23 | SCALES | 01/01/00 | 0.00 |
| 24 | CONTROL ROOM | 01/01/00 | 0.00 |
| 25 | SIDING FOR BULK LOADOUT | 01/01/00 | 0.00 |
| 26 | NUT, BOLT & FITTINGS | 01/01/00 | 0.00 |
| 27 | RECEIVING DOOR | 01/01/00 | 0.00 |
| 28 | BRIDGE | 01/01/00 | 0.00 |
| 29 | BATCHING ELECTRICAL | 01/01/00 | 0.00 |
| 30 | CONTROL ROOM | 01/01/00 | 0.00 |
| 31 | MIXER | 01/01/00 | 0.00 |
| 32 | SURGE BINS & HOPPER | 01/01/00 | 0.00 |
| 33 | VALVES, SPOUTS, ETC. | 01/01/00 | 0.00 |
| 34 | MIXER #2 | 01/01/00 | 0.00 |
| 35 | SURGE BINS & HOPPER | 01/01/00 | 0.00 |
| 36 | SPOUTS, VALVES & T-HEADS | 01/01/00 | 0.00 |
| 37 | LIQUID TANKS | 01/01/00 | 0.00 |
| 38 | GRINDING SYSTEM | 01/01/00 | 0.00 |
| 39 | MASH ELEVATORS | 01/01/00 | 0.00 |
| 40 | BLOWER SYSTEM | 01/01/00 | 0.00 |
| 41 | PELLETING SYSTEM | 01/01/00 | 0.00 |
| 42 | BAGGING LINE | 01/01/00 | 0.00 |
| 43 | REC. LEG-1994 | 01/01/00 | 0.00 |
| 44 | FLAKING SYSTEM-1993 | 01/01/00 | 0.00 |
| 45 | PFORM RAILS, STAIRS, GUARD-1993 | 01/01/00 | 0.00 |
| 46 | SHAKER | 01/01/00 | 0.00 |
| 47 | PELLETING SYSTEM-1993 | 01/01/00 | 0.00 |
| 48 | FAT SYSTEM | 01/01/00 | 0.00 |
| 49 | FLACKING SYSTEM | 01/01/00 | 0.00 |
| 50 | FORM, RAILS, STAIRS, GUARD | 01/01/00 | 0.00 |
| 51 | PELLETING SYSTEM | 01/01/00 | 0.00 |
| 52 | ANIMAL FAT PUMP-1993 | 01/01/00 | 0.00 |
| 53 | FLANGE PORTS-1993 | 01/01/00 | 0.00 |

## SouthFresh Aquaculture, LLC
Case No. 19-70152
Form 206A/B - Schedule A/B

### Part 8, Line 50 - Other Machinery, Fixtures and Equipment (excluding farm machinery)

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 54 | BUCKET ELEVATOR-1993 | 01/01/00 | 0.00 |
| 55 | BOILER CHASSIS-1993 | 01/01/00 | 0.00 |
| 56 | MOTORS-1993-94 | 01/01/00 | 0.00 |
| 57 | MONITOR LEVEL CONTROL | 01/01/00 | 0.00 |
| 58 | 20' BASE RESIN-1993 | 01/01/00 | 0.00 |
| 59 | INVENTORY RACKS | 01/01/00 | 0.00 |
| 60 | MOLASSES PROCESSOR-1993 | 01/01/00 | 0.00 |
| 61 | RAILROAD REPAIRS | 01/01/00 | 0.00 |
| 62 | REC SYSTEM REBUILD-1994 | 01/01/00 | 0.00 |
| 63 | DUST CONTROL SYSTEM | 01/01/00 | 0.00 |
| 64 | REC LEG O/S STORAGE-1994 | 01/01/00 | 0.00 |
| 65 | DUST SYSTEM-1994 | 01/01/00 | 0.00 |
| 66 | CRANE-1994 | 01/01/00 | 1.00 |
| 67 | METAL BIN BOTTOMS-1994 | 01/01/00 | 0.00 |
| 68 | DODGE GEAR BOX-1995 | 01/01/00 | 0.00 |
| 69 | REBUILD BLOWER-1995 | 01/01/00 | 0.00 |
| 70 | FEEDERS & CARTS-1995 | 01/01/00 | 0.00 |
| 71 | 10' GATE W/ROLLERS | 01/01/00 | 0.00 |
| 72 | 2 AUGERS ON BLENDERS | 01/01/00 | 0.00 |
| 73 | BIN BOTTOMS-1996 | 01/01/00 | 0.00 |
| 74 | AIR SYSTEMS | 01/01/00 | 0.00 |
| 75 | ELEVATOR MACHINE-1996 | 01/01/00 | 0.00 |
| 76 | SLIDE GATES | 01/01/00 | 0.00 |
| 77 | CARGILL EQUIPMENT-1996 | 01/01/00 | 0.00 |
| 78 | CATWALKS & RAILINGS-1995 | 01/01/00 | 0.00 |
| 79 | SYRUP SYSTEM-1995 | 01/01/00 | 0.00 |
| 80 | BLOWERS-1997 | 01/01/00 | 0.00 |
| 81 | TURNHEAD FOR BAG & BULK-1997 | 01/01/00 | 0.00 |
| 82 | KNIFE SHARPENER-1997 | 01/01/00 | 0.00 |
| 83 | LIGHTING PROJECT-1997 | 01/01/00 | 0.00 |
| 84 | FAT APPLICATOR-1997 | 01/01/00 | 0.00 |
| 85 | MOTOR-1997 | 01/01/00 | 0.00 |
| 86 | DISTRIBUTOR | 01/01/00 | 0.00 |
| 87 | PUMPING UNIT-1997 | 01/01/00 | 0.00 |
| 88 | #4 BLOWER | 01/01/00 | 0.00 |
| 89 | WATER SOFTNER-1997 | 01/01/00 | 0.00 |
| 90 | BLOWER-H-HL | 01/01/00 | 0.00 |
| 91 | BALDOR MOTOR FOR #1-1997 | 01/01/00 | 0.00 |
| 92 | CAMERA SYSTEM-UNLOADING | 01/01/00 | 0.00 |
| 93 | MICROJET 5X5 BAG PRINTER | 01/01/00 | 0.00 |
| 94 | 1978 32' PROWLER CAMPER | 01/01/00 | 0.00 |
| 95 | DUST CONTROL SYSTEM | 01/01/00 | 0.00 |
| 96 | CHEMICAL SYSTEM | 01/01/00 | 0.00 |
| 97 | PACKER MODIFICATIONS-1999 | 01/01/00 | 0.00 |
| 98 | 94 NISSAN P50KLP FORKLIFT | 01/01/00 | 0.00 |
| 99 | SEAL INGRED. BINS | 01/01/00 | 0.00 |
| 100 | FALSE BOTTOM BINS 1 & 2 | 01/01/00 | 0.00 |
| 101 | (3) REVERSE STARTERS AT H-2000 | 01/01/00 | 0.00 |
| 102 | NEW RADIO SYSTEM | 01/01/00 | 0.00 |
| 103 | UNKNOWN AFC SCH | 01/01/00 | 0.00 |
| 104 | NEW BIN & CONVEYOR | 01/01/00 | 0.00 |
| 105 | MOTOR PALLET MILL | 04/01/00 | 0.00 |
| 106 | MOYMO PUMP | 04/01/00 | 0.00 |

