IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-70152-JHH |
| SOUTHFRESH AQUACULTURE, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF CRITICAL VENDOR PAYMENTS

SouthFresh Aquaculture, LLC (the "Debtor"), as debtor and debtor-in-possession (the "Debtor"), by and through undersigned counsel, files this *Notice of Critical Vendor Payments* (the "Notice"). The list attached hereto as **Exhibit "A"** describes payments made to critical vendors through February 26, 2019 (the "Critical Vendor Payment List"). The Critical Vendor Payment List sets forth all parties who have been paid as critical vendors as of February 26, 2019, and the amount of payment each party has received pursuant to (i) the Court's *Order (i) Authorizing the Payment of Critical Vendor Claims, and (ii) Granting Related Relief* (Doc. 29) and (ii) *Order (i) Authorizing the Payment of Critical Vendor Claims, and (ii) Granting Related Relief* (Doc. 81) (collectively, the "Critical Vendor Orders"). Pursuant to the Critical Vendor Orders, the Debtor is authorized to pay critical vendors up to an aggregate amount of $1,470,000, of which $1,217,525.17 has been paid to critical vendors as of February 26, 2019, leaving approximately $250,000 available for additional critical vendor payments (the "CV Balance"). The Debtor is continuing to negotiate with its creditors and exercising its business judgment in accordance with the Critical Vendor Orders with respect to the disposition of the CV Balance. However, on February 28, 2019, the Debtor provided the Bankruptcy Administrator with a list of holders of outstanding pre-petition claims who may be paid as critical vendors from the CV Balance.

The Debtor is serving a copy of this Notice to all creditors and parties in interest listed in the Creditor Matrix currently filed with the Court and will file a separate certificate of service with the Court.

Respectfully submitted this the 28th day of February, 2019.

/s/ Ryan D. Thompson
J. Leland Murphree
Jayna P. Lamar
Ryan D. Thompson
Evan N. Parrott
Wes Bulgarella

*Proposed Counsel to the Debtor*

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North,
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000
lmurphree@maynardcooper.com
jlamar@maynardcooper.com
rthompson@maynardcooper.com
eparrott@maynardcooper.com
wbulgarella@maynardcooper.com

# Exhibit "A"

## Critical Vendor Payment List

SouthFresh Aquaculture
Case 19-70152
Critical Vendor Payments from January 28, 2019 through February 26, 2019

| Vendor | Amount | Invoice Date |
|---|---:|---|
| A LA CARTE SPECIALTY FOODS, LL | 12,000.00 | 1/2/2019 |
| AB Vista Inc. | 26,350.00 | 1/4/2019 |
| ADM Milling Co. | 19,660.40 | 1/24/2019 |
| Agiloc International, Inc. | 150.00 | 1/25/2019 |
| Alabama Elevator & Accessibili | 815.00 | 1/17/2019 |
| Alabama Farmers Cooperative | 228.00 | 1/25/2019 |
| American Colloid Company | 4,062.30 | 1/23/2019 |
| Ampro Products, Inc | 9,752.40 | 1/17/2019 |
| APPLIED INDUSTRIES TECH. | 90.33 | 1/24/2019 |
| Ardent Mills, LLC | 4.44 | 12/23/2018 |
| Atlas Welding | 260.09 | Pre-Petition |
| BAADER NORTH AMERICA | 237.22 | 1/4/2019 |
| BAADER NORTH AMERICA | 2,356.75 | 1/2/2019 |
| BAADER NORTH AMERICA | 4,472.00 | 1/10/2019 |
| BAADER NORTH AMERICA | 7,247.89 | 1/10/2019 |
| BAADER NORTH AMERICA | 3,410.86 | 1/11/2019 |
| BAADER NORTH AMERICA | 1,403.80 | 1/18/2019 |
| BAADER NORTH AMERICA | 1,675.60 | 1/18/2019 |
| BAADER NORTH AMERICA | 1,354.02 | 1/18/2019 |
| BAADER NORTH AMERICA | 1,828.00 | Pre-Petition |
| BANKS & COMPANY | 223.20 | 1/24/2019 |
| BUNZL PROCESSOR DIVISION | 2,886.63 | 1/24/2019 |
| CAIN STEEL AND SUPPLY | 1,552.61 | 1/24/2019 |
| Chem-Aqua | 787.22 | 1/25/2019 |
| Christon Peaster | 300.00 | 1/25/2019 |
| Cintas | 353.22 | 1/25/2019 |
| COLONIAL BAG COMPANY | 2,719.16 | 1/24/2019 |
| Commodity Specialists Company | 18,272.79 | 1/25/2019 |
| Commodity Specialists Company | 4,233.44 | 1/24/2019 |
| Commodity Specialists Company | 4,406.34 | 1/25/2019 |
| Covia Lime, LLC | 5,553.21 | 1/15/2019 |
| Covington Heavy Duty Parts, In | 98.12 | 12/15/2018 |
| Covington Heavy Duty Parts, In | 34.12 | 1/25/2019 |
| CPC Commodities | 5,464.98 | 1/22/2019 |
| D'IBERVILLE COLD STORAGE | 801.00 | Pre-Petition |
| DOUGLAS KOEHN-QUALITY SEINING, | 3,683.76 | 1/25/2019 |
| DOUGLAS KOEHN-QUALITY SEINING, | 77.96 | 1/24/2019 |
| DRS. KETCHAM & DISMUKES CLINIC | 195.00 | 1/24/2019 |
| EAGLE TRANSPORTATION LLC | 5,160.00 | 1/24/2019 |
| EAGLE TRANSPORTATION LLC | 5,090.00 | Pre-Petition |
| EAGLE TRANSPORTATION LLC | 5,052.00 | 1/24/2019 |
| Ed Johnson | 2,106.19 | Pre-Petition |

