☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*    **Schedule E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/1/19                X _____
                                       Signature of individual signing on behalf of debtor

                                       **Justin Funk**
                                       Printed name

                                       **Secretary/Chief Financial Officer**
                                       Position or relationship to debtor

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **SouthFresh Aquaculture, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA

Case number (if known)  **19-70152**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................  $    **11,589,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................  $    **14,277,702.64**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................  $    **25,866,702.64**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................  $    **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................  $    **229,716.39**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................  +$    **14,248,145.91**

4. **Total liabilities** ...........................................................................................
Lines 2 + 3a + 3b

     $    **14,477,862.30**

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 2 of 89

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>**Adina Roberts**<br>**1105 Skyland Blvd East Apt. 32**<br>**Tuscaloosa, AL 35405**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Wages**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$1,057.69** | **$1,057.69** |
| **2.2** Priority creditor's name and mailing address<br>**Alberta Spencer**<br>**20771 CR 20**<br>**Boligee, AL 35443**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Wages**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$342.54** | **$342.54** |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.00 | $342.00 |
|-----|-----|-----|-----|-----|

**Alex Calcano**
6800 McFarland Blvd Lot 31
Northport, AL 35476

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.20 | $450.20 |
|-----|-----|-----|-----|-----|

**Alexandra Rojas**
6800 McFarland Blvd Lot 27
Northport, AL 35476

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.50 | $1,003.50 |
|-----|-----|-----|-----|-----|

**Alfonzia Walker, Jr.**
819 Prairie Ave.
Eutaw, AL 35462

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.76 | $295.76 |
|-----|-----|-----|-----|-----|

**Alicia Barnes**
503 Lafayette Street
Eutaw, AL 35462

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 4 of 89

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.55 | $259.55 |
|---|---|---|---|---|
| | **Alicia Coleman** | Check all that apply. | | |
| | **355 Culbert Street** | ■ Contingent | | |
| | **Livingston, AL 35470** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.30 | $469.30 |
|---|---|---|---|---|
| | **Alicia Reyes** | Check all that apply. | | |
| | **1203 15th Street Court** | ☐ Contingent | | |
| | **Northport, AL 35476** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.00 | $469.00 |
|---|---|---|---|---|
| | **Altagarcia Duarte** | Check all that apply. | | |
| | **1800 McFarland Blvd Lot 103** | ■ Contingent | | |
| | **Northport, AL 35476** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.07 | $319.07 |
|---|---|---|---|---|
| | **Amanda Harper** | Check all that apply. | | |
| | **156 West Street** | ■ Contingent | | |
| | **Gainesville, AL 35464** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.36 | $280.36 |
|---|---|---|---|---|

**Amanda Hinojosa**
6800 McFarland Blvd Lot 107
Northport, AL 35476

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $946.77 | $946.77 |
|---|---|---|---|---|

**Andrea Harrison**
7607 The Terrace Pkwy
Northport, AL 35473

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.25 | $1,004.25 |
|---|---|---|---|---|

**Andretti Robinson**
1869 Co. Rd 1
Gallion, AL 36742

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.30 | $470.30 |
|---|---|---|---|---|

**Angelica Perez**
6800 McFarland Blvd Lot 776
Northport, AL 35473

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.70 | $468.70 |
|---|---|---|---|---|

**Angeline Pascual**
**6800 McFarland Blvd Lot 96**
**Northport, AL 35476**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.49 | $289.49 |
|---|---|---|---|---|

**Anthony Robinson**
**12670 CR 208**
**Eutaw, AL 35462**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.69 | $244.69 |
|---|---|---|---|---|

**Antoinette Jackson**
**1910 Short Blount Street, Apt. 8G**
**Greensboro, AL 36744**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.65 | $324.65 |
|---|---|---|---|---|

**Antonio Dew**
**807 Vassie Knott Court**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.91 | $274.91 |
|---|---|---|---|---|

**Antonio Jones**
**338 Carver Circle**
**Eutaw, AL 35462**

Check that all apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,654.92 | $1,654.92 |
|---|---|---|---|---|

**Antonio Williams**
**1800 Links Blvd Apt. 409**
**Tuscaloosa, AL 35405**

Check that all apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.32 | $373.32 |
|---|---|---|---|---|

**Barbara Royal**
**7 May Lane**
**Greensboro, AL 36744**

Check that all apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.70 | $389.70 |
|---|---|---|---|---|

**Beatriz Rodrigu**
**1935 Harper Road Lot 23**
**Northport, AL 35476**

Check that all apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.30 | $471.30 |
|---|---|---|---|---|

**Bertha Freeman**
PO Box 176
Gainesville, AL 35464

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.50 | $382.50 |
|---|---|---|---|---|

**Bessie Nickson**
821 Praire Ave Apt 8
Eutaw, AL 35462

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.75 | $393.75 |
|---|---|---|---|---|

**Betty Cochran**
112 West End Avenue
Eutaw, AL 35462

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,058.82 | $2,058.82 |
|---|---|---|---|---|

**Brian Taylor**
540 Clearview Road
Birmingham, AL 35226

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 9 of 89

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.25 | $527.25 |
| --- | --- | --- | --- | --- |
| | **Briana Jones** | Check all that apply. | | |
| | **25 Shady Drive Lot 2** | ☐ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $883.96 | $883.96 |
| --- | --- | --- | --- | --- |
| | **Brooklan Smith** | Check all that apply. | | |
| | **278 Candys Landing Rd** | ■ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.80 | $482.80 |
| --- | --- | --- | --- | --- |
| | **Bruce Cray** | Check all that apply. | | |
| | **333 Kirksey Ave.** | ■ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.46 | $464.46 |
| --- | --- | --- | --- | --- |
| | **Bryan Washington** | Check all that apply. | | |
| | **1243 County Road 125** | ■ Contingent | | |
| | **Boligee, AL 35443** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.50 | $469.50 |
| --- | --- | --- | --- | --- |
| | **Candias Coronado**<br>**6800 McFarland Blvd Lot 198**<br>**Northport, AL 35476** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.20 | $471.20 |
| --- | --- | --- | --- | --- |
| | **Cara Harris**<br>**121 Rainbow Circle**<br>**Demopolis, AL 36732** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,904.52 | $1,904.52 |
| --- | --- | --- | --- | --- |
| | **Carol Richmond**<br>**212 Highway 16 West**<br>**Yazoo City, MS 39194** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.58 | $481.58 |
| --- | --- | --- | --- | --- |
| | **Catrina Magee**<br>**3101 Claude Jackson #35**<br>**Aliceville, AL 35442** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.72 | $297.72 |
|---|---|---|---|---|

**Cedric Magee**
PO Box 42
Panola, AL 35477

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.53 | $145.53 |
|---|---|---|---|---|

**Cesaleah Merriweather**
416 ONeal St
Eutaw, AL 35462

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,492.51 | $1,492.51 |
|---|---|---|---|---|

**Charles Kelly**
15061 Green Circle
Northport, AL 35475

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Christina Valdez**
6800 McFarland Blvd Lot 54
Northport, AL 35476

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document     Page 12 of 89

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,053.85 | $3,053.85 |
|------|---------|-------|------|------|

**Christine Costley**
**2716 Manley Avenue**
**Metairie, LA 70001**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.23 | $320.23 |
|------|---------|-------|------|------|

**Christopher Biffle**
**109 Morgan Drive**
**Livingston, AL 35470**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.06 | $381.06 |
|------|---------|-------|------|------|

**Christopher Taylor**
**505 S. Strawberry St.**
**Demopolis, AL 36732**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.05 | $379.05 |
|------|---------|-------|------|------|

**Clarence McCalpine**
**551 McCalpine Road**
**Sawyerville, AL 36776**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.00 | $690.00 |
|---|---|---|---|---|

**Cleophus Howard**
PO Box 1174
Demopolis, AL 36732

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.32 | $263.32 |
|---|---|---|---|---|

**Curtis Means**
1980 County Road 174
Eutaw, AL 35462

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.89 | $238.89 |
|---|---|---|---|---|

**Curtisetta Jones**
520 Joseph Wilder Court
Eutaw, AL 35462

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.60 | $282.60 |
|---|---|---|---|---|

