# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 19-70152-JHH |
| SOUTHFRESH AQUACULTURE, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## NOTICE OF AMENDED SCHEDULE E/F AND
## SUMMARY OF ASSETS AND LIABILITIES

SouthFresh Aquaculture, LLC, as debtor and debtor-in-possession (the "Debtor"), by and through undersigned counsel, hereby files a true and correct copy of the Debtor's amended Schedule E/F (the "Amended Schedule E/F") (Doc. 111) in the above-captioned bankruptcy case. The Amended Schedule E/F amends the original Schedule E/F (the "Original Schedule E/F") (Doc. 88) to include any parties holding pre-petition claims that were paid post-petition pursuant to any of the following Court's Orders[1]:

1. *Order (i) Authorizing the Debtor to (a) Pay Pre-Petition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (b) Continue Employee Benefits Programs, and (ii) Granting Related Relief* (Doc. 28);

2. *Order (i) Authorizing the Payment of Critical Vendor Claims, and (ii) Granting Related Relief* (Doc. 29);

3. *Order (i) Authorizing the Payment of Certain Pre-Petition Taxes, Regulatory and Other Fees and (ii) Granting Related Relief* (Doc. 32);

4. *Order Authorizing the Debtor to (i) Continue Insurance Coverage Entered Into Pre-Petition and Satisfy Pre-Petition Obligations Related Thereto, (ii) Renew, Amend, Supplement, Extent, or Purchase Insurance Policies, (iii) Continue Its Surety Bond Program, and (iv) Granting Related Relief* (Doc. 33);

5. *Order (i) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (ii) Approving the Proposed Adequate Assurance*

---

[1] While the Amended Schedule E/F contains, to the best of the Debtor's knowledge, a list of all known parties holding pre-petition claims, due to the nature of the Debtor's business there remains a possibility that some parties holding pre-petition claims have been inadvertently omitted from the Amended Schedule E/F. The Debtor retains the right to further amend Schedule E/F to the extent the Debtor becomes aware of any omitted parties.

04765230.1

*Procedures, (iii) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, and (iv) Granting Related Relief* (Doc. 80); and

6.  *Order (i) Authorizing the Payment of Critical Vendor Claims, and (ii) Granting Related Relief* (Doc. 81).

The Debtor's original Summary of Assets and Liabilities (Doc. 88), including the Original Schedule E/F, along with the original Statement of Financial Affairs (Doc. 89) and the amended Statement of Financial Affairs (Doc. 90) have previously been filed with the Court. To the extent any party receiving this Notice desires a copy of these documents, please contact the undersigned via electronic mail at wbulgarella@maynardcooper.com or by telephone at (205) 254-1875.

A copy of this Notice is being sent to the creditor matrix currently on file with the Court. The Debtor will file a separate Certificate of Service to evidence service of this Notice on the creditor matrix.

Respectfully submitted this the 1st day of March, 2019.

>  */s/ Wes Bulgarella*
>  J. Leland Murphree
>  Jayna P. Lamar
>  Ryan D. Thompson
>  Evan N. Parrott
>  Wes Bulgarella
>
>  *Proposed Counsel to the Debtor*

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North,
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000
lmurphree@maynardcooper.com
jlamar@maynardcooper.com
rthompson@maynardcooper.com
eparrott@maynardcooper.com

wbulgarella@maynardcooper.com

04765230.1     3