**Fill in this information to identify the case:**

Debtor name    **SouthFresh Aquaculture, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    **19-70152**

 Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................    $    **11,589,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................    $    **14,277,702.64**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................    $    **25,866,702.64**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $    **235,695.77**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **14,354,022.14**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b      $    **14,589,717.91**

Debtor name **SouthFresh Aquaculture, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **19-70152**

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Adina Roberts**
**1105 Skyland Blvd East Apt. 32**
**Tuscaloosa, AL 35405**

As of the petition filing date, the claim is:  **$1,057.69** **$1,057.69**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Alberta Spencer**
**20771 CR 20**
**Boligee, AL 35443**

As of the petition filing date, the claim is:  **$342.54** **$342.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.00 | $342.00 |
|---|---|---|---|---|

**Alex Calcano**
6800 McFarland Blvd Lot 31
Northport, AL 35476

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.20 | $450.20 |
|---|---|---|---|---|

**Alexandra Rojas**
6800 McFarland Blvd Lot 27
Northport, AL 35476

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.50 | $1,003.50 |
|---|---|---|---|---|

**Alfonzia Walker, Jr.**
819 Prairie Ave.
Eutaw, AL 35462

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.76 | $295.76 |
|---|---|---|---|---|

**Alicia Barnes**
503 Lafayette Street
Eutaw, AL 35462

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.55 | $259.55 |
| --- | --- | --- | --- | --- |
| | **Alicia Coleman**<br>**355 Culbert Street**<br>**Livingston, AL 35470** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.30 | $469.30 |
| --- | --- | --- | --- | --- |
| | **Alicia Reyes**<br>**1203 15th Street Court**<br>**Northport, AL 35476** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.00 | $469.00 |
| --- | --- | --- | --- | --- |
| | **Altagarcia Duarte**<br>**1800 McFarland Blvd Lot 103**<br>**Northport, AL 35476** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.07 | $319.07 |
| --- | --- | --- | --- | --- |
| | **Amanda Harper**<br>**156 West Street**<br>**Gainesville, AL 35464** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.36 | $280.36 |
|------|----------------------------------------------|-------------------------------------------------------------------|---------|---------|

**Amanda Hinojosa**
6800 McFarland Blvd Lot 107
Northport, AL 35476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $946.77 | $946.77 |
|------|----------------------------------------------|-------------------------------------------------------------------|---------|---------|

**Andrea Harrison**
7607 The Terrace Pkwy
Northport, AL 35473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,004.25 | $1,004.25 |
|------|----------------------------------------------|-------------------------------------------------------------------|-----------|-----------|

**Andretti Robinson**
1869 Co. Rd 1
Gallion, AL 36742

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.30 | $470.30 |
|------|----------------------------------------------|-------------------------------------------------------------------|---------|---------|

**Angelica Perez**
6800 McFarland Blvd Lot 776
Northport, AL 35473

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 5 of 91

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.70 | $468.70 |
|------|---|---|---|---|

**Angeline Pascual**
**6800 McFarland Blvd Lot 96**
**Northport, AL 35476**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | | $289.49 | $289.49 |
|------|---|---|---|---|

**Anthony Robinson**
**12670 CR 208**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | | $244.69 | $244.69 |
|------|---|---|---|---|

**Antoinette Jackson**
**1910 Short Blount Street, Apt. 8G**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | | $324.65 | $324.65 |
|------|---|---|---|---|

**Antonio Dew**
**807 Vassie Knott Court**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274.91 | $274.91 |
|------|---|---|---|---|

**Antonio Jones**
**338 Carver Circle**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,654.92 | $1,654.92 |
|------|---|---|---|---|

**Antonio Williams**
**1800 Links Blvd Apt. 409**
**Tuscaloosa, AL 35405**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373.32 | $373.32 |
|------|---|---|---|---|

**Barbara Royal**
**7 May Lane**
**Greensboro, AL 36744**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.70 | $389.70 |
|------|---|---|---|---|

**Beatriz Rodrigu**
**1935 Harper Road Lot 23**
**Northport, AL 35476**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $471.30 | $471.30 |
|---|---|---|---|---|

**Bertha Freeman**
**PO Box 176**
**Gainesville, AL 35464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $382.50 | $382.50 |
|---|---|---|---|---|

**Bessie Nickson**
**821 Praire Ave Apt 8**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $393.75 | $393.75 |
|---|---|---|---|---|

**Betty Cochran**
**112 West End Avenue**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,058.82 | $2,058.82 |
|---|---|---|---|---|

**Brian Taylor**
**540 Clearview Road**
**Birmingham, AL 35226**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 8 of 91

| Debtor | SouthFresh Aquaculture, LLC | Case number (if known) | 19-70152 |
|--------|----------------------------|------------------------|----------|
|        | Name                       |                        |          |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.25 | $527.25 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Briana Jones**
**25 Shady Drive Lot 2**
**Greensboro, AL 36744**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $883.96 | $883.96 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Brooklan Smith**
**278 Candys Landing Rd**
**Greensboro, AL 36744**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.80 | $482.80 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Bruce Cray**
**333 Kirksey Ave.**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.46 | $464.46 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Bryan Washington**
**1243 County Road 125**
**Boligee, AL 35443**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.50 | $469.50 |

**Candias Coronado**
6800 McFarland Blvd Lot 198
Northport, AL 35476

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.20 | $471.20 |

**Cara Harris**
121 Rainbow Circle
Demopolis, AL 36732

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,904.52 | $1,904.52 |

**Carol Richmond**
212 Highway 16 West
Yazoo City, MS 39194

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.58 | $481.58 |

**Catrina Magee**
3101 Claude Jackson #35
Aliceville, AL 35442

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.72 | $297.72 |
| --- | --- | --- | --- | --- |
| | **Cedric Magee**<br>**PO Box 42**<br>**Panola, AL 35477** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.53 | $145.53 |
| --- | --- | --- | --- | --- |
| | **Cesaleah Merriweather**<br>**416 ONeal St**<br>**Eutaw, AL 35462** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,492.51 | $1,492.51 |
| --- | --- | --- | --- | --- |
| | **Charles Kelly**<br>**15061 Green Circle**<br>**Northport, AL 35475** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
| --- | --- | --- | --- | --- |
| | **Christina Valdez**<br>**6800 McFarland Blvd Lot 54**<br>**Northport, AL 35476** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,196.77 | $3,196.77 |
| --- | --- | --- | --- | --- |
| | **Christine Costley** | Check all that apply. | | |
| | **2716 Manley Avenue** | ☑ Contingent | | |
| | **Metairie, LA 70001** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.23 | $320.23 |
| --- | --- | --- | --- | --- |
| | **Christopher Biffle** | Check all that apply. | | |
| | **109 Morgan Drive** | ☑ Contingent | | |
| | **Livingston, AL 35470** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.06 | $381.06 |
| --- | --- | --- | --- | --- |
| | **Christopher Taylor** | Check all that apply. | | |
| | **505 S. Strawberry St.** | ☑ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.05 | $379.05 |
| --- | --- | --- | --- | --- |
| | **Clarence McCalpine** | Check all that apply. | | |
| | **551 McCalpine Road** | ☑ Contingent | | |
| | **Sawyerville, AL 36776** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.00 | $690.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Cleophus Howard**
PO Box 1174
Demopolis, AL 36732

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.32 | $263.32 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Curtis Means**
1980 County Road 174
Eutaw, AL 35462

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.89 | $238.89 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Curtisetta Jones**
520 Joseph Wilder Court
Eutaw, AL 35462

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.60 | $282.60 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Daisy Lopez**
6800 McFarland Blvd Lot 5
Northport, AL 35476

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document          Page 13 of 91

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.50 | $470.50 |
|---|---|---|---|---|

**Daisy Robinson**
**1125 Ward Street**
**Greensboro, AL 36744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.40 | $190.40 |
|---|---|---|---|---|

