IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SOUTHFRESH AQUACULTURE, LLC | * | 19-70152-JHH-11 |
| | * | |
| DEBTOR. | * | |
| | * | |

**UNITED STATES BANKRUPTCY ADMINISTRATOR'S
LIMITED OBJECTION TO DEBTOR'S MOTION FOR ADMINISTRATIVE ORDER
ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

Comes now the United States Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned counsel of record, and hereby files this limited objection to the Debtor's Motion for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (court document #138) and as grounds therefore states as follows:

1. This case was filed on January 28, 2019.

2. Pending before the Court is the Debtor's Motion for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (court document #138) ("Motion").

3. The BA has no objection to the procedures for interim compensation and reimbursement of expenses as set forth in the Debtor's Motion, except that the BA requests that any order entered with respect to such Motion include a provision that the BA reserves that right to object to any compensation and reimbursement sought on a final basis regardless of whether or not the BA has objected to any payment of compensation and reimbursement of expenses on a monthly or any other interim basis and that all compensation and reimbursement of expenses shall be subject to final Court approval at the hearing on all final fee applications.

Respectfully submitted March 27, 2019.

                                          J. THOMAS CORBETT
                                          BANKRUPTCY ADMINISTRATOR FOR THE
                                          NORTHERN DISTRICT OF ALABAMA

                                          BY: */s/ Rachel L. Webber*
                                                Rachel L. Webber
                                                Assistant U.S. Bankruptcy Administrator

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
2005 University Boulevard, Suite 1300
Tuscaloosa, Alabama 35401
(205) 561-1690

CERTIFICATE OF SERVICE

       This is to certify that on March 27, 2019 I have served a copy of the foregoing Limited Objection on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Wesley Ryan Bulgarella
Maynard Cooper & Gale P.C.
1901 Sixth Ave. N
Birmingham, AL 35203
Suite 2400
Birmingham, AL 35203
***Service provided via email / CM/ECF to:***
wbulgarella@maynardcooper.com

Jayna Partain Lamar
Maynard, Cooper & Gale, P.C.
1901 6th Ave N
2400 Regions Harbert Plaza
Birmingham, AL 35203
***Service provided via email / CM/ECF to:***
jlamar@maynardcooper.com

J. Leland Murphree
Maynard Cooper & Gale, PC
1901 Sixth Ave N Ste 2400
Birmingham, AL 35203
***Service provided via email / CM/ECF to:***
lmurphree@maynardcooper.com

Evan Nicholas Parrott
Maynard, Cooper & Gale, P.C.
RSA Battle House Tower, Suite 24290
11 N. Water Street
Mobile, AL 36602-5024
***Service provided via email / CM/ECF to:***
eparrott@maynardcooper.com

Ryan David Thompson
Maynard Cooper & Gale PC
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
***Service provided via email / CM/ECF to:***
rthompson@maynardcooper.com

Bobby Hill Cockrell, Jr.
Cockrell, Ford, Townsend & Ritchey, LLP
1409 University Blvd.
Tuscaloosa, AL 35401
***Service provided via email / CM/ECF to:***
bcockrell@cftr.law

Christian Pereyda
Maynard Cooper & Gale P.C.
1901 Sixth Ave. N, Suite 2400
Birmingham, AL 35203
***Service provided via email / CM/ECF to:***
cpereyda@maynardcooper.com

Larry Weaver
Wilmer & Lee, P.A.
300 Market Street, Suite 201 AB
Decatur, AL 35601
***Service provided via email / CM/ECF to:***
lweaver@wilmerlee.com

United States Attorney's Office for the Northern
District of Alabama
1801 4th Ave. N.
Birmingham, AL 35203

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the Attorney General
State of Alabama
P.O. Box 300152
Montgomery, AL 36130-0152

United States Food and Drug Administration
10903 New Hampshire Ave.
Silver Spring, MD 20993-0002

United States Environmental Protection Agency
61 Forsyth Street, SW
Atlanta, GA 30303-8960

International Chemical Workers Union Council
of the United Food and Commercial Workers Union and
Its Local 1038C
ATTN: Grover Houston
403 Maria Ave.
Demopolis, AL 36732

    BY: ***/s/ Rachel L. Webber***
         Rachel L. Webber