**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-70152-JHH |
| SOUTHFRESH AQUACULTURE, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## <u>AMENDED NOTICE OF CRITICAL VENDOR PAYMENTS</u>

SouthFresh Aquaculture, LLC (the "<u>Debtor</u>"), as debtor and debtor-in-possession (the "<u>Debtor</u>"), by and through undersigned counsel, files this *Notice of Critical Vendor Payments* (the "<u>Notice</u>"). The list attached hereto as **Exhibit "A"** describes payments made to critical vendors through April 1, 2019 (the "<u>Critical Vendor Payment List</u>"). The Critical Vendor Payment List sets forth all parties who have been paid as critical vendors as of April 1, 2019, and the amount of payment each party has received pursuant to (i) the Court's *Order (i) Authorizing the Payment of Critical Vendor Claims, and (ii) Granting Related Relief* (Doc. 29) and (ii) *Order (i) Authorizing the Payment of Critical Vendor Claims, and (ii) Granting Related Relief* (Doc. 81) (collectively, the "<u>Critical Vendor Orders</u>"). Pursuant to the Critical Vendor Orders, the Debtor is authorized to pay critical vendors up to an aggregate amount of $1,470,000, of which $1,351,261.50 has been paid to critical vendors as of April 1, 2019, leaving approximately $120,000 available for additional critical vendor payments (the "<u>CV Balance</u>"). The Debtor is continuing to negotiate with its creditors and exercising its business judgment in accordance with the Critical Vendor Orders with respect to the disposition of the CV Balance.

The Debtor will file a separate certificate of service with the Court to confirm service of this list.

04800872.1

Respectfully submitted this the 1st day of April, 2019.

/s/ Ryan D. Thompson
J. Leland Murphree
Jayna P. Lamar
Ryan D. Thompson
Evan N. Parrott
Wes Bulgarella

*Proposed Counsel to the Debtor*

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North,
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000
lmurphree@maynardcooper.com
jlamar@maynardcooper.com
rthompson@maynardcooper.com
eparrott@maynardcooper.com
wbulgarella@maynardcooper.com

04800872.1

## Exhibit "A"

### Critical Vendor Payment List

04800872.1

| Amount Paid | Vendor Name |
| --- | --- |
| 12,000.00 | A LA CARTE SPECIALTY FOODS, LLC |
| 26,350.00 | AB Vista Inc. |
| 19,660.40 | ADM Milling Co. |
| 18,389.90 | ADM Milling Co. |
| 150.00 | AGILOC INTERNATIONAL, INC. |
| 815.00 | Alabama Elevator & Accessibili |
| 4,062.30 | American Colloid Company |
| 9,752.40 | AMPRO PRODUCTS, INC |
| 90.33 | APPLIED INDUSTRIES TECH. |
| 1,175.90 | Arbon Equipment |
| 4.44 | Ardent Mills, LLC |
| 7,874.17 | Ardent Mills, LLC |
| 88.28 | ATLAS WELDING SUPPLY CO., INC. |
| 41.57 | ATLAS WELDING SUPPLY CO., INC. |
| 1,803.88 | ATLAS WELDING SUPPLY CO., INC. |
| 260.09 | ATLAS WELDING SUPPLY CO., INC. |
| 237.22 | BAADER NORTH AMERICA |
| 2,356.75 | BAADER NORTH AMERICA |
| 4,472.00 | BAADER NORTH AMERICA |
| 7,247.89 | BAADER NORTH AMERICA |
| 3,410.86 | BAADER NORTH AMERICA |
| 1,403.80 | BAADER NORTH AMERICA |
| 1,675.60 | BAADER NORTH AMERICA |
| 1,354.02 | BAADER NORTH AMERICA |
| 223.20 | BANKS & COMPANY |
| 300.00 | BEAVER CREEK FARMS |
| 300.00 | BEAVER CREEK FARMS |
| 1,552.61 | CAIN STEEL AND SUPPLY |
| 787.22 | CHEM-AQUA |
| 300.00 | CHRISTON PEASTER |
| 353.22 | CINTAS #215 |
| 1,225.06 | COLLUM FOOD PROCESSING MACHINERY, INC |
| 983.60 | COLLUM FOOD PROCESSING MACHINERY, INC |
| 2,719.16 | COLONIAL BAG COMPANY |
| 4,550.52 | Comdata |
| 4,406.34 | COMMODITY SPECIALISTS COMPANY |
| 4,233.44 | COMMODITY SPECIALISTS COMPANY |
| 4,388.52 | COMMODITY SPECIALISTS COMPANY |
| 4,465.80 | Commodity Specialists Company |
| 4,189.10 | COMMODITY SPECIALISTS COMPANY |
| 3,960.03 | COMMODITY SPECIALISTS COMPANY |
| 2,850.00 | COMMODITY SPECIALISTS COMPANY |
| 2,850.00 | COMMODITY SPECIALISTS COMPANY |
| 4,423.66 | COMMODITY SPECIALISTS COMPANY |
| 5,553.21 | Covia Lime LLC |

