Debtor name **SouthFresh Aquaculture, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **19-70152**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended Schedule   **E/F**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/4/19          x _____
                             Signature of individual signing on behalf of debtor

                             **Justin Funk**
                             Printed name

                             **Secretary/Chief Financial Officer**
                             Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adina Roberts**<br>**1105 Skyland Blvd East Apt. 32**<br>**Tuscaloosa, AL 35405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,057.69 | $1,057.69 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Alberta Spencer**<br>**20771 CR 20**<br>**Boligee, AL 35443** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $342.54 | $342.54 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.00 | $342.00 |
|---|---|---|---|---|

**Alex Calcano**
6800 McFarland Blvd Lot 31
Northport, AL 35476

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.20 | $450.20 |
|---|---|---|---|---|

**Alexandra Rojas**
6800 McFarland Blvd Lot 27
Northport, AL 35476

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,003.50 | $1,003.50 |
|---|---|---|---|---|

**Alfonzia Walker, Jr.**
819 Prairie Ave.
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.76 | $295.76 |
|---|---|---|---|---|

**Alicia Barnes**
503 Lafayette Street
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address<br>**Alicia Coleman**<br>**355 Culbert Street**<br>**Livingston, AL 35470** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $259.55 | $259.55 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Alicia Reyes**<br>**1203 15th Street Court**<br>**Northport, AL 35476** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $469.30 | $469.30 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Altagarcia Duarte**<br>**1800 McFarland Blvd Lot 103**<br>**Northport, AL 35476** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $469.00 | $469.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Amanda Harper**<br>**156 West Street**<br>**Gainesville, AL 35464** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $319.07 | $319.07 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.36 | $280.36 |
|---|---|---|---|---|

**Amanda Hinojosa**
6800 McFarland Blvd Lot 107
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | | $946.77 | $946.77 |
|---|---|---|---|---|

**Andrea Harrison**
7607 The Terrace Pkwy
Northport, AL 35473

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | | $1,004.25 | $1,004.25 |
|---|---|---|---|---|

**Andretti Robinson**
1869 Co. Rd 1
Gallion, AL 36742

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | | $470.30 | $470.30 |
|---|---|---|---|---|

**Angelica Perez**
6800 McFarland Blvd Lot 776
Northport, AL 35473

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.15**    Priority creditor's name and mailing address

**Angeline Pascual**
**6800 McFarland Blvd Lot 96**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$468.70     $468.70

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.16**    Priority creditor's name and mailing address

**Anthony Robinson**
**12670 CR 208**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$289.49     $289.49

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.17**    Priority creditor's name and mailing address

**Antoinette Jackson**
**1910 Short Blount Street, Apt. 8G**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$244.69     $244.69

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.18**    Priority creditor's name and mailing address

**Antonio Dew**
**807 Vassie Knott Court**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$324.65     $324.65

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.91 | $274.91 |
|---|---|---|---|---|

**Antonio Jones**
**338 Carver Circle**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | | $1,654.92 | $1,654.92 |
|---|---|---|---|---|

**Antonio Williams**
**1800 Links Blvd Apt. 409**
**Tuscaloosa, AL 35405**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | | $373.32 | $373.32 |
|---|---|---|---|---|

**Barbara Royal**
**7 May Lane**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | | $389.70 | $389.70 |
|---|---|---|---|---|

**Beatriz Rodrigu**
**1935 Harper Road Lot 23**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471.30 | $471.30 |
|---|---|---|---|---|
| | **Bertha Freeman**<br>**PO Box 176**<br>**Gainesville, AL 35464** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $382.50 | $382.50 |
|---|---|---|---|---|
| | **Bessie Nickson**<br>**821 Praire Ave Apt 8**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $393.75 | $393.75 |
|---|---|---|---|---|
| | **Betty Cochran**<br>**112 West End Avenue**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,058.82 | $2,058.82 |
|---|---|---|---|---|
| | **Brian Taylor**<br>**540 Clearview Road**<br>**Birmingham, AL 35226** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.25 | $527.25 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Briana Jones**
**25 Shady Drive Lot 2**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 |
|------|

**Brooklan Smith**
**278 Candys Landing Rd**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$883.96    $883.96

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 |
|------|

**Bruce Cray**
**333 Kirksey Ave.**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$482.80    $482.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 |
|------|

**Bryan Washington**
**1243 County Road 125**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$464.46    $464.46

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| **2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.50    $469.50 |

**2.31** Priority creditor's name and mailing address

**Candias Coronado**
**6800 McFarland Blvd Lot 198**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$469.50      $469.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.32** Priority creditor's name and mailing address

**Cara Harris**
**121 Rainbow Circle**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$471.20      $471.20

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33** Priority creditor's name and mailing address

**Carol Richmond**
**212 Highway 16 West**
**Yazoo City, MS 39194**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$1,904.52      $1,904.52

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.34** Priority creditor's name and mailing address

**Catrina Magee**
**3101 Claude Jackson #35**
**Aliceville, AL 35442**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$481.58      $481.58

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document     Page 10 of 92

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.72 | $297.72 |
|---|---|---|---|---|

**Cedric Magee**
PO Box 42
Panola, AL 35477

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.53 | $145.53 |
|---|---|---|---|---|

**Cesaleah Merriweather**
416 ONeal St
Eutaw, AL 35462

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,492.51 | $1,492.51 |
|---|---|---|---|---|

**Charles Kelly**
15061 Green Circle
Northport, AL 35475

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Christina Valdez**
6800 McFarland Blvd Lot 54
Northport, AL 35476

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,196.77 | $3,196.77 |
|---|---|---|---|---|

**Christine Costley**
2716 Manley Avenue
Metairie, LA 70001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.23 | $320.23 |
|---|---|---|---|---|

**Christopher Biffle**
109 Morgan Drive
Livingston, AL 35470

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.06 | $381.06 |
|---|---|---|---|---|

**Christopher Taylor**
505 S. Strawberry St.
Demopolis, AL 36732

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.05 | $379.05 |
|---|---|---|---|---|

**Clarence McCalpine**
551 McCalpine Road
Sawyerville, AL 36776

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.00 | $690.00 |
|------|---|---|---|---|

**Cleophus Howard**
**PO Box 1174**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | | $263.32 | $263.32 |
|------|---|---|---|---|

**Curtis Means**
**1980 County Road 174**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | | $238.89 | $238.89 |
|------|---|---|---|---|

**Curtisetta Jones**
**520 Joseph Wilder Court**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | | $282.60 | $282.60 |
|------|---|---|---|---|

**Daisy Lopez**
**6800 McFarland Blvd Lot 5**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.50 | $470.50 |
|---|---|---|---|---|

**Daisy Robinson**
**1125 Ward Street**
**Greensboro, AL 36744**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.40 | $190.40 |
|---|---|---|---|---|

**Damian Womer**
**365 Yellow Creek Road**
**Gallion, AL 36742**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.31 | $525.31 |
|---|---|---|---|---|

**David Billingsley**
**647 Hopewell Road**
**Marion, AL 36756**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,657.89 | $2,657.89 |
|---|---|---|---|---|

**David Greene**
**3716 Frontier Street**
**Northport, AL 35475**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,715.62 | $1,715.62 |
| --- | --- | --- | --- | --- |
| | **David Phillips**<br>**505 Energy Center Blvd**<br>**Northport, AL 35473** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $945.35 | $945.35 |
| --- | --- | --- | --- | --- |
| | **Deacater Copeland**<br>**307 Barnes Street**<br>**Demopolis, AL 36732** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $217.14 | $217.14 |
| --- | --- | --- | --- | --- |
| | **Deandre Hill**<br>**302 Levi Morrow Sr. Court**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $722.00 | $722.00 |
| --- | --- | --- | --- | --- |
| | **Deaudrea Houston**<br>**257 Rasberry Lane**<br>**Gallion, AL 36742** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.98 | $786.98 |
|---|---|---|---|---|
| | **Deborah Cook** | *Check all that apply.* | | |
| | **401 Shiloh Lane** | ■ Contingent | | |
| | **Tuscaloosa, AL 35406** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.54 | $711.54 |
|---|---|---|---|---|
| | **Debra Wommack** | *Check all that apply.* | | |
| | **1844 Maria Avenue** | ■ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.80 | $34.80 |
|---|---|---|---|---|
| | **Demarious Banks** | *Check all that apply.* | | |
| | **1006 North Street** | ■ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.04 | $680.04 |
|---|---|---|---|---|
| | **Demetrius Drake** | *Check all that apply.* | | |
| | **164 Strong Lane** | ■ Contingent | | |
| | **Boligee, AL 35443** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.29 | $330.29 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Denise Hill**
**828 Joseph Wilder Circle**
**Eutaw, AL 35462**

_Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.00 | $1,003.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Deonte Edwards**
**191 Summerhill Road**
**Demopolis, AL 36732**

_Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.43 | $227.43 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**DeQuante Hunter**
**200 B Howard Irvin Drive**
**Eutaw, AL 35462**

_Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.21 | $222.21 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Desmond Simmons**
**325 Carver Cir**
**Eutaw, AL 35462**

_Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,094.55 | $1,094.55 |

**Devonn Miller**
**390 Jourdan Road**
**Brooksville, MS 39739**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.92 | $352.92 |

**Ebonie Owens**
**236 Clinton Road**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.59 | $315.59 |

**Edwin Castro**
**6800 McFarland Blvd Lot 3**
**Northport, AL 35476**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.70 | $470.70 |

**Elizabeth Perez**
**2410 Snow Mills Ave.**
**Northport, AL 35476**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|--------|------|-----|------|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address<br>**Elmer Jackson**<br>**1018 CR 150**<br>**Boligee, AL 35443** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,187.03 | $1,187.03 |
|------|------|------|------|------|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>**Emelina Rodriguez**<br>**2015 24th Street**<br>**Northport, AL 35476** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $470.00 | $470.00 |
|------|------|------|------|------|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address<br>**Emily Lacey**<br>**1139 Heritage Lane**<br>**Tuscaloosa, AL 35406** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $943.46 | $943.46 |
|------|------|------|------|------|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address<br>**Ennis Johnson**<br>**402 Oliver Ave.**<br>**Eutaw, AL 35462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $392.80 | $392.80 |
|------|------|------|------|------|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $923.08 | $923.08 |
|---|---|---|---|---|

**Enrique Rivera**
**6610 Portuguese Bend Drive**
**Missouri City, TX 77459**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $436.80 | $436.80 |
|---|---|---|---|---|

**Eric Hutton**
**308 Chambers**
**Eutaw, AL 35462**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.01 | $426.01 |
|---|---|---|---|---|

**Eric Richardson**
**811 Wood Loop Road**
**Newbern, AL 36765**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.00 | $469.00 |
|---|---|---|---|---|

**Esther Ramirez**
**6800 McFarland Blvd**
**Northport, AL 35476**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document    Page 20 of 92

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.74 | $244.74 |
|------|---|---|---|---|

**Felicia Pickens**
**300 Curve Lane**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | | $351.36 | $351.36 |
|------|---|---|---|---|

**Felipe Miguel**
**6800 McFarland Blvd Lot 3**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | | $387.75 | $387.75 |
|------|---|---|---|---|

**Fermin Matias**
**1015 Bridge Ave.**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | | $388.51 | $388.51 |
|------|---|---|---|---|

**Frederick Grant**
**881 Caleb Burroughs Road**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.55 | $447.55 |
|------|-----|-----|-----|-----|
| | **Gabrielle Parker**<br>**249 County Road 28 Apt 3B**<br>**Greensboro, AL 36744** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,496.34 | $1,496.34 |
|------|-----|-----|-----|-----|
| | **Garland Sanders**<br>**9960 Lenox Circle**<br>**Tuscaloosa, AL 35405** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 | $62.00 |
|------|-----|-----|-----|-----|
| | **Grace Spencer**<br>**423 Roebuck Avenue**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $538.44 | $538.44 |
|------|-----|-----|-----|-----|
| | **Grace Summerville**<br>**325 Clinton Road**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.83** | Priority creditor's name and mailing address<br>**Greene County Revenue**<br>**Commissioner**<br>**PO Box 510**<br>**Eutaw, AL 35462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$67,663.33** | **$67,663.33** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Regulatory/Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.84** | Priority creditor's name and mailing address<br>**Grover Houston**<br>**139 Granny River Road**<br>**Gallion, AL 36742** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$678.75** | **$678.75** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.85** | Priority creditor's name and mailing address<br>**Hale County Tax Collector**<br>**1001 Main Street**<br>**Greensboro, AL** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$167.89** | **$167.89** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Regulatory/Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.86** | Priority creditor's name and mailing address<br>**Henry Bonilla**<br>**4654 Ashley Hill Cir**<br>**Tuscaloosa, AL 35405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,960.26** | **$2,960.26** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,081.50 | $1,081.50 |
|---|---|---|---|---|

**Henry Jones**
**628 East Floyce Street**
**Ruleville, MS 38771**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,398.34 | $1,398.34 |
|---|---|---|---|---|

**Henry Thrower**
**13585 Fondren Rd**
**Northport, AL 35475**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,092.57 | $1,092.57 |
|---|---|---|---|---|

**Internal Revenue Service**

**PO Box 7346**
**Philadelphia, PA 19101-7346**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6702**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318.35 | $318.35 |
|---|---|---|---|---|

**Iresa Spencer**
**300 Curve Ln**
**Boligee, AL 35443**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,258.93 | $2,258.93 |
|---|---|---|---|---|
| | **IRS**<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Medicare Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,658.59 | $9,658.59 |
|---|---|---|---|---|
| | **IRS**<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Social Security Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913.95 | $913.95 |
|---|---|---|---|---|
| | **Jacob Thompson**<br>**305 West Barnes Street**<br>**Demopolis, AL 36732** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $676.70 | $676.70 |
|---|---|---|---|---|
| | **Jacquelin Tubbs**<br>**100 Hopskin Street Sect. C Apt. 56**<br>**Livingston, AL 35470** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Jacqueline Atkins**
PO Box 173
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.79 | $327.79 |
|---|---|---|---|---|

**Jalen Pelt**
260 County Road 82 Apt 3
Boligee, AL 35443

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.81 | $626.81 |
|---|---|---|---|---|

**James Brown**
821 Joseph Wilder Circle
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,583.09 | $2,583.09 |
|---|---|---|---|---|

**James Hughes**
505 Energy Center Blvd.
Northport, AL 35473

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,369.14 | $5,369.14 |
|---|---|---|---|---|

**James Lamb**
**505 Energy Center Blvd**
**Northport, AL 35473**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.00 | $1,384.00 |
|---|---|---|---|---|

**James Zanders**
**126 Cottonwood Lane**
**Gallion, AL 36742**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.54 | $342.54 |
|---|---|---|---|---|

**Janice Jones**
**115 Meadow Street**
**Eutaw, AL 35462**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $684.00 | $684.00 |
|---|---|---|---|---|

**Jeremy Ford**
**2004 Eastern Circle**
**Demopolis, AL 36732**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.63 | $361.63 |
|---|---|---|---|---|

**Jerome Carpenter**
**477 Demopolis Road**
**Eutaw, AL 35462**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.88 | $902.88 |
|---|---|---|---|---|

**Jesse Daniel**
**135 Butterfly Lane**
**Jefferson, AL 36745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.00 | $471.00 |
|---|---|---|---|---|

**Jessica Medina**
**2019 24th Street**
**Northport, AL 35476**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.50 | $469.50 |
|---|---|---|---|---|

**Jessica Seeley**
**3201 34th Ave**
**Northport, AL 35476**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $557.74 | $557.74 |
|---|---|---|---|---|
| | **Jody Day**<br>**PO Box 506**<br>**Demopolis, AL 36732** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Johanna Motanes**<br>**6800 McFarland Blvd Lot 104**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,346.15 | $1,346.15 |
|---|---|---|---|---|
| | **John Crawford**<br>**25218 Highway 25 North**<br>**Greensboro, AL 36744** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,865.38 | $1,865.38 |
|---|---|---|---|---|
| | **John Elmore**<br>**181 Driftwood Lane**<br>**Boligee, AL 36743** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|--------|----------|----------------------|-----------|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.10 | $1,267.10 |
|-------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**2.111** Priority creditor's name and mailing address
**John Marshall**
**140 Valley View Gardens**
**Moundville, AL 35474**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$1,267.10        $1,267.10

