| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SouthFresh Aquaculture, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | 19-70152 |

 Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                                      Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Regions Bank | Operating | 0224 | $538,568.05 |
| 3.2. | CoBank | Operating | 4211 | $1,180,412.77 |
| 3.3. | Regions Bank | Operating | 4493 | $120,715.86 |
| 3.4. | Regions Bank | Payroll | 9006 | $5,316.38 |
| 3.5. | Robertson Banking Company | Petty Cash | 9801 | $9,122.96 |
| 3.6. | Merchants & Farmers | Petty Cash | 6903 | $9,296.55 |
| 3.7. | Regions | Operating | 0822 | $12,157.10 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---:|
| 4.1. | Proceeds from Halliburton/Transocean settlement arising out of the Deepwater Horizon Multi-District Litigation, MDL No. 21-79 in the Eastern District of Louisiana. | $8,844.65 |
| 4.2. | Proceeds from settlement in the lawsuit styled Kleen Products, LLC, et al. v. International Paper, et al., Case No. 1:10-cv-05711 brought in the United States District Court for the Northern District of Illinois. | Unknown |

5. **Total of Part 1.**      **$1,884,434.32**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | Euler Hermes, prepaid A/R insurance | $4,812.50 |
| 8.2. | Transamerica Life Insurance | $3,275.04 |
| 8.3. | New York Life Insurance | $1,480.00 |
| 8.4. | NGOC Ha Co, prepaid inventory | $159,600.00 |
| 8.5. | NGOC Ha Co, prepaid inventory | $160,797.00 |

9. **Total of Part 2.**      **$329,964.54**
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor  **SouthFresh Aquaculture, LLC**  Case number (If known) **19-70152**
Name

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 4,315,317.21<br>face amount | − | 0.00<br>doubtful or uncollectible accounts | = .... $4,315,317.21 |
| 11b. Over 90 days old: | 119,961.75<br>face amount | − | 0.00<br>doubtful or uncollectible accounts | = .... $119,961.75 |

12. **Total of Part 3.**                                                                                               $4,435,278.96
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ■ Yes Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                                   % of ownership

    | | | | | |
    |---|---|---|---|---|
    | 15.1. | **CoBank ACB Patronage** | % | N/A | $140,248.94 |
    | 15.2. | **Delta Electric Power Association Patronage** | % | N/A | $286,553.48 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                               $426,802.42
    Add lines 14 through 16. Copy the total to line 83.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 19. **Raw materials**<br>**See Attached Schedule:**<br>**Part 5, Line 19 - Raw Materials** | 12/31/2018 | Unknown | | $1,074,799.17 |

20. Work in progress

| Debtor | SouthFresh Aquaculture, LLC | Case number (If known) | 19-70152 |
|---|---|---|---|
| | Name | | |

| 21. | Finished goods, including goods held for resale See Attached Schedule: Part 5, Line 21 - Finished Goods Inventory | 12/31/2018 | $0.00 | | $4,027,081.77 |
|---|---|---|---|---|---|
| | See Attached Schedule: Part 5, Line 22 - Other Inventory or Supplies | 07/31/2018 | $0.00 | | $965,392.24 |
| 22. | Other inventory or supplies | | | | |
| 23. | **Total of Part 5.** Add lines 19 through 22. Copy the total to line 84. | | | | $6,067,273.18 |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value          0.00    Valuation method    value unknown    Current Value          0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture Tuscaloosa Office Furniture | $0.00 | | $0.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software See Attached Schedule:  Part 7, Line 41 - Office equipment, furniture and fixtures | $4,855.79 | | $4,855.79 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $4,855.79 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | See Attached Schedule: Part 8, Line 47 - Automobiles, vans, trucks, motorcycles, trailers, and tilted farm vehicles | $289,173.25 | | $289,173.25 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | 2009 YAMAHA 40HP MOTOR #02172 | $0.00 | | $0.00 |
| 48.2. | 2007 YAMAHA 40HP MOTOR #35360 | $0.00 | | $0.00 |
| 48.3. | 2006 YAMAHA 25HP MOTOR #15659 | $0.00 | | $0.00 |
| 48.4. | 2007 YAMAHA 40HP MOTOR #30881 | $364.40 | | $364.40 |
| 48.5. | WAR EAGLE BOAT #5G708 | $502.88 | | $502.88 |
| 48.6. | EXPRESS BOAT #5K405 | $0.00 | | $0.00 |
| 48.7. | YAMAHA 40HP MOTOR #1011094 | $0.00 | | $0.00 |
| 48.8. | YAMAHA 40 HP OUTBOARD MOTOR SN 6BGL 1058457 | $4,454.24 | | $4,454.24 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| See Attached Schedule: Part 8, Line 50 -- Other Machinery, Fixtures and Equipment (excluding farm machinery) | $1,839,625.74 | | | $1,839,625.74 |