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 107 | BALDOR 75HP MOTOR | 01/01/00 | 0.00 |
| 108 | 95 HYSTER S50XL FORKLIFT | 01/01/00 | 0.00 |
| 109 | 12' FEED BIN | 03/15/00 | 0.00 |
| 110 | CONVEYORS & FEED GATES | 04/14/00 | 0.00 |
| 111 | REFURBISHING EXTRUDERS | 05/01/00 | 0.00 |
| 112 | COMMUNICATION EQUIPMENT | 01/01/00 | 0.00 |
| 113 | 1985 OTTAWA TRUCK MULE | 08/21/00 | 0.00 |
| 114 | MIILWRIGHTS | 03/04/01 | 0.00 |
| 115 | REPLACE ACTUATOR | 03/01/01 | 0.00 |
| 116 | PAINT EQUIPMENT | 04/25/01 | 0.00 |
| 117 | VESSEL CLEANOUT | 03/28/01 | 0.00 |
| 118 | STILLWATER MACHINE | 02/26/03 | 0.00 |
| 119 | EXTRU-TECH | 05/27/03 | 0.00 |
| 120 | 2500 PSI PRESSURE WASHER | 07/24/03 | 0.00 |
| 121 | AIR COMPRESSOR-MODEL P185WJD | 06/10/03 | 0.00 |
| 122 | BOBCAT 250 WELDER | 11/05/03 | 0.00 |
| 123 | USED CHAMPION 11.5X44 HAMMER | 11/21/03 | 0.00 |
| 124 | TBI-84 TUFLINE BOXBLADE | 12/02/03 | 0.00 |
| 125 | GARDENER 100HP AIR COMPRESSOR | 11/30/03 | 0.00 |
| 126 | #2 750 EXTRUDOR GEAR BOX | 09/22/03 | 0.00 |
| 127 | 100HP STARTER FOR HAMMER MILL | 12/17/03 | 0.00 |
| 128 | SCALE CONVEYOR | 12/29/03 | 0.00 |
| 129 | 40 TON BIN | 12/31/03 | 0.00 |
| 130 | REWORK #2 EXTRUDOR | 02/25/04 | 0.00 |
| 131 | FISH FINE SYSTEM | 03/16/04 | 0.00 |
| 132 | HENRY WELDING MAJOR REPAIR | 03/31/04 | 0.00 |
| 133 | CYCLONES | 03/31/04 | 0.00 |
| 134 | SAFELY RAILS | 03/03/04 | 0.00 |
| 135 | PNEUMAT SYSTEMS, INC. | 07/23/02 | 131.10 |
| 136 | INSTALL FINES SYSTEM OFF DRYERS | 07/28/04 | 0.00 |
| 137 | CONVEYORS | 10/05/04 | 0.00 |
| 138 | CLEAN STORAGE TANKS | 03/29/05 | 0.00 |
| 139 | CLEAN STORAGE TANKS | 05/02/05 | 0.00 |
| 140 | NEW AUGERS FOR RAIL | 01/04/05 | 0.00 |
| 141 | ADDITIONAL WORK ON AUGERS | 01/04/05 | 0.00 |
| 142 | INSTALL NEW 3 WAY VALVE | 01/07/05 | 0.00 |
| 143 | SEWING MACHINE | 01/01/05 | 0.00 |
| 144 | COOLING TOWER | 01/01/05 | 0.00 |
| 145 | SCREW CONVEYOR | 01/05/05 | 0.00 |
| 146 | NEW STEAM HEADER | 01/05/05 | 0.00 |
| 147 | AUDIT ADJUSTMENT | 10/12/04 | 0.00 |
| 148 | REBUILD 300HP ELECTRIC MOTOR | 01/01/05 | 0.00 |
| 149 | SPROUT 18"X120" CONDITION | 01/01/06 | 0.00 |
| 150 | REWORK REFRACTORY - BOILER | 03/27/06 | 0.00 |
| 151 | BINS(MC) | 12/31/05 | 0.00 |
| 152 | VACUUM SILO | 01/10/05 | 0.00 |
| 153 | REWORK EXTRUDER #1 | 04/24/07 | 0.00 |
| 154 | BUSH HOG #296 | 04/13/07 | 0.00 |
| 155 | REBUILD ELEVATOR LEG | 01/09/08 | 0.00 |
| 156 | PAN ASSEMBLY-COOLER | 01/30/08 | 0.00 |
| 157 | BATCHING SYSTEM | 06/30/09 | 0.00 |
| 158 | BATCHING SYSTEM | 02/24/10 | 2,818.91 |
| 159 | SUTOR BLOWER | 02/24/10 | 2,072.36 |

**SouthFresh Aquaculture, LLC**
Case No. 19-70152
Form 206A/B - Schedule A/B
**Part 8, Line 50 - Other Machinery, Fixtures and Equipment (excluding farm machinery)**

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 160 | BOILER INSPECTION/REWORK | 02/19/10 | 1,675.39 |
| 161 | LENNOX 5 TON HVAC SYSTEM | 11/10/10 | 1,315.41 |
| 162 | '99 OTTAWA YT30 SN 79198 | 07/08/11 | 0.00 |
| 163 | REPLACE ELEVATOR MOTOR | 11/15/11 | 0.00 |
| 164 | EXTRUDER SHAFT REPLACEMENT | 01/09/12 | 562.02 |
| 165 | LEXUS 4-TON A/C | 05/31/13 | 1,152.85 |
| 166 | PALLET MILL DYES | 05/31/13 | 1,717.48 |
| 167 | DUAL DRIVE GEARBOX | 12/01/13 | 3,169.40 |
| 168 | #1 EXTRUDER SHAFT W/BEARING | 12/01/13 | 9,057.56 |
| 169 | BOILER-REPLACE BURNER HOUSING | 03/06/14 | 4,363.33 |
| 170 | PELLET MILL-REPLACE GEARS | 04/01/14 | 2,990.82 |
| 171 | STEAM REGULATOR #1 | 07/23/14 | 2,014.87 |
| 172 | BALDOR E-PACT MOTOR | 07/25/14 | 5,614.94 |
| 173 | DRYER CONTROLS | 08/01/14 | 3,393.83 |
| 174 | PARTS DRYER CONTROLS | 08/01/14 | 1,593.53 |
| 175 | SCREW & LINER REPLACEMENT | 03/01/15 | 16,883.05 |
| 176 | DRYER MODIFICATION FOR SWINE FEED | 03/01/15 | 11,448.00 |
| 177 | #1 CHAIN CONVEYOR REWORK | 06/01/15 | 2,541.53 |
| 178 | #1 SCREWS | 10/31/15 | 23,170.33 |
| 179 | SANDBLASTING & PAINTING ANIMAL FAT TANK | 10/31/15 | 3,133.34 |
| 180 | SANDBLAST & PAINT TRAILERS | 03/08/16 | 3,035.71 |
| 181 | SECURITY SYSTEM | 06/01/16 | 16,713.91 |
| 182 | EXTRUDER DRYER REPAIRS | 04/12/16 | 13,275.48 |
| 183 | PELLET MILL AUTOMATION | 07/01/16 | 45,615.66 |
| 184 | FAT TANK REWORK | 07/01/16 | 23,408.72 |
| 185 | DRYER PAN REPLACEMENT | 03/15/16 | 10,337.82 |
| 186 | CLEAN FISH FEED BINS & GSI BIN | 01/29/16 | 15,441.44 |
| 187 | WET KIT FOR KENWORTH TRUCK SYS# 495 | 08/04/17 | 3,396.76 |
| 188 | FEED MILL EXTRUDER REBUILD ASSET 172 | 02/21/18 | 47,961.66 |
| 189 | FEED MILL BURNERS FOR NUMBER 1 DRYER | 08/16/17 | 25,362.75 |
| 190 | FEED MILL CHAIN DRAG | 02/23/18 | 36,267.00 |
| 191 | FEED MILL AIR COMPRESSOR | 03/21/18 | 51,197.55 |
| 192 | FEED MILL WAREHOUSE FORKLIFT | 02/13/18 | 22,000.00 |
| 193 | FEED MILL REPLACE STEAMLINE DRAG TO BAGGING | 07/01/18 | 24,142.98 |
| 194 | FEED MILL MEDICATED FEED BIN WITH LOAD CELLS | 07/01/18 | 34,123.67 |
| 195 | FEED MILL DRYER PANS | 07/01/18 | 87,749.80 |
| 196 | LIVE FISH GRADER | 01/31/07 | 0.00 |
| 197 | 5' INFEED BREADER | 05/25/08 | 0.00 |
| 198 | PROSD 9/16 STRIP MACHINE | 05/25/08 | 0.00 |
| 199 | SPIRAL & EQUIPMENT LEASE END | 08/12/08 | 0.00 |
| 200 | ICE MACHINE-PIPING | 09/04/08 | 0.00 |
| 201 | EQUIPMENT | 01/01/09 | 0.00 |
| 202 | BAADER MODEL 184 FILLET MACHINE | 01/01/01 | 0.00 |
| 203 | COLLUM MODEL 1500 DE-HEADING | 01/01/01 | 0.00 |
| 204 | COLLUM MODEL 870 SS SUPER SKIN | 01/01/01 | 0.00 |
| 205 | COLLUM MODEL 970 SM KNIFE | 01/01/01 | 0.00 |
| 206 | DIGITAL SCALES | 01/01/01 | 0.00 |
| 207 | (2) WATER HEATERS | 01/01/01 | 0.00 |
| 208 | POWER UNIT/HOSES/ETC | 01/01/01 | 0.00 |
| 209 | (2) STRAPPING MACHINES | 01/01/01 | 0.00 |
| 210 | (2) MAREL TEN STATION GRADERS | 01/01/01 | 0.00 |
| 211 | MAREL TRIMMING SOFTWARE | 01/01/01 | 0.00 |
| 212 | WEIGHT INDICATOR BOX SCALES | 01/01/01 | 0.00 |