# SouthFresh Aquaculture
# Case 19-70152
## Critical Vendor Payments from January 28, 2019 through February 26, 2019

| Vendor | Amount | Invoice Date |
|---|---:|---|
| ELYSIAN FISH FARM & CITIZEN BA | 31,716.86 | 1/23/2019 |
| Elysian Fish Farms | 8,589.30 | 12/6/2018 |
| EULER HERMES SERVICES NORTH AM | 55.00 | 1/17/2019 |
| EXTRU-TECH, INC. | 338.00 | 1/24/2019 |
| Fairway Dairy & Ingredients | 8,099.20 | 1/21/2019 |
| Farmers Grain Terminal, Inc. | 3,630.71 | 1/18/2019 |
| FFE TRANSPORTATION SERVICES IN | 404.71 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 6,074.25 | 1/24/2019 |
| FFE TRANSPORTATION SERVICES IN | 590.63 | 1/18/2019 |
| FFE TRANSPORTATION SERVICES IN | 514.40 | 1/18/2019 |
| FFE TRANSPORTATION SERVICES IN | 504.95 | 1/18/2019 |
| FFE TRANSPORTATION SERVICES IN | 933.35 | 1/17/2019 |
| FFE TRANSPORTATION SERVICES IN | 406.84 | 1/17/2019 |
| FFE TRANSPORTATION SERVICES IN | 1,028.71 | 1/17/2019 |
| FFE TRANSPORTATION SERVICES IN | 528.89 | 1/16/2019 |
| FFE TRANSPORTATION SERVICES IN | 393.11 | 1/17/2019 |
| FFE TRANSPORTATION SERVICES IN | 660.29 | 1/17/2019 |
| FFE TRANSPORTATION SERVICES IN | 392.13 | 1/21/2019 |
| FFE TRANSPORTATION SERVICES IN | 618.44 | 1/21/2019 |
| FFE TRANSPORTATION SERVICES IN | 407.72 | 1/21/2019 |
| FFE TRANSPORTATION SERVICES IN | 1,889.73 | 1/21/2019 |
| FFE TRANSPORTATION SERVICES IN | 819.30 | 1/22/2019 |
| FFE TRANSPORTATION SERVICES IN | 610.74 | 1/22/2019 |
| FFE TRANSPORTATION SERVICES IN | 700.78 | 1/22/2019 |
| FFE TRANSPORTATION SERVICES IN | 926.59 | 1/22/2019 |
| FFE TRANSPORTATION SERVICES IN | 815.24 | 1/23/2019 |
| FFE TRANSPORTATION SERVICES IN | 404.42 | 1/23/2019 |
| FFE TRANSPORTATION SERVICES IN | 493.63 | 1/21/2019 |
| FFE TRANSPORTATION SERVICES IN | 492.47 | 1/15/2019 |
| FFE TRANSPORTATION SERVICES IN | 825.34 | 1/15/2019 |
| FFE TRANSPORTATION SERVICES IN | 688.60 | 1/15/2019 |
| FFE TRANSPORTATION SERVICES IN | 972.64 | 1/15/2019 |
| FFE TRANSPORTATION SERVICES IN | 849.43 | 1/15/2019 |
| FFE TRANSPORTATION SERVICES IN | 631.06 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 529.63 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 628.17 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 704.41 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 765.57 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 470.79 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 404.71 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 625.53 | 1/25/2019 |
| FFE TRANSPORTATION SERVICES IN | 519.89 | 1/24/2019 |