**Daisy Lopez**
6800 McFarland Blvd Lot 5
Northport, AL 35476

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.50 | $470.50 |
| --- | --- | --- | --- | --- |
| | **Daisy Robinson** | Check all that apply. | | |
| | **1125 Ward Street** | ☐ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.40 | $190.40 |
| --- | --- | --- | --- | --- |
| | **Damian Womer** | Check all that apply. | | |
| | **365 Yellow Creek Road** | ☐ Contingent | | |
| | **Gallion, AL 36742** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.31 | $525.31 |
| --- | --- | --- | --- | --- |
| | **David Billingsley** | Check all that apply. | | |
| | **647 Hopewell Road** | ☐ Contingent | | |
| | **Marion, AL 36756** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,530.41 | $1,530.41 |
| --- | --- | --- | --- | --- |
| | **David Greene** | Check all that apply. | | |
| | **3716 Frontier Street** | ☐ Contingent | | |
| | **Northport, AL 35475** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,715.62 | $1,715.62 |
|---|---|---|---|---|

**David Phillips**
**505 Energy Center Blvd**
**Northport, AL 35473**

Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.35 | $945.35 |
|---|---|---|---|---|

**Deacater Copeland**
**307 Barnes Street**
**Demopolis, AL 36732**

Check that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.14 | $217.14 |
|---|---|---|---|---|

**Deandre Hill**
**302 Levi Morrow Sr. Court**
**Eutaw, AL 35462**

Check that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.00 | $722.00 |
|---|---|---|---|---|

**Deaudrea Houston**
**257 Rasberry Lane**
**Gallion, AL 36742**

Check that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.90 | $689.90 |
|---|---|---|---|---|
| | **Deborah Cook** | Check all that apply. | | |
| | **401 Shiloh Lane** | ☐ Contingent | | |
| | **Tuscaloosa, AL 35406** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.54 | $711.54 |
|---|---|---|---|---|
| | **Debra Wommack** | Check all that apply. | | |
| | **1844 Maria Avenue** | ☐ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.80 | $34.80 |
|---|---|---|---|---|
| | **Demarious Banks** | Check all that apply. | | |
| | **1006 North Street** | ■ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.04 | $680.04 |
|---|---|---|---|---|
| | **Demetrius Drake** | Check all that apply. | | |
| | **164 Strong Lane** | ■ Contingent | | |
| | **Boligee, AL 35443** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.29 | $330.29 |
|---|---|---|---|---|
| | **Denise Hill**<br>**828 Joseph Wilder Circle**<br>**Eutaw, AL 35462** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.00 | $1,003.00 |
|---|---|---|---|---|
| | **Deonte Edwards**<br>**191 Summerhill Road**<br>**Demopolis, AL 36732** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.43 | $227.43 |
|---|---|---|---|---|
| | **DeQuante Hunter**<br>**200 B Howard Irvin Drive**<br>**Eutaw, AL 35462** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.21 | $222.21 |
|---|---|---|---|---|
| | **Desmond Simmons**<br>**325 Carver Cir**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,094.55 | $1,094.55 |
|---|---|---|---|---|
| | **Devonn Miller** | Check all that apply. | | |
| | **390 Jourdan Road** | �" Contingent | | |
| | **Brooksville, MS 39739** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | �" No | | |
| | | ☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.92 | $352.92 |
|---|---|---|---|---|
| | **Ebonie Owens** | Check all that apply. | | |
| | **236 Clinton Road** | ☐ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | �" No | | |
| | | ☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.59 | $315.59 |
|---|---|---|---|---|
| | **Edwin Castro** | Check all that apply. | | |
| | **6800 McFarland Blvd Lot 3** | ☐ Contingent | | |
| | **Northport, AL 35476** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | �" No | | |
| | | ☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.70 | $470.70 |
|---|---|---|---|---|
| | **Elizabeth Perez** | Check all that apply. | | |
| | **2410 Snow Mills Ave.** | ☐ Contingent | | |
| | **Northport, AL 35476** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | �" No | | |
| | | ☐ Yes | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,187.03 | $1,187.03 |
|---|---|---|---|---|

**Elmer Jackson**
1018 CR 150
Boligee, AL 35443

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Emelina Rodriguez**
2015 24th Street
Northport, AL 35476

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.46 | $943.46 |
|---|---|---|---|---|

**Emily Lacey**
1139 Heritage Lane
Tuscaloosa, AL 35406

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.80 | $392.80 |
|---|---|---|---|---|

**Ennis Johnson**
402 Oliver Ave.
Eutaw, AL 35462

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | $923.08 |
| --- | --- | --- | --- | --- |

**Enrique Rivera**
**6610 Portuguese Bend Drive**
**Missouri City, TX 77459**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.80 | $436.80 |
| --- | --- | --- | --- | --- |

**Eric Hutton**
**308 Chambers**
**Eutaw, AL 35462**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.01 | $426.01 |
| --- | --- | --- | --- | --- |

**Eric Richardson**
**811 Wood Loop Road**
**Newbern, AL 36765**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.00 | $469.00 |
| --- | --- | --- | --- | --- |

**Esther Ramirez**
**6800 McFarland Blvd**
**Northport, AL 35476**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | SouthFresh Aquaculture, LLC | Case number (if known) | 19-70152 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.74 | $244.74 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Felicia Pickens**<br>**300 Curve Lane**<br>**Boligee, AL 35443** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.36 | $351.36 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Felipe Miguel**<br>**6800 McFarland Blvd Lot 3**<br>**Northport, AL 35476** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.75 | $387.75 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Fermin Matias**<br>**1015 Bridge Ave.**<br>**Northport, AL 35476** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.51 | $388.51 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Frederick Grant**<br>**881 Caleb Burroughs Road**<br>**Greensboro, AL 36744** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.55 | $447.55 |
|---|---|---|---|---|

**Gabrielle Parker**
**249 County Road 28 Apt 3B**
**Greensboro, AL 36744**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,496.34 | $1,496.34 |
|---|---|---|---|---|

**Garland Sanders**
**9960 Lenox Circle**
**Tuscaloosa, AL 35405**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
|---|---|---|---|---|

**Grace Spencer**
**423 Roebuck Avenue**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.44 | $538.44 |
|---|---|---|---|---|

**Grace Summerville**
**325 Clinton Road**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67,663.33 | $67,663.33 |
|---|---|---|---|---|
| | **Greene County Revenue Commissioner** **PO Box 510** **Eutaw, AL 35462** | Check all that apply. ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Regulatory/Taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.75 | $678.75 |
|---|---|---|---|---|
| | **Grover Houston** **139 Granny River Road** **Gallion, AL 36742** | Check all that apply. ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,574.31 | $2,574.31 |
|---|---|---|---|---|
| | **Henry Bonilla** **4654 Ashley Hill Cir** **Tuscaloosa, AL 35405** | Check all that apply. ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,081.50 | $1,081.50 |
|---|---|---|---|---|
| | **Henry Jones** **628 East Floyce Street** **Ruleville, MS 38771** | Check all that apply. ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,398.34 | $1,398.34 |
|---|---|---|---|---|

**2.87** Priority creditor's name and mailing address
**Henry Thrower**
**13585 Fondren Rd**
**Northport, AL 35475**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,398.34   $1,398.34

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.88** Priority creditor's name and mailing address
**Internal Revenue Service**

**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$1,092.57   $1,092.57

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6702**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.89** Priority creditor's name and mailing address
**Iresa Spencer**
**300 Curve Ln**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$318.35   $318.35

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.90** Priority creditor's name and mailing address
**IRS**
**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,258.93   $2,258.93