**Damian Womer**
**365 Yellow Creek Road**
**Gallion, AL 36742**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.31 | $525.31 |
|---|---|---|---|---|

**David Billingsley**
**647 Hopewell Road**
**Marion, AL 36756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,657.89 | $2,657.89 |
|---|---|---|---|---|

**David Greene**
**3716 Frontier Street**
**Northport, AL 35475**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 14 of 91

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,715.62 | $1,715.62 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**David Phillips**
**505 Energy Center Blvd**
**Northport, AL 35473**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.35 | $945.35 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Deacater Copeland**
**307 Barnes Street**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.14 | $217.14 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Deandre Hill**
**302 Levi Morrow Sr. Court**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.00 | $722.00 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Deaudrea Houston**
**257 Rasberry Lane**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document     Page 15 of 91

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.90 | $689.90 |
|---|---|---|---|---|
| | **Deborah Cook** | Check all that apply. | | |
| | **401 Shiloh Lane** | ☐ Contingent | | |
| | **Tuscaloosa, AL 35406** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.54 | $711.54 |
|---|---|---|---|---|
| | **Debra Wommack** | Check all that apply. | | |
| | **1844 Maria Avenue** | ☐ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.80 | $34.80 |
|---|---|---|---|---|
| | **Demarious Banks** | Check all that apply. | | |
| | **1006 North Street** | ☐ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.04 | $680.04 |
|---|---|---|---|---|
| | **Demetrius Drake** | Check all that apply. | | |
| | **164 Strong Lane** | ☐ Contingent | | |
| | **Boligee, AL 35443** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.29 | $330.29 |
| --- | --- | --- | --- | --- |
| | **Denise Hill**<br>**828 Joseph Wilder Circle**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.00 | $1,003.00 |
| --- | --- | --- | --- | --- |
| | **Deonte Edwards**<br>**191 Summerhill Road**<br>**Demopolis, AL 36732** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.43 | $227.43 |
| --- | --- | --- | --- | --- |
| | **DeQuante Hunter**<br>**200 B Howard Irvin Drive**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.21 | $222.21 |
| --- | --- | --- | --- | --- |
| | **Desmond Simmons**<br>**325 Carver Cir**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 17 of 91

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,094.55 | $1,094.55 |
|---|---|---|---|---|

**Devonn Miller**
**390 Jourdan Road**
**Brooksville, MS 39739**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.92 | $352.92 |
|---|---|---|---|---|

**Ebonie Owens**
**236 Clinton Road**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.59 | $315.59 |
|---|---|---|---|---|

**Edwin Castro**
**6800 McFarland Blvd Lot 3**
**Northport, AL 35476**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.70 | $470.70 |
|---|---|---|---|---|

**Elizabeth Perez**
**2410 Snow Mills Ave.**
**Northport, AL 35476**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,187.03 | $1,187.03 |
|---|---|---|---|---|

**Elmer Jackson**
**1018 CR 150**
**Boligee, AL 35443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|

**Emelina Rodriguez**
**2015 24th Street**
**Northport, AL 35476**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $943.46 | $943.46 |
|---|---|---|---|---|

**Emily Lacey**
**1139 Heritage Lane**
**Tuscaloosa, AL 35406**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.80 | $392.80 |
|---|---|---|---|---|

**Ennis Johnson**
**402 Oliver Ave.**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | $923.08 |
|---|---|---|---|---|

**Enrique Rivera**
**6610 Portuguese Bend Drive**
**Missouri City, TX 77459**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.80 | $436.80 |
|---|---|---|---|---|

**Eric Hutton**
**308 Chambers**
**Eutaw, AL 35462**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.01 | $426.01 |
|---|---|---|---|---|

**Eric Richardson**
**811 Wood Loop Road**
**Newbern, AL 36765**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.00 | $469.00 |
|---|---|---|---|---|

**Esther Ramirez**
**6800 McFarland Blvd**
**Northport, AL 35476**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.74 | $244.74 |

**Felicia Pickens**
**300 Curve Lane**
**Boligee, AL 35443**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.36 | $351.36 |

**Felipe Miguel**
**6800 McFarland Blvd Lot 3**
**Northport, AL 35476**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.75 | $387.75 |

**Fermin Matias**
**1015 Bridge Ave.**
**Northport, AL 35476**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.51 | $388.51 |

**Frederick Grant**
**881 Caleb Burroughs Road**
**Greensboro, AL 36744**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.55 | $447.55 |
| | **Gabrielle Parker** | Check all that apply. | | |
| | **249 County Road 28 Apt 3B** | ■ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,496.34 | $1,496.34 |
| | **Garland Sanders** | Check all that apply. | | |
| | **9960 Lenox Circle** | ■ Contingent | | |
| | **Tuscaloosa, AL 35405** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 | $62.00 |
| | **Grace Spencer** | Check all that apply. | | |
| | **423 Roebuck Avenue** | ■ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.44 | $538.44 |
| | **Grace Summerville** | Check all that apply. | | |
| | **325 Clinton Road** | ■ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67,663.33 | $67,663.33 |
|---|---|---|---|---|

**Greene County Revenue Commissioner**
**PO Box 510**
**Eutaw, AL 35462**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Regulatory/Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.75 | $678.75 |
|---|---|---|---|---|

**Grover Houston**
**139 Granny River Road**
**Gallion, AL 36742**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,960.26 | $2,960.26 |
|---|---|---|---|---|

**Henry Bonilla**
**4654 Ashley Hill Cir**
**Tuscaloosa, AL 35405**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,081.50 | $1,081.50 |
|---|---|---|---|---|

**Henry Jones**
**628 East Floyce Street**
**Ruleville, MS 38771**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,398.34 | $1,398.34 |

**Henry Thrower**
**13585 Fondren Rd**
**Northport, AL 35209**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,092.57 | $1,092.57 |

**Internal Revenue Service**

**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6702**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.35 | $318.35 |

**Iresa Spencer**
**300 Curve Ln**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,258.93 | $2,258.93 |

**IRS**
**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Medicare Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,658.59 | $9,658.59 |
|---|---|---|---|---|

**IRS**
**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Social Security Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $913.95 | $913.95 |
|---|---|---|---|---|

**Jacob Thompson**
**305 West Barnes Street**
**Demopolis, AL 36732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $676.70 | $676.70 |
|---|---|---|---|---|

**Jacquelin Tubbs**
**100 Hopskin Street Sect. C Apt. 56**
**Livingston, AL 35470**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Jacqueline Atkins**
**PO Box 173**
**Eutaw, AL 35462**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.79 | $327.79 |
|------|-----|-----|-----|-----|

**Jalen Pelt**
260 County Road 82 Apt 3
Boligee, AL 35443

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.81 | $626.81 |
|------|-----|-----|-----|-----|

**James Brown**
821 Joseph Wilder Circle
Eutaw, AL 35462

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,583.09 | $2,583.09 |
|------|-----|-----|-----|-----|

**James Hughes**
505 Energy Center Blvd.
Northport, AL 35473

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,369.14 | $5,369.14 |
|------|-----|-----|-----|-----|

**James Lamb**
505 Energy Center Blvd
Northport, AL 35473

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document     Page 26 of 91

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.00 | $1,384.00 |
| | **James Zanders** | Check all that apply. | | |
| | **126 Cottonwood Lane** | ☑ Contingent | | |
| | **Gallion, AL 36742** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.54 | $342.54 |
| | **Janice Jones** | Check all that apply. | | |
| | **115 Meadow Street** | ☑ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $684.00 | $684.00 |
| | **Jeremy Ford** | Check all that apply. | | |
| | **2004 Eastern Circle** | ☑ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.63 | $361.63 |
| | **Jerome Carpenter** | Check all that apply. | | |
| | **477 Demopolis Road** | ☑ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document     Page 27 of 91

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.88 | $902.88 |
|---|---|---|---|---|