| | |
|---:|:---|
| 98.12 | COVINGTON HEAVY DUTY PARTS, INC. |
| 34.12 | COVINGTON HEAVY DUTY PARTS, INC. |
| 5,464.98 | CPC COMMODITIES |
| 801.00 | D'IBERVILLE COLD STORAGE |
| 2,190.74 | D'Ibeverille Cold Storage |
| 812.35 | Dixie Feed & Trucking, LLC |
| 90.95 | DOMBHART CATFISH SUPPLY |
| 59.92 | DOMBHART CATFISH SUPPLY |
| 714.76 | DOMBHART CATFISH SUPPLY |
| 90.95 | DOMBHART CATFISH SUPPLY |
| 72.76 | DOMBHART CATFISH SUPPLY |
| 1,718.08 | DOUGLAS KOEHN-QUALITY SEINING, LLC |
| 2,111.64 | DOUGLAS KOEHN-QUALITY SEINING, LLC |
| 1,726.64 | DOUGLAS KOEHN-QUALITY SEINING, LLC |
| 816.16 | DOUGLAS KOEHN-QUALITY SEINING, LLC |
| 757.52 | DOUGLAS KOEHN-QUALITY SEINING, LLC |
| 294.80 | DOUGLAS KOEHN-QUALITY SEINING, LLC |
| 1,815.28 | DOUGLAS KOEHN-QUALITY SEINING, LLC |
| 195.00 | DRS. KETCHAM & DISMUKES CLINIC |
| 5,160.00 | EAGLE TRANSPORTATION LLC |
| 5,090.00 | EAGLE TRANSPORTATION LLC |
| 5,052.00 | EAGLE TRANSPORTATION LLC |
| 2,106.19 | Ed Johnson |
| 31,716.86 | ELYSIAN FISH FARM & CITIZEN BA |
| 8,589.30 | Elysian Fish Farms |
| 55.00 | EULER HERMES SERVICES NORTH AM |
| 338.00 | EXTRU-TECH, INC. |
| 222.00 | Extru-Tech, Inc. |
| 8,099.20 | FAIRWAY DAIRY & INGREDIENTS |
| 3,630.71 | Farmers Grain Terminal, Inc. |
| 404.71 | FFE TRANSPORTATION SERVICES IN |
| 6,074.25 | FFE TRANSPORTATION SERVICES IN |
| 679.05 | FFE TRANSPORTATION SERVICES IN |
| 874.20 | FFE TRANSPORTATION SERVICES IN |
| 594.95 | FFE TRANSPORTATION SERVICES IN |
| 597.64 | FFE TRANSPORTATION SERVICES IN |
| 449.94 | FFE TRANSPORTATION SERVICES IN |
| 346.50 | FFE TRANSPORTATION SERVICES IN |
| 693.63 | FFE TRANSPORTATION SERVICES IN |
| 396.56 | FFE TRANSPORTATION SERVICES IN |
| 674.65 | FFE TRANSPORTATION SERVICES IN |
| 482.68 | FFE TRANSPORTATION SERVICES IN |
| 404.71 | FFE TRANSPORTATION SERVICES IN |
| 480.00 | FFE TRANSPORTATION SERVICES IN |
| 3,150.00 | Fred Robertson |
| 260.00 | Fredrick Taylor |
| 7,077.76 | FS GROUP, INC |