---

**2.112** Priority creditor's name and mailing address
**John Womer**
**365 Yellow Creek Road**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$1,405.16        $1,405.16

---

**2.113** Priority creditor's name and mailing address
**Jordan Bowen**
**101 Pine Street**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$14.34        $14.34

---

**2.114** Priority creditor's name and mailing address
**Joseph Merritt**
**1100 US Hwy 43 Apt 7**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$308.03        $308.03

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document    Page 30 of 92

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Joseph Taylor**
**2003 James Drive**
**Demopolis, AL 36732**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,566.45 | $1,566.45 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Joshua Allums**
**1454 Roderick Rd.**
**Mobile, AL 36618**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.50 | $389.50 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Juan Garcia**
**1601 7th Street**
**Northport, AL 35476**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.81 | $264.81 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Juaquita Smith**
**117 5th Ave**
**York, AL 36925**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

**2.119**

Priority creditor's name and mailing address
**Justin Funk**
**505 Energy Center Blvd.**
**Northport, AL 35473**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$2,335.24    $2,335.24

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.120**

Priority creditor's name and mailing address
**Juvy Barton**
**1400 County Road 78**
**Uniontown, AL 36786**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$92.00    $92.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.121**

Priority creditor's name and mailing address
**Juwan Wesley**
**313 Levi Morrow Sr Court**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$61.62    $61.62

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.122**

Priority creditor's name and mailing address
**Kelvin Fritts**
**305 West Oakley Ave.**
**Linden, AL 36748**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$622.05    $622.05

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.76 | $321.76 |
|---|---|---|---|---|
| | **Kendrick Desroches**<br>**809 Prairie Avenue**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.16 | $238.16 |
|---|---|---|---|---|
| | **Kentrell Gholston**<br>**205 Howard Irwin Drive**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.08 | $173.08 |
|---|---|---|---|---|
| | **Kerry Giesbrecht**<br>**1253 Douglas Road**<br>**Macon, MS 39341** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.92 | $428.92 |
|---|---|---|---|---|
| | **Kevinanna Means**<br>**308 Banks Avenue**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.56 | $52.56 |
|---|---|---|---|---|
| | **Khadijah Thomas**<br>**305 McConnell Street**<br>**York, AL 36925** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $438.00 | $438.00 |
|---|---|---|---|---|
| | **La'Kenta Harris**<br>**420 Branch Heights Drive**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.40 | $183.40 |
|---|---|---|---|---|
| | **LaDedrick Hunter**<br>**219 John Chambers Ct.**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $573.18 | $573.18 |
|---|---|---|---|---|
| | **Lahendrick Harkness**<br>**7971 County Road 191**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.30 | $52.30 |
|---|---|---|---|---|

**LaKendrick Jordan**
**301 Oneal Street**
**Eutaw, AL 35462**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.24 | $322.24 |
|---|---|---|---|---|

**Lakita Allen**
**420 Wm Branch Height Drive**
**Eutaw, AL 35462**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.44 | $747.44 |
|---|---|---|---|---|

**Lamarkus Mobley**
**186 Country Lane Road**
**Boligee, AL 35443**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.24 | $258.24 |
|---|---|---|---|---|

**Lamichael Powell**
**709 Franchie Burton Ct**
**Eutaw, AL 35462**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.09 | $243.09 |
|---|---|---|---|---|

**Lashonte Harris**
**2102 Old Spring Hill Road**
**Demopolis, AL 36732**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.00 | $477.00 |
|---|---|---|---|---|

**Latoya Edwards**
**1156 W. End St., Apt. 211**
**Eutaw, AL 35462**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.84 | $384.84 |
|---|---|---|---|---|

**Latoya Green**
**205 Eastridge Apt. #2-b**
**Greensboro, AL 36744**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.76 | $263.76 |
|---|---|---|---|---|

**Latroy Consentine**
**326 Levi Morrow Sr. Court**
**Eutaw, AL 35462**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.20 | $390.20 |
|---|---|---|---|---|

**Laura Gomez Xan**
6800 McFarland Blvd Lot 776
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.140 | Priority creditor's name and mailing address | | $580.32 | $580.32 |
|---|---|---|---|---|

**Laura Hutton**
PO Box 383
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.141 | Priority creditor's name and mailing address | | $531.49 | $531.49 |
|---|---|---|---|---|

**Lawanda Mcintosh**
PO Box 125
Bellamy, AL 36901

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.142 | Priority creditor's name and mailing address | | $144.21 | $144.21 |
|---|---|---|---|---|

**Laytoya Jackson**
1056 Martin Road
Greensboro, AL 36744

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,051.88 | $1,051.88 |
|---|---|---|---|---|
| | **LaZarus Mitchell**<br>**34257 US Hwy 43 S**<br>**Gallion, AL 36742** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $336.89 | $336.89 |
|---|---|---|---|---|
| | **Leighann Price**<br>**207 Hale Street**<br>**Macon, MS 39341** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.48 | $385.48 |
|---|---|---|---|---|
| | **Leroy Saxton, Jr.**<br>**352 Country Lane Road**<br>**Boligee, AL 35443** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $138.33 | $138.33 |
|---|---|---|---|---|
| | **Leundra Moore**<br>**450 Cahaba Road**<br>**Uniontown, AL 36786** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 19-70152-JHH11     Doc 194     Filed 04/04/19     Entered 04/04/19 15:50:38     Desc
Main Document     Page 38 of 92

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.08 | $446.08 |
|---|---|---|---|---|

**Lillie Carter**
**214 Kinnard Road**
**York, AL 36925**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,248.24 | $1,248.24 |
|---|---|---|---|---|

**Lisa Bott**
**243 Marigold Drive**
**Greensboro, AL 36744**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Lisa Wells**
**9713 Moonbeam Circle**
**Tuscaloosa, AL 35405**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.30 | $389.30 |
|---|---|---|---|---|

**Lisvette Melecio**
**6800 McFarland Blvd Lot 107**
**Northport, AL 35476**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Case 19-70152-JHH11   Doc 194   Filed 04/04/19   Entered 04/04/19 15:50:38   Desc
Main Document   Page 39 of 92

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.50 | $555.50 |
|---|---|---|---|---|

**Loderrin Cherry**
**24479 County Road 20**
**Boligee, AL 35443**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $497.38 | $497.38 |
|---|---|---|---|---|

**Lorenzo Walker**
**812 Joseph Wilder Circle**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $364.18 | $364.18 |
|---|---|---|---|---|

**Loretta Turner**
**PO Box 97**
**Gainesville, AL 35464**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $619.33 | $619.33 |
|---|---|---|---|---|

**Loria Lofton**
**32005 AL Hwy 17**
**Emelle, AL 35459**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $580.81 | $580.81 |
|---|---|---|---|---|

**Lucille Britford**
PO Box 612
Greensboro, AL 36744

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address |  | $956.45 | $956.45 |
|---|---|---|---|---|

**Lyndon Martin**
503 Earl Avenue
Demopolis, AL 36732

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address |  | $474.06 | $474.06 |
|---|---|---|---|---|

**Marcus Spencer**
374 Country Lane Road
Boligee, AL 35443

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address |  | $1,654.92 | $1,654.92 |
|---|---|---|---|---|

**Marcus Williams**
2471 Fairground Street
Greensboro, AL 36744

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 19-70152-JHH11     Doc 194     Filed 04/04/19     Entered 04/04/19 15:50:38     Desc
Main Document          Page 41 of 92

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.44 | $477.44 |
|---|---|---|---|---|

**Margie Bates**
2289 Bates Rd.
Newbern, AL 36765

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.160 | Priority creditor's name and mailing address | | $471.20 | $471.20 |
|---|---|---|---|---|

**Maria Gonzalez**
2300 18th Ave.
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.161 | Priority creditor's name and mailing address | | $389.50 | $389.50 |
|---|---|---|---|---|

**Mariela Guerra**
1801 Harper Road Lot 38
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.162 | Priority creditor's name and mailing address | | $470.20 | $470.20 |
|---|---|---|---|---|