51. **Total of Part 8.**     $2,134,120.51

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | Feed Mill<br>403 Maria Street<br>Demopolis, AL 36732 | Owned/Leased | Unknown | Replacement | $6,090,000.00 |
| 55.2. | Processing Plant<br>Highway 43 South<br>Eutaw, AL 35462 | Owned | Unknown | Replacement | $5,249,000.00 |
| 55.3. | House and Mobile Homes<br>759 - 760 Wood Loop Road<br>Newbern, AL 36765 | Owned | Unknown | Replacement | $250,000.00 |
| 55.4. | Shop & Office<br>811 Wood Loop Road<br>Newbern, AL 36765 | Leased | Unknown | | Unknown |
| 55.5. | Office<br>505 Energy Center Blvd<br>Northport, AL 35473 | Leased | Unknown | | Unknown |

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | 5.4 acres of real property in Sunflower County, Mississippi with a Parcel Number 101N-11-00-010.01. | Fee simple | $9,699.00 | Tax records | $9,699.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $11,598,699.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** SouthFresh Trademark | Unknown | | $0.00 |
| 61. | **Internet domain names and websites** southfresh.com | Unknown | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** General commercial goodwill | Unknown | | $0.00 |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    **Forkland Springs (feed bins)**    10,229.40 Total face amount  −  0.00 doubtful or uncollectible amount  =  **$10,229.40**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **See Attached Schedule: Line 73 - Insurance Policies or Annuities**    **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Double Wheel Ranch, LLC v. SouthFresh Aquaculture, LLC, Case No. 35-CV-2017-900047, Circuit Court of Greene County, Alabama**    **$451,681.70**
    Nature of claim    Counterclaim
    Amount requested    $451,681.70

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership

    **See Attached Schedule: Part 11, Line 77 - Other Assets**    **$6,000.00**

78. **Total of Part 11.**    **$467,911.10**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **SouthFresh Aquaculture, LLC**   Case number *(If known)* **19-70152**
         Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,884,434.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $329,964.54 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,435,278.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $426,802.42 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,067,273.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,855.79 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,134,120.51 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................> | | $11,598,699.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $467,911.10 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,750,640.82   + 91b. | $11,598,699.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,349,339.82 |

# SouthFresh Aquaculture, LLC

Case No. 19-70152

Form 206A/B - Schedule A/B

**Line 73 - Insurance Policies or Annuities**

| Type of Policy Coverage | Insurance Carrier(s) | Last 4 Digits of Policy Number |
|---|---|---|
| Automobile | Hartford Financial Services Group, Inc. | X3400 |
| Boiler & Machinery | Travelers Casualty & Surety Company | XND15 |
| Crime | Great American Insurance Company | X0000 |
| Cyber Liability | National Union Insurance Company | X-61-03 |
| Deductible Reimbursement Policy | Alabama Farmers Insurance Company for Cooperatives, Inc. | XX-0001 |
| Directors & Officers, EPL, and Fiduciary Bond | National Union Insurance Company | X-46-22 |
| Excess Directors & Officers, and EPL | Federal Insurance Company | X1341 |
| Excess Umbrella | Aspen Insurance Holdings Limited | X4395 |
| Financial Institution Bond | Great American Insurance Company | X2 001 |
| Flood | Alabama Farmers Insurance Company for Cooperatives, Inc. | X-0005 |
| General Liability | United Specialty Insurance Company | X0554 |
| Life | Cigna | X-0002 |
| Marine Stock Throughput | Lloyd's of London | X2617 |
| Pollution | Ironshore, Inc. | X4500 |
| Property | AXIS Capital | X6117 |
| Property | Colony Insurance Company | X7601 |
| Property | First Specialty Insurance Corporation | X4442 |
| Property | RSUI Group, Inc. | X1496 |
| Terrorism – Liability | Lloyd's of London | X2613 |
| Terrorism – Property | Lloyd's of London | X4313 |
| Umbrella – General Liability and Automobile | Evanston Insurance Company and Navigators Insurance Company | X1667 (General Liability) X27IV (Automobile) |
| Workers' Compensation and Employers Liability | Sentry Insurance | X11-03 |