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 213 | LABEL PRINTER/INTERFACE CARDS | 01/01/01 | 0.00 |
| 214 | PRINTER/SCALES/INTERFACE SOFTWARE | 01/01/01 | 0.00 |
| 215 | MAREL TIME GUARD SYSTEM | 01/01/01 | 14,034.00 |
| 216 | WEIGHT TRONIX-SCALES | 01/01/01 | 0.00 |
| 217 | PLASTIC TOTES/PALLETS | 01/01/01 | 0.00 |
| 218 | AIR COMPRESSOR/AIR DRYER | 01/01/01 | 0.00 |
| 219 | (2) PRIMARY EDGERS/HEAD SAW | 01/01/01 | 0.00 |
| 220 | METAL DEAD DECTOR/CONVEYOR | 01/01/01 | 0.00 |
| 221 | BOX CHUTE CONVEYOR/RACKS | 01/01/01 | 0.00 |
| 222 | HANDWASHER/APRON RACK | 01/01/01 | 0.00 |
| 223 | ROLLER BEDS | 01/01/01 | 0.00 |
| 224 | ICE TRANSFER CONVEYOR | 01/01/01 | 0.00 |
| 225 | DRIP PAN/GRADERS/SCANNERS/TABL | 01/01/01 | 0.00 |
| 226 | FISH BASKET/CONVEYOR/DEWATER | 01/01/01 | 0.00 |
| 227 | 166 HEAD SAW/SKINNING EVISC. | 01/01/01 | 0.00 |
| 228 | LIVE FISH TURNAROUND/CONVEYOR | 01/01/01 | 0.00 |
| 229 | HEAD SAW CHUTES/CONVEYOR/WASTE | 01/01/01 | 0.00 |
| 230 | TRIM TABLE INCLINE/ 12 STATION | 01/01/01 | 0.00 |
| 231 | CHILLERWHOLE/FILLET/NUGGET | 01/01/01 | 0.00 |
| 232 | ICE AUGER/DISPENSERS/TRANSFERS | 01/01/01 | 0.00 |
| 233 | WHOLE FISH OPERATOR PLATFORM | 01/01/01 | 0.00 |
| 234 | FILLET TRANSFER/CONVEYOR/INDEX | 01/01/01 | 0.00 |
| 235 | NUGGET TRANSFER CONVEYOR | 01/01/01 | 0.00 |
| 236 | CONVEYOR GRADER/PACKOUT/LUG | 01/01/01 | 0.00 |
| 237 | STANDS/TABLES/WASHER/FOOTDIP | 01/01/01 | 0.00 |
| 238 | HEAD MACHINES/CONVEYOR/CHUTES | 01/01/01 | 0.00 |
| 239 | DEWATERING SCREEN CONVEYOR | 01/01/01 | 0.00 |
| 240 | INFEED TO FREEZER | 01/01/01 | 0.00 |
| 241 | GLAZER/HOPPER/CONVEYOR | 01/01/01 | 0.00 |
| 242 | HANDWASH STATIONS | 01/01/01 | 0.00 |
| 243 | TRIM TABLES/INCLINES/CONVEYORS | 01/01/01 | 0.00 |
| 244 | ROTO JET/SANITIZER/VACUUM PUMP | 01/01/01 | 0.00 |
| 245 | YALE FORKLIFT | 01/01/01 | 0.00 |
| 246 | FREEZER RACK | 01/01/01 | 0.00 |
| 247 | PANEL HEATER/AIR TEMP SENSOR | 01/01/01 | 0.00 |
| 248 | PLASTIC TOTES | 01/01/01 | 0.00 |
| 249 | DIGITAL SCALES | 01/01/01 | 0.00 |
| 250 | FORK LIFT | 01/01/01 | 0.00 |
| 251 | VACUUM PUMP/ROTO JET | 01/01/01 | 0.00 |
| 252 | EQUIPMENT | 01/01/01 | 0.00 |
| 253 | HOPPER CONVEYOR | 06/14/01 | 0.00 |
| 254 | S & N SPRAYER | 06/25/01 | 0.00 |
| 255 | HEAD CHUTE | 07/13/01 | 0.00 |
| 256 | MAREL-D780N4 | 07/15/01 | 0.00 |
| 257 | WASHDOWN FAN | 08/08/01 | 0.00 |
| 258 | PALLET JACK | 08/08/01 | 0.00 |
| 259 | BOX BLADE | 08/09/01 | 0.00 |
| 260 | ROLLER BED COVER | 08/24/01 | 0.00 |
| 261 | DIGITAL SCALES | 10/01/01 | 0.00 |
| 262 | EXTEND CONVEYOR | 12/18/01 | 0.00 |
| 263 | YALE LIFT | 02/28/02 | 0.00 |
| 264 | SAFETY MANUAL | 11/08/02 | 0.00 |
| 265 | MAREL PACK OFF SCALES | 12/20/02 | 0.00 |

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 266 | SYLVESTER'S PACK OFF LINES | 12/20/02 | 0.00 |
| 267 | BLOCK WALL-LIVE FISH GRADER | 10/28/03 | 0.00 |
| 268 | MATERIALS-GRADER SYSTEM | 07/07/03 | 0.00 |
| 269 | DRAIN SYSTEM-NEW GRADER | 07/30/03 | 0.00 |
| 270 | JOHN DEERE 5210 UTILITY TRACTOR | 12/19/03 | 0.00 |
| 271 | LIVE FISH GRADER | 10/15/03 | 0.00 |
| 272 | PROCESS SAFETY MANAGEMENT | 06/17/03 | 0.00 |
| 273 | INTERMEC TECHNOLOGIES | 02/12/04 | 0.00 |
| 274 | STAINLESS FISH BASKET | 03/15/04 | 0.00 |
| 275 | AMMONIA SAFETY PROGRAM AND MANUAL | 08/17/04 | 0.00 |
| 276 | SPIRAL FREEZER | 01/01/06 | 0.00 |
| 277 | YALE FORKLIFT ERP040 | 01/01/06 | 0.00 |
| 278 | YALE FORKLIFT NDR030 | 01/01/06 | 0.00 |
| 279 | LPI BELAM INJECTOR | 07/03/06 | 0.00 |
| 280 | EUTAW-AMMONIA COMP | 05/01/07 | 0.00 |
| 281 | REWORK LIVE FISH GRADER | 04/30/10 | 0.00 |
| 282 | FRICK RXF 50 COMPRESSOR | 04/09/10 | 0.00 |
| 283 | THERMOSYPHON OIL RECEIVER | 12/01/10 | 0.00 |
| 284 | STAINLESS STEEL BELT | 07/01/11 | 0.00 |
| 285 | CONDENSER REPLACEMENTS | 09/21/11 | 0.00 |
| 286 | RACEWAY PROJECT | 06/01/13 | 0.00 |
| 287 | HEAT EXCHANGER & PUMP | 07/31/13 | 9,295.97 |
| 288 | CARDINAL 190 SCALE | 07/01/13 | 1,125.30 |
| 289 | 50 HP 500 GALLON HYDRAULIC POWER UNIT | 07/31/13 | 12,797.63 |
| 290 | NH4 AMMONIA PUMP | 06/30/13 | 11,183.76 |
| 291 | UPGRADE REFRIGERATION CONTROL SYSTEM | 07/31/13 | 11,893.46 |
| 292 | BAADER 184 UPGRADE | 02/28/13 | 2,486.75 |
| 293 | REPAIR AIR HANDLING UNITS | 06/01/13 | 1,488.27 |
| 294 | HEAT EXCHANGER | 02/01/14 | 665.49 |
| 295 | FRICK SCREW COMPRESSOR | 02/01/14 | 8,327.29 |
| 296 | 20' INDEXING CONVEYORS | 02/01/14 | 4,463.34 |
| 297 | ULTRAFREEZE HIGH SPEED FREEZER DOOR | 07/31/14 | 9,050.95 |
| 298 | REFRIGERATION CONTROLS | 08/01/14 | 19,047.61 |
| 299 | LANTECH STRECH WRAPPER SN QM032375 | 01/29/15 | 4,424.49 |
| 300 | VACUUM PUMP | 03/01/15 | 16,320.43 |
| 301 | CONTROL PANEL FOR SPIRAL FREEZER | 03/01/15 | 14,416.05 |
| 302 | TURBO CHILLER FOR GLAZER | 03/01/15 | 19,685.19 |
| 303 | INSTALL PORTION MACHINE | 02/10/15 | 6,898.81 |
| 304 | ICE PACK PROJECT | 06/01/15 | 15,415.74 |
| 305 | RACEWAY PROJECT | 09/30/14 | 0.00 |
| 306 | REFRIGERATION CONTROL PROJECT | 08/01/15 | 26,190.47 |
| 307 | BAADER SADDLE | 12/31/15 | 10,928.39 |
| 308 | 2 AIR UNITS | 04/01/16 | 35,338.60 |
| 309 | REBUILD SPIRAL FREEZER | 03/01/16 | 38,061.73 |
| 310 | CHILLED WATER SYSTEM | 07/20/16 | 93,652.97 |
| 311 | SECURITY MONITORING SYSTEM | 07/22/16 | 28,426.67 |
| 312 | LIVE RECEIVING MODIFICATIONS | 07/22/16 | 30,262.25 |
| 313 | BOILER REPLACEMENT | 05/01/17 | 110,400.95 |
| 314 | OFFAL SCREW CONVEYOR | 05/01/17 | 22,711.83 |
| 315 | SPIRAL BELT | 09/01/17 | 26,030.04 |
| 316 | YALE FORKLIFT SN A295N02944F | 08/31/17 | 14,616.50 |
| 317 | 2012 VOLVO TRUCK VIN4V4NC9EH1CN555888 | 01/17/18 | 52,061.04 |
| 318 | BAADER FISH FILLETING MACHINE REBUILD ASSET 42 | 11/15/17 | 55,837.53 |