# SouthFresh Aquaculture
# Case 19-70152
# Critical Vendor Payments from January 28, 2019 through February 26, 2019

| Vendor | Amount | Invoice Date |
|---|---:|---|
| FFE TRANSPORTATION SERVICES IN | 630.37 | 1/24/2019 |
| FFE TRANSPORTATION SERVICES IN | 749.37 | 1/24/2019 |
| FFE TRANSPORTATION SERVICES IN | 357.86 | 1/24/2019 |
| FFE TRANSPORTATION SERVICES IN | 540.06 | 1/24/2019 |
| FFE TRANSPORTATION SERVICES IN | 579.41 | 1/17/2019 |
| Fred Robertson | 3,150.00 | Pre-Petition |
| Gary Broussard DBA Beaver Creek | 300.00 | 1/25/2019 |
| Gavilon Ingredients, LLC | 4,273.71 | 1/15/2019 |
| Gavilon Ingredients, LLC | 41,038.12 | 1/25/2019 |
| Gavilon Ingredients, LLC | 4,789.67 | 1/17/2019 |
| Gavilon Ingredients, LLC | 6,728.39 | 1/23/2019 |
| Gavilon Ingredients, LLC | 4,126.10 | 1/25/2019 |
| GEORGIA PACIFIC CORRUGATED LLC | 9,040.31 | 1/9/2019 |
| GEORGIA PACIFIC CORRUGATED LLC | 8,993.36 | 1/15/2019 |
| GEORGIA PACIFIC CORRUGATED LLC | 11,695.20 | 1/25/2019 |
| GIVHAN LAND & CATTLE | 11,522.94 | 1/24/2019 |
| GIVHAN LAND & CATTLE CO., INC | 9,267.90 | 1/23/2019 |
| Golden Peanut Co. Oil Mill | 1,498.90 | 1/11/2019 |
| Golden Peanut Co. Oil Mill | 1,450.80 | 1/14/2019 |
| Golden Peanut Co. Oil Mill | 1,489.80 | 1/15/2019 |
| Golden Peanut Co. Oil Mill | 1,463.15 | 1/16/2019 |
| Golden Peanut Co. Oil Mill | 1,483.30 | 1/17/2019 |
| Golden Peanut Co. Oil Mill | 1,210.95 | 1/18/2019 |
| Golden Peanut Co. Oil Mill | 1,483.30 | 1/22/2019 |
| Golden Peanut Co. Oil Mill | 1,623.05 | 1/23/2019 |
| Golden Peanut Co. Oil Mill | 1,482.00 | 1/25/2019 |
| Golden Peanut Co. Oil Mill | 2,490.61 | 1/3/2019 |
| Golden Peanut Co. Oil Mill | 1,508.00 | 1/4/2019 |
| Golden Peanut Co. Oil Mill | 1,420.25 | 1/7/2019 |
| Golden Peanut Co. Oil Mill | 1,411.80 | 1/8/2019 |
| GRAINGER, INC. | 143.62 | 1/24/2019 |
| GULF COAST MARINE SUPPLY CO. | 260.53 | 1/24/2019 |
| Harmony Hill Trucking Co. Inc. | 600.00 | 1/21/2019 |
| Harmony Hill Trucking Co. Inc. | 1,079.00 | 1/28/2019 |
| HEARTLAND CATFISH | 13,500.00 | 1/24/2019 |
| HEARTLAND CATFISH | 11,700.00 | 1/23/2019 |
| HEARTLAND CATFISH | (11,700.00) | Pre-Petition |
| Henry Welding, LLC | 2,725.00 | 1/27/2019 |
| HENRY WELDING, LLC | 2,875.00 | 1/24/2019 |
| Hicks Pallets | 6,520.50 | 1/24/2019 |
| HILO FISH COMPANY, INC. | 17,855.00 | 1/4/2019 |
| Hydro/Power of MS | 46.93 | 1/15/2019 |