Date or dates debt was incurred

Basis for the claim:
**Medicare Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $9,658.59 | $9,658.59 |
|---|---|---|---|---|
| | **IRS**<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Social Security Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $913.95 | $913.95 |
|---|---|---|---|---|
| | **Jacob Thompson**<br>**305 West Barnes Street**<br>**Demopolis, AL 36732** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $676.70 | $676.70 |
|---|---|---|---|---|
| | **Jacquelin Tubbs**<br>**100 Hopskin Street Sect. C Apt. 56**<br>**Livingston, AL 35470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $700.00 | $700.00 |
|---|---|---|---|---|
| | **Jacqueline Atkins**<br>**PO Box 173**<br>**Eutaw, AL 35462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.95** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $327.79 | $327.79 |
| | **Jalen Pelt**<br>**260 County Road 82 Apt 3**<br>**Boligee, AL 35443** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| **2.96** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $626.81 | $626.81 |
| | **James Brown**<br>**821 Joseph Wilder Circle**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| **2.97** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,583.09 | $2,583.09 |
| | **James Hughes**<br>**505 Energy Center Blvd.**<br>**Northport, AL 35473** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| **2.98** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,369.14 | $5,369.14 |
| | **James Lamb**<br>**505 Energy Center Blvd**<br>**Northport, AL 35473** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 27 of 89

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.00 | $1,384.00 |
|---|---|---|---|---|

**James Zanders**
**126 Cottonwood Lane**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.100 | Priority creditor's name and mailing address | | $342.54 | $342.54 |
|---|---|---|---|---|

**Janice Jones**
**115 Meadow Street**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.101 | Priority creditor's name and mailing address | | $684.00 | $684.00 |
|---|---|---|---|---|

**Jeremy Ford**
**2004 Eastern Circle**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.102 | Priority creditor's name and mailing address | | $361.63 | $361.63 |
|---|---|---|---|---|

**Jerome Carpenter**
**477 Demopolis Road**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 28 of 89

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.88 | $902.88 |
|---|---|---|---|---|

**Jesse Daniel**
**135 Butterfly Lane**
**Jefferson, AL 36745**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.00 | $471.00 |
|---|---|---|---|---|

**Jessica Medina**
**2019 24th Street**
**Northport, AL 35476**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.50 | $469.50 |
|---|---|---|---|---|

**Jessica Seeley**
**3201 34th Ave**
**Northport, AL 35476**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.74 | $557.74 |
|---|---|---|---|---|

**Jody Day**
**PO Box 506**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |
| | **Johanna Motanes**<br>**6800 McFarland Blvd Lot 104**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,346.15 | $1,346.15 |
| --- | --- | --- | --- | --- |
| | **John Crawford**<br>**25218 Highway 25 North**<br>**Greensboro, AL 36744** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,865.38 | $1,865.38 |
| --- | --- | --- | --- | --- |
| | **John Elmore**<br>**181 Driftwood Lane**<br>**Boligee, AL 36743** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,267.10 | $1,267.10 |
| --- | --- | --- | --- | --- |
| | **John Marshall**<br>**140 Valley View Gardens**<br>**Moundville, AL 35474** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,405.16 | $1,405.16 |
|---|---|---|---|---|
| | **John Womer**<br>**365 Yellow Creek Road**<br>**Gallion, AL 36742** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.34 | $14.34 |
|---|---|---|---|---|
| | **Jordan Bowen**<br>**101 Pine Street**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.03 | $308.03 |
|---|---|---|---|---|
| | **Joseph Merritt**<br>**1100 US Hwy 43 Apt 7**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |
|---|---|---|---|---|
| | **Joseph Taylor**<br>**2003 James Drive**<br>**Demopolis, AL 36732** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 31 of 89

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,398.61 | $1,398.61 |
|---|---|---|---|---|

**Joshua Allums**
1454 Roderick Rd.
Mobile, AL 36618

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.50 | $389.50 |
|---|---|---|---|---|

**Juan Garcia**
1601 7th Street
Northport, AL 35476

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.81 | $264.81 |
|---|---|---|---|---|

**Juaquita Smith**
117 5th Ave
York, AL 36925

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,335.24 | $2,335.24 |
|---|---|---|---|---|

**Justin Funk**
505 Energy Center Blvd.
Northport, AL 35473

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document     Page 32 of 89

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |

**Juvy Barton**
**1400 County Road 78**
**Uniontown, AL 36786**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.62 | $61.62 |

**Juwan Wesley**
**313 Levi Morrow Sr Court**
**Eutaw, AL 35462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.05 | $622.05 |

**Kelvin Fritts**
**305 West Oakley Ave.**
**Linden, AL 36748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.76 | $321.76 |

**Kendrick Desroches**
**809 Prairie Avenue**
**Eutaw, AL 35462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.16 | $238.16 |
|---|---|---|---|---|

**Kentrell Gholston**
**205 Howard Irwin Drive**
**Eutaw, AL 35462**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.08 | $173.08 |
|---|---|---|---|---|

**Kerry Giesbrecht**
**1253 Douglas Road**
**Macon, MS 39341**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.92 | $428.92 |
|---|---|---|---|---|

**Kevinanna Means**
**308 Banks Avenue**
**Eutaw, AL 35462**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.56 | $52.56 |
|---|---|---|---|---|

**Khadijah Thomas**
**305 McConnell Street**
**York, AL 36925**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| | | | |
|---|---|---|---|
| 2.127 | Priority creditor's name and mailing address<br>**La'Kenta Harris**<br>**420 Branch Heights Drive**<br>**Eutaw, AL 35462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$438.00**   **$438.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.128 | Priority creditor's name and mailing address<br>**LaDedrick Hunter**<br>**219 John Chambers Ct.**<br>**Eutaw, AL 35462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$183.40**   **$183.40** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.129 | Priority creditor's name and mailing address<br>**Lahendrick Harkness**<br>**7971 County Road 191**<br>**Eutaw, AL 35462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$573.18**   **$573.18** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.130 | Priority creditor's name and mailing address<br>**LaKendrick Jordan**<br>**301 Oneal Street**<br>**Eutaw, AL 35462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$52.30**   **$52.30** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.24 | $322.24 |
|---|---|---|---|---|
| | **Lakita Allen** | Check all that apply. | | |
| | **420 Wm Branch Height Drive** | ☐ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.44 | $747.44 |
|---|---|---|---|---|
| | **Lamarkus Mobley** | Check all that apply. | | |
| | **186 Country Lane Road** | ■ Contingent | | |
| | **Boligee, AL 35443** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.24 | $258.24 |
|---|---|---|---|---|
| | **Lamichael Powell** | Check all that apply. | | |
| | **709 Franchie Burton Ct** | ■ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.09 | $243.09 |
|---|---|---|---|---|
| | **Lashonte Harris** | Check all that apply. | | |
| | **2102 Old Spring Hill Road** | ■ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $477.00 | $477.00 |
|---|---|---|---|---|

**Latoya Edwards**
1156 W. End St., Apt. 211
Eutaw, AL 35462

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.84 | $384.84 |
|---|---|---|---|---|

**Latoya Green**
205 Eastridge Apt. #2-b
Greensboro, AL 36744

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.76 | $263.76 |
|---|---|---|---|---|

**Latroy Consentine**
326 Levi Morrow Sr. Court
Eutaw, AL 35462

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.20 | $390.20 |
|---|---|---|---|---|

**Laura Gomez Xan**
6800 McFarland Blvd Lot 776
Northport, AL 35476

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.32 | $580.32 |
|---|---|---|---|---|

**Laura Hutton**
**PO Box 383**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.49 | $531.49 |
|---|---|---|---|---|

**Lawanda Mcintosh**
**PO Box 125**
**Bellamy, AL 36901**

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.21 | $144.21 |
|---|---|---|---|---|

**Laytoya Jackson**
**1056 Martin Road**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,051.88 | $1,051.88 |
|---|---|---|---|---|

**LaZarus Mitchell**
**34257 US Hwy 43 S**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.89 | $336.89 |
|---|---|---|---|---|
| | **Leighann Price** | Check all that apply. | | |
| | **207 Hale Street** | ☐ Contingent | | |
| | **Macon, MS 39341** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.48 | $385.48 |
|---|---|---|---|---|
| | **Leroy Saxton, Jr.** | Check all that apply. | | |
| | **352 Country Lane Road** | ■ Contingent | | |
| | **Boligee, AL 35443** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.33 | $138.33 |
|---|---|---|---|---|
| | **Leundra Moore** | Check all that apply. | | |
| | **450 Cahaba Road** | ☐ Contingent | | |
| | **Uniontown, AL 36786** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.08 | $446.08 |
|---|---|---|---|---|
| | **Lillie Carter** | Check all that apply. | | |
| | **214 Kinnard Road** | ☐ Contingent | | |
| | **York, AL 36925** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 | $1,125.00 |