**Jesse Daniel**
**135 Butterfly Lane**
**Jefferson, AL 36745**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.00 | $471.00 |
|---|---|---|---|---|

**Jessica Medina**
**2019 24th Street**
**Northport, AL 35476**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.50 | $469.50 |
|---|---|---|---|---|

**Jessica Seeley**
**3201 34th Ave**
**Northport, AL 35476**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.74 | $557.74 |
|---|---|---|---|---|

**Jody Day**
**PO Box 506**
**Demopolis, AL 36732**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Johanna Motanes**
**6800 McFarland Blvd Lot 104**
**Northport, AL 35476**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.15 | $1,346.15 |

**John Crawford**
**25218 Highway 25 North**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,865.38 | $1,865.38 |

**John Elmore**
**181 Driftwood Lane**
**Boligee, AL 36743**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.10 | $1,267.10 |

**John Marshall**
**140 Valley View Gardens**
**Moundville, AL 35474**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 29 of 91

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,405.16 | $1,405.16 |
|---|---|---|---|---|

**John Womer**
**365 Yellow Creek Road**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | | $14.34 | $14.34 |
|---|---|---|---|---|

**Jordan Bowen**
**101 Pine Street**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | | $308.03 | $308.03 |
|---|---|---|---|---|

**Joseph Merritt**
**1100 US Hwy 43 Apt 7**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | | $170.00 | $170.00 |
|---|---|---|---|---|

**Joseph Taylor**
**2003 James Drive**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,566.45 | $1,566.45 |
|---|---|---|---|---|

**Joshua Allums**
1454 Roderick Rd.
Mobile, AL 36618

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.50 | $389.50 |
|---|---|---|---|---|

**Juan Garcia**
1601 7th Street
Northport, AL 35476

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.81 | $264.81 |
|---|---|---|---|---|

**Juaquita Smith**
117 5th Ave
York, AL 36925

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,335.24 | $2,335.24 |
|---|---|---|---|---|

**Justin Funk**
505 Energy Center Blvd.
Northport, AL 35473

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |
|---|---|---|---|---|

**Juvy Barton**
1400 County Road 78
Uniontown, AL 36786

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.62 | $61.62 |
|---|---|---|---|---|

**Juwan Wesley**
313 Levi Morrow Sr Court
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.05 | $622.05 |
|---|---|---|---|---|

**Kelvin Fritts**
305 West Oakley Ave.
Linden, AL 36748

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.76 | $321.76 |
|---|---|---|---|---|

**Kendrick Desroches**
809 Prairie Avenue
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

Case 19-70152-JHH11   Doc 134   Filed 03/11/19   Entered 03/11/19 14:27:36   Desc
Main Document   Page 32 of 91

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.16 | $238.16 |
|---|---|---|---|---|

| | Name | | | |

**Kentrell Gholston**
**205 Howard Irwin Drive**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.08 | $173.08 |
|---|---|---|---|---|

**Kerry Giesbrecht**
**1253 Douglas Road**
**Macon, MS 39341**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.92 | $428.92 |
|---|---|---|---|---|

**Kevinanna Means**
**308 Banks Avenue**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.56 | $52.56 |
|---|---|---|---|---|

**Khadijah Thomas**
**305 McConnell Street**
**York, AL 36925**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Case 19-70152-JHH11　　Doc 134　　Filed 03/11/19　　Entered 03/11/19 14:27:36　　Desc
Main Document　　Page 33 of 91

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $438.00 | $438.00 |
|-------|----------------------------------------------|----------------------------------------------------------------------|---------|---------|
| | **La'Kenta Harris**<br>**420 Branch Heights Drive**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $183.40 | $183.40 |
|-------|----------------------------------------------|----------------------------------------------------------------------|---------|---------|
| | **LaDedrick Hunter**<br>**219 John Chambers Ct.**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $573.18 | $573.18 |
|-------|----------------------------------------------|----------------------------------------------------------------------|---------|---------|
| | **Lahendrick Harkness**<br>**7971 County Road 191**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $52.30 | $52.30 |
|-------|----------------------------------------------|----------------------------------------------------------------------|---------|---------|
| | **LaKendrick Jordan**<br>**301 Oneal Street**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.24 | $322.24 |
| --- | --- | --- | --- | --- |
| | **Lakita Allen**<br>**420 Wm Branch Height Drive**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.44 | $747.44 |
| --- | --- | --- | --- | --- |
| | **Lamarkus Mobley**<br>**186 Country Lane Road**<br>**Boligee, AL 35443** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.24 | $258.24 |
| --- | --- | --- | --- | --- |
| | **Lamichael Powell**<br>**709 Franchie Burton Ct**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.09 | $243.09 |
| --- | --- | --- | --- | --- |
| | **Lashonte Harris**<br>**2102 Old Spring Hill Road**<br>**Demopolis, AL 36732** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.00 | $477.00 |

**Latoya Edwards**
1156 W. End St., Apt. 211
Eutaw, AL 35462

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.84 | $384.84 |

**Latoya Green**
205 Eastridge Apt. #2-b
Greensboro, AL 36744

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.76 | $263.76 |

**Latroy Consentine**
326 Levi Morrow Sr. Court
Eutaw, AL 35462

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.20 | $390.20 |

**Laura Gomez Xan**
6800 McFarland Blvd Lot 776
Northport, AL 35476

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.32 | $580.32 |

Priority creditor's name and mailing address
**Laura Hutton**
**PO Box 383**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | | | $531.49 | $531.49 |

Priority creditor's name and mailing address
**Lawanda Mcintosh**
**PO Box 125**
**Bellamy, AL 36901**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | | | $144.21 | $144.21 |

Priority creditor's name and mailing address
**Laytoya Jackson**
**1056 Martin Road**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | | | $1,051.88 | $1,051.88 |

Priority creditor's name and mailing address
**LaZarus Mitchell**
**34257 US Hwy 43 S**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.89 | $336.89 |
|---|---|---|---|---|

**Leighann Price**
**207 Hale Street**
**Macon, MS 39341**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.48 | $385.48 |
|---|---|---|---|---|

**Leroy Saxton, Jr.**
**352 Country Lane Road**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.33 | $138.33 |
|---|---|---|---|---|

**Leundra Moore**
**450 Cahaba Road**
**Uniontown, AL 36786**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.08 | $446.08 |
|---|---|---|---|---|

**Lillie Carter**
**214 Kinnard Road**
**York, AL 36925**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,248.24 | $1,248.24 |
|---|---|---|---|---|

**Lisa Bott**
**243 Marigold Drive**
**Greensboro, AL 36744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Lisa Wells**
**9713 Moonbeam Circle**
**Tuscaloosa, AL 35405**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.30 | $389.30 |
|---|---|---|---|---|

**Lisvette Melecio**
**6800 McFarland Blvd Lot 107**
**Northport, AL 35476**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.50 | $555.50 |
|---|---|---|---|---|

**Loderrin Cherry**
**24479 County Road 20**
**Boligee, AL 35443**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.38 | $497.38 |
|---|---|---|---|---|

**Lorenzo Walker**
**812 Joseph Wilder Circle**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.18 | $364.18 |
|---|---|---|---|---|

**Loretta Turner**
**PO Box 97**
**Gainesville, AL 35464**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.33 | $619.33 |
|---|---|---|---|---|

**Loria Lofton**
**32005 AL Hwy 17**
**Emelle, AL 35459**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.81 | $580.81 |
|---|---|---|---|---|

**Lucille Britford**
**PO Box 612**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.81 | $580.81 |
|---|---|---|---|---|

**Lucille Britford**
PO Box 612
Greensboro, AL 36744

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $956.45 | $956.45 |
|---|---|---|---|---|

**Lyndon Martin**
503 Earl Avenue
Demopolis, AL 36732

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.06 | $474.06 |
|---|---|---|---|---|

**Marcus Spencer**
374 Country Lane Road
Boligee, AL 35443

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,654.92 | $1,654.92 |
|---|---|---|---|---|