| | |
|---:|---|
| 125.00 | GADDY ELECTRIC & PLUMBING |
| 4,789.67 | Gavilon Ingredients, LLC |
| 4,126.10 | Gavilon Ingredients, LLC |
| 6,728.39 | Gavilon Ingredients, LLC |
| 4,273.71 | Gavilon Ingredients, LLC |
| 7,560.26 | Gavilon Ingredients, LLC |
| 3,745.77 | Gavilon Ingredients, LLC |
| 4,986.35 | Gavilon Ingredients, LLC |
| 4,719.75 | Gavilon Ingredients, LLC |
| 3,815.40 | Gavilon Ingredients, LLC |
| 3,854.97 | Gavilon Ingredients, LLC |
| 4,357.18 | Gavilon Ingredients, LLC |
| 3,861.30 | Gavilon Ingredients, LLC |
| 4,137.14 | Gavilon Ingredients, LLC |
| 11,522.94 | GIVHAN LAND & CATTLE |
| 1,498.90 | Golden Peanut Company, LLC |
| 1,450.80 | Golden Peanut Company, LLC |
| 1,489.80 | Golden Peanut Company, LLC |
| 1,463.15 | Golden Peanut Company, LLC |
| 1,483.30 | Golden Peanut Company, LLC |
| 1,210.95 | Golden Peanut Company, LLC |
| 1,483.30 | Golden Peanut Company, LLC |
| 1,623.05 | Golden Peanut Company, LLC |
| 1,482.00 | Golden Peanut Company, LLC |
| 2,490.61 | Golden Peanut Company, LLC |
| 1,508.00 | Golden Peanut Company, LLC |
| 1,420.25 | Golden Peanut Company, LLC |
| 1,411.80 | Golden Peanut Company, LLC |
| 9,040.31 | GP Corrugated LLC |
| 8,993.36 | GP Corrugated LLC |
| 11,695.20 | GP Corrugated LLC |
| 143.62 | GRAINGER, INC. |
| 33.52 | GREENSBORO FARMER'S COOP |
| 50.00 | GREENSBORO FARMER'S COOP |
| 57.27 | GREENSBORO FARMER'S COOP |
| 52.16 | GREENSBORO FARMER'S COOP |
| 35.53 | GREENSBORO FARMER'S COOP |
| 45.72 | GREENSBORO FARMER'S COOP |
| 49.72 | GREENSBORO FARMER'S COOP |
| 41.99 | GREENSBORO FARMER'S COOP |
| 32.27 | GREENSBORO FARMER'S COOP |
| 27.52 | GREENSBORO FARMER'S COOP |
| 60.34 | GREENSBORO FARMER'S COOP |
| 89.00 | GREENSBORO FARMER'S COOP |
| 34.14 | GREENSBORO FARMER'S COOP |
| 16.91 | GREENSBORO FARMER'S COOP |
| 33.94 | GREENSBORO FARMER'S COOP |

| Amount | Vendor |
|---:|---|
| 4.20 | GREENSBORO FARMER'S COOP |
| 262.97 | GREENSBORO FARMER'S COOP |
| 252.69 | GREENSBORO FARMER'S COOP |
| 41.00 | GREENSBORO FARMER'S COOP |
| 74.27 | GULF COAST MARINE SUPPLY CO. |
| 260.53 | GULF COAST MARINE SUPPLY CO. |
| 691.93 | GULF COAST MARINE SUPPLY CO. |
| 259.43 | Gulf Coast Marine Supply Co. |
| 600.00 | HARMONY HILL TRUCKING CO. INC. |
| 1,079.00 | HARMONY HILL TRUCKING CO. INC. |
| 13,500.00 | HEARTLAND CATFISH |
| 2,725.00 | HENRY WELDING, LLC |
| 2,875.00 | HENRY WELDING, LLC |
| 6,520.50 | Hicks Pallets |
| 17,855.00 | HILO FISH COMPANY, INC. |
| 690.00 | INDUSTRIAL ELECTRIC MOTOR WORK |
| 1,600.00 | J & C Farms,LLC |
| 2,925.00 | JENSEN TUNA, INC. |
| 108.20 | JOE'S REPAIR SHOP |
| 1,317.44 | JOE'S REPAIR SHOP |
| 310.00 | JOE'S REPAIR SHOP |
| -4,020.09 | KEN DILLER |
| 8,411.70 | KEN DILLER |
| 38,634.46 | KEN DILLER |
| 62,871.45 | KEN DILLER |
| 624.37 | KIWI CODERS CORP |
| 37,899.72 | KYLE D. SCHMIDT |
| 44,744.21 | KYLE D. SCHMIDT |
| 37,632.00 | KYLE D. SCHMIDT |
| 1,653.31 | KYLE D. SCHMIDT |
| 3,510.45 | LAND O'LAKES PURINA FEED LLC |
| 3,672.85 | LAND O'LAKES PURINA FEED LLC |
| 3,403.15 | LAND O'LAKES PURINA FEED LLC |
| 3,578.50 | Lansing Trade Group, LLC |
| 8,421.28 | Lansing Trade Group, LLC |
| 3,362.72 | Lansing Trade Group, LLC |
| 8,437.21 | Lansing Trade Group, LLC |
| 3,497.40 | Lansing Trade Group, LLC |
| 3,354.03 | Lansing Trade Group, LLC |
| 3,682.77 | Lansing Trade Group, LLC |
| 3,636.43 | Lansing Trade Group, LLC |
| 3,475.68 | Lansing Trade Group, LLC |
| 3,304.79 | Lansing Trade Group, LLC |
| 3,367.07 | Lansing Trade Group, LLC |
| 1,957.50 | LANSING VERMONT, INC. |
| 9,163.98 | LANSING VERMONT, INC. |
| 785.00 | Lansing Vermont, Inc. |