**Melinda Morales**
6800 McFarland Blvd Lot 94
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-70152-JHH11   Doc 194   Filed 04/04/19   Entered 04/04/19 15:50:38   Desc
Main Document   Page 42 of 92

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $540.00 | $540.00 |
|---|---|---|---|---|

**Melonee Coats**
**603 Jones Drive**
**Demopolis, AL 36732**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,074.58 | $1,074.58 |
|---|---|---|---|---|

**Michael Chilcutt**
**404 Eutaw Avenue**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,121.28 | $1,121.28 |
|---|---|---|---|---|

**Michael Harris**
**365 Springfield Road**
**Sawyerville, AL 36776**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,879.72 | $2,879.72 |
|---|---|---|---|---|

**Michael Miller**
**505 Energy Center Blvd**
**Northport, AL 35473**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-70152-JHH11   Doc 194   Filed 04/04/19   Entered 04/04/19 15:50:38   Desc
Main Document   Page 43 of 92

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618.64 | $618.64 |
|---|---|---|---|---|

**Michael Pratt**
3231 US Highway 11
Cuba, AL 36907

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.30 | $704.30 |
|---|---|---|---|---|

**Michael Thomas**
305 McConnell Street
York, AL 36925

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.55 | $372.55 |
|---|---|---|---|---|

**Michelle Butler**
103 A Street #14
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $393.70 | $393.70 |
|---|---|---|---|---|

**Michelle Jorge**
2302 Deer Haven Drive
Northport, AL 35473

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.75 | $372.75 |
|---|---|---|---|---|
| | **Monica Lewis** **PO Box 54** **Myrtlewood, AL 36763** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.22 | $486.22 |
|---|---|---|---|---|
| | **Morgan McGhee** **670 Westend Street Apt 134** **Eutaw, AL 35462** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.50 | $514.50 |
|---|---|---|---|---|
| | **Mozell Morrow** **258 Kind Loop Road** **Eutaw, AL 35462** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.99 | $45.99 |
|---|---|---|---|---|
| | **Naveah Hassan** **32466 US Hwy 43 South** **Gallion, AL 36742** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061.45 | $1,061.45 |
|---|---|---|---|---|
| | **Oliver Anthony** | *Check all that apply.* | | |
| | **25791 AL 69** | ■ Contingent | | |
| | **Sweet Water, AL 36782** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |
|---|---|---|---|---|
| | **Otis Henderson** | *Check all that apply.* | | |
| | **207 B Street** | ■ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.64 | $402.64 |
|---|---|---|---|---|
| | **Patricia Jemison** | *Check all that apply.* | | |
| | **330 Carver Circle** | ■ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.70 | $457.70 |
|---|---|---|---|---|
| | **Prenicia Pinkerton** | *Check all that apply.* | | |
| | **303 Pearl Street** | ■ Contingent | | |
| | **Gainesville, AL 35464** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.92 | $495.92 |
|---|---|---|---|---|

**Prentice Taylor**
**209 Howard Irvin Drive**
**Eutaw, AL 35462**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.25 | $625.25 |
|---|---|---|---|---|

**Ran'Darius Bevelle**
**77 Boxwood Drive**
**Forkland, AL 36740**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Randall McCrory**
**171 Chinquapin Trace**
**Greensboro, AL 36744**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.80 | $471.80 |
|---|---|---|---|---|

**Rebecca Esquivel**
**3928 31st**
**Tuscaloosa, AL 35401**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.89 | $1,218.89 |
|---|---|---|---|---|

**Rhonda Haynes**
**101 Pine Ridge**
**Gallion, AL 36742**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,149.44 | $1,149.44 |
|---|---|---|---|---|

**Ricardo Harris**
**17 Juniper Street**
**Gallion, AL 36742**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.06 | $794.06 |
|---|---|---|---|---|

**Richard Johnson**
**10 Bank Quarters**
**Uniontown, AL 36786-2548**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.88 | $446.88 |
|---|---|---|---|---|

**Robert Herron**
**811 Woods Loop Rd**
**Newbern, AL 36765**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.98 | $349.98 |

**Robert Webber**
**219 Country Road 174**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | | $569.62 | $569.62 |

**Roderick Mcintosh**
**45 Edgewood Drive**
**Dixons Mills, AL 36736**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | | $280.58 | $280.58 |

**Rodney McIntosh**
**355 Culbert Street**
**Livingston, AL 35470**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | | $229.28 | $229.28 |

**Rodney Speights**
**426 Outland Road**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.66 | $266.66 |
|---|---|---|---|---|

**Rolando Leon**
6800 McFarland Blvd Lot 161
Northport, AL 35476

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,437.46 | $1,437.46 |
|---|---|---|---|---|

**Ronda Pinson**
706 Ashley Ln
Tupelo, MS 38801

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.12 | $250.12 |
|---|---|---|---|---|

**Ruben Alfaro**
6800 McFarland Blvd. Lot 161
Northport, AL 35476

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.70 | $539.70 |
|---|---|---|---|---|

**Sammy Jackson**
5571 County Rd 23
Aliceville, AL 35442

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.80 | $527.80 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Sasha Cruz**<br>**1709 Martin Luther Blvd.**<br>**Northport, AL 35476** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.48 | $494.48 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Shaneice Fulgham**<br>**105 Branch Heights Drive**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.47 | $590.47 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Sharita Shika**<br>**78 Millwood Rd**<br>**Greensboro, AL 36744** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.60 | $711.60 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Sharkeal Adams**<br>**208 Hower Avenue**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.34 | $211.34 |

2.199 Priority creditor's name and mailing address
**Shaundra Gibson**
**426 Outland Road**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$211.34        $211.34

---

2.200 Priority creditor's name and mailing address
**Shaundricka Benison**
**800 South Glover Avenue**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$115.86        $115.86

---

2.201 Priority creditor's name and mailing address
**Shawn Carter**
**309 Almwell Road**
**Toxey, AL 36921-4003**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$142.92        $142.92

---

2.202 Priority creditor's name and mailing address
**Steve Smith**
**7030 County Road 21**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$984.20        $984.20

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $953.89 | $953.89 |
|-------|-----------|-----------|-----------|-----------|

**2.203**

Priority creditor's name and mailing address
**Steven Banks**
**1732 Brush Creek Dr.**
**Sawyerville, AL 36776**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$953.89 $953.89

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.204**

Priority creditor's name and mailing address
**Steven Crawford**
**9602 Stonecross Bend Drive**
**Houston, TX 77070**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$6,105.23 $6,105.23

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.205**

Priority creditor's name and mailing address
**Tacoris Underwood**
**110 Branch Heights**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$267.38 $267.38

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.206**

Priority creditor's name and mailing address
**Tamaeriea Daniels**
**5390 AL Highway 116**
**Gainesville, AL 35464**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$169.07 $169.07

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.78 | $348.78 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Tamika Noland**<br>**154 Clinton Road**<br>**Eutaw, AL 35462** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $543.73 | $543.73 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Tanya McIntosh**<br>**PO Box 56**<br>**Bellamy, AL 36901** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846.15 | $846.15 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Taylor Brown**<br>**12977 AL Highway 69**<br>**Greensboro, AL** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.66 | $237.66 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Te Aron Wilson**<br>**534 Outland Road**<br>**Boligee, AL 35443** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $489.62 | $489.62 |
|---|---|---|---|---|

**Tempestt McIntosh**
PO Box 222
Livingston, AL 35470

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Teresa Alonzo**
6800 McFarland Blvd Lot 92
Northport, AL 35476

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.77 | $301.77 |
|---|---|---|---|---|

**Theophus Scott**
32 Dodge Drive
Forkland, AL 36740

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Timothy Taylor**
3301 Loope Road East Apt. #206
Tuscaloosa, AL 35404

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,063.68 | $1,063.68 |
| | **Tommy Wilson** | Check all that apply. | | |
| | **302 West Jackson Street, Lot 5** | ■ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.11 | $749.11 |
| | **Tonia Osburn** | Check all that apply. | | |
| | **1807 Vine Avenue** | ■ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.78 | $268.78 |
| | **Tony Turner** | Check all that apply. | | |
| | **68 Dunlap Road** | ■ Contingent | | |
| | **Forkland, AL 36740** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.04 | $788.04 |
| | **Tonya Bonds** | Check all that apply. | | |
| | **113 Apple Lane** | ■ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.50 | $605.50 |
|---|---|---|---|---|