# SouthFresh Aquaculture, LLC
## Case No. 19-70152
### Form 206A/B - Schedule A/B
**Part 8, Line 50 - Other Machinery, Fixtures and Equipment (excluding farm machinery)**

| Item Number | Item Description | Date Acquired | Book Value as of 11/30/2018 |
|---|---|---|---|
| 319 | PROCESSING PLANT SLICER FREEZER | 01/22/18 | 217,678.89 |
| 320 | PROCESSING PLANT OIL LEVEL REDUCER | 01/15/18 | 9,469.37 |
| 321 | PROCESSING PLANT ICE MACHINE | 07/01/18 | 147,868.48 |
| 322 | PROCESSING PLANT TAPE MACHINE | 07/01/18 | 12,033.75 |
| 323 | METAL DETECTOR-BAGGING OPERATION (Accelerated FY | 07/01/18 | 44,926.09 |
| 324 | OFFAL CONVEYOR (Accelerated FY19) | 07/01/18 | 25,784.92 |
| 325 | DOCK LEVELERS (FY19) | 07/01/18 | 11,163.63 |
| 326 | YALE FORKLIFT SN# A968N09179L | 08/01/18 | 21,265.34 |
| 327 | RACEWAY PROJECT | 02/12/16 | 5,492.70 |
| 328 | REMAN XJF151M0473M COMPRESSOR | 09/09/10 | 0.00 |
| 329 | 5 TM Trackmobile/Unit 5905 | 08/01/10 | 45,000.00 |
| 330 | Toyota Forlift/7FBCU25 | 04/01/14 | 10,000.00 |
| | **Total Machinery & Equipment** | | **$ 1,839,625.74** |

**SouthFresh Aquaculture, LLC**
Case No. 19-70152
Form 206A/B - Schedule A/B
**Part 11, Line 77 - Other Assets**
Additional details for each contract or lease can be found on Schedule G

| Type of Asset | Related To: | Counter Party | Current Value |
|---|---|---|---|
| Lease | Property, Feed Mill, 403 Maria Street, Demopolis, AL | Alabama State Port Authority | unknown |
| Contract | Processing Rights | Allen & Willis | unknown |
| Contract | Ingredients | Archer Daniels Midland | unknown |
| Contract | Ingredients | Archer Daniels Midland | unknown |
| Contract | Ingredients | Archer Daniels Midland | unknown |
| Lease | Auto, 2015 Pinson Bulk Feed Trailer | Bancorp South Equipment | unknown |
| Lease | Auto, 2015 Pinson Bulk Feed Trailer | Bancorp South Equipment | unknown |
| Lease | Equipment, Reefer Trailer | Bancorp South Equipment Finance | unknown |
| Contract | Processing Rights | Bishop Catfish & Cattle | unknown |
| Contract | Ingredients | Commodity Specialists | unknown |
| Contract | Ingredients | Commodity Specialists | unknown |
| Contract | Ingredients | Commodity Specialists | unknown |
| Contract | Ingredients | Commodity Specialists | unknown |
| Contract | Processing Rights | Dave Wenger | unknown |
| Contract | Processing Rights | Delmer Koehn | unknown |
| Contract | Processing Rights | Dombhart Farms | unknown |
| Contract | Processing Rights | Double C Farms | unknown |
| Contract | Processing Rights | Double Wheel Farm | unknown |
| Contract | Processing Rights | Double Wheel Farm | unknown |
| Contract | Processing Rights | Elysian Fish Farms | unknown |
| Contract | Processing Rights | Elysian Fish Farms | unknown |
| Lease | Office, Energy Center, Tuscaloosa, AL | Energy Center, Ltd. | unknown |
| Lease | Auto, 2013 Kenworth T800 OTR | Farm Credit Leasing Services Corporation | unknown |
| Lease | Auto, 2018 Kenworth T680 Tractor | Farm Credit Leasing Services Corporation | unknown |
| Lease | Auto, 2016 Kenworth | Farm Credit Leasing Services Corporation | unknown |
| Contract | Ingredients | Farmers Grain | unknown |
| Contract | Processing Rights | First Gulf South | unknown |
| Contract | Processing Rights | Forkland Springs | unknown |
| Contract | Processing Rights | C&H Farms | unknown |
| Contract | Processing Rights | Gary W. Broussard, DBA Beaver Creek Farms | unknown |
| Contract | Ingredients | Gavilon Ingredients, LLC | unknown |
| Contract | Ingredients | Gavilon Ingredients, LLC | unknown |
| Contract | Processing Rights | Gerald Bierly | unknown |
| Contract | Processing Rights | Givhan Land & Cattle | unknown |
| Contract | Ingredients | Golden Peanut Co. | unknown |
| Contract | Processing Rights | Harms Farms | unknown |
| Contract | Processing Rights | Herndon Farms | unknown |
| Contract | Processing Rights | Hills Ranch | unknown |
| Contract | Processing Rights | Horseshoe Farm | unknown |
| Contract | Processing Rights | Ioka Farm | unknown |
| Contract | Processing Rights | James Fisheries | unknown |
| Lease | Property - Hale County, Alabama | James P. York & William L. York | unknown |
| Contract | Processing Rights | Ken Diller | unknown |
| Contract | Ingredients | Lansing Trade Group, LLC | unknown |
| Contract | Ingredients | Lansing Trade Group, LLC | unknown |
| Contract | Ingredients | Lansing Trade Group, LLC | unknown |

| Type of Asset | Related To: | Counter Party | Current Value |
|---|---|---|---|
| Contract | Ingredients | Lansing Trade Group, LLC | unknown |
| Lease | Equipment, # 605-13 | LeaseSouth, LLC | unknown |
| Lease | Equipment, # 605-17 | LeaseSouth, LLC | unknown |
| Lease | Equipment, # 605-22 | LeaseSouth, LLC | unknown |
| Lease | Equipment, # 605-27 | LeaseSouth, LLC | unknown |
| Contract | Processing Rights | Lee Jackson | unknown |
| Contract | Ingredients | Livestock Nutrition Center, LLC | unknown |
| Contract | Ingredients | Livestock Nutrition Center, LLC | unknown |
| Contract | Processing Rights | Mark A. Schmidt | unknown |
| Contract | Processing Rights | Martin Litwiller | unknown |
| Contract | Processing Rights | Michael Hardy d/b/a Bodock Farm | unknown |
| Contract | Processing Rights | Mitchell Hale | unknown |
| Contract | Processing Rights | Norman Lewis | unknown |
| Contract | Processing Rights | Pine View Farms | unknown |
| Contract | Processing Rights | Prairie Lake Farms | unknown |
| Contract | Ingredients | Purina Animal Nutrition LLC | unknown |
| Contract | Processing Rights | Richard Nichols | unknown |
| Contract | Processing Rights | S&S Farms | unknown |
| Contract | Processing Rights | S&S Farms | unknown |
| Contract | Processing Rights | Southview Farms | unknown |
| Contract | Collective Bargaining Agreement | ICUWC and Its Local 1038C | unknown |
| Contract | Service for Equipment (Ozone) | TriStrata Group | unknown |
| Lease | Equipment, Ozone, System C-300 | TriStrata Group | unknown |
| Lease | Auto - 2016 Ford F150 XLT | Union Leasing | unknown |
| Lease | Auto - 2018 Ford F150 XLT | Union Leasing | unknown |
| Lease | Equipment - Canon Copier | Wells Fargo Vendor Financial Services | unknown |
| Contract | Processing Rights | West Alabama Aqua | unknown |
| Lease | Equipment, C-300 | WGUS FS, LLC | unknown |
| Contract | Processing Rights | Williams Cattle Co. | unknown |
| Membership | Club Membership | Oxford University | $      6,000.00 |

Debtor name __SouthFresh Aquaculture, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ALABAMA__

Case number (if known) __19-70152__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **None** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

Column A: **$0.00**   Column B: **$0.00**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Internal Revenue Service**

PO Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account number **6702**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$1,092.57**  Priority amount: **$1,092.57**

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**A La Carte Specialty Foods**
**501 Louisiana Street**
**Westwego, LA 70094-4141**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim: **$12,000.00**