SouthFresh Aquaculture
Case 19-70152
Critical Vendor Payments from January 28, 2019 through February 26, 2019

| Vendor | Amount | Invoice Date |
|---|---:|---|
| INDUSTRIAL ELECTRIC MOTOR WORK | 690.00 | 1/24/2019 |
| J & C Farms,LLC | 1,600.00 | 1/11/2019 |
| JENSEN TUNA, INC. | 2,925.00 | 1/22/2019 |
| KEN DILLER | 38,634.46 | 1/17/2019 |
| KEN DILLER | 62,871.45 | 1/23/2019 |
| KEN DILLER | 8,411.70 | 1/24/2019 |
| KEN DILLER | (4,020.09) | 1/15/2019 |
| KIWI CODERS CORP | 624.37 | 1/17/2019 |
| KYLE D. SCHMIDT | 37,899.72 | 1/23/2019 |
| KYLE D. SCHMIDT | 44,744.21 | 1/24/2019 |
| KYLE D. SCHMIDT | 37,632.00 | 1/25/2019 |
| LAND O'LAKES PURINA FEED LLC | 3,403.15 | 1/24/2019 |
| Land O'Lakes Purina Feed LLC | 3,510.45 | 1/23/2019 |
| Lansing Trade Group, LLC | 17,466.74 | 1/25/2019 |
| Lansing Trade Group, LLC | 8,421.28 | 1/15/2019 |
| Lansing Trade Group, LLC | 8,437.21 | 1/15/2019 |
| Lansing Trade Group, LLC | 3,497.40 | 1/24/2019 |
| Lansing Trade Group, LLC | 3,354.03 | 1/24/2019 |
| Lansing Trade Group, LLC | 3,362.72 | 1/25/2019 |
| Lansing Trade Group, LLC | 3,578.50 | 9/15/2018 |
| LANSING VERMONT, INC. | 9,163.98 | 1/24/2019 |
| Lansing Vermont, Inc. | 1,957.50 | 1/18/2019 |
| LEDWELL | 651.79 | 1/24/2019 |
| LITTLE ROCK FARM, INC. | 13,918.35 | 1/14/2019 |
| Livestock Nutrition Center, LL | 2,567.04 | 1/17/2019 |
| Livestock Nutrition Center, LL | 2,573.76 | 1/16/2019 |
| Livestock Nutrition Center, LLC | 2,542.40 | 1/2/2019 |
| LNC Kansas | 4,434.60 | 1/24/2019 |
| Loren Diller | 14,587.71 | 1/24/2019 |
| Loren Diller | 4,691.46 | 1/28/2019 |
| M&M Seining, LLC | 1,069.01 | 1/25/2019 |
| Marvin D Gregory - Gregory & Sons | 223.78 | 1/25/2019 |
| Marvin's Credit Services | 181.06 | 1/24/2019 |
| MOTION INDUSTRIES, INC. | 2,491.97 | 1/24/2019 |
| NETWORK TRADING, INC. | 2,711.87 | 1/24/2019 |
| Newell Paper | 871.33 | Pre-Petition |
| Newell Paper | 19.09 | Pre-Petition |
| NEWELL PAPER CO. | 328.05 | 1/24/2019 |
| NOLIN MILLING | 1,907.81 | 1/24/2019 |
| Nolin Milling | 34.10 | 12/27/2018 |
| Northport Electrical Supply | 264.46 | 1/25/2019 |
| Nutra Blend Corporation | 8,940.60 | 1/22/2019 |