**Lisa Bott**
**243 Marigold Drive**
**Greensboro, AL 36744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 | $1,250.00 |

**Lisa Wells**
**9713 Moonbeam Circle**
**Tuscaloosa, AL 35405**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.30 | $389.30 |

**Lisvette Melecio**
**6800 McFarland Blvd Lot 107**
**Northport, AL 35476**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.50 | $555.50 |

**Loderrin Cherry**
**24479 County Road 20**
**Boligee, AL 35443**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 40 of 89

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.38 | $497.38 |
|---|---|---|---|---|

**Lorenzo Walker**
812 Joseph Wilder Circle
Eutaw, AL 35462

Check that all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.18 | $364.18 |
|---|---|---|---|---|

**Loretta Turner**
PO Box 97
Gainesville, AL 35464

Check that all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.33 | $619.33 |
|---|---|---|---|---|

**Loria Lofton**
32005 AL Hwy 17
Emelle, AL 35459

Check that all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.81 | $580.81 |
|---|---|---|---|---|

**Lucille Britford**
PO Box 612
Greensboro, AL 36744

Check that all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 41 of 89

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.81 | $580.81 |
| --- | --- | --- | --- | --- |

**2.155**

Priority creditor's name and mailing address

**Lucille Britford**
**PO Box 612**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$580.81    $580.81

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.156**

Priority creditor's name and mailing address

**Lyndon Martin**
**503 Earl Avenue**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$956.45    $956.45

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.157**

Priority creditor's name and mailing address

**Marcus Spencer**
**374 Country Lane Road**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$474.06    $474.06

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.158**

Priority creditor's name and mailing address

**Marcus Williams**
**2471 Fairground Street**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$1,654.92    $1,654.92

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?

■ No
☐ Yes

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.44 | $477.44 |

**Margie Bates**
2289 Bates Rd.
Newbern, AL 36765

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.20 | $471.20 |

**Maria Gonzalez**
2300 18th Ave.
Northport, AL 35476

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.50 | $389.50 |

**Mariela Guerra**
1801 Harper Road Lot 38
Northport, AL 35476

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.20 | $470.20 |

**Melinda Morales**
6800 McFarland Blvd Lot 94
Northport, AL 35476

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 | $540.00 |
|---|---|---|---|---|

**Melonee Coats**
**603 Jones Drive**
**Demopolis, AL 36732**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,074.58 | $1,074.58 |
|---|---|---|---|---|

**Michael Chilcutt**
**404 Eutaw Avenue**
**Eutaw, AL 35462**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.28 | $1,121.28 |
|---|---|---|---|---|

**Michael Harris**
**365 Springfield Road**
**Sawyerville, AL 36776**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,720.35 | $2,720.35 |
|---|---|---|---|---|

**Michael Miller**
**505 Energy Center Blvd**
**Northport, AL 35473**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.64 | $618.64 |
|---|---|---|---|---|

**Michael Pratt**
**3231 US Highway 11**
**Cuba, AL 36907**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.30 | $704.30 |
|---|---|---|---|---|

**Michael Thomas**
**305 McConnell Street**
**York, AL 36925**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.55 | $372.55 |
|---|---|---|---|---|

**Michelle Butler**
**103 A Street #14**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.70 | $393.70 |
|---|---|---|---|---|

**Michelle Jorge**
**2302 Deer Haven Drive**
**Northport, AL 35473**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.75 | $372.75 |
|---|---|---|---|---|

**Monica Lewis**
**PO Box 54**
**Myrtlewood, AL 36763**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $486.22 | $486.22 |
|---|---|---|---|---|

**Morgan McGhee**
**670 Westend Street Apt 134**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.50 | $514.50 |
|---|---|---|---|---|

**Mozell Morrow**
**258 Kind Loop Road**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.99 | $45.99 |
|---|---|---|---|---|

**Naveah Hassan**
**32466 US Hwy 43 South**
**Gallion, AL 36742**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|--------|-----|------|------|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061.45 | $1,061.45 |
|-------|-----|-----|-----|-----|
| | **Oliver Anthony**<br>**25791 AL 69**<br>**Sweet Water, AL 36782** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |
|-------|-----|-----|-----|-----|
| | **Otis Henderson**<br>**207 B Street**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.64 | $402.64 |
|-------|-----|-----|-----|-----|
| | **Patricia Jemison**<br>**330 Carver Circle**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.70 | $457.70 |
|-------|-----|-----|-----|-----|
| | **Prenicia Pinkerton**<br>**303 Pearl Street**<br>**Gainesville, AL 35464** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.92 | $495.92 |

**Prentice Taylor**
**209 Howard Irvin Drive**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.25 | $625.25 |

**Ran'Darius Bevelle**
**77 Boxwood Drive**
**Forkland, AL 36740**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |

**Randall McCrory**
**171 Chinquapin Trace**
**Greensboro, AL 36744**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.80 | $471.80 |

**Rebecca Esquivel**
**3928 31st**
**Tuscaloosa, AL 35401**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document          Page 48 of 89

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.89 | $1,218.89 |
| --- | --- | --- | --- | --- |

**Rhonda Haynes**
**101 Pine Ridge**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | | $1,149.44 | $1,149.44 |
| --- | --- | --- | --- | --- |

**Ricardo Harris**
**17 Juniper Street**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | | $794.06 | $794.06 |
| --- | --- | --- | --- | --- |

**Richard Johnson**
**10 Bank Quarters**
**Uniontown, AL 36786-2548**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | | $446.88 | $446.88 |
| --- | --- | --- | --- | --- |

**Robert Herron**
**811 Woods Loop Rd**
**Newbern, AL 36765**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $349.98 | $349.98 |
|---|---|---|---|---|
| | **Robert Webber**<br>**219 Country Road 174**<br>**Eutaw, AL 35462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569.62 | $569.62 |
|---|---|---|---|---|
| | **Roderick Mcintosh**<br>**45 Edgewood Drive**<br>**Dixons Mills, AL 36736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.58 | $280.58 |
|---|---|---|---|---|
| | **Rodney McIntosh**<br>**355 Culbert Street**<br>**Livingston, AL 35470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.28 | $229.28 |
|---|---|---|---|---|
| | **Rodney Speights**<br>**426 Outland Road**<br>**Boligee, AL 35443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.66 | $266.66 |
| --- | --- | --- | --- | --- |

**Rolando Leon**
**6800 McFarland Blvd Lot 161**
**Northport, AL 35476**

Check that all apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,437.46 | $1,437.46 |
| --- | --- | --- | --- | --- |

**Ronda Pinson**
**706 Ashley Ln**
**Tupelo, MS 38801**

Check that all apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.12 | $250.12 |
| --- | --- | --- | --- | --- |

**Ruben Alfaro**
**6800 McFarland Blvd. Lot 161**
**Northport, AL 35476**

Check that all apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.70 | $539.70 |
| --- | --- | --- | --- | --- |

**Sammy Jackson**
**5571 County Rd 23**
**Aliceville, AL 35442**

Check that all apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.80 | $527.80 |
|---|---|---|---|---|

**Sasha Cruz**
**1709 Martin Luther Blvd.**
**Northport, AL 35476**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.48 | $494.48 |
|---|---|---|---|---|

**Shaneice Fulgham**
**105 Branch Heights Drive**
**Eutaw, AL 35462**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.47 | $590.47 |
|---|---|---|---|---|

**Sharita Shika**
**78 Millwood Rd**
**Greensboro, AL 36744**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.60 | $711.60 |
|---|---|---|---|---|

**Sharkeal Adams**
**208 Hower Avenue**
**Eutaw, AL 35462**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document     Page 52 of 89

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.34 | $211.34 |
|---|---|---|---|---|

**2.199**

Priority creditor's name and mailing address

**Shaundra Gibson**
**426 Outland Road**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$211.34    $211.34

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.200**

Priority creditor's name and mailing address

**Shaundricka Benison**
**800 South Glover Avenue**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$115.86    $115.86

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.201**

Priority creditor's name and mailing address

**Steve Smith**
**7030 County Road 21**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$984.20    $984.20

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.202**

Priority creditor's name and mailing address

**Steven Banks**
**1732 Brush Creek Dr.**
**Sawyerville, AL 36776**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$953.89    $953.89