**Marcus Williams**
2471 Fairground Street
Greensboro, AL 36744

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.44 | $477.44 |
|---|---|---|---|---|

**Margie Bates**
**2289 Bates Rd.**
**Newbern, AL 36765**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | | $471.20 | $471.20 |
|---|---|---|---|---|

**Maria Gonzalez**
**2300 18th Ave.**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | | $389.50 | $389.50 |
|---|---|---|---|---|

**Mariela Guerra**
**1801 Harper Road Lot 38**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | | $470.20 | $470.20 |
|---|---|---|---|---|

**Melinda Morales**
**6800 McFarland Blvd Lot 94**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
                Main Document      Page 42 of 91

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 | $540.00 |
|---|---|---|---|---|

**Melonee Coats**
603 Jones Drive
Demopolis, AL 36732

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,074.58 | $1,074.58 |
|---|---|---|---|---|

**Michael Chilcutt**
404 Eutaw Avenue
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.28 | $1,121.28 |
|---|---|---|---|---|

**Michael Harris**
365 Springfield Road
Sawyerville, AL 36776

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,879.72 | $2,879.72 |
|---|---|---|---|---|

**Michael Miller**
505 Energy Center Blvd
Northport, AL 35473

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 43 of 91

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.64 | $618.64 |
|---|---|---|---|---|

**Michael Pratt**
**3231 US Highway 11**
**Cuba, AL 36907**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.30 | $704.30 |
|---|---|---|---|---|

**Michael Thomas**
**305 McConnell Street**
**York, AL 36925**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.55 | $372.55 |
|---|---|---|---|---|

**Michelle Butler**
**103 A Street #14**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.70 | $393.70 |
|---|---|---|---|---|

**Michelle Jorge**
**2302 Deer Haven Drive**
**Northport, AL 35473**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 44 of 91

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.75 | $372.75 |
|---|---|---|---|---|
| | **Monica Lewis**<br>**PO Box 54**<br>**Myrtlewood, AL 36763** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $486.22 | $486.22 |
|---|---|---|---|---|
| | **Morgan McGhee**<br>**670 Westend Street Apt 134**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.50 | $514.50 |
|---|---|---|---|---|
| | **Mozell Morrow**<br>**258 Kind Loop Road**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.99 | $45.99 |
|---|---|---|---|---|
| | **Naveah Hassan**<br>**32466 US Hwy 43 South**<br>**Gallion, AL 36742** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 45 of 91

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061.45 | $1,061.45 |
|---|---|---|---|---|

**Oliver Anthony**
**25791 AL 69**
**Sweet Water, AL 36782**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |
|---|---|---|---|---|

**Otis Henderson**
**207 B Street**
**Eutaw, AL 35462**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.64 | $402.64 |
|---|---|---|---|---|

**Patricia Jemison**
**330 Carver Circle**
**Eutaw, AL 35462**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.70 | $457.70 |
|---|---|---|---|---|

**Prenicia Pinkerton**
**303 Pearl Street**
**Gainesville, AL 35464**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.92 | $495.92 |
| --- | --- | --- | --- | --- |

**2.179**

Priority creditor's name and mailing address

**Prentice Taylor**
**209 Howard Irvin Drive**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

$495.92          $495.92

---

**2.180**

Priority creditor's name and mailing address

**Ran'Darius Bevelle**
**77 Boxwood Drive**
**Forkland, AL 36740**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

$625.25          $625.25

---

**2.181**

Priority creditor's name and mailing address

**Randall McCrory**
**171 Chinquapin Trace**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

$250.00          $250.00

---

**2.182**

Priority creditor's name and mailing address

**Rebecca Esquivel**
**3928 31st**
**Tuscaloosa, AL 35401**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

$471.80          $471.80

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.89 | $1,218.89 |
|---|---|---|---|---|

**Rhonda Haynes**
101 Pine Ridge
Gallion, AL 36742

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,149.44 | $1,149.44 |
|---|---|---|---|---|

**Ricardo Harris**
17 Juniper Street
Gallion, AL 36742

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.06 | $794.06 |
|---|---|---|---|---|

**Richard Johnson**
10 Bank Quarters
Uniontown, AL 36786-2548

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.88 | $446.88 |
|---|---|---|---|---|

**Robert Herron**
811 Woods Loop Rd
Newbern, AL 36765

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Case 19-70152-JHH11   Doc 134   Filed 03/11/19   Entered 03/11/19 14:27:36   Desc
Main Document   Page 48 of 91

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $349.98 | $349.98 |
| --- | --- | --- | --- | --- |
| | **Robert Webber**<br>**219 Country Road 174**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $569.62 | $569.62 |
| --- | --- | --- | --- | --- |
| | **Roderick Mcintosh**<br>**45 Edgewood Drive**<br>**Dixons Mills, AL 36736** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $280.58 | $280.58 |
| --- | --- | --- | --- | --- |
| | **Rodney McIntosh**<br>**355 Culbert Street**<br>**Livingston, AL 35470** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $229.28 | $229.28 |
| --- | --- | --- | --- | --- |
| | **Rodney Speights**<br>**426 Outland Road**<br>**Boligee, AL 35443** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.66 | $266.66 |

**Rolando Leon**
6800 McFarland Blvd Lot 161
Northport, AL 35476

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,437.46 | $1,437.46 |

**Ronda Pinson**
706 Ashley Ln
Tupelo, MS 38801

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.12 | $250.12 |

**Ruben Alfaro**
6800 McFarland Blvd. Lot 161
Northport, AL 35476

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.70 | $539.70 |

**Sammy Jackson**
5571 County Rd 23
Aliceville, AL 35442

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | |
|---|---|---|
| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.195**

Priority creditor's name and mailing address

**Sasha Cruz**
**1709 Martin Luther Blvd.**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$527.80     $527.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.196**

Priority creditor's name and mailing address

**Shaneice Fulgham**
**105 Branch Heights Drive**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$494.48     $494.48

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.197**

Priority creditor's name and mailing address

**Sharita Shika**
**78 Millwood Rd**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$590.47     $590.47

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.198**

Priority creditor's name and mailing address

**Sharkeal Adams**
**208 Hower Avenue**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$711.60     $711.60

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.34 | $211.34 |
|---|---|---|---|---|

**Shaundra Gibson**
**426 Outland Road**
**Boligee, AL 35443**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.86 | $115.86 |
|---|---|---|---|---|

**Shaundricka Benison**
**800 South Glover Avenue**
**Demopolis, AL 36732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.92 | $142.92 |
|---|---|---|---|---|

**Shawn Carter**
**309 Aimwell Road**
**Toxey, AL 36921-4003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.20 | $984.20 |
|---|---|---|---|---|

**Steve Smith**
**7030 County Road 21**
**Demopolis, AL 36732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $953.89 | $953.89 |
| --- | --- | --- | --- | --- |
| | **Steven Banks**<br>**1732 Brush Creek Dr.**<br>**Sawyerville, AL 36776** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,105.23 | $6,105.23 |
| --- | --- | --- | --- | --- |
| | **Steven Crawford**<br>**9602 Stonecross Bend Drive**<br>**Houston, TX 77070** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.38 | $267.38 |
| --- | --- | --- | --- | --- |
| | **Tacoris Underwood**<br>**110 Branch Heights**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.07 | $169.07 |
| --- | --- | --- | --- | --- |
| | **Tamaeriea Daniels**<br>**5390 AL Highway 116**<br>**Gainesville, AL 35464** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.78 | $348.78 |
|---|---|---|---|---|

**Tamika Noland**
**154 Clinton Road**
**Eutaw, AL 35462**

Check that all apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $543.73 | $543.73 |
|---|---|---|---|---|

**Tanya McIntosh**
**PO Box 56**
**Bellamy, AL 36901**

Check that all apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846.15 | $846.15 |
|---|---|---|---|---|