| Amount | Vendor |
|---|---|
| 4,322.12 | Lansing Vermont, Inc. |
| 4,184.40 | Lansing Vermont, Inc. |
| 1,707.48 | Lansing Vermont, Inc. |
| 442.00 | LARSEN INTERMODAL SERVICES INC |
| 651.79 | LEDWELL |
| 13,918.35 | LITTLE ROCK FARM, INC. |
| 2,542.40 | LNC Kansas |
| 2,567.04 | LNC Kansas |
| 2,573.76 | LNC Kansas |
| 4,434.60 | LNC Kansas |
| 14,587.71 | LOREN DILLER |
| 4,691.46 | LOREN DILLER |
| 257.38 | M & M SEINING, LLC |
| 811.63 | M & M SEINING, LLC |
| 223.78 | MARVIN D. GREGORY-GREGORY & SONS |
| 181.06 | Marvin's Credit Services |
| 6,565.19 | McCain Engineering |
| 2,489.00 | McCain Engineering |
| 9,715.69 | McCain Engineering |
| 2,491.97 | MOTION INDUSTRIES, INC. |
| 2,711.87 | NETWORK TRADING, INC. |
| 328.05 | NEWELL PAPER CO. |
| 871.33 | NEWELL PAPER CO. |
| 19.09 | NEWELL PAPER CO. |
| 34.10 | NOLIN MILLING |
| 1,907.81 | NOLIN MILLING |
| 23,600.00 | Norfolk Southern |
| 287.10 | NORTHPORT ELECTRICAL SUPPLY |
| 736.38 | Northport Electrical Supply |
| 264.46 | NORTHPORT ELECTRICAL SUPPLY |
| 5,326.80 | NUTRA BLEND CORPORATION |
| 8,940.60 | NUTRA BLEND CORPORATION |
| 10,329.08 | NUTRA BLEND CORPORATION |
| 4,811.25 | NUTRA BLEND CORPORATION |
| 42,472.00 | NUTRA BLEND CORPORATION |
| 673.41 | OCEAN FOODS CO. |
| 213.74 | PARKER TIRE, LLC |
| 145.54 | PARKER TIRE, LLC |
| 9,598.35 | Parr's Inc. |
| 6,594.39 | Pinson Truck Equipment Co. |
| 1,534.13 | POWER & RUBBER SUPPLY, INC. |
| 77.87 | POWER & RUBBER SUPPLY, INC. |
| 72.35 | POWER & RUBBER SUPPLY, INC. |
| 25,272.00 | PRAIRIE CAJUN BRANDS LLC |
| 73.83 | Preferred Freezer Chicago III |
| 474.31 | Preferred Freezer Chicago III |
| 183.25 | Preferred Freezer Chicago III |