**2.219** Priority creditor's name and mailing address
**Tracy Watts**
**PO Box 1073**
**Uniontown, AL 36786**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$605.50   $605.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.220** Priority creditor's name and mailing address
**Travis Young**
**616 Oscar Williams Court**
**Eutaw, AL**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$324.80   $324.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.221** Priority creditor's name and mailing address
**Troy Hutton**
**422 Clinton Road**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$256.50   $256.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.222** Priority creditor's name and mailing address
**Tyrronce Young**
**2030 A Street Unit 25**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$29.30   $29.30

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document        Page 57 of 92

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.08 | $107.08 |
|---|---|---|---|---|

**Vanessa Hibbler**
219B Streut Kingsville
Eutaw, AL 35462

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.25 | $1,121.25 |
|---|---|---|---|---|

**Vaughn Koehn**
10180 Strong Road
Aberdeen, MS 39730

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.69 | $454.69 |
|---|---|---|---|---|

**Vera Epes**
PO Box 76
Epes, AL 35460

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.40 | $396.40 |
|---|---|---|---|---|

**Vernell Stewart**
685 County Road 181
Eutaw, AL 35462

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.227 | Priority creditor's name and mailing address<br>**Victoria Villareal**<br>**1927 MLKing Jr Blvd**<br>**Tuscaloosa, AL 35401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $390.50    $390.50 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.228 | Priority creditor's name and mailing address<br>**Virginia Finch**<br>**320 Levi Morrow Sr. Ct.**<br>**Eutaw, AL 35462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $447.57    $447.57 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.229 | Priority creditor's name and mailing address<br>**William Aquino**<br>**1145 Pyramid St.**<br>**San Diego, CA 92114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,923.08    $1,923.08 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.230 | Priority creditor's name and mailing address<br>**William Harris**<br>**1100 US Highway 80, Apt B6**<br>**Demopolis, AL 36732** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $479.52    $479.52 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.22 | $1,083.22 |
|---|---|---|---|---|

**William Miller**
602 6th Avenue East
Linden, AL 36748

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.50 | $704.50 |
|---|---|---|---|---|

**William Sledge**
301 Demopolis St
Greensboro, AL 36744

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.76 | $402.76 |
|---|---|---|---|---|

**Willie Webb**
7357 Sumter 24
Emelle, AL 35459

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.45 | $516.45 |
|---|---|---|---|---|

**Yvette Hernandez**
6800 McFarland Blvd Lot 1
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|
| | **A La Carte Specialty Foods**<br>**501 Louisiana Street**<br>**Westwego, LA 70094-4141** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,350.00** |
|---|---|---|---|
| | **AB Vista, Inc.**<br>**150 S. Pine Island Rd., Ste. 270**<br>**Fort Lauderdale, FL 33324-2677** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,711.73** |
|---|---|---|---|
| | **Acosta, Inc.**<br>**6600 Corporate Center Pkwy.**<br>**Jacksonville, FL 32216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,050.30** |
|---|---|---|---|
| | **ADM Milling Co.**<br>**P.O. Box 745086**<br>**Atlanta, GA 30374-5086** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,919.92** |
|---|---|---|---|
| | **Advanced Disposal Services**<br>**P.O. Box 743019**<br>**Atlanta, GA 30374-3019** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,999.52** |
|---|---|---|---|
| | **Aflac, Inc.**<br>**1932 Wynnton Rd**<br>**Columbus, GA 31999** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|
| | **Agiloc International Inc.**<br>**100 N. Hill Drive #51**<br>**Brisbane, CA 94005** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,571.43 |
|---|---|---|---|

**Alabama Department of Environmental Mana**
PO Box 301463
Montgomery, AL 36130-1463

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Regulatory/Taxes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,633.19 |
|---|---|---|---|

**Alabama Dept. of Agriculture**
1445 Federal Drive
Montgomery, AL 36107

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Regulatory/Taxes**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.00 |
|---|---|---|---|

**Alabama Elevator & Accesibility**
PO Box 680930
Prattville, AL 36068-0930

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,139,517.24 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

Date(s) debt was incurred **8/1/2017**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,440,437.88 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

Date(s) debt was incurred **10/31/2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Term Loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.00 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,461.92 |
|---|---|---|---|

**Alabama Power Company**
600 North 18th St.
Birmingham, AL 35203-2200

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document    Page 62 of 92

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,062.30 |
|---|---|---|---|

**American Colloid Company**
PO Box 955112
Saint Louis, MO 63195-5112

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,752.40 |
|---|---|---|---|

**Ampro Products, Inc.**
PO Box 930211
Atlanta, GA 31193

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.75 |
|---|---|---|---|

**Andalusia Farmers Cooperative**
P.O. Box  1335
Andalusia, AL 36420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,183.62 |
|---|---|---|---|

**Andress Engineering Assoc.**
131 Airpark Industrial Rd.
Alabaster, AL 35007

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.33 |
|---|---|---|---|

**Applied Indutries Tech**
One Applied Plaza,E 36th & Euclid
Cleveland, OH 44115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.37 |
|---|---|---|---|

**Aramark Uniform & Career Apparel Group**
P.O. Box 904103
Charlotte, NC 28290-4103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.90 |
|---|---|---|---|

**Arbon Equipment**
25464 Network Place
Chicago, IL 60673-1254

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $22,195.01 |
|---|---|---|---|---|

Ardent Mills, LLC
33250 Collection Center Dr.
Chicago, IL 60693-0332

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $3,652.43 |
|---|---|---|---|---|

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $2,193.82 |
|---|---|---|---|---|

Atlas Welding Supply Co., Inc.
3530 Greensboro Ave.
Tuscaloosa, AL 35401-7002

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $6,163.43 |
|---|---|---|---|---|

Automation Personnel Services
PO Box 936648
Atlanta, GA 31193-6648

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $22,158.14 |
|---|---|---|---|---|

BAADER North America
3086 Paysphere Circle
Chicago, IL 60674-0030

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $223.20 |
|---|---|---|---|---|

Banks & Company
James O. Banks
101 Greensboro Street
Eutaw, AL 35462

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $152.00 |
|---|---|---|---|---|

Blue Beacon International
PO Box 856
Salina, KS 67402-0856

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,388.24 |
|---|---|---|---|

**Blue Cross Blue Shield**
**Payment Processing**
**450 Riverchase Parkway East**
**Birmingham, AL 35236-0037**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Wages/Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.30 |
|---|---|---|---|

**Brownlee Auto Parts**
**120 Prairie Avenue**
**Eutaw, AL 35462**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.00 |
|---|---|---|---|

**Bucksaw Ridge**
**5870 Co. Rd. 21**
**Akron, AL 35441-2205**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,838.67 |
|---|---|---|---|

**Bunzl Processor Division**
**12240 Collection Center Drive**
**Chicago, IL 60693-0122**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,552.61 |
|---|---|---|---|

**Cain Steel and Supply**
**2650 20th Street**
**Tuscaloosa, AL 35401**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,332.32 |
|---|---|---|---|

**Canadian Biosystems, Inc.**
**4389-112th Avenue S.E.**
**Calgary, Alberta T2C 0J7**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $592.50 |
|---|---|---|---|

**Central Alabama Farmers Cooperative**
**P.O. Box 519**
**Demopolis, AL 36732**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.22 |
|---|---|---|---|

**Chem Aqua**
P.O. Box 971269
Dallas, TX 75397-1269

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Christon Peaster**
2454 Sansershill Road
Brooksville, MS 39739

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages/Contract Work 

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018.90 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 630910
Cincinnati, OH 45263-0910

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.11 |
|---|---|---|---|

**City of Demopolis Water Works**
PO Box 580
Demopolis, AL 36732

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|

**City of Eutaw Water Dept.**
PO Box 431
Eutaw, AL 35462

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.40 |
|---|---|---|---|

**City of Northport Water & Sewer Dept.**
3500 McFarland Blvd.
Northport, AL 35476-3181

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,023.50 |
|---|---|---|---|

**Clearwater Consultants**
PO Box 1328
Starkville, MS 39760

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document        Page 66 of 92