**3.2** Nonpriority creditor's name and mailing address
**AB Vista, Inc.**
**150 S. Pine Island Rd., Ste. 270**
**Fort Lauderdale, FL 33324-2677**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim: **$26,350.00**

| Debtor | SouthFresh Aquaculture, LLC | Case number (if known) | 19-70152 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.37 |
|---|---|---|---|
| | Acosta, Inc. | ☐ Contingent | |
| | 6600 Corporate Center Pkwy. | ☐ Unliquidated | |
| | Jacksonville, FL 32216 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,459.84 |
|---|---|---|---|
| | ADM Milling Co. | ☐ Contingent | |
| | P.O. Box 745086 | ☐ Unliquidated | |
| | Atlanta, GA 30374-5086 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.92 |
|---|---|---|---|
| | Advanced Disposal Services | ☐ Contingent | |
| | P.O. Box 743019 | ☐ Unliquidated | |
| | Atlanta, GA 30374-3019 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,139,517.24 |
|---|---|---|---|
| | Alabama Farmers Cooperative | ☐ Contingent | |
| | c/o Lawrence C. Weaver, Wilmer & Lee | ☐ Unliquidated | |
| | 300 Market St, Suite 210 AB | ☐ Disputed | |
| | Decatur, AL 35601 | | |
| | Date(s) debt was incurred _8/1/2017_ | Basis for the claim: __Line of Credit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,440,437.88 |
|---|---|---|---|
| | Alabama Farmers Cooperative | ☐ Contingent | |
| | c/o Lawrence C. Weaver, Wilmer & Lee | ☐ Unliquidated | |
| | 300 Market St, Suite 210 AB | ☐ Disputed | |
| | Decatur, AL 35601 | | |
| | Date(s) debt was incurred _10/31/2015_ | Basis for the claim: __Term Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,523.28 |
|---|---|---|---|
| | Alabama Power Company | ☐ Contingent | |
| | 600 North 18th St. | ☐ Unliquidated | |
| | Birmingham, AL 35203-2200 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.75 |
|---|---|---|---|
| | Andalusia Farmers Cooperative | ☐ Contingent | |
| | P.O. Box 1335 | ☐ Unliquidated | |
| | Andalusia, AL 36420 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.87 |
|---|---|---|---|

**3.10**  Nonpriority creditor's name and mailing address
**Aramark Uniform & Career Apparel Group**
P.O. Box 904103
Charlotte, NC 28290-4103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$479.87

---

**3.11**  Nonpriority creditor's name and mailing address
**Arbon Equipment**
25464 Network Place
Chicago, IL 60673-1254

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$1,175.90

---

**3.12**  Nonpriority creditor's name and mailing address
**Ardent Mills, LLC**
33250 Collection Center Dr.
Chicago, IL 60693-0332

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$6,529.25

---

**3.13**  Nonpriority creditor's name and mailing address
**AT&T**
P.O. Box 105262
Atlanta, GA 30348-5262

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$3,626.88

---

**3.14**  Nonpriority creditor's name and mailing address
**Atlas Welding Supply Co., Inc.**
3530 Greensboro Ave.
Tuscaloosa, AL 35401-7002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,508.75

---

**3.15**  Nonpriority creditor's name and mailing address
**BAADER North America**
3086 Paysphere Circle
Chicago, IL 60674-0030

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$22,158.14

---

**3.16**  Nonpriority creditor's name and mailing address
**Bucksaw Ridge**
5870 Co. Rd. 21
Akron, AL 35441-2205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$730.00

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,062.05 |
|---|---|---|---|

**Bunzl Processor Division**
12240 Collection Center Drive
Chicago, IL 60693-0122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,332.32 |
|---|---|---|---|

**Canadian Biosystems, Inc.**
4389-112th Avenue S.E.
Calgary, Alberta T2C 0J7

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $592.50 |
|---|---|---|---|

**Central Alabama Farmers Cooperative**
P.O. Box 519
Demopolis, AL 36732

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.46 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 630910
Cincinnati, OH 45263-0910

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.40 |
|---|---|---|---|

**City of Northport Water & Sewer Dept.**
3500 McFarland Blvd.
Northport, AL 35476-3181

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.50 |
|---|---|---|---|

**Collins Communications**
1009 West Jackson Street
Demopolis, AL 36732-1699

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $817.50 |
|---|---|---|---|

**Collins Communications**
1009 West Jackson Street
Demopolis, AL 36732-1699

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,844.04 |
|---|---|---|---|

**Collum Food Processing**
1491 Thornton Street
Greenville, MS 38703-2443

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,337.86 |
|---|---|---|---|

**Commodity Specialists**
PO Box 802233
Kansas City, MO 64180-2233

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,553.21 |
|---|---|---|---|

**Covia Lime, LLC**
P.O. Box 198867
Atlanta, GA 30384-8867

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,334.74 |
|---|---|---|---|

**CPC Commodities**
98 Celsor Road
Fountain Run, KY 42133

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.80 |
|---|---|---|---|

**D&F Equipment Sales**
P.O. Box 275
Crossville, AL 35962-0275

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.00 |
|---|---|---|---|

**David Besson Partlow, III - Windy Hill**
421 Vicksburg Dr.
Tuscaloosa, AL 35406-1765

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.11 |
|---|---|---|---|

**Demopolis Water Works**
P.O. Box 350
Demopolis, AL 36732

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,787.20 |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address
**Diversified Ingredients**
**440 Mamaroneck Ave.**
**Harrison, NY 10528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

$2,787.20

---

**3.32** Nonpriority creditor's name and mailing address
**Dixie Feed & Trucking**
**PO Box 301**
**Aliceville, AL 35442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,294.96

---

**3.33** Nonpriority creditor's name and mailing address
**Double Wheel Farm**
**5111 US Hwy 11 South**
**Boligee, AL 35443-3402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

$82,243.04

---

**3.34** Nonpriority creditor's name and mailing address
**Dyna-Lift**
**P.O. Box 1348**
**Montgomery, AL 36102-1348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,232.42

---

**3.35** Nonpriority creditor's name and mailing address
**Eagle Transportation**
**7127 Hwy 98 W, Ste. 50**
**Hattiesburg, MS 39402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,250.00

---

**3.36** Nonpriority creditor's name and mailing address
**Extru-Tech, Inc.**
**100 Airport Rd.**
**Sabetha, KS 66534-9418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$222.00

---

**3.37** Nonpriority creditor's name and mailing address
**Fairway Dairy & Ingredients**
**17725 Juniper Path**
**Lakeville, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,099.20

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,638.62 |
|---|---|---|---|

**Farmers Grain**
PO Box 1796
Greenville, MS 38702-1796

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $404.71 |
|---|---|---|---|

**FFE Transportation Services Inc.**
1145 Empire Central Place
Dallas, TX 75247-4305

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,150.00 |
|---|---|---|---|

**Fred Robertson Wrecker Service**
3702 Greensboro Ave.
Tuscaloosa, AL 35405-2845

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $125.00 |
|---|---|---|---|

**Gaddy Electric & Plumbing**
PO Box 480066
Linden, AL 36748-0066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,076.41 |
|---|---|---|---|

**Gary W. Broussard DBA Beaver Creek Farms**
324 Baby St.
Newbern, AL 36765-3602

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13,044.77 |
|---|---|---|---|

**Gavilon Ingredients, LLC**
P.O. Box 74008695
Chicago, IL 60674-8695

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $29,728.87 |
|---|---|---|---|

**Georgia Pacific Corrugated**
405 Maxwell Dr.
Albany, GA 31701-1615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|

**Global Fire Sprinklers**
4242 Bryson Blvd.
Florence, AL 35630-7319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $709.39 |
|---|---|---|---|

**Grainger, Inc.**
100 Grainger Pkwy.
Lake Forest, IL 60045-5202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,871.24 |
|---|---|---|---|

**Greensboro Farmer's Cooperative**
P.O. Box 358
Greensboro, AL 36744-0358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,921.24 |
|---|---|---|---|

**Gulf Coast Marine Supply Co.**
P.O. Box 2088
Mobile, AL 36652-2088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.99 |
|---|---|---|---|

**Hach Company**
2207 Collection Center Drive
Chicago, IL 60693-0022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679.00 |
|---|---|---|---|

**Harmony Hill Trucking**
1919 B Washington St.
Uniontown, AL 36786-4514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,600.00 |
|---|---|---|---|

**Henry Welding, LLC**
10248 AL Highway 14
Greensboro, AL 36744-5362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $582.01 |
|---|---|---|---|

**HPSI Purchasing Services**
1101 Market Street
Philadelphia, PA 19107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,097.39 |
|---|---|---|---|

**Industrial Electric Motor Work**
P.O. Box 638
Marion, MS 39342-0638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,462.85 |
|---|---|---|---|

**International Paper MPAK Warehouse**
PO Box C
Indianola, MS 38751-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**J & C Farms**
PO Box 466
Macon, MS 39341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.85 |
|---|---|---|---|

**James O. Banks, Jr.**
101 Greensboro St.
Eutaw, AL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,308.08 |
|---|---|---|---|

**JBT Cat**
P.O. Box 772998
Chicago, IL 60677-0298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.64 |
|---|---|---|---|