# SouthFresh Aquaculture
# Case 19-70152
# Critical Vendor Payments from January 28, 2019 through February 26, 2019

| Vendor | Amount | Invoice Date |
|---|---:|---|
| Nutra Blend Corporation | 10,329.08 | 1/22/2019 |
| NUTRA BLEND CORPORATION | 42,472.00 | 1/17/2019 |
| Nutra Blend Corporation | 5,326.80 | 1/15/2019 |
| OCEAN FOODS CO. | 673.41 | 1/17/2019 |
| PACKERS SANITATION SERVICES, LTD | 10,856.00 | 1/21/2019 |
| Prairie Cajun | 25,272.00 | Pre-Petition |
| Preferred Freezer Chicago III | 73.83 | 1/15/2019 |
| Preferred Freezer Chicago III | 474.31 | 1/23/2019 |
| Preferred Freezer Chicago III | 183.25 | Pre-Petition |
| Preferred Freezer Chicago III | 26.25 | Pre-Petition |
| PREFERRED FREEZER SERVICES OF | 67.50 | 1/15/2019 |
| PREFERRED FREEZER SERVICES OF | 48.00 | Pre-Petition |
| PREMIER SPRINGWATER DISTRIBUTO | 74.25 | 1/24/2019 |
| PYRAMID TRANSPORT INC | 3,105.00 | 1/24/2019 |
| RANGER ENVIRONMENTAL SERVICES | 1,469.25 | 1/24/2019 |
| REDDY ICE CORPORATION | 2,404.20 | 1/24/2019 |
| River City Diesel Services | 2,711.86 | 12/26/2018 |
| River City Diesel Services | 2,711.86 | 1/2/2019 |
| River City Diesel Services | 4,080.06 | 1/25/2019 |
| River City Trucking | 652.00 | 1/24/2019 |
| River City Trucking | 1,283.00 | 1/17/2019 |
| River City Trucking | 1,287.00 | 1/24/2019 |
| ROBERT P. HALL | 11,460.42 | 1/25/2019 |
| ROBERTS HAULING, INC. | 5,372.00 | 1/24/2019 |
| Roger L. Krebs | 165.00 | 1/25/2019 |
| Ronald Nichols | 8,800.32 | 1/24/2019 |
| RUNNING CREEK FARMS, LLC & FNB | 37,809.42 | 1/24/2019 |
| RUNNING CREEK FARMS, LLC & FNB | 36,590.92 | 1/23/2019 |
| SAVANNAH FOOD COMPANY, INC. | 3,189.00 | 1/22/2019 |
| SEA DELIGHT, LLC | 18,562.60 | 1/11/2019 |
| SEAQUEST SEAFOOD CORPORATION | 61,065.00 | 1/24/2019 |
| Skye Diller | 4,856.90 | 1/24/2019 |
| SOUTHEAST COLD STORAGE | 2,341.00 | 1/24/2019 |
| SOUTHEAST COLD STORAGE | 264.00 | 1/18/2019 |
| SOUTHEAST COLD STORAGE | 109.50 | 1/25/2019 |
| SOUTHEAST COLD STORAGE | 1,655.50 | 1/25/2019 |
| SOUTHEAST COLD STORAGE | 480.00 | 1/25/2019 |
| Southeastern Mineral | 3,784.00 | 1/23/2019 |
| SOUTHERN COLD STORAGE CO. | 115.20 | 1/26/2019 |
| Southern Controls | 836.13 | 1/24/2019 |
| Southern Label | 10,652.76 | 1/25/2019 |
| Strickland Paper Company, Inc. | 5,334.70 | 1/25/2019 |

# SouthFresh Aquaculture
## Case 19-70152
### Critical Vendor Payments from January 28, 2019 through February 26, 2019

| Vendor | Amount | Invoice Date |
|---|---:|---|
| SYSCO DETROIT | 555.00 | 1/2/2019 |
| SYSCO FOOD SERVICES OF COLUMBI | 2,078.00 | 1/1/2019 |
| SYSCO FOOD SERVICES OF COLUMBI | (2,078.00) | 1/24/2019 |
| SYSCO HOUSTON | 86.71 | 12/31/2018 |
| SYSCO HOUSTON | 2,307.20 | 12/31/2018 |
| SYSCO HOUSTON | (240.00) | 12/31/2018 |
| SYSCO HOUSTON | 79.04 | 1/24/2019 |
| SYSCO SOUTHEAST FLORIDA  LLC | 176.50 | 1/1/2019 |
| Thompson Food | 298.62 | 1/17/2019 |
| TRISTRATA GROUP | 1,419.00 | 1/24/2019 |
| TUSCALOOSA OFFICE PRODUCTS | 114.86 | 1/24/2019 |
| United Parcel Service | 71.85 | 1/25/2019 |
| Valley Printing Company, Inc. | 979.52 | 1/22/2019 |
| Westway Feed Products | 5,114.62 | 1/8/2019 |
| Westway Feed Products | 5,078.09 | 1/17/2019 |
| Westway Feed Products | 5,084.83 | 1/14/2019 |
| Westway Feed Products | 5,047.56 | 1/23/2019 |
| WINSEA INTERNATIONAL USA, INC | 67,680.00 | 1/24/2019 |
| **Total** | **$ 1,217,525.17** | |