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,515.38 | $2,515.38 |
|-------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Steven Crawford**
**9602 Stonecross Bend Drive**
**Houston, TX 77070**

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.38 | $267.38 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Tacoris Underwood**
**110 Branch Heights**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.07 | $169.07 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Tamaeriea Daniels**
**5390 AL Highway 116**
**Gainesville, AL 35464**

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.78 | $348.78 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Tamika Noland**
**154 Clinton Road**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $543.73 | $543.73 |
| --- | --- | --- | --- | --- |
| | **Tanya McIntosh**<br>PO Box 56<br>Bellamy, AL 36901 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $846.15 | $846.15 |
| --- | --- | --- | --- | --- |
| | **Taylor Brown**<br>12977 AL Highway 69<br>Greensboro, AL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $237.66 | $237.66 |
| --- | --- | --- | --- | --- |
| | **Te Aron Wilson**<br>534 Outland Road<br>Boligee, AL 35443 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $489.62 | $489.62 |
| --- | --- | --- | --- | --- |
| | **Tempestt McIntosh**<br>PO Box 222<br>Livingston, AL 35470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|

**Teresa Alonzo**
**6800 McFarland Blvd Lot 92**
**Northport, AL 35476**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $301.77 | $301.77 |
|---|---|---|---|---|

**Theophus Scott**
**32 Dodge Drive**
**Forkland, AL 36740**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Timothy Taylor**
**3301 Loope Road East Apt. #206**
**Tuscaloosa, AL 35404**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,063.68 | $1,063.68 |
|---|---|---|---|---|

**Tommy Wilson**
**302 West Jackson Street, Lot 5**
**Demopolis, AL 36732**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $749.11 | $749.11 |
| --- | --- | --- | --- | --- |

**Tonia Osburn**
1807 Vine Avenue
Demopolis, AL 36732

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.78 | $268.78 |
| --- | --- | --- | --- | --- |

**Tony Turner**
68 Dunlap Road
Forkland, AL 36740

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $788.04 | $788.04 |
| --- | --- | --- | --- | --- |

**Tonya Bonds**
113 Apple Lane
Greensboro, AL 36744

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $605.50 | $605.50 |
| --- | --- | --- | --- | --- |

**Tracy Watts**
PO Box 1073
Uniontown, AL 36786

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.80 | $324.80 |
|---|---|---|---|---|

**Travis Young**
616 Oscar Williams Court
Eutaw, AL

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.50 | $256.50 |
|---|---|---|---|---|

**Troy Hutton**
422 Clinton Road
Eutaw, AL 35462

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.30 | $29.30 |
|---|---|---|---|---|

**Tyrronce Young**
2030 A Street Unit 25
Eutaw, AL 35462

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.08 | $107.08 |
|---|---|---|---|---|

**Vanessa Hibbler**
219B Streut Kingsville
Eutaw, AL 35462

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $981.44 | $981.44 |
|-------|---------------------------------------------|---------------------------------------------------------------------|---------|---------|
| | **Vaughn Koehn**<br>**10180 Strong Road**<br>**Aberdeen, MS 39730** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.69 | $454.69 |
|-------|---------------------------------------------|---------------------------------------------------------------------|---------|---------|
| | **Vera Epes**<br>**PO Box 76**<br>**Epes, AL 35460** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396.40 | $396.40 |
|-------|---------------------------------------------|---------------------------------------------------------------------|---------|---------|
| | **Vernell Stewart**<br>**685 County Road 181**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.50 | $390.50 |
|-------|---------------------------------------------|---------------------------------------------------------------------|---------|---------|
| | **Victoria Villareal**<br>**1927 MLKing Jr Blvd**<br>**Tuscaloosa, AL 35401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document      Page 59 of 89

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.57 | $447.57 |
|---|---|---|---|---|
| | **Virginia Finch** | Check all that apply. | | |
| | **320 Levi Morrow Sr. Ct.** | ■ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|---|---|---|---|---|
| | **William Aquino** | Check all that apply. | | |
| | **1145 Pyramid St.** | ■ Contingent | | |
| | **San Diego, CA 92119** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.52 | $479.52 |
|---|---|---|---|---|
| | **William Harris** | Check all that apply. | | |
| | **1100 US Highway 80, Apt B6** | ■ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,083.22 | $1,083.22 |
|---|---|---|---|---|
| | **William Miller** | Check all that apply. | | |
| | **602 6th Avenue East** | ■ Contingent | | |
| | **Linden, AL 36748** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.50 | $704.50 |
| --- | --- | --- | --- | --- |

2.231 Priority creditor's name and mailing address
**William Sledge**
301 Demopolis St
Greensboro, AL 36744

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$704.50**  **$704.50**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.232 Priority creditor's name and mailing address
**Willie Webb**
7357 Sumter 24
Emelle, AL 35459

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$402.76**  **$402.76**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.233 Priority creditor's name and mailing address
**Yvette Hernandez**
6800 McFarland Blvd Lot 1
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$516.45**  **$516.45**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

3.1 Nonpriority creditor's name and mailing address
**A La Carte Specialty Foods**
501 Louisiana Street
Westwego, LA 70094-4141

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$12,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.2 Nonpriority creditor's name and mailing address
**AB Vista, Inc.**
150 S. Pine Island Rd., Ste. 270
Fort Lauderdale, FL 33324-2677

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$26,350.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.37 |
|---|---|---|---|

**Acosta, Inc.**
6600 Corporate Center Pkwy.
Jacksonville, FL 32216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,660.40 |
|---|---|---|---|

**ADM Milling Co.**
P.O. Box 745086
Atlanta, GA 30374-5086

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.92 |
|---|---|---|---|

**Advanced Disposal Services**
P.O. Box 743019
Atlanta, GA 30374-3019

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,516.52 |
|---|---|---|---|

**Aflac, Inc.**
1932 Wynnton Rd
Columbus, GA 31999

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Agiloc International Inc.**
100 N. Hill Drive #51
Brisbane, CA 94005

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,571.43 |
|---|---|---|---|

**Alabama Department of Environmental Mana**
PO Box 301463
Montgomery, AL 36130-1463

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Regulatory/Taxes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,633.19 |
|---|---|---|---|

**Alabama Dept. of Agriculture**
1445 Federal Drive
Montgomery, AL 36107

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Regulatory/Taxes**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $815.00 |
|---|---|---|---|

**Alabama Elevator & Accesibility**
PO Box 680930
Prattville, AL 36068-0930

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,139,517.24 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/1/2017**

Last 4 digits of account number _

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,440,437.88 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/31/2015**

Last 4 digits of account number _

Basis for the claim: **Term Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.00 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,259.31 |
|---|---|---|---|

**Alabama Power Company**
600 North 18th St.
Birmingham, AL 35203-2200

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,062.30 |
|---|---|---|---|

**American Colloid Company**
PO Box 955112
Saint Louis, MO 63195-5112

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,752.40 |
|---|---|---|---|

**Ampro Products, Inc.**
PO Box 930211
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

Andalusia Farmers Cooperative
P.O. Box 1335
Andalusia, AL 36420

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$550.75

---

**3.18** Nonpriority creditor's name and mailing address

Applied Indutries Tech
One Applied Plaza,E 36th & Euclid
Cleveland, OH 44115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$90.33

---

**3.19** Nonpriority creditor's name and mailing address

Aramark Uniform & Career Apparel Group
P.O. Box 904103
Charlotte, NC 28290-4103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$479.87

---

**3.20** Nonpriority creditor's name and mailing address

Arbon Equipment
25464 Network Place
Chicago, IL 60673-1254

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,175.90

---

**3.21** Nonpriority creditor's name and mailing address

Ardent Mills, LLC
33250 Collection Center Dr.
Chicago, IL 60693-0332

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$7,878.61

---

**3.22** Nonpriority creditor's name and mailing address

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

$3,652.43

---

**3.23** Nonpriority creditor's name and mailing address

Atlas Welding Supply Co., Inc.
3530 Greensboro Ave.
Tuscaloosa, AL 35401-7002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$260.09

---

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document     Page 64 of 89

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,563.03 |
|------|-------------------------------------------------|-------------------------------------------------------------------|-----------|