**Taylor Brown**
**12977 AL Highway 69**
**Greensboro, AL**

Check that all apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.66 | $237.66 |
|---|---|---|---|---|

**Te Aron Wilson**
**534 Outland Road**
**Boligee, AL 35443**

Check that all apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|

Name

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $489.62 | $489.62 |
|---|---|---|---|---|

**Tempestt McIntosh**
**PO Box 222**
**Livingston, AL 35470**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Teresa Alonzo**
**6800 McFarland Blvd Lot 92**
**Northport, AL 35476**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.77 | $301.77 |
|---|---|---|---|---|

**Theophus Scott**
**32 Dodge Drive**
**Forkland, AL 36740**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Timothy Taylor**
**3301 Loope Road East Apt. #206**
**Tuscaloosa, AL 35404**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.215 | Priority creditor's name and mailing address |

**Tommy Wilson**
**302 West Jackson Street, Lot 5**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**$1,063.68** **$1,063.68**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| 2.216 | Priority creditor's name and mailing address |

**Tonia Osburn**
**1807 Vine Avenue**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**$749.11** **$749.11**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| 2.217 | Priority creditor's name and mailing address |

**Tony Turner**
**68 Dunlap Road**
**Forkland, AL 36740**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**$268.78** **$268.78**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| 2.218 | Priority creditor's name and mailing address |

**Tonya Bonds**
**113 Apple Lane**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**$788.04** **$788.04**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.50 | $605.50 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Tracy Watts**
**PO Box 1073**
**Uniontown, AL 36786**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.80 | $324.80 |
|---|---|---|---|---|

**Travis Young**
**616 Oscar Williams Court**
**Eutaw, AL**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.50 | $256.50 |
|---|---|---|---|---|

**Troy Hutton**
**422 Clinton Road**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.30 | $29.30 |
|---|---|---|---|---|

**Tyrronce Young**
**2030 A Street Unit 25**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.08 | $107.08 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
|       | **Vanessa Hibbler**<br>**219B Streut Kingsling**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.25 | $1,121.25 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
|       | **Vaughn Koehn**<br>**10180 Strong Road**<br>**Aberdeen, MS 39730** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.69 | $454.69 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
|       | **Vera Epes**<br>**PO Box 76**<br>**Epes, AL 35460** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.40 | $396.40 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
|       | **Vernell Stewart**<br>**685 County Road 181**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.50 | $390.50 |
|---|---|---|---|---|

**Victoria Villareal**
1927 MLKing Jr Blvd
Tuscaloosa, AL 35401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.57 | $447.57 |
|---|---|---|---|---|

**Virginia Finch**
320 Levi Morrow Sr. Ct.
Eutaw, AL 35462

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|---|---|---|---|---|

**William Aquino**
1145 Pyramid St.
San Diego, CA 92114

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.52 | $479.52 |
|---|---|---|---|---|

**William Harris**
1100 US Highway 80, Apt B6
Demopolis, AL 36732

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,083.22 | $1,083.22 |
|---|---|---|---|---|

**William Miller**
602 6th Avenue East
Linden, AL 36748

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.50 | $704.50 |
|---|---|---|---|---|

**William Sledge**
301 Demopolis St
Greensboro, AL 36744

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.76 | $402.76 |
|---|---|---|---|---|

**Willie Webb**
7357 Sumter 24
Emelle, AL 35459

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.45 | $516.45 |
|---|---|---|---|---|

**Yvette Hernandez**
6800 McFarland Blvd Lot 1
Northport, AL 35476

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**A La Carte Specialty Foods**
**501 Louisiana Street**
**Westwego, LA 70094-4141**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,350.00 |
|---|---|---|---|

**AB Vista, Inc.**
**150 S. Pine Island Rd., Ste. 270**
**Fort Lauderdale, FL 33324-2677**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,552.26 |
|---|---|---|---|

**Acosta, Inc.**
**6600 Corporate Center Pkwy.**
**Jacksonville, FL 32216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,050.30 |
|---|---|---|---|

**ADM Milling Co.**
**P.O. Box 745086**
**Atlanta, GA 30374-5086**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,919.92 |
|---|---|---|---|

**Advanced Disposal Services**
**P.O. Box 743019**
**Atlanta, GA 30374-3019**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,999.52 |
|---|---|---|---|

**Aflac, Inc.**
**1932 Wynnton Rd**
**Columbus, GA 31999**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Agiloc International Inc.**
**100 N. Hill Drive #51**
**Brisbane, CA 94005**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,571.43 |
|---|---|---|---|

**Alabama Department of Environmental Mana**
PO Box 301463
Montgomery, AL 36130-1463

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Regulatory/Taxes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,633.19 |
|---|---|---|---|

**Alabama Dept. of Agriculture**
1445 Federal Drive
Montgomery, AL 36107

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Regulatory/Taxes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.00 |
|---|---|---|---|

**Alabama Elevator & Accesibility**
PO Box 680930
Prattville, AL 36068-0930

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,139,517.24 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __8/1/2017__

Last 4 digits of account number _

Basis for the claim: __Line of Credit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,440,437.88 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __10/31/2015__

Last 4 digits of account number _

Basis for the claim: __Term Loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.00 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,461.92 |
|---|---|---|---|

**Alabama Power Company**
600 North 18th St.
Birmingham, AL 35203-2200

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,062.30 |
|---|---|---|---|

**American Colloid Company**
PO Box 955112
Saint Louis, MO 63195-5112

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,752.40 |
|---|---|---|---|

**Ampro Products, Inc.**
PO Box 930211
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.75 |
|---|---|---|---|

**Andalusia Farmers Cooperative**
P.O. Box  1335
Andalusia, AL 36420

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,183.62 |
|---|---|---|---|

**Andress Engineering Assoc.**
131 Airpark Industrial Rd.
Alabaster, AL 35007

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.33 |
|---|---|---|---|

**Applied Indutries Tech**
One Applied Plaza,E 36th & Euclid
Cleveland, OH 44115

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.87 |
|---|---|---|---|

**Aramark Uniform & Career Apparel Group**
P.O. Box 904103
Charlotte, NC 28290-4103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.90 |
|---|---|---|---|

**Arbon Equipment**
25464 Network Place
Chicago, IL 60673-1254

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document    Page 63 of 91

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,195.01 |
|---|---|---|---|

**Ardent Mills, LLC**
33250 Collection Center Dr.
Chicago, IL 60693-0332

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,652.43 |
|---|---|---|---|

**AT&T**
P.O. Box 105262
Atlanta, GA 30348-5262

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,193.82 |
|---|---|---|---|

**Atlas Welding Supply Co., Inc.**
3530 Greensboro Ave.
Tuscaloosa, AL 35401-7002

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,163.43 |
|---|---|---|---|

**Automation Personnel Services**
PO Box 936648
Atlanta, GA 31193-6648

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,158.14 |
|---|---|---|---|

**BAADER North America**
3086 Paysphere Circle
Chicago, IL 60674-0030

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.20 |
|---|---|---|---|

**Banks & Company**
James O. Banks
101 Greensboro Street
Eutaw, AL 35462

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.00 |
|---|---|---|---|

**Blue Beacon International**
PO Box 856
Salina, KS 67402-0856

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,388.24 |
|---|---|---|---|

**Blue Cross Blue Shield**
**Payment Processing**
**450 Riverchase Parkway East**
**Birmingham, AL 35236-0037**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages/Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.30 |
|---|---|---|---|

**Brownlee Auto Parts**
**120 Prairie Avenue**
**Eutaw, AL 35462**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.00 |
|---|---|---|---|

**Bucksaw Ridge**
**5870 Co. Rd. 21**
**Akron, AL 35441-2205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,838.67 |
|---|---|---|---|

**Bunzl Processor Division**
**12240 Collection Center Drive**
**Chicago, IL 60693-0122**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,552.61 |
|---|---|---|---|