| | |
|---:|:---|
| 26.25 | Preferred Freezer Chicago III |
| 203.85 | Preferred Freezer Houston Gulf |
| 14.25 | Preferred Freezer Houston Gulf |
| 4.75 | PREFERRED FREEZER SERVICES OF HOUSTON METRO, LLC |
| 67.50 | PREFERRED FREEZER SERVICES OF RAYNHAM, LLC |
| 48.00 | PREFERRED FREEZER SERVICES OF RAYNHAM, LLC |
| 164.00 | PREFERRED FREEZER SERVICES OF RAYNHAM, LLC |
| 74.25 | PREMIER SPRINGWATER DISTRIBUTO |
| 3,105.00 | PYRAMID TRANSPORT INC |
| 1,184.56 | R & R Brokerage Services, Inc. |
| 749.43 | R & R Brokerage Services, Inc. |
| 1,469.25 | RANGER ENVIRONMENTAL SERVICES |
| 2,404.20 | REDDY ICE CORPORATION |
| 2,711.86 | RIVER CITY DIESEL SERVICES |
| 2,711.86 | RIVER CITY DIESEL SERVICES |
| 2,711.86 | River City Diesel Services |
| 8,139.67 | River City Diesel Services |
| 1,305.36 | River City Diesel Services |
| 411.09 | RIVER CITY DIESEL SERVICES |
| 3,668.97 | RIVER CITY DIESEL SERVICES |
| 652.00 | River City Trucking |
| 1,283.00 | River City Trucking |
| 1,287.00 | River City Trucking |
| 5,372.00 | ROBERTS HAULING, INC. |
| 165.00 | ROGER L. KREBS |
| 8,800.32 | Ronald Nichols |
| 37,809.42 | RUNNING CREEK FARMS, LLC & FNB |
| 36,590.92 | RUNNING CREEK FARMS, LLC & FNB |
| 3,189.00 | SAVANNAH FOOD COMPANY, INC. |
| 18,562.60 | SEA DELIGHT, LLC |
| 61,065.00 | SEAQUEST SEAFOOD CORPORATION |
| 4,856.90 | Skye Diller |
| 264.00 | SOUTHEAST COLD STORAGE |
| 109.50 | SOUTHEAST COLD STORAGE |
| 1,655.50 | SOUTHEAST COLD STORAGE |
| 480.00 | SOUTHEAST COLD STORAGE |
| 2,341.00 | SOUTHEAST COLD STORAGE |
| 1,536.00 | SOUTHEAST COLD STORAGE |
| 3,784.00 | SOUTHEASTERN MINERAL |
| 2,032.28 | SOUTHEASTERN REFRIGERATION, INC. |
| 115.20 | SOUTHERN COLD STORAGE CO. |
| 93.00 | SOUTHERN COLD STORAGE CO. |
| 265.48 | SOUTHERN COMMUNICATIONS SERVICES, INC |
| 88.44 | SOUTHERN COMMUNICATIONS SERVICES, INC |
| 836.13 | Southern Controls |
| 10,652.76 | SOUTHERN LABEL CO., INC. |
| 726.00 | STRICKLAND COMPANIES |

| | |
|---:|:---|
| 3,427.70 | STRICKLAND COMPANIES |
| 1,181.00 | STRICKLAND COMPANIES |
| 555.00 | SYSCO DETROIT |
| 86.71 | SYSCO HOUSTON |
| 2,307.20 | SYSCO HOUSTON |
| -240.00 | SYSCO HOUSTON |
| 79.04 | SYSCO HOUSTON |
| 90.00 | SYSCO SOUTHEAST FLORIDA  LLC |
| 298.62 | Thompson Food |
| 13,250.00 | TOTAL FEEDS |
| 3,512.20 | TOTAL FEEDS |
| 187.86 | TRINITY LOGISTICS, INC. |
| 1,419.00 | TRISTRATA GROUP |
| 114.86 | TUSCALOOSA OFFICE PRODUCTS |
| 2,346.76 | TUSCALOOSA SCALE CO., INC. |
| 71.85 | UNITED PARCEL SERVICE |
| 1,864.56 | USDA FOOD SAFETY INSPECTION SERVICE |
| 979.52 | Valley Printing Company, Inc. |
| 5,114.62 | Westway Feed Products |
| 5,078.09 | Westway Feed Products |
| 5,084.83 | Westway Feed Products |
| 5,047.56 | Westway Feed Products |
| 67,680.00 | WINSEA INTERNATIONAL USA, INC |

**1,351,261.50**