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.36 |
|---|---|---|---|

**Coastal Marketing Consultants**
**1501 15th Street NW, #104**
**Auburn, WA 98001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,181.60 |
|---|---|---|---|

**Collins Communications**
**1009 West Jackson Street**
**Demopolis, AL 36732-1699**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,844.04 |
|---|---|---|---|

**Collum Food Processing**
**1491 Thornton Street**
**Greenville, MS 38703-2443**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,719.16 |
|---|---|---|---|

**Colonial Bag Company**
**P. O. Box 929**
**Lake Park, GA 31636-0929**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,515.25 |
|---|---|---|---|

**Comdata**
**5301 Maryland Way**
**Brentwood, TN 37027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,831.96 |
|---|---|---|---|

**Commodity Specialists**
**PO Box 802233**
**Kansas City, MO 64180-2233**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,553.21 |
|---|---|---|---|

**Covia Lime, LLC**
**P.O. Box 198867**
**Atlanta, GA 30384-8867**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.12 |
|---|---|---|---|

**Covington Heavy Duty Parts**
P. O. Box 1049
Andalusia, AL 36420

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,626.95 |
|---|---|---|---|

**CPC Commodities**
98 Celsor Road
Fountain Run, KY 42133

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.80 |
|---|---|---|---|

**D&F Equipment Sales**
P.O. Box 275
Crossville, AL 35962-0275

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,205.00 |
|---|---|---|---|

**D'Iberville Cold Storage**
9392 Central Avenue
Diberville, MS 39540

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.50 |
|---|---|---|---|

**D.D. Reckner**
129 E. College Avenue
Westerville, OH 43081

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Dana Transport**
PO Box 370
Avenel, NJ 07001

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,683.00 |
|---|---|---|---|

**David Besson Partlow, III - Windy Hill**
421 Vicksburg Dr.
Tuscaloosa, AL 35406-1765

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,787.20 |
|---|---|---|---|

**Diversified Ingredients**
440 Mamaroneck Ave.
Harrison, NY 10528

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,294.96 |
|---|---|---|---|

**Dixie Feed & Trucking**
PO Box 301
Aliceville, AL 35442

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,243.04 |
|---|---|---|---|

**Double Wheel Farm**
5111 US Hwy 11 South
Boligee, AL 35443-3402

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,556.36 |
|---|---|---|---|

**Douglas Koehn-Quality Seining**
794 Greenfield Road
Brooksville, MS 39739

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.25 |
|---|---|---|---|

**Drake Printers**
PO Box 2448
Tuscaloosa, AL 35403-2448

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Drs. Ketcham & Dismukes Clinic**
P. O. Box 650
Demopolis, AL 36732

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,493.13 |
|---|---|---|---|

**Dyna-Lift**
P.O. Box 1348
Montgomery, AL 36102-1348

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,302.00 |
|---|---|---|---|

**Eagle Transportation**
7127 Hwy 98 W, Ste. 50
Hattiesburg, MS 39402

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,106.19 |
|---|---|---|---|

**Edd Johnson & Associates**
PO Box 1117
Pelham, AL 35124-5117

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.00 |
|---|---|---|---|

**Edict Systems, Inc.**
2680 Indian Ripple Road
Dayton, OH 45440-3605

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,306.16 |
|---|---|---|---|

**Elysian Fish Farms**
1688 Co Rd 2
Gallion, AL 36742

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Euler Hermes Services North America**
800 Red Brook Blvd.
Owings Mills, MD 21117

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,639.00 |
|---|---|---|---|

**Eurofins-Louisville**
PO Box 2153, Dept. 1914
Birmingham, AL 35287-1914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|---|---|---|---|

**Extru-Tech, Inc.**
100 Airport Rd.
Sabetha, KS 66534-9418

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,099.20 |
|---|---|---|---|

**Fairway Dairy & Ingredients**
17725 Juniper Path
Lakeville, MN 55044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,630.71 |
|---|---|---|---|

**Farmers Grain**
PO Box 1796
Greenville, MS 38702-1796

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.20 |
|---|---|---|---|

**Federal Express Corp.**
PO Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,009.91 |
|---|---|---|---|

**FFE Transportation Services Inc.**
1145 Empire Central Place
Dallas, TX 75247-4305

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,150.00 |
|---|---|---|---|

**Fred Robertson Wrecker Service**
3702 Greensboro Ave.
Tuscaloosa, AL 35405-2845

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |
|---|---|---|---|

**Fredrick Taylor**
PO Box 149
Thomaston, AL 36783

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,077.76 |
|---|---|---|---|

**FS Group**
PO Box 2371
Albertville, AL 35950

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Gaddy Electric & Plumbing**
PO Box 480066
Linden, AL 36748-0066

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Gary W. Broussard DBA Beaver Creek Farms**
324 Baby St.
Newbern, AL 36765-3602

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,688.93 |
|---|---|---|---|

**Gavilon Ingredients, LLC**
P.O. Box 74008695
Chicago, IL 60674-8695

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,728.87 |
|---|---|---|---|

**Georgia Pacific Corrugated**
405 Maxwell Dr.
Albany, GA 31701-1615

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,790.84 |
|---|---|---|---|

**Givhan Land & Cattle c/o Sam Givhan**
6900 Alabama Hwy 5
Safford, AL 36773

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**Global Fire Sprinklers**
4242 Bryson Blvd.
Florence, AL 35630-7319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,015.91 |
|---|---|---|---|

**Golden Peanut Co.**
P.O. Box 745086
Atlanta, GA 30374-5086

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $853.01 |
|---|---|---|---|

**Grainger, Inc.**
**100 Grainger Pkwy.**
**Lake Forest, IL 60045-5202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | | $1,871.24 |
|---|---|---|---|

**Greensboro Farmer's Cooperative**
**P.O. Box 358**
**Greensboro, AL 36744-0358**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | | $1,026.73 |
|---|---|---|---|

**Gulf Coast Marine Supply Co.**
**P.O. Box 2088**
**Mobile, AL 36652-2088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | | $143.99 |
|---|---|---|---|

**Hach Company**
**2207 Collection Center Drive**
**Chicago, IL 60693-0022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | | $1,679.00 |
|---|---|---|---|

**Harmony Hill Trucking**
**1919 B Washington St.**
**Uniontown, AL 36786-4514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | | $13,500.00 |
|---|---|---|---|

**Heartland Catfish**
**55001 Highway 82-West**
**Itta Bena, MS 38941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | | $10,475.00 |
|---|---|---|---|

**Henry Welding, LLC**
**10248 AL Highway 14**
**Greensboro, AL 36744-5362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,520.50** |
|---|---|---|---|

**Hicks Pallets**
5746 Hannah Ct
Satsuma, AL 36572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,855.00** |
|---|---|---|---|

**Hilo Fish Company**
55 Holomua Street
Hilo, HI 96720

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,731.52** |
|---|---|---|---|

**HPSI Purchasing Services**
1101 Market Street
Philadelphia, PA 19107

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.93** |
|---|---|---|---|

**Hydro Power of MS**
318 Airport Rd
Pearl, MS 39208-6649

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$638.40** |
|---|---|---|---|

**ICWUC**
Attn:  Grover Houston
403 Maria Ave.
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,787.39** |
|---|---|---|---|

**Industrial Electric Motor Work**
P.O. Box 638
Marion, MS 39342-0638

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,462.85** |
|---|---|---|---|

**International Paper MPAK Warehouse**
PO Box C
Indianola, MS 38751-1243

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.99** | Nonpriority creditor's name and mailing address<br>**J & C Farms**<br>**PO Box 466**<br>**Macon, MS 39211**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,600.00** |
| **3.100** | Nonpriority creditor's name and mailing address<br>**J. Goodman & Associates**<br>**14544 Central Avenue #42**<br>**Chino, CA 91710**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$377.85** |
| **3.101** | Nonpriority creditor's name and mailing address<br>**J.J. Keller**<br>**PO Box 548**<br>**Neenah, WI 54957-0548**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$160.56** |
| **3.102** | Nonpriority creditor's name and mailing address<br>**JBT Cat**<br>**P.O. Box 772998**<br>**Chicago, IL 60677-0298**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,308.08** |
| **3.103** | Nonpriority creditor's name and mailing address<br>**Jensen Tuna**<br>**5885 Hwy. 311**<br>**Houma, LA 70360**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,925.00** |
| **3.104** | Nonpriority creditor's name and mailing address<br>**Joe's Repair Shop**<br>**PO Box 485**<br>**Eutaw, AL 35462**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,790.64** |
| **3.105** | Nonpriority creditor's name and mailing address<br>**Ken Diller**<br>**1661 CR 2**<br>**Gallion, AL 36742**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$105,897.52** |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.37 |
|---|---|---|---|