**Kiwi Coders Corp.**
265 East Messner Dr.
Wheeling, IL 60090-6495

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,653.31 |
|---|---|---|---|

**Kyle D. Schmidt**
2448 Hopewell Rd.
Brooksville, MS 39739-5165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,760.00 |
|---|---|---|---|

**LaBudde Group, Inc.**
PO Box 309
Cedarburg, WI 53012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,045.24 |
|---|---|---|---|

**Land O' Lakes Purina Feed LLC**
PO Box 404744
Atlanta, GA 30384-4744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,369.85 |
|---|---|---|---|

**Lansing Vermont, Inc.**
PO Box 741671
Atlanta, GA 30374-1671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442.00 |
|---|---|---|---|

**Larsen Intermodal Services Inc.**
12301 Old Gentilly Road
New Orleans, LA 70129-8219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Lewis Pest Control**
1001 S. Cedar Ave.
Demopolis, AL 36732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,140.80 |
|---|---|---|---|

**Livestock Nutrition Center, LLC**
5860 Ridgeway Center Pkwy., Ste. 240
Memphis, TN 38120-4046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 19-70152-JHH11　　Doc 88　　Filed 02/25/19　　Entered 02/25/19 15:53:29　　Desc Main
Document　　Page 49 of 75

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,587.71 |
|---|---|---|---|
| | **Loren Diller**<br>1661 Co. Rd. 2<br>Gallion, AL 36742 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $608.66 |
|---|---|---|---|
| | **Marvin D. Gregory - Gregory & Sons**<br>5113 Northwood Lake Drive East<br>Northport, AL 35473-2075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,715.69 |
|---|---|---|---|
| | **McCain Engineering**<br>PO Box 817<br>Pelham, AL 35124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $786.34 |
|---|---|---|---|
| | **Mississippi Plastic Bag & Packaging**<br>P.O. Box 220<br>Bolton, MS 39041-0220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,404.61 |
|---|---|---|---|
| | **Motion Industries, Inc.**<br>P.O. Box 504606<br>Saint Louis, MO 63150-4606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.22 |
|---|---|---|---|
| | **Newell Paper Co.**<br>P.O. Box 631<br>Meridian, MS 39302-0631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.17 |
|---|---|---|---|
| | **Northport Electrical Supply**<br>P.O. Box 1167<br>Northport, AL 35476-3170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,269.68 |
|---|---|---|---|

**Nutra Blend Corporation**
P.O. Box 202619
Dallas, TX 75320-2619

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.66 |
|---|---|---|---|

**Odom Farms**
PO Drawer 190
Eutaw, AL 35462-0190

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.71 |
|---|---|---|---|

**Office Depot**
PO Box 633211
Cincinnati, OH 45263-3211

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,206.40 |
|---|---|---|---|

**Pace Analytical Services, LLC**
PO Box 684056
Chicago, IL 60695-4056

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $878.08 |
|---|---|---|---|

**Packers Chemical Holdings LLC**
3729 Peddle Hollow Road
Kieler, WI 53812

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.78 |
|---|---|---|---|

**Parts & Company of Selma, Inc.**
2809 Citizens Pkwy
Selma, AL 36701-3914

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.64 |
|---|---|---|---|

**Piedmont National**
1561 Southland Circle, NW
Atlanta, GA 30318-3630

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.51 |
|---|---|---|---|

**Piggly Wiggly #103**
131 Greensboro St.
Eutaw, AL 35462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,396.89 |
|---|---|---|---|

**Power & Rubber Supply, Inc.**
P.O. Box 3069
Tuscaloosa, AL 35403-3069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $548.14 |
|---|---|---|---|

**Preferred Freezer Chicago**
2357 S. Wood St.
Chicago, IL 60608-5305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $528.00 |
|---|---|---|---|

**Presto-X**
PO Box 13848
Reading, PA 19612-3848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.36 |
|---|---|---|---|

**Pro Chem, Inc.**
P.O. Box 1309
Alpharetta, GA 30009-1309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,405.07 |
|---|---|---|---|

**R & R Brokerage Services**
1919B Washington St.
Uniontown, AL 36786-4514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,799.40 |
|---|---|---|---|

**Reddy Ice Corporation**
8750 N. Central Expressway, Ste. 1000
Dallas, TX 75231-6416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $635.20 |
|---|---|---|---|

**Refrigiwear**
P.O. Box 39
Dahlonega, GA 30533-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,215.39 |
|---|---|---|---|

**River City Diesel Services**
7748 CR #19
Demopolis, AL 36732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $652.00 |
|---|---|---|---|

**River City Trucking**
P.O. Box 918
Demopolis, AL 36732-0918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,189.00 |
|---|---|---|---|

**Savannah Food Company**
575 Industrial Rd.
Savannah, TN 38372-5977

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $78.15 |
|---|---|---|---|

**Sign Pro of Tuscaloosa**
4708 Highway 69 North
Northport, AL 35473-2033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,856.90 |
|---|---|---|---|

**Skye Diller**
1661 Co. Rd. 2
Gallion, AL 36742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|---|---|---|---|

**Smith, Gambrell & Russell, LLP**
Promenade, Ste. 3100
Atlanta, GA 30309-3592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Legal Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

---

**3.94** Nonpriority creditor's name and mailing address

**Southeastern Refrigeration**
310 26th Avenue West
Birmingham, AL 35204-1042

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$22,052.22**

---

**3.95** Nonpriority creditor's name and mailing address

**Southern Controls**
P.O. Box 210399
Montgomery, AL 36121-0399

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,733.85**

---

**3.96** Nonpriority creditor's name and mailing address

**Southern Hose & Industrial**
PO Box 7595
Jackson, MS 39284-7595

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$834.96**

---

**3.97** Nonpriority creditor's name and mailing address

**Southern Label Co., Inc.**
5624 Clifford Circle
Birmingham, AL 35210-4453

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$907.23**

---

**3.98** Nonpriority creditor's name and mailing address

**Southern Linc Wireless**
5555 Glenridge Connector, Ste. 500
Atlanta, GA 30342-4760

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$466.64**

---

**3.99** Nonpriority creditor's name and mailing address

**St. Peter Projects MS, Inc.**
358 S. Mobile St.
Fairhope, AL 36532

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,260.00**

---

**3.100** Nonpriority creditor's name and mailing address

**Stanley Convergent**
Dept. CH10651
Palatine, IL 60055-0001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

---

Case 19-70152-JHH11    Doc 88    Filed 02/25/19    Entered 02/25/19 15:53:29    Desc Main
Document      Page 54 of 75

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,337.50 |
| --- | --- | --- | --- |

**Strickland Paper Company**
481 Republic Circle
Birmingham, AL 35214-5967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.84 |
| --- | --- | --- | --- |

**Suburban Propane, L.P.**
8475 Selma Hwy.
Montgomery, AL 36108-6836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,462.31 |
| --- | --- | --- | --- |

**Sysco**
1390 Enclave Pkwy.
Houston, TX 77077-2099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
| --- | --- | --- | --- |

**Sysco Detroit**
41600 Van Born Road
Canton, MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,078.00 |
| --- | --- | --- | --- |

**Sysco Food Services of Columbia**
131 Sysco Ct.
Columbia, SC 29209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,393.91 |
| --- | --- | --- | --- |

**Sysco Houston**
10710 Greens Crossing Blvd.
Houston, TX 77038-2716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.50 |
| --- | --- | --- | --- |

**Sysco Southeast Florida LLC**
1999 Martin Luther King Jr. Blvd.
West Palm Beach, FL 33404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $275.78 |
|---|---|---|---|

**The Bait Shop**
**106 First Avenue**
**Eutaw, AL 35462-1408**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $16,762.20 |
|---|---|---|---|

**Total Feeds, Inc.**
**PO Box 3090**
**Weatherford, TX 76086**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $240.29 |
|---|---|---|---|

**Trinity Logistics, Inc.**
**P.O. Box 62702**
**Baltimore, MD 21264-2702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,035.00 |
|---|---|---|---|

**Turner Scale, Inc.**
**581-B George Todd Drive**
**Montgomery, AL 36117-2235**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $482.01 |
|---|---|---|---|

**Tuscaloosa Office Products**
**612 Greensboro Avenue**
**Tuscaloosa, AL 35401-1750**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,346.76 |
|---|---|---|---|

**Tuscaloosa Scale Co.**
**4050 Industrial Dr.**
**Cottondale, AL 35453**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $329.66 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,211.60 |
|---|---|---|---|

**3.115**

Nonpriority creditor's name and mailing address

**United Parcel Service**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328-3498**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,211.60

---

**3.116**

Nonpriority creditor's name and mailing address

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$5,151.66

---

**3.117**

Nonpriority creditor's name and mailing address

**Verizon Wireless**
**One Verizon Way**
**Basking Ridge, NJ 07920-1097**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$91.60

---

**3.118**

Nonpriority creditor's name and mailing address

**Weigh-Tech**
**1649 Country Elite Dr.**
**Waldron, AR 72958-8436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$483.02