**3.24**

Nonpriority creditor's name and mailing address

Automation Personnel Services
PO Box 936648
Atlanta, GA 31193-6648

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

$1,563.03

---

**3.25**

Nonpriority creditor's name and mailing address

BAADER North America
3086 Paysphere Circle
Chicago, IL 60674-0030

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$22,158.14

---

**3.26**

Nonpriority creditor's name and mailing address

Banks & Company
James O. Banks
101 Greensboro Street
Eutaw, AL 35462

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$223.20

---

**3.27**

Nonpriority creditor's name and mailing address

Blue Cross Blue Shield
Payment Processing
450 Riverchase Parkway East
Birmingham, AL 35236-0037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages/Insurance__

Is the claim subject to offset? ■ No ☐ Yes

$65,388.24

---

**3.28**

Nonpriority creditor's name and mailing address

Bucksaw Ridge
5870 Co. Rd. 21
Akron, AL 35441-2205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$730.00

---

**3.29**

Nonpriority creditor's name and mailing address

Bunzl Processor Division
12240 Collection Center Drive
Chicago, IL 60693-0122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,886.63

---

**3.30**

Nonpriority creditor's name and mailing address

Cain Steel and Supply
2650 20th Street
Tuscaloosa, AL 35401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,552.61

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.32 |

**Canadian Biosystems, Inc.**
4389-112th Avenue S.E.
Calgary, Alberta T2C 0J7

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592.50 |

**Central Alabama Farmers Cooperative**
P.O. Box 519
Demopolis, AL 36732

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.22 |

**Chem Aqua**
P.O. Box 971269
Dallas, TX 75397-1269

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**Christon Peaster**
2454 Sansershill Road
Brooksville, MS 39739

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**Christon Peaster**
2454 Sansershill Road
Brooksville, MS 39739

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Wages/Contract Work**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.22 |

**Cintas Corporation**
P.O. Box 630910
Cincinnati, OH 45263-0910

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.11 |

**City of Demopolis Water Works**
PO Box 580
Demopolis, AL 36732

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|

**City of Eutaw Water Dept.**
PO Box 431
Eutaw, AL 35462

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.40 |
|---|---|---|---|

**City of Northport Water & Sewer Dept.**
3500 McFarland Blvd.
Northport, AL 35476-3181

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.50 |
|---|---|---|---|

**Collins Communications**
1009 West Jackson Street
Demopolis, AL 36732-1699

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.50 |
|---|---|---|---|

**Collins Communications**
1009 West Jackson Street
Demopolis, AL 36732-1699

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,844.04 |
|---|---|---|---|

**Collum Food Processing**
1491 Thornton Street
Greenville, MS 38703-2443

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,719.16 |
|---|---|---|---|

**Colonial Bag Company**
P. O. Box 929
Lake Park, GA 31636-0929

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,965.33 |
|---|---|---|---|

**Comdata**
5301 Maryland Way
Brentwood, TN 37027

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,912.57 |
|---|---|---|---|

**Commodity Specialists**
PO Box 802233
Kansas City, MO 64180-2233

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,553.21 |
|---|---|---|---|

**Covia Lime, LLC**
P.O. Box 198867
Atlanta, GA 30384-8867

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.24 |
|---|---|---|---|

**Covington Heavy Duty Parts**
P. O. Box 1049
Andalusia, AL 36420

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,464.98 |
|---|---|---|---|

**CPC Commodities**
98 Celsor Road
Fountain Run, KY 42133

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.80 |
|---|---|---|---|

**D&F Equipment Sales**
P.O. Box 275
Crossville, AL 35962-0275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $801.00 |
|---|---|---|---|

**D'Iberville Cold Storage**
9392 Central Avenue
Diberville, MS 39540

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.00 |
|---|---|---|---|

**David Besson Partlow, III - Windy Hill**
421 Vicksburg Dr.
Tuscaloosa, AL 35406-1765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
| --- | --- | --- | --- |
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,450.11 |
| | **Demopolis Water Works**<br>P.O. Box 350<br>Demopolis, AL 36732 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,787.20 |
| | **Diversified Ingredients**<br>440 Mamaroneck Ave.<br>Harrison, NY 10528 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Trade debt_<br><br>Is the claim subject to offset? ☐ No ■ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,294.96 |
| | **Dixie Feed & Trucking**<br>PO Box 301<br>Aliceville, AL 35442 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82,243.04 |
| | **Double Wheel Farm**<br>5111 US Hwy 11 South<br>Boligee, AL 35443-3402 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Trade debt_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,761.62 |
| | **Douglas Koehn-Quality Seining**<br>794 Greenfield Road<br>Brooksville, MS 39739 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
| | **Drs. Ketcham & Dismukes Clinic**<br>P. O. Box 650<br>Demopolis, AL 36732 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,232.42 |
| | **Dyna-Lift**<br>P.O. Box 1348<br>Montgomery, AL 36102-1348 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 69 of 89

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,302.00 |
| --- | --- | --- | --- |

**Eagle Transportation**
7127 Hwy 98 W, Ste. 50
Hattiesburg, MS 39402

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,106.19 |
| --- | --- | --- | --- |

**Edd Johnson & Associates**
PO Box 1117
Pelham, AL 35124-5117

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,306.16 |
| --- | --- | --- | --- |

**Elysian Fish Farms**
1688 Co Rd 2
Gallion, AL 36742

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
| --- | --- | --- | --- |

**Euler Hermes Services North America**
800 Red Brook Blvd.
Owings Mills, MD 21117

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.00 |
| --- | --- | --- | --- |

**Extru-Tech, Inc.**
100 Airport Rd.
Sabetha, KS 66534-9418

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,099.20 |
| --- | --- | --- | --- |

**Fairway Dairy & Ingredients**
17725 Juniper Path
Lakeville, MN 55044

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,630.71 |
| --- | --- | --- | --- |

**Farmers Grain**
PO Box 1796
Greenville, MS 38702-1796

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,009.91 |

**FFE Transportation Services Inc.**
1145 Empire Central Place
Dallas, TX 75247-4305

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |

**Fred Robertson Wrecker Service**
3702 Greensboro Ave.
Tuscaloosa, AL 35405-2845

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |

**Fredrick Taylor**
PO Box 149
Thomaston, AL 36783

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,077.76 |

**FS Group**
PO Box 2371
Albertville, AL 35950

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**Gaddy Electric & Plumbing**
PO Box 480066
Linden, AL 36748-0066

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**Gary W. Broussard DBA Beaver Creek Farms**
324 Baby St.
Newbern, AL 36765-3602

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,955.99 |

**Gavilon Ingredients, LLC**
P.O. Box 74008695
Chicago, IL 60674-8695

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,728.87 |
|---|---|---|---|

**Georgia Pacific Corrugated**
405 Maxwell Dr.
Albany, GA 31701-1615

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,790.84 |
|---|---|---|---|

**Givhan Land & Cattle c/o Sam Givhan**
6900 Alabama Hwy 5
Safford, AL 36773

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**Global Fire Sprinklers**
4242 Bryson Blvd.
Florence, AL 35630-7319

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,016.01 |
|---|---|---|---|

**Golden Peanut Co.**
P.O. Box 745086
Atlanta, GA 30374-5086

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.62 |
|---|---|---|---|

**Grainger, Inc.**
100 Grainger Pkwy.
Lake Forest, IL 60045-5202

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,871.24 |
|---|---|---|---|

**Greensboro Farmer's Cooperative**
P.O. Box 358
Greensboro, AL 36744-0358

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.53 |
|---|---|---|---|

**Gulf Coast Marine Supply Co.**
P.O. Box 2088
Mobile, AL 36652-2088

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.99 |
|---|---|---|---|

**Hach Company**
2207 Collection Center Drive
Chicago, IL 60693-0022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679.00 |
|---|---|---|---|

**Harmony Hill Trucking**
1919 B Washington St.
Uniontown, AL 36786-4514

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**Heartland Catfish**
55001 Highway 82-West
Itta Bena, MS 38941

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Henry Welding, LLC**
10248 AL Highway 14
Greensboro, AL 36744-5362