**Cain Steel and Supply**
**2650 20th Street**
**Tuscaloosa, AL 35401**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.32 |
|---|---|---|---|

**Canadian Biosystems, Inc.**
**4389-112th Avenue S.E.**
**Calgary, Alberta T2C 0J7**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592.50 |
|---|---|---|---|

**Central Alabama Farmers Cooperative**
**P.O. Box 519**
**Demopolis, AL 36732**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 19-70152-JHH11  Doc 134  Filed 03/11/19  Entered 03/11/19 14:27:36  Desc
Main Document  Page 65 of 91

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.22 |
|---|---|---|---|

**Chem Aqua**
P.O. Box 971269
Dallas, TX 75397-1269

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Christon Peaster**
2454 Sansershill Road
Brooksville, MS 39739

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages/Contract Work**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018.90 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 630910
Cincinnati, OH 45263-0910

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.11 |
|---|---|---|---|

**City of Demopolis Water Works**
PO Box 580
Demopolis, AL 36732

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|

**City of Eutaw Water Dept.**
PO Box 431
Eutaw, AL 35462

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.40 |
|---|---|---|---|

**City of Northport Water & Sewer Dept.**
3500 McFarland Blvd.
Northport, AL 35476-3181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,023.50 |
|---|---|---|---|

**Clearwater Consultants**
PO Box 1328
Starkville, MS 39760

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.36 |
|---|---|---|---|

**Coastal Marketing Consultants**
1501 15th Street NW, #104
Auburn, WA 98001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,181.60 |
|---|---|---|---|

**Collins Communications**
1009 West Jackson Street
Demopolis, AL 36732-1699

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,844.04 |
|---|---|---|---|

**Collum Food Processing**
1491 Thornton Street
Greenville, MS 38703-2443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,719.16 |
|---|---|---|---|

**Colonial Bag Company**
P. O. Box 929
Lake Park, GA 31636-0929

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,515.25 |
|---|---|---|---|

**Comdata**
5301 Maryland Way
Brentwood, TN 37027

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,831.96 |
|---|---|---|---|

**Commodity Specialists**
PO Box 802233
Kansas City, MO 64180-2233

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,553.21 |
|---|---|---|---|

**Covia Lime, LLC**
P.O. Box 198867
Atlanta, GA 30384-8867

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.12 |
|---|---|---|---|

**Covington Heavy Duty Parts**
P. O. Box 1049
Andalusia, AL 36420

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,626.95 |
|---|---|---|---|

**CPC Commodities**
98 Celsor Road
Fountain Run, KY 42133

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.80 |
|---|---|---|---|

**D&F Equipment Sales**
P.O. Box 275
Crossville, AL 35962-0275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,205.00 |
|---|---|---|---|

**D'Iberville Cold Storage**
9392 Central Avenue
Diberville, MS 39540

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.50 |
|---|---|---|---|

**D.D. Reckner**
129 E. College Avenue
Westerville, OH 43081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Dana Transport**
PO Box 370
Avenel, NJ 07001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,683.00 |
|---|---|---|---|

**David Besson Partlow, III - Windy Hill**
421 Vicksburg Dr.
Tuscaloosa, AL 35406-1765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,787.20 |
|------|---|---|---|

**Diversified Ingredients**
440 Mamaroneck Ave.
Harrison, NY 10528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,294.96 |
|------|---|---|---|

**Dixie Feed & Trucking**
PO Box 301
Aliceville, AL 35442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,243.04 |
|------|---|---|---|

**Double Wheel Farm**
5111 US Hwy 11 East
Boligee, AL 35443-3402

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,556.36 |
|------|---|---|---|

**Douglas Koehn-Quality Seining**
794 Greenfield Road
Brooksville, MS 39739

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.25 |
|------|---|---|---|

**Drake Printers**
PO Box 2448
Tuscaloosa, AL 35403-2448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|------|---|---|---|

**Drs. Ketcham & Dismukes Clinic**
P. O. Box 650
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,493.13 |
|------|---|---|---|

**Dyna-Lift**
P.O. Box 1348
Montgomery, AL 36102-1348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,302.00 |
|---|---|---|---|

**Eagle Transportation**
7127 Hwy 98 W, Ste. 50
Hattiesburg, MS 39402

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,106.19 |
|---|---|---|---|

**Edd Johnson & Associates**
PO Box 1117
Pelham, AL 35124-5117

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.00 |
|---|---|---|---|

**Edict Systems, Inc.**
2680 Indian Ripple Road
Dayton, OH 45440-3605

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,306.16 |
|---|---|---|---|

**Elysian Fish Farms**
1688 Co Rd 2
Gallion, AL 36742

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Euler Hermes Services North America**
800 Red Brook Blvd.
Owings Mills, MD 21117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|---|---|---|---|

**Extru-Tech, Inc.**
100 Airport Rd.
Sabetha, KS 66534-9418

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,099.20 |
|---|---|---|---|

**Fairway Dairy & Ingredients**
17725 Juniper Path
Lakeville, MN 55044

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,630.71 |
|---|---|---|---|

**Farmers Grain**
PO Box 1796
Greenville, MS 38702-1796

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.20 |
|---|---|---|---|

**Federal Express Corp.**
PO Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,009.91 |
|---|---|---|---|

**FFE Transportation Services Inc.**
1145 Empire Central Place
Dallas, TX 75247-4305

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**Fred Robertson Wrecker Service**
3702 Greensboro Ave.
Tuscaloosa, AL 35405-2845

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**Fredrick Taylor**
PO Box 149
Thomaston, AL 36783

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,077.76 |
|---|---|---|---|

**FS Group**
PO Box 2371
Albertville, AL 35950

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Gaddy Electric & Plumbing**
PO Box 480066
Linden, AL 36748-0066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Gary W. Broussard DBA Beaver Creek Farms**
324 Baby St.
Newbern, AL 36765-3602

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,688.93 |
|---|---|---|---|

**Gavilon Ingredients, LLC**
P.O. Box 74008695
Chicago, IL 60674-8695

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,728.87 |
|---|---|---|---|

**Georgia Pacific Corrugated**
405 Maxwell Dr.
Albany, GA 31701-1615

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,790.84 |
|---|---|---|---|

**Givhan Land & Cattle c/o Sam Givhan**
6900 Alabama Hwy 5
Safford, AL 36773

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**Global Fire Sprinklers**
4242 Bryson Blvd.
Florence, AL 35630-7319

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,015.91 |
|---|---|---|---|

**Golden Peanut Co.**
P.O. Box 745086
Atlanta, GA 30374-5086

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $853.01 |
|---|---|---|---|

**Grainger, Inc.**
100 Grainger Pkwy.
Lake Forest, IL 60045-5202

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,871.24 |
|---|---|---|---|

**Greensboro Farmer's Cooperative**
P.O. Box 358
Greensboro, AL 36744-0358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.73 |
|---|---|---|---|

**Gulf Coast Marine Supply Co.**
P.O. Box 2088
Mobile, AL 36652-2088

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.99 |
|---|---|---|---|

**Hach Company**
2207 Collection Center Drive
Chicago, IL 60693-0022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679.00 |
|---|---|---|---|

**Harmony Hill Trucking**
1919 B Washington Way
Uniontown, AL 36786-4514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**Heartland Catfish**
55001 Highway 82-West
Itta Bena, MS 38941

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,475.00 |
|---|---|---|---|

**Henry Welding, LLC**
10248 AL Highway 14
Greensboro, AL 36744-5362

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,520.50 |
|---|---|---|---|

**Hicks Pallets**
5746 Hannah Ct
Satsuma, AL 36572

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 19-70152-JHH11    Doc 134    Filed 03/11/19    Entered 03/11/19 14:27:36    Desc
Main Document      Page 73 of 91