**Kiwi Coders Corp.**
265 East Messner Dr.
Wheeling, IL 60090-6495

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,275.97 |
|---|---|---|---|

**Kyle D. Schmidt**
2448 Hopewell Rd.
Brooksville, MS 39739-5165

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.39 |
|---|---|---|---|

**Kynard Tire & Repair, Inc.**
PO Box 400
Greensboro, AL 36744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |
|---|---|---|---|

**LaBudde Group, Inc.**
PO Box 309
Cedarburg, WI 53012

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,989.60 |
|---|---|---|---|

**Land O' Lakes Purina Feed LLC**
PO Box 404744
Atlanta, GA 30384-4744

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,651.14 |
|---|---|---|---|

**Lansing Trade Group, LLC**
15314 Collections Center Drive
Chicago, IL 60693-0153

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,817.90 |
|---|---|---|---|

**Lansing Vermont, Inc.**
PO Box 741671
Atlanta, GA 30374-1671

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.00 |
|---|---|---|---|

**Larsen Intermodal Services Inc.**
**12301 Old Gentilly Road**
**New Orleans, LA 70129-8219**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.79 |
|---|---|---|---|

**Ledwell**
**P.O. Box 1106**
**Texarkana, TX 75504-1106**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Lewis Pest Control**
**1001 S. Cedar Ave.**
**Demopolis, AL 36732**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,303.27 |
|---|---|---|---|

**LINA/Cigna**
**1601 Chestnut Street**
**Philadelphia, PA 19192**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,918.35 |
|---|---|---|---|

**Little Rock Farm**
**4446 County Road 10**
**Greensboro, AL 36744**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,661.32 |
|---|---|---|---|

**Livestock Nutrition Center, LLC**
**5860 Ridgeway Center Pkwy., Ste. 240**
**Memphis, TN 38120-4046**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,279.17 |
|---|---|---|---|

**Loren Diller**
**1661 Co. Rd. 2**
**Gallion, AL 36742**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.120** | |

**Nonpriority creditor's name and mailing address**
**Loyalty Food Brokers**
**1405 Buckner Rd.**
**Valrico, FL 33596-7166**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$287.29

---

| | |
|---|---|
| **3.121** | |

**Nonpriority creditor's name and mailing address**
**M&M Seining**
**483 Crawford Road**
**Greensboro, AL 36744**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,069.01

---

| | |
|---|---|
| **3.122** | |

**Nonpriority creditor's name and mailing address**
**MarketSmart, Inc.**
**11721 Whittier Blvd. #537**
**Whittier, CA 90601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| | |
|---|---|
| **3.123** | |

**Nonpriority creditor's name and mailing address**
**Marvin D. Gregory - Gregory & Sons**
**5113 Northwood Lake Drive East**
**Northport, AL 35473-2075**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$832.44

---

| | |
|---|---|
| **3.124** | |

**Nonpriority creditor's name and mailing address**
**Marvin's Credit Services**
**P.O. BOX 105525**
**Atlanta, GA 30348-5525**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$181.06

---

| | |
|---|---|
| **3.125** | |

**Nonpriority creditor's name and mailing address**
**McCain Engineering**
**PO Box 817**
**Pelham, AL 35124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$18,769.88

---

| | |
|---|---|
| **3.126** | |

**Nonpriority creditor's name and mailing address**
**Mississippi Department of Agriculture**
**121 North Jefferson St.**
**Jackson, MS 39201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Regulatory/Taxes**

Is the claim subject to offset? ☐ No ☐ Yes

$3,886.75

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.74 |
|---|---|---|---|

**Mississippi Plastic Bag & Packaging**
P.O. Box 220
Bolton, MS 39041-0220

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,491.97 |
|---|---|---|---|

**Motion Industries, Inc.**
P.O. Box 504606
Saint Louis, MO 63150-4606

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**MWI Animal Health**
PO Box 840537
Dallas, TX 75284-0537

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,711.87 |
|---|---|---|---|

**Network Trading**
PO Box 124
Nerstrand, MN 55053

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,246.06 |
|---|---|---|---|

**Newell Paper Co.**
P.O. Box 631
Meridian, MS 39302-0631

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,941.91 |
|---|---|---|---|

**Nolin Milling**
101 Pine St.
P.O. Box 156
Dickens, IA 51333

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,600.00 |
|---|---|---|---|

**Norfolk Southern**
PO Box 532797
Atlanta, GA 30353-2797

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,909.70 |
|---|---|---|---|

**Northpot Electrical Supply**
P.O. Box 1167
Northport, AL 35476-3170

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,472.00 |
|---|---|---|---|

**Nutra Blend Corporation**
P.O. Box 202619
Dallas, TX 75320-2619

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**NYLIFE Insurance**
51 Madison Avenue
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages/Insurance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,396.44 |
|---|---|---|---|

**Ocean Foods Co.**
10800 S. Central Avenue
Chicago Ridge, IL 60415

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.22 |
|---|---|---|---|

**Ocean's Best Corp.**
1943 Rosewood Ct.
Munster, IN 46321

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.66 |
|---|---|---|---|

**Odom Farms**
PO Drawer 190
Eutaw, AL 35462-0190

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.71 |
|---|---|---|---|

**Office Depot**
PO Box 633211
Cincinnati, OH 45263-3211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 79 of 91
Best Case Bankruptcy

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document      Page 80 of 92

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,093.40 |
|---|---|---|---|
| | **Pace Analytical Services, LLC**<br>PO Box 684056<br>Chicago, IL 60695-4056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $878.08 |
|---|---|---|---|
| | **Packers Chemical Holdings LLC**<br>3729 Peddle Hollow Road<br>Kieler, WI 53812 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,960.64 |
|---|---|---|---|
| | **Packers Sanitation Services**<br>3681 Prism Lane<br>Kieler, WI 53812 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.04 |
|---|---|---|---|
| | **Paramount Marketing**<br>8811 Sidney Circle<br>Charlotte, NC 28269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,598.35 |
|---|---|---|---|
| | **Parr's, Inc.**<br>PO Box 140<br>Demopolis, AL 36732-0140 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.78 |
|---|---|---|---|
| | **Parts & Company of Selma, Inc.**<br>2809 Citizens Pkwy<br>Selma, AL 36701-3914 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.64 |
|---|---|---|---|
| | **Piedmont National**<br>1561 Southland Circle, NW<br>Atlanta, GA 30318-3630 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.51 |

**Piggly Wiggly #103**
131 Greensboro St.
Eutaw, AL 35462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,594.39 |

**Pinson Truck & Equipment**
PO Box 9848
Birmingham, AL 35220-0848

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,396.89 |

**Power & Rubber Supply, Inc.**
P.O. Box 3069
Tuscaloosa, AL 35403-3069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,272.00 |

**Prairie Cajun Brand LLC**
1277 Hwy. 757
Eunice, LA 70535-2164

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.64 |

**Preferred Freezer Chicago**
2357 S. Wood St.
Chicago, IL 60608-5305

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.50 |

**Preferred Freezer Services of Raynham**
571 Paramount Drive
Raynham, MA 02767

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.25 |

**Premier Springwater Distribution**
1500 30th Street
Tuscaloosa, AL 35401

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document    Page 82 of 92

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.00 |
|---|---|---|---|

**Presto-X**
PO Box 13848
Reading, PA 19612-3848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.36 |
|---|---|---|---|

**Pro Chem, Inc.**
P.O. Box 1309
Alpharetta, GA 30009-1309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,105.00 |
|---|---|---|---|