---

**3.119**

Nonpriority creditor's name and mailing address

**Wells Fargo Vendor Financial Services**
**P.O. Box 105710**
**Atlanta, GA 30348-5710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$160.89

---

**3.120**

Nonpriority creditor's name and mailing address

**Zee Company, Inc.**
**412 Georgia Ave., #300**
**Chattanooga, TN 37403-1853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,328.73

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Ray**<br>**1901 6th Ave. N., Ste. 1500**<br>**Birmingham, AL 35203-4642** | Line  3.8<br><br>☐ Not listed. Explain _____ | _ |

Case 19-70152-JHH11   Doc 88   Filed 02/25/19   Entered 02/25/19 15:53:29   Desc Main
Document      Page 57 of 75

Debtor   **SouthFresh Aquaculture, LLC**
_____
           Name

Case number (if known)   **19-70152**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,092.57 |
| 5b. Total claims from Part 2 | 5b. + $ | 13,155,568.16 |
| | | |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 13,156,660.73 |

Debtor name    **SouthFresh Aquaculture, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    **19-70152**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease - Feed Mill** |
| | State the term remaining | **39 months** |
| | List the contract number of any government contract | |

**Alabama State Port Authority**
P. O Box 1588
Mobile, AL 36633

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Allen & Willis**
1110 CR 59
Faunsdale, AL 36738

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, CGF Pellets** |
| | State the term remaining | **2 months** |
| | List the contract number of any government contract | |

**Archer Daniels Midland**
PO Box 1470
Decatur, IL 62526

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, 41% cottonseed meal** |
| | State the term remaining | **2 months** |
| | List the contract number of any government contract | |

**Archer Daniels Midland**
PO Box 1470
Decatur, IL 62526

Case 19-70152-JHH11    Doc 88    Filed 02/25/19    Entered 02/25/19 15:53:29    Desc Main
Document    Page 59 of 75

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                  whom the debtor has an executory contract or unexpired
                                                                  lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Ingredients, CGF Pellets | |
|---|---|---|---|
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | Archer Daniels Midland<br>PO Box 1470<br>Decatur, IL 62526 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Auto Lease - 2015 Pinson Bulk Feed Trailer | |
|---|---|---|---|
| | State the term remaining | 14 months | |
| | List the contract number of any government contract | | Bancorp South Equipment<br>P.O. Box 3488<br>Tupelo, MS 38803 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Auto Lease - 2015 Pinson Bulk Feed Trailer | |
|---|---|---|---|
| | State the term remaining | 15 months | |
| | List the contract number of any government contract | | Bancorp South Equipment<br>PO Box 3488<br>Tupelo, MS 38803 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease - reefer trailer | |
|---|---|---|---|
| | State the term remaining | 19 months | |
| | List the contract number of any government contract | | Bancorp South Equipment Finance<br>PO Box 15097<br>Hattiesburg, MS 39404-5097 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Processing Rights | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Bishop Catfish & Cattle<br>2940 US Highway 43<br>Eutaw, AL 35462 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Ingredients, MIDDS | |
|---|---|---|---|
| | State the term remaining | 1 month | |
| | List the contract number of any | | Commodity Specialists<br>PO Box 802233<br>Kansas City, MO 64180-2233 |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| government contract | | |
| --- | --- | --- |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, MIDDS** | |
| --- | --- | --- | --- |
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | **Commodity Specialists**<br>**PO Box 802233**<br>**Kansas City, MO 64180-2233** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients,MIDDS** | |
| --- | --- | --- | --- |
| | State the term remaining | **1 month** | |
| | List the contract number of any government contract | | **Commodity Specialists**<br>**PO Box 802233**<br>**Kansas City, MO 64180-2233** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, MIDDS** | |
| --- | --- | --- | --- |
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | **Commodity Specialists**<br>**PO Box 802233**<br>**Kansas City, MO 64180-2233** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dave Wenger**<br>**2024 Al. Hwy. 25**<br>**Faunsdale, AL 36738** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Delmar Koehn**<br>**3533 AL Hwy 25**<br>**Newbern, AL 36765-3122** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | **Dombhart Farms**<br>**14105 Al Highway 69**<br>**Greensboro, AL 36744** |
| --- | --- | --- | --- |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any
government contract _____

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|---|---|---|---|
| | State the term remaining | | **Double C Farms** |
| | List the contract number of any government contract | | 6388 County Rd 41 Forkland, AL 36740 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights - 2007** | |
|---|---|---|---|
| | State the term remaining | | **Double Wheel Farm** |
| | List the contract number of any government contract | | 5111 US Hwy 11 South Boligee, AL 35443-3402 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights - 2006** | |
|---|---|---|---|
| | State the term remaining | | **Double Wheel Farm** |
| | List the contract number of any government contract | | 5111 US Hwy 11 South Boligee, AL 35443-3402 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights - 2005** | |
|---|---|---|---|
| | State the term remaining | | **Elysian Fish Farms** |
| | List the contract number of any government contract | | 1688 Co Rd 2 Gallion, AL 36742 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights - 2006** | |
|---|---|---|---|
| | State the term remaining | | **Elysian Fish Farms** |
| | List the contract number of any government contract | | 1688 Co Rd 2 Gallion, AL 36742 |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                 State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - Energy Center** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Energy Center, Ltd.** PO Box 1370 Tuscaloosa, AL 35403 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - 2013 Kenworth T800 OTR** | |
|---|---|---|---|
| | State the term remaining | **44 months** | **Farm Credit Leasing Services Corporation** 600 Highway 169 South Suite 300 Minneapolis, MN 55426 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease - 2018 Kenworth T680 Tractor** | |
|---|---|---|---|
| | State the term remaining | **46 months** | **Farm Credit Leasing Services Corporation** 600 Highway 169 South Suite 300 Minneapolis, MN 55426 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease - 2016 Kenworth** | |
|---|---|---|---|
| | State the term remaining | **31 months** | **Farm Credit Leasing Services Corporation** 600 Highway 169 South Suite 300 Minneapolis, MN 55426 |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, BU** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Farmers Grain** PO Box 1796 Greenville, MS 38702-1796 |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|---|---|---|---|
| | State the term remaining | | **First Gulf South** 22297 Ala Hwy 11 Livingston, AL 35470 |
| | List the contract number of any | | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
| | State the term remaining | **Forkland Springs** |
| | List the contract number of any government contract | **100 East Jackson Street Demopolis, AL 36732** |

| | | |
|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
| | State the term remaining | **G&H Farms** |
| | List the contract number of any government contract | **714 Fikes Ferry Rd Marion, AL 36756** |

| | | |
|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
| | State the term remaining | **Gary W. Broussard DBA Beaver Creek Farms** |
| | List the contract number of any government contract | **324 Baby St. Newbern, AL 36765-3602** |

| | | |
|---|---|---|
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, 41% Cottonseed Meal** |
| | State the term remaining | **2 months** |
| | List the contract number of any government contract | **Gavilon Ingredients, LLC P.O. Box 74008695 Chicago, IL 60674-8695** |

| | | |
|---|---|---|
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, Distiller's Grains** |
| | State the term remaining | **2 months** |
| | List the contract number of any government contract | **Gavilon Ingredients, LLC P.O. Box 74008695 Chicago, IL 60674-8695** |

| | | |
|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
| | | **Gerald Bierly 7 Porchester Ct. Columbus, GA 31907** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any
government contract     _____

| | | |
|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Processing Rights |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Givhan Land & Cattle 6900 Alabama Hwy 5 Safford, AL 36773 |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Ingredients, Peanut Hull Pellets |
| | State the term remaining | 8 months |
| | List the contract number of any government contract _____ | Golden Peanut Co. P.O. Box 745086 Atlanta, GA 30374-5086 |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Processing Rights |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Harms Farms 2162 Hamburg Rd Uniontown, AL 36786-4702 |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Processing Rights |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Herndon Farms 166 Co. Rd 138 Boligee, AL 35443 |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Processing Rights |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Hills Ranch PO Box 2323 Birmingham, AL 35201 |

Case 19-70152-JHH11    Doc 88    Filed 02/25/19    Entered 02/25/19 15:53:29    Desc Main
Document    Page 65 of 75

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Horseshoe Farm
PO Box 837
173 West End
Eutaw, AL 35462

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Ioka Farm
151 Weaver Rd
Marion, AL 36756-6130

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

James Fisheries
8631 CR 12
Newbern, AL 36765

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease - Hale County, Alabama** |
|---|---|---|
| | State the term remaining | **5 months** |
| | List the contract number of any government contract | |

James P. York & William L. York
117 HALL DRIVE
Gallion, AL 36742

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Ken Diller
1661 CR 2
Gallion, AL 36742

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, Corn Germ Meal** |
|---|---|---|
| | State the term remaining | **2 months** |
| | List the contract number of any | |