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,520.50 |
|---|---|---|---|

**Hicks Pallets**
5746 Hannah Ct
Satsuma, AL 36572

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,855.00 |
|---|---|---|---|

**Hilo Fish Company**
55 Holomua Street
Hilo, HI 96720

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.01 |
|---|---|---|---|

**HPSI Purchasing Services**
1101 Market Street
Philadelphia, PA 19107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.93 |
|---|---|---|---|

**Hydro Power of MS**
318 Airport Rd
Pearl, MS 39208-6649

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.40 |
|---|---|---|---|

**ICWUC**
Attn: Grover Houston
403 Maria Ave.
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.00 |
|---|---|---|---|

**Industrial Electric Motor Work**
P.O. Box 638
Marion, MS 39342-0638

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,462.85 |
|---|---|---|---|

**International Paper MPAK Warehouse**
PO Box C
Indianola, MS 38751-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**J & C Farms**
PO Box 466
Macon, MS 39341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,308.08 |
|---|---|---|---|

**JBT Cat**
P.O. Box 772998
Chicago, IL 60677-0298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,925.00 |
|---|---|---|---|

**Jensen Tuna**
5885 Hwy. 311
Houma, LA 70360

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.64 |
| --- | --- | --- | --- |

**Joe's Repair Shop**
PO Box 485
Eutaw, AL 35462

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,897.52 |
| --- | --- | --- | --- |

**Ken Diller**
1661 CR 2
Gallion, AL 36742

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.37 |
| --- | --- | --- | --- |

**Kiwi Coders Corp.**
265 East Messner Dr.
Wheeling, IL 60090-6495

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,275.97 |
| --- | --- | --- | --- |

**Kyle D. Schmidt**
2448 Hopewell Rd.
Brooksville, MS 39739-5165

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |
| --- | --- | --- | --- |

**LaBudde Group, Inc.**
PO Box 309
Cedarburg, WI 53012

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,913.60 |
| --- | --- | --- | --- |

**Land O' Lakes Purina Feed LLC**
PO Box 404744
Atlanta, GA 30384-4744

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,117.88 |
| --- | --- | --- | --- |

**Lansing Trade Group, LLC**
15314 Collections Center Drive
Chicago, IL 60693-0153

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,121.48 |
|---|---|---|---|

**Lansing Vermont, Inc.**
PO Box 741671
Atlanta, GA 30374-1671

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442.00 |
|---|---|---|---|

**Larsen Intermodal Services Inc.**
12301 Old Gentilly Road
New Orleans, LA 70129-8219

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $651.79 |
|---|---|---|---|

**Ledwell**
P.O. Box 1106
Texarkana, TX 75504-1106

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Lewis Pest Control**
1001 S. Cedar Ave.
Demopolis, AL 36732

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $894.38 |
|---|---|---|---|

**LINA/Cigna**
1601 Chestnut Street
Philadelphia, PA 19192

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,918.35 |
|---|---|---|---|

**Little Rock Farm**
4446 County Road 10
Greensboro, AL 36744

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,683.20 |
|---|---|---|---|

**Livestock Nutrition Center, LLC**
5860 Ridgeway Center Pkwy., Ste. 240
Memphis, TN 38120-4046

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,434.60 |
| --- | --- | --- | --- |
| | **LNC Kansas** | ☑ Contingent | |
| | **5860 Ridgeway Center Pkwy** | ☐ Unliquidated | |
| | **Suite 240** | ☐ Disputed | |
| | **Memphis, TN 38120** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,279.17 |
| --- | --- | --- | --- |
| | **Loren Diller** | ☑ Contingent | |
| | **1661 Co. Rd. 2** | ☐ Unliquidated | |
| | **Gallion, AL 36742** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,069.01 |
| --- | --- | --- | --- |
| | **M&M Seining** | ☑ Contingent | |
| | **483 Crawford Road** | ☐ Unliquidated | |
| | **Greensboro, AL 36744** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.78 |
| --- | --- | --- | --- |
| | **Marvin D. Gregory - Gregory & Sons** | ☑ Contingent | |
| | **5113 Northwood Lake Drive East** | ☐ Unliquidated | |
| | **Northport, AL 35473-2075** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.06 |
| --- | --- | --- | --- |
| | **Marvin's Credit Services** | ☑ Contingent | |
| | **P.O. BOX 105525** | ☐ Unliquidated | |
| | **Atlanta, GA 30348-5525** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,715.69 |
| --- | --- | --- | --- |
| | **McCain Engineering** | ☐ Contingent | |
| | **PO Box 817** | ☐ Unliquidated | |
| | **Pelham, AL 35124** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,886.75 |
| --- | --- | --- | --- |
| | **Mississippi Department of Agriculture** | ☑ Contingent | |
| | **121 North Jefferson St.** | ☐ Unliquidated | |
| | **Jackson, MS 39201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Regulatory/Taxes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $786.34 |
| --- | --- | --- | --- |
| | **Mississippi Plastic Bag & Packaging**<br>P.O. Box 220<br>Bolton, MS 39041-0220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,491.97 |
| --- | --- | --- | --- |
| | **Motion Industries, Inc.**<br>P.O. Box 504606<br>Saint Louis, MO 63150-4606 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,711.87 |
| --- | --- | --- | --- |
| | **Network Trading**<br>PO Box 124<br>Nerstrand, MN 55053 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,218.47 |
| --- | --- | --- | --- |
| | **Newell Paper Co.**<br>P.O. Box 631<br>Meridian, MS 39302-0631 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,941.91 |
| --- | --- | --- | --- |
| | **Nolin Milling**<br>101 Pine St.<br>P.O. Box 156<br>Dickens, IA 51333 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.46 |
| --- | --- | --- | --- |
| | **Northport Electrical Supply**<br>P.O. Box 1167<br>Northport, AL 35476-3170 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,068.48 |
| --- | --- | --- | --- |
| | **Nutra Blend Corporation**<br>P.O. Box 202619<br>Dallas, TX 75320-2619 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
| --- | --- | --- | --- |

**3.122**

Nonpriority creditor's name and mailing address

**NYLIFE Insurance**
**51 Madison Avenue**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages/Insurance**

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

---

**3.123**

Nonpriority creditor's name and mailing address

**Ocean Foods Co.**
**10800 S. Central Avenue**
**Chicago Ridge, IL 60415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$673.41

---

**3.124**

Nonpriority creditor's name and mailing address

**Odom Farms**
**PO Drawer 190**
**Eutaw, AL 35462-0190**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$309.66

---

**3.125**

Nonpriority creditor's name and mailing address

**Office Depot**
**PO Box 633211**
**Cincinnati, OH 45263-3211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$672.71

---

**3.126**

Nonpriority creditor's name and mailing address

**Pace Analytical Services, LLC**
**PO Box 684056**
**Chicago, IL 60695-4056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,206.40

---

**3.127**

Nonpriority creditor's name and mailing address

**Packers Chemical Holdings LLC**
**3729 Peddle Hollow Road**
**Kieler, WI 53812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$878.08

---

**3.128**

Nonpriority creditor's name and mailing address

**Packers Sanitation Services**
**3681 Prism Lane**
**Kieler, WI 53812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

$10,856.00

---

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document     Page 79 of 89

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.78 |
|---|---|---|---|

**Parts & Company of Selma, Inc.**
**2809 Citizens Pkwy**
**Selma, AL 36701-3914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.64 |
|---|---|---|---|

**Piedmont National**
**1561 Southland Circle, NW**
**Atlanta, GA 30318-3630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.51 |
|---|---|---|---|

**Piggly Wiggly #103**
**131 Greensboro St.**
**Eutaw, AL 35462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,396.89 |
|---|---|---|---|

**Power & Rubber Supply, Inc.**
**P.O. Box 3069**
**Tuscaloosa, AL 35403-3069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,272.00 |
|---|---|---|---|

**Prairie Cajun Brand LLC**
**1277 Hwy. 757**
**Eunice, LA 70535-2164**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.64 |
|---|---|---|---|

**Preferred Freezer Chicago**
**2357 S. Wood St.**
**Chicago, IL 60608-5305**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.50 |
|---|---|---|---|