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,855.00 |
|---|---|---|---|
| | **Hilo Fish Company**<br>**55 Holomua Street**<br>**Hilo, HI 96720** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,731.52 |
|---|---|---|---|
| | **HPSI Purchasing Services**<br>**1101 Market Street**<br>**Philadelphia, PA 19107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.93 |
|---|---|---|---|
| | **Hydro Power of MS**<br>**318 Airport Rd**<br>**Pearl, MS 39208-6649** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.40 |
|---|---|---|---|
| | **ICWUC**<br>**Attn: Grover Houston**<br>**403 Maria Ave.**<br>**Demopolis, AL 36732** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Wages_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,787.39 |
|---|---|---|---|
| | **Industrial Electric Motor Work**<br>**P.O. Box 638**<br>**Marion, MS 39342-0638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,462.85 |
|---|---|---|---|
| | **International Paper MPAK Warehouse**<br>**PO Box C**<br>**Indianola, MS 38751-1243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|
| | **J & C Farms**<br>**PO Box 466**<br>**Macon, MS 39341** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.85 |
|---|---|---|---|

**J. Goodman & Associates**
**14544 Central Avenue #42**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.56 |
|---|---|---|---|

**J.J. Keller**
**PO Box 548**
**Neenah, WI 54951-0548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,308.08 |
|---|---|---|---|

**JBT Cat**
**P.O. Box 772998**
**Chicago, IL 60677-0298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,925.00 |
|---|---|---|---|

**Jensen Tuna**
**5885 Hwy. 311**
**Houma, LA 70360**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,790.64 |
|---|---|---|---|

**Joe's Repair Shop**
**PO Box 485**
**Eutaw, AL 35462**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,897.52 |
|---|---|---|---|

**Ken Diller**
**1661 CR 2**
**Gallion, AL 36742**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.37 |
|---|---|---|---|

**Kiwi Coders Corp.**
**265 East Messner Dr.**
**Wheeling, IL 60090-6495**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,275.97 |

**Kyle D. Schmidt**
**2448 Hopewell Rd.**
**Brooksville, MS 39739-5165**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.39 |

**Kynard Tire & Repair, Inc.**
**PO Box 400**
**Greensboro, AL 36744**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |

**LaBudde Group, Inc.**
**PO Box 309**
**Cedarburg, WI 53012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,989.60 |

**Land O' Lakes Purina Feed LLC**
**PO Box 404744**
**Atlanta, GA 30384-4744**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,651.14 |

**Lansing Trade Group, LLC**
**15314 Collections Center Drive**
**Chicago, IL 60693-0153**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,817.90 |

**Lansing Vermont, Inc.**
**PO Box 741671**
**Atlanta, GA 30374-1671**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.00 |

**Larsen Intermodal Services Inc.**
**12301 Old Gentilly Road**
**New Orleans, LA 70129-8219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.79 |
|---|---|---|---|

**Ledwell**
P.O. Box 1106
Texarkana, TX 75504-1106

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Lewis Pest Control**
1001 S. Cedar Ave.
Demopolis, AL 36732

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,303.27 |
|---|---|---|---|

**LINA/Cigna**
1601 Chestnut Street
Philadelphia, PA 19192

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,918.35 |
|---|---|---|---|

**Little Rock Farm**
4446 County Road 10
Greensboro, AL 36744

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,661.32 |
|---|---|---|---|

**Livestock Nutrition Center, LLC**
5860 Ridgeway Center Pkwy., Ste. 240
Memphis, TN 38120-4046

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,279.17 |
|---|---|---|---|

**Loren Diller**
1661 Co. Rd. 2
Gallion, AL 36742

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.29 |
|---|---|---|---|

**Loyalty Food Brokers**
1405 Buckner Rd.
Valrico, FL 33596-7166

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,069.01 |
|---|---|---|---|

**M&M Seining**
483 Crawford Road
Greensboro, AL 36744

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**MarketSmart, Inc.**
11721 Whittier Blvd. #537
Whittier, CA 90601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $832.44 |
|---|---|---|---|

**Marvin D. Gregory - Gregory & Sons**
5113 Northwood Lake Drive East
Northport, AL 35473-2075

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.06 |
|---|---|---|---|

**Marvin's Credit Services**
P.O. BOX 105525
Atlanta, GA 30348-5525

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,769.88 |
|---|---|---|---|

**McCain Engineering**
PO Box 817
Pelham, AL 35124

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,886.75 |
|---|---|---|---|

**Mississippi Department of Agriculture**
121 North Jefferson St.
Jackson, MS 39201

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Regulatory/Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.74 |
|---|---|---|---|

**Mississippi Plastic Bag & Packaging**
P.O. Box 220
Bolton, MS 39041-0220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,491.97 |
|---|---|---|---|

**Motion Industries, Inc.**
P.O. Box 504606
Saint Louis, MO 63150-4606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | | $170.00 |
|---|---|---|---|

**MWI Animal Health**
PO Box 840537
Dallas, TX 75284-0537

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | | $2,711.87 |
|---|---|---|---|

**Network Trading**
PO Box 124
Nerstrand, MN 55053

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | | $3,246.06 |
|---|---|---|---|

**Newell Paper Co.**
P.O. Box 631
Meridian, MS 39302-0631

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | | $1,941.91 |
|---|---|---|---|

**Nolin Milling**
101 Pine St.
P.O. Box 156
Dickens, IA 51333

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | | $2,909.70 |
|---|---|---|---|

**Northport Electrical Supply**
P.O. Box 1167
Northport, AL 35476-3170

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | | $42,472.00 |
|---|---|---|---|

**Nutra Blend Corporation**
P.O. Box 202619
Dallas, TX 75320-2619

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**NYLIFE Insurance**
51 Madison Avenue
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,396.44 |
|---|---|---|---|

**Ocean Foods Co.**
10800 S. Central Avenue
Chicago Ridge, IL 60415

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.66 |
|---|---|---|---|

**Odom Farms**
PO Drawer 190
Eutaw, AL 35462-0190

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.71 |
|---|---|---|---|

**Office Depot**
PO Box 633211
Cincinnati, OH 45263-3211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,093.40 |
|---|---|---|---|

**Pace Analytical Services, LLC**
PO Box 684056
Chicago, IL 60695-4056

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $878.08 |
|---|---|---|---|

**Packers Chemical Holdings LLC**
3729 Peddle Hollow Road
Kieler, WI 53812

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,960.64 |
|---|---|---|---|

**Packers Sanitation Services**
3681 Prism Lane
Kieler, WI 53812

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.04 |
|---|---|---|---|

**Paramount Marketing**
8811 Sidney Circle
Charlotte, NC 28269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.78 |
|---|---|---|---|

**Parts & Company of Selma, Inc.**
2809 Citizens Pkwy
Selma, AL 36701-3914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.64 |
|---|---|---|---|

**Piedmont National**
1561 Southland Circle, NW
Atlanta, GA 30318-3630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.51 |
|---|---|---|---|

**Piggly Wiggly #103**
131 Greensboro St.
Eutaw, AL 35462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,396.89 |
|---|---|---|---|

**Power & Rubber Supply, Inc.**
P.O. Box 3069
Tuscaloosa, AL 35403-3069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,272.00 |
|---|---|---|---|

**Prairie Cajun Brand LLC**
1277 Hwy. 757
Eunice, LA 70535-2164

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.64 |
|---|---|---|---|

**Preferred Freezer Chicago**
2357 S. Wood St.
Chicago, IL 60608-5305

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.50 |
|---|---|---|---|

**Preferred Freezer Services of Raynham**
571 Paramount Drive
Raynham, MA 02767

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.25 |
|---|---|---|---|

**Premier Springwater Distribution**
1500 30th Street
Tuscaloosa, AL 35401

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.00 |
|---|---|---|---|

**Presto-X**
PO Box 13848
Reading, PA 19612-3848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.36 |
|---|---|---|---|

**Pro Chem, Inc.**
P.O. Box 1309
Alpharetta, GA 30009-1309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,105.00 |
|---|---|---|---|