**Pyramid Transport**
18119 Sussex Hwy., Unit #2
Bridgeville, DE 19933

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,405.07 |
|---|---|---|---|

**R & R Brokerage Services**
1919B Washington St.
Uniontown, AL 36786-4514

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,659.87 |
|---|---|---|---|

**Ram, Inc.**
2090 Columbiana Rd., Ste. 2600
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,469.25 |
|---|---|---|---|

**Ranger Environmental Services**
10601 HWY 43 N
Creola, AL 36525

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $9,203.60 |
|---|---|---|---|

**Reddy Ice Corporation**
8750 N. Central Expressway, Ste. 1000
Dallas, TX 75231-6416

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.20 |
|---|---|---|---|

**Refrigiwear**
P.O. Box 39
Dahlonega, GA 30533-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,965.67 |
|---|---|---|---|

**River City Diesel Services**
7748 CR #19
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,939.00 |
|---|---|---|---|

**River City Trucking**
P.O. Box 918
Demopolis, AL 36732-0918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,460.42 |
|---|---|---|---|

**Robert P. Hall**
15480 Hwy 69 South
Greensboro, AL 36744

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,372.00 |
|---|---|---|---|

**Roberts Hauling, Inc.**
1145 Highway 129
Fayette, AL 35555

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Roger L. Krebs**
102 30th Street
Tuscaloosa, AL 35405

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,407.45 |
|---|---|---|---|

**Ronald Nichols/Running Creek Farms**
653 Highway 17
Aliceville, AL 35442

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,189.00 |
|---|---|---|---|

**Savannah Food Company**
575 Industrial Rd.
Savannah, TN 38372-5977

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,562.60 |
|---|---|---|---|

**Sea Delight**
8195 NW 67 Street
Miami, FL 33166

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,065.00 |
|---|---|---|---|

**Seaquest Seafood**
530 South 6th Avenue
La Puente, CA 91746

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.15 |
|---|---|---|---|

**Sign Pro of Tuscaloosa**
4708 Highway 69 North
Northport, AL 35473-2033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,856.90 |
|---|---|---|---|

**Skye Diller**
1661 Co. Rd. 2
Gallion, AL 36742

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|---|---|---|---|

**Smith, Gambrell & Russell, LLP**
Promenade, Ste. 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,850.00 |
|---|---|---|---|

**Southeast Cold Storage**
405 Alpha Dr.
Destrehan, LA 70047-5217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,784.00 |
|---|---|---|---|

**Southeastern Mineral**
P. O. Box 1650
Bainbridge, GA 39818

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,776.80 |
|---|---|---|---|

**Southeastern Refrigeration**
310 26th Avenue West
Birmingham, AL 35204-1042

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.20 |
|---|---|---|---|

**Southern Cold Storage**
7150 S. Choctaw Drive
Baton Rouge, LA 70806

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,569.99 |
|---|---|---|---|

**Southern Controls**
P.O. Box 210399
Montgomery, AL 36121-0399

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $834.96 |
|---|---|---|---|

**Southern Hose & Industrial**
PO Box 7595
Jackson, MS 39284-7595

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,559.99 |
|---|---|---|---|

**Southern Label Co., Inc.**
5624 Clifford Circle
Birmingham, AL 35210-4453

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.64 |
|---|---|---|---|

**Southern Linc Wireless**
5555 Glenridge Connector, Ste. 500
Atlanta, GA 30342-4760

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-70152-JHH11   Doc 194   Filed 04/04/19   Entered 04/04/19 15:50:38   Desc
Main Document    Page 86 of 92

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,482.01 |
|---|---|---|---|

**Spire, Inc.**
PO Box 2224
Birmingham, AL 35295

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|

**St. Peter Projects MS, Inc.**
358 S. Mobile St.
Fairhope, AL 36532

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.00 |
|---|---|---|---|

**Stanley Convergent**
Dept. CH10651
Palatine, IL 60055-0001

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.76 |
|---|---|---|---|

**Stillwater Provisions**
1812 South Church - Suite B
Smithfield, VA 23430

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,672.20 |
|---|---|---|---|

**Strickland Paper Company**
481 Republic Circle
Birmingham, AL 35214-5967

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.84 |
|---|---|---|---|

**Suburban Propane, L.P.**
8475 Selma Hwy.
Montgomery, AL 36108-6836

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,462.31 |
|---|---|---|---|

**Sysco**
1390 Enclave Pkwy.
Houston, TX 77077-2099

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 19-70152-JHH11    Doc 194    Filed 04/04/19    Entered 04/04/19 15:50:38    Desc
Main Document    Page 87 of 92

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.00 |
|---|---|---|---|

**Sysco Detroit**
**41600 Van Born Road**
**Canton, MI 48188**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,078.00 |
|---|---|---|---|

**Sysco Food Services of Columbia**
**131 Sysco Ct.**
**Columbia, SC 29209**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,472.95 |
|---|---|---|---|

**Sysco Houston**
**10710 Greens Crossing Blvd.**
**Houston, TX 77038-2716**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.50 |
|---|---|---|---|

**Sysco Southeast Florida LLC**
**1999 Martin Luther King Jr. Blvd.**
**West Palm Beach, FL 33404**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $713.12 |
|---|---|---|---|

**Terry E. Blackaby**
**PO Box 2434**
**Hendersonville, TN 37077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $917.45 |
|---|---|---|---|

**The Bait Shop**
**106 First Avenue**
**Eutaw, AL 35462-1408**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.62 |
|---|---|---|---|

**Thompson Food**
**325 FOREST CREST DR.**
**Walled Lake, MI 48390**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,762.20 |
|---|---|---|---|

**Total Feeds, Inc.**
PO Box 3090
Weatherford, TX 76086

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,352.30 |
|---|---|---|---|

**Trade Source**
1750 S. Telegraph Rd., Ste. 310
Bloomfield Hills, MI 48302-0179

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,846.34 |
|---|---|---|---|

**TransAmerica**
6400 C Street SW, P55
Cedar Rapids, IA 52499

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages/Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,419.00 |
|---|---|---|---|

**Tri Strata Group**
12685 Miller Road NE
Bainbridge Island, WA 98110

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.15 |
|---|---|---|---|

**Trinity Logistics, Inc.**
P.O. Box 62702
Baltimore, MD 21264-2702

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.32 |
|---|---|---|---|

**TTI National, Inc.**
PO Box 371873
Pittsburgh, PA 15250-7873

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,035.00 |
|---|---|---|---|

**Turner Scale, Inc.**
581-B George Todd Drive
Montgomery, AL 36117-2235

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.45 |

**Tuscaloosa Office Products**
**612 Greensboro Avenue**
**Tuscaloosa, AL 35401-1750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,346.76 |

**Tuscaloosa Scale Co.**
**4050 Industrial Dr.**
**Cottondale, AL 35453**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.66 |

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,378.07 |

**United Parcel Service**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328-3498**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,151.66 |

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384-0711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,354.22 |

**USDA, AMS, Livestock**
**1400 Independence Ave., SW**
**Cohasset, MA 02025**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Regulatory/Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.52 |

**Valley Printing Company**
**3919 Vanderbilt Road**
**Birmingham, AL 35217**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.60 |

**Verizon Wireless**
**One Verizon Way**
**Basking Ridge, NJ 07920-1097**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.56 |

**VSP**
**PO Box 742788**
**Los Angeles, CA 90074-2788**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.02 |

**Weigh-Tech**
**1649 Country Elite Dr.**
**Waldron, AR 72958-8436**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.15 |

**Wells Fargo Vendor Financial Services**
**P.O. Box 105710**
**Atlanta, GA 30348-5710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,325.10 |

**Westway Feed Products**
**23629 Network Place**
**Chicago, IL 60673-1236**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,680.00 |

**Winsea International USA, Inc.**
**8700 COMMERCE PARK DIRVE-STE 219**
**Houston, TX 77036**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,328.73 |

**Zee Company, Inc.**
**412 Georgia Ave., #300**
**Chattanooga, TN 37403-1853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Ray**<br>**1901 6th Ave. N., Ste. 1500**<br>**Birmingham, AL 35203-4642** | Line **3.14**<br><br>☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 235,379.93 |
| 5b. Total claims from Part 2 | 5b. + $ | 14,422,389.16 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 14,657,769.09 |