Lansing Trade Group, LLC
15314 Collections Center Drive
Chicago, IL 60693-0153

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract _____      _____

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Ingredients, Distiller's Dried Grains | |
|---|---|---|---|
| | State the term remaining | 1 month | Lansing Trade Group, LLC |
| | List the contract number of any government contract | | 15314 Collections Center Drive Chicago, IL 60693-0153 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Ingredients, Distiller's Dried Grains | |
|---|---|---|---|
| | State the term remaining | 2 months | Lansing Trade Group, LLC |
| | List the contract number of any government contract | | 15314 Collections Center Drive Chicago, IL 60693-0153 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Ingredients, MIDDS | |
|---|---|---|---|
| | State the term remaining | 2 months | Lansing Trade Group, LLC |
| | List the contract number of any government contract | | 15314 Collections Center Drive Chicago, IL 60693-0153 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease - #605-13: Injector, Grader, Freezer Coil, 2007 International Truck, 2011 Mack Truck, 3 Live Haul trucks | |
|---|---|---|---|
| | State the term remaining | 8 months | LeaseSouth, LLC |
| | List the contract number of any government contract | | 300 Clinton Ave W Suite #1 Huntsville, AL 35801 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease - # 605-17: Spiral Freezer Coil addition, strap machine, air compressor, feed mill boiler and bagger/scale | |
|---|---|---|---|
| | State the term remaining | 14 months | LeaseSouth, LLC |
| | List the contract number of any government contract | | 300 Clinton Ave W Suite #1 Huntsville, AL 35801 |

Case 19-70152-JHH11    Doc 88    Filed 02/25/19    Entered 02/25/19 15:53:29    Desc Main
Document      Page 67 of 75

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease # 605-22:  Portion cutter, Triple indexing scale, Bagging  scale, Metal detector, Central vac system | |
|---|---|---|---|
| | State the term remaining | 19 months | LeaseSouth, LLC<br>300 Clinton Ave W<br>Suite #1<br>Huntsville, AL 35801 |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease #605-27:  Water Hopper, Ice Rake Machine, Conveyor, Bar Code System, Phone System, | |
|---|---|---|---|
| | State the term remaining | 31 months | LeaseSouth, LLC<br>300 Clinton Ave W<br>Suite #1<br>Huntsville, AL 35801 |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Processing Rights | |
|---|---|---|---|
| | State the term remaining | | Lee Jackson<br>8664 AL Hwy 69<br>Greensboro, AL 36744 |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Ingredients, CGF Pellets | |
|---|---|---|---|
| | State the term remaining | 2 months | Livestock Nutrition Center, LLC<br>5860 Ridgeway Center Pkwy., Ste. 240<br>Memphis, TN 38120-4046 |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Ingredients, DDG | |
|---|---|---|---|
| | State the term remaining | 2 months | Livestock Nutrition Center, LLC<br>5860 Ridgeway Center Pkwy., Ste. 240<br>Memphis, TN 38120-4046 |
| | List the contract number of any government contract | | |

Case 19-70152-JHH11    Doc 88    Filed 02/25/19    Entered 02/25/19 15:53:29    Desc Main Document     Page 68 of 75

Debtor 1  **SouthFresh Aquaculture, LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **19-70152**



**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mark A. Schmidt<br>4222 Jenkins Bryant Road<br>Newbern, AL 36765 |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Martin Litwiller<br>10222 AL Hwy 61<br>Newbern, AL 36765 |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Michael Hardy d/b/a Bodock Farm<br>#60 Arcadia Drive<br>Tuscaloosa, AL 35404 |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mitchell Hale<br>14230 AL Highway 28<br>Linden, AL 36748 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Norman Lewis<br>586 Windsor Drive<br>Gallion, AL 36742 |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | Pine View Farms<br>4446 CR10<br>Greensboro, AL 36744 |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  | government contract | _____ | _____ |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|  | State the term remaining | | **Prairie Lake Farms** |
|  | List the contract number of any government contract | | **4446 CR 10** **Greensboro, AL 36744** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ingredients, MIDDS** | |
|  | State the term remaining | **1 month** | **Purina Animal Nutrition LLC** **Grain & Ingredient Trading 8B** |
|  | List the contract number of any government contract | | **1080 County Rd F West** **Shoreview, MN 55126** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | |
|  | State the term remaining | | **Richard Nichols** |
|  | List the contract number of any government contract | | **4841 CR 180** **Browns, AL 36759** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights - 1999** | |
|  | State the term remaining | | **S&S Farms** |
|  | List the contract number of any government contract | | **PO Box 189** **Eutaw, AL 35462** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights - 2000** | |
|  | State the term remaining | | **S&S Farms** |
|  | List the contract number of any government contract | | **PO Box 189** **Eutaw, AL 35462** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Processing Rights** | **Southview Farms** **12151 Highway 69** **Greensboro, AL 36744** |

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

---

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement** | |
|---|---|---|---|
| | State the term remaining | **25 months** | **The ICUWC and Its Local 1038C**<br>**403 Maria Ave**<br>**Demopolis, AL 36732-1519** |
| | List the contract number of any government contract | | |

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Equipment Service (Ozone)** | |
|---|---|---|---|
| | State the term remaining | **55 months** | **TriStrata Group**<br>**12685 Miller Road NE**<br>**Bainbridge Island, WA 98110** |
| | List the contract number of any government contract | | |

---

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - System C-300 (Ozone)** | |
|---|---|---|---|
| | State the term remaining | **55 months** | **TriStrata Group**<br>**12685 Miller Road NE**<br>**Bainbridge Island, WA 98110** |
| | List the contract number of any government contract | | |

---

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease - 2016 Ford F150 XLT** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **Union Leasing**<br>**425 N. Martingale Rd., Ste. 1250**<br>**Schaumburg, IL 60173** |
| | List the contract number of any government contract | | |

---

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Ford F150 XLT** | |
|---|---|---|---|
| | State the term remaining | **20 months** | **Union Leasing**<br>**425 N. Martingale Rd., Ste. 1250**<br>**Schaumburg, IL 60173** |
| | List the contract number of any government contract | | |

---

Case 19-70152-JHH11    Doc 88    Filed 02/25/19    Entered 02/25/19 15:53:29    Desc Main
Document    Page 71 of 75

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease - Canon IR45251 Copier | |
|---|---|---|---|
| | State the term remaining | 29 months | Wells Fargo Vendor Financial Services P.O. Box 105710 Atlanta, GA 30348-5710 |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease (9001) | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Vendor Financial Services P.O. Box 105710 Atlanta, GA 30348-5710 |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Processing Rights | |
|---|---|---|---|
| | State the term remaining | | West Alabama Aqua 2941 Hwy 43 Eutaw, AL 35462 |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
|---|---|---|---|
| | State the term remaining | Not available | WGUS FS, LLC 1685 Miller Rd NE Bainbridge Island, WA 98110 |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Processing Rights | |
|---|---|---|---|
| | State the term remaining | | Williams Cattle Co. 4892 Co Rd 12 Faunsdale, AL 36738 |
| | List the contract number of any government contract | | |

Case 19-70152-JHH11    Doc 88    Filed 02/25/19    Entered 02/25/19 15:53:29    Desc Main Document    Page 72 of 75

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd Decatur, AL 35601 | Farm Credit Leasing Services Corporation | ☐ D _____ ☐ E/F _____ ■ G __2.23__ |
| 2.3 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | Bancorp South Equipment Equipment Financ | ☐ D _____ ☐ E/F _____ ■ G __2.8__ |
| 2.4 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | LeaseSouth, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.48__ |
| 2.5 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | LeaseSouth, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.49__ |

| Debtor | SouthFresh Aquaculture, LLC | Case number *(if known)* | 19-70152 |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor  *Column 2:* Creditor

| | Codebtor | Address | Creditor | Type | Amount |
|---|---|---|---|---|---|
| 2.6 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | LeaseSouth, LLC | ☐ D ☐ E/F ■ G | 2.50 |
| 2.7 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | LeaseSouth, LLC | ☐ D ☐ E/F ■ G | 2.51 |
| 2.8 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | Farm Credit Leasing Services Corporation | ☐ D ☐ E/F ■ G | 2.24 |
| 2.9 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | Farm Credit Leasing Services Corporation | ☐ D ☐ E/F ■ G | 2.25 |
| 2.10 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | Union Leasing | ☐ D ☐ E/F ■ G | 2.70 |
| 2.11 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | Bancorp South Equipment | ☐ D ☐ E/F ■ G | 2.7 |
| 2.12 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | Alabama State Port Authority | ☐ D ☐ E/F ■ G | 2.1 |
| 2.13 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | Bancorp South Equipment | ☐ D ☐ E/F ■ G | 2.6 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                Column 2: **Creditor**

| 2.14 | Alabama Farmers Cooperative, Inc. | 121 Somerville Rd. Decatur, AL 35601 | Union Leasing | ☐ D _____ ☐ E/F _____ ■ G __2.71__ |