**Preferred Freezer Services of Raynham**
**571 Paramount Drive**
**Raynham, MA 02767**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.25 |
|-------|--------|--------|--------|
| | **Premier Springwater Distribution**<br>1500 30th Street<br>Tuscaloosa, AL 35401 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $528.00 |
|-------|--------|--------|--------|
| | **Presto-X**<br>PO Box 13848<br>Reading, PA 19612-3848 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.36 |
|-------|--------|--------|--------|
| | **Pro Chem, Inc.**<br>P.O. Box 1309<br>Alpharetta, GA 30009-1309 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,105.00 |
|-------|--------|--------|--------|
| | **Pyramid Transport**<br>18119 Sussex Hwy., Unit #2<br>Bridgeville, DE 19933 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,809.27 |
|-------|--------|--------|--------|
| | **R & R Brokerage Services**<br>1919B Washington St.<br>Uniontown, AL 36786-4514 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,469.25 |
|-------|--------|--------|--------|
| | **Ranger Environmental Services**<br>10601 HWY 43 N<br>Creola, AL 36525 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,404.20 |
|-------|--------|--------|--------|
| | **Reddy Ice Corporation**<br>8750 N. Central Expressway, Ste. 1000<br>Dallas, TX 75231-6416 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | | $635.20 |

**Refrigiwear**
P.O. Box 39
Dahlonega, GA 30533-0001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | | $17,643.45 |

**River City Diesel Services**
7748 CR #19
Demopolis, AL 36732

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | | $3,222.00 |

**River City Trucking**
P.O. Box 918
Demopolis, AL 36732-0918

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | | $11,460.42 |

**Robert P. Hall**
15480 Hwy 69 South
Greensboro, AL 36744

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | | $5,732.00 |

**Roberts Hauling, Inc.**
1145 Highway 129
Fayette, AL 35555

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | | $165.00 |

**Roger L. Krebs**
102 30th Street
Tuscaloosa, AL 35405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | | $8,800.32 |

**Ronald Nichols**
**Running Creek Farms. LLC**
653 Highway 17
Aliceville, AL 35442

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,400.34 |
|---|---|---|---|

**Running Creek Farms, LLC & FNB**
653 Highway 17
Aliceville, AL 35442

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,189.00 |
|---|---|---|---|

**Savannah Food Company**
575 Industrial Rd.
Savannah, TN 38372-5977

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,562.60 |
|---|---|---|---|

**Sea Delight**
8195 NW 67 Street
Miami, FL 33166

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,065.00 |
|---|---|---|---|

**Seaquest Seafood**
530 South 6th Avenue
La Puente, CA 91746

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.15 |
|---|---|---|---|

**Sign Pro of Tuscaloosa**
4708 Highway 69 North
Northport, AL 35473-2033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,856.90 |
|---|---|---|---|

**Skye Diller**
1661 Co. Rd. 2
Gallion, AL 36742

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|---|---|---|---|

**Smith, Gambrell & Russell, LLP**
Promenade, Ste. 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,850.00 |

**Southeast Cold Storage**
405 Alpha Dr.
Destrehan, LA 70047-5217

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,784.00 |

**Southeastern Mineral**
P. O. Box 1650
Bainbridge, GA 39818

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,052.22 |

**Southeastern Refrigeration**
310 26th Avenue West
Birmingham, AL 35204-1042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.20 |

**Southern Cold Storage**
7150 S. Choctaw Drive
Baton Rouge, LA 70806

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $836.13 |

**Southern Controls**
P.O. Box 210399
Montgomery, AL 36121-0399

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $834.96 |

**Southern Hose & Industrial**
PO Box 7595
Jackson, MS 39284-7595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,652.76 |

**Southern Label Co., Inc.**
5624 Clifford Circle
Birmingham, AL 35210-4453

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.64 |
|---|---|---|---|

**Southern Linc Wireless**
5555 Glenridge Connector, Ste. 500
Atlanta, GA 30342-4760

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,302.73 |
|---|---|---|---|

**Spire, Inc.**
PO Box 2224
Birmingham, AL 35295

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|

**St. Peter Projects MS, Inc.**
358 S. Mobile St.
Fairhope, AL 36532

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.00 |
|---|---|---|---|

**Stanley Convergent**
Dept. CH10651
Palatine, IL 60055-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,334.70 |
|---|---|---|---|

**Strickland Paper Company**
481 Republic Circle
Birmingham, AL 35214-5967

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.84 |
|---|---|---|---|

**Suburban Propane, L.P.**
8475 Selma Hwy.
Montgomery, AL 36108-6836

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,462.31 |
|---|---|---|---|

**Sysco**
1390 Enclave Pkwy.
Houston, TX 77077-2099

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
|---|---|---|---|

**Sysco Detroit**
41600 Van Born Road
Canton, MI 48188

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,078.00 |
|---|---|---|---|

**Sysco Food Services of Columbia**
131 Sysco Ct.
Columbia, SC 29209

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,472.95 |
|---|---|---|---|

**Sysco Houston**
10710 Greens Crossing Blvd.
Houston, TX 77038-2716

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.50 |
|---|---|---|---|

**Sysco Southeast Florida LLC**
1999 Martin Luther King Jr. Blvd.
West Palm Beach, FL 33404

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.78 |
|---|---|---|---|

**The Bait Shop**
106 First Avenue
Eutaw, AL 35462-1408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.62 |
|---|---|---|---|

**Thompson Food**
325 FOREST CREST DR.
Walled Lake, MI 48390

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,762.20 |
|---|---|---|---|

**Total Feeds, Inc.**
PO Box 3090
Weatherford, TX 76086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,864.34 |
| --- | --- | --- | --- |

**TransAmerica**
6400 C Street SW, P55
Cedar Rapids, IA 52499

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages/Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,419.00 |
| --- | --- | --- | --- |

**Tri Strata Group**
12685 Miller Road NE
Bainbridge Island, WA 98110

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.76 |
| --- | --- | --- | --- |

**Trinity Logistics, Inc.**
P.O. Box 62702
Baltimore, MD 21264-2702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.00 |
| --- | --- | --- | --- |

**Turner Scale, Inc.**
581-B George Todd Drive
Montgomery, AL 36117-2235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.86 |
| --- | --- | --- | --- |

**Tuscaloosa Office Products**
612 Greensboro Avenue
Tuscaloosa, AL 35401-1750

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,346.76 |
| --- | --- | --- | --- |

**Tuscaloosa Scale Co.**
4050 Industrial Dr.
Cottondale, AL 35453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.66 |
| --- | --- | --- | --- |

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 19-70152-JHH11    Doc 111    Filed 03/01/19    Entered 03/01/19 15:45:33    Desc
Main Document    Page 87 of 89

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.85 |

**United Parcel Service**
55 Glenlake Parkway NE
Atlanta, GA 30328-3498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,151.66 |

**United Rentals**
PO Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,297.36 |

**USDA, AMS, Livestock**
1400 Independence Ave., SW
Cohasset, MA 02025

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Regulatory/Taxes

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.52 |

**Valley Printing Company**
3919 Vanderbilt Road
Birmingham, AL 35217

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.60 |

**Verizon Wireless**
One Verizon Way
Basking Ridge, NJ 07920-1097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Utility

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.56 |

**VSP**
PO Box 742788
Los Angeles, CA 90074-2788

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Insurance

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.02 |

**Weigh-Tech**
1649 Country Elite Dr.
Waldron, AR 72958-8436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.89 |
|---|---|---|---|

**Wells Fargo Vendor Financial Services**
P.O. Box 105710
Atlanta, GA 30348-5710

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,325.10 |
|---|---|---|---|

**Westway Feed Products**
23629 Network Place
Chicago, IL 60673-1236

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,680.00 |
|---|---|---|---|

**Winsea International USA, Inc.**
8700 COMMERCE PARK DIRVE-STE 219
Houston, TX 77036

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,328.73 |
|---|---|---|---|

**Zee Company, Inc.**
412 Georgia Ave., #300
Chattanooga, TN 37403-1853

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Ray**<br>1901 6th Ave. N., Ste. 1500<br>Birmingham, AL 35203-4642 | Line __3.14__<br><br>☐ Not listed. Explain _____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 229,716.39 |
| 5b. Total claims from Part 2 | 5b. + | $ 14,248,145.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 14,477,862.30 |