**Pyramid Transport**
18119 Sussex Hwy., Unit #2
Bridgeville, DE 19933

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,405.07 |
|---|---|---|---|

**R & R Brokerage Services**
1919B Washington St.
Uniontown, AL 36786-4514

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,659.87 |
|---|---|---|---|

**Ram, Inc.**
2090 Columbiana Rd., Ste. 2600
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,469.25 |
|---|---|---|---|

**Ranger Environmental Services**
10601 HWY 43 N
Creola, AL 36525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,203.60 |
|---|---|---|---|

**Reddy Ice Corporation**
8750 N. Central Expressway, Ste. 1000
Dallas, TX 75231-6416

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.20 |
|---|---|---|---|

**Refrigiwear**
P.O. Box 39
Dahlonega, GA 30533-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,965.67 |
|---|---|---|---|

**River City Diesel Services**
7748 CR #19
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,939.00 |
|---|---|---|---|

**River City Trucking**
P.O. Box 918
Demopolis, AL 36732-0918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,460.42 |
|---|---|---|---|

**Robert P. Hall**
15480 Hwy 69 South
Greensboro, AL 36744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,372.00 |
|---|---|---|---|

**Roberts Hauling, Inc.**
1145 Highway 129
Fayette, AL 35555

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |

**Roger L. Krebs**
102 30th Street
Tuscaloosa, AL 35405

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,200.66 |

**Ronald Nichols/Running Creek Farms**
653 Highway 17
Aliceville, AL 35442

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,189.00 |

**Savannah Food Company**
575 Industrial Rd.
Savannah, TN 38372-5977

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,562.60 |

**Sea Delight**
8195 NW 67 Street
Miami, FL 33166

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,065.00 |

**Seaquest Seafood**
530 South 6th Avenue
La Puente, CA 91746

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.15 |

**Sign Pro of Tuscaloosa**
4708 Highway 69 North
Northport, AL 35473-2033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,856.90 |

**Skye Diller**
1661 Co. Rd. 2
Gallion, AL 36742

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|--------|---------------------------------|------------------------|--------------|
| | Name | | |

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Smith, Gambrell & Russell, LLP**
Promenade, Ste. 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,850.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Southeast Cold Storage**
405 Alpha Dr.
Destrehan, LA 70047-5217

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,784.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Southeastern Mineral**
P. O. Box 1650
Bainbridge, GA 39818

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,776.80 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Southeastern Refrigeration**
310 26th Avenue West
Birmingham, AL 35204-1042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.20 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Southern Cold Storage**
7150 S. Choctaw Drive
Baton Rouge, LA 70806

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,569.99 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Southern Controls**
P.O. Box 210399
Montgomery, AL 36121-0399

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834.96 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Southern Hose & Industrial**
PO Box 7595
Jackson, MS 39284-7595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,559.99 |
|---|---|---|---|

**Southern Label Co., Inc.**
5624 Clifford Circle
Birmingham, AL 35210-4453

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.64 |
|---|---|---|---|

**Southern Linc Wireless**
5555 Glenridge Connector, Ste. 500
Atlanta, GA 30342-4760

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,482.01 |
|---|---|---|---|

**Spire, Inc.**
PO Box 2224
Birmingham, AL 35295

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|---|---|---|---|

**St. Peter Projects MS, Inc.**
358 S. Mobile St.
Fairhope, AL 36532

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.00 |
|---|---|---|---|

**Stanley Convergent**
Dept. CH10651
Palatine, IL 60055-0001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $881.76 |
|---|---|---|---|

**Stillwater Provisions**
1812 South Church - Suite B
Smithfield, VA 23430

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,672.20 |
|---|---|---|---|

**Strickland Paper Company**
481 Republic Circle
Birmingham, AL 35214-5967

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-70152-JHH11　　Doc 134　　Filed 03/11/19　　Entered 03/11/19 14:27:36　　Desc
Main Document　　Page 86 of 91

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.84 |

**Suburban Propane, L.P.**
8475 Selma Hwy.
Montgomery, AL 36108-6836

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,462.31 |

**Sysco**
1390 Enclave Pkwy.
Houston, TX 77077-2099

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.00 |

**Sysco Detroit**
41600 Van Born Road
Canton, MI 48188

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,078.00 |

**Sysco Food Services of Columbia**
131 Sysco Ct.
Columbia, SC 29209

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,472.95 |

**Sysco Houston**
10710 Greens Crossing Blvd.
Houston, TX 77038-2716

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.50 |

**Sysco Southeast Florida LLC**
1999 Martin Luther King Jr. Blvd.
West Palm Beach, FL 33404

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $713.12 |

**Terry E. Blackaby**
PO Box 2434
Hendersonville, TN 37077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.45 |
|---|---|---|---|

**The Bait Shop**
106 First Avenue
Eutaw, AL 35462-1408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.62 |
|---|---|---|---|

**Thompson Food**
325 FOREST CREST DR.
Walled Lake, MI 48390

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,762.20 |
|---|---|---|---|

**Total Feeds, Inc.**
PO Box 3090
Weatherford, TX 76086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,846.34 |
|---|---|---|---|

**TransAmerica**
6400 C Street SW, P55
Cedar Rapids, IA 52499

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages/Insurance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,419.00 |
|---|---|---|---|

**Tri Strata Group**
12685 Miller Road NE
Bainbridge Island, WA 98110

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.15 |
|---|---|---|---|

**Trinity Logistics, Inc.**
P.O. Box 62702
Baltimore, MD 21264-2702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.32 |
|---|---|---|---|

**TTI National, Inc.**
PO Box 371873
Pittsburgh, PA 15250-7873

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address**<br>**Turner Scale, Inc.**<br>**581-B George Todd Drive**<br>**Montgomery, AL 36117-2235** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,035.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address**<br>**Tuscaloosa Office Products**<br>**612 Greensboro Avenue**<br>**Tuscaloosa, AL 35401-1750** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $697.45 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address**<br>**Tuscaloosa Scale Co.**<br>**4050 Industrial Dr.**<br>**Cottondale, AL 35453** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,346.76 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address**<br>**Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $329.66 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address**<br>**United Parcel Service**<br>**55 Glenlake Parkway NE**<br>**Atlanta, GA 30328-3498** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,378.07 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address**<br>**United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,151.66 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address**<br>**USDA, AMS, Livestock**<br>**1400 Independence Ave., SW**<br>**Cohasset, MA 02025** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,354.22 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Regulatory/Taxes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.52 |
|---|---|---|---|

**Valley Printing Company**
3919 Vanderbilt Road
Birmingham, AL 35217

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.60 |
|---|---|---|---|

**Verizon Wireless**
One Verizon Way
Basking Ridge, NJ 07920-1097

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.56 |
|---|---|---|---|

**VSP**
PO Box 742788
Los Angeles, CA 90074-2788

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.02 |
|---|---|---|---|

**Weigh-Tech**
1649 Country Elite Dr.
Waldron, AR 72958-8436

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.15 |
|---|---|---|---|

**Wells Fargo Vendor Financial Services**
P.O. Box 105710
Atlanta, GA 30348-5710

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,325.10 |
|---|---|---|---|

**Westway Feed Products**
23629 Network Place
Chicago, IL 60673-1236

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,680.00 |
|---|---|---|---|

**Winsea International USA, Inc.**
8700 COMMERCE PARK DIRVE-STE 219
Houston, TX 77036

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|

| 3.211 | Nonpriority creditor's name and mailing address | | $1,328.73 |
|---|---|---|---|

**Zee Company, Inc.**
**412 Georgia Ave., #300**
**Chattanooga, TN 37403-1853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Ray**<br>**1901 6th Ave. N., Ste. 1500**<br>**Birmingham, AL 35203-4642** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 235,695.77 |
| 5b. Total claims from Part 2 | 5b. + $ | 14,354,022.14 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 14,589,717.91 |