## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Adina Roberts**<br>**1105 Skyland Blvd East Apt. 32**<br>**Tuscaloosa, AL 35405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,057.69 | $1,057.69 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alberta Spencer**<br>**20771 CR 20**<br>**Boligee, AL 35443** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $342.54 | $342.54 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.00 | $342.00 |
| --- | --- | --- | --- | --- |

**Alex Calcano**
**6800 McFarland Blvd Lot 31**
**Northport, AL 35476**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.20 | $450.20 |
| --- | --- | --- | --- | --- |

**Alexandra Rojas**
**6800 McFarland Blvd Lot 27**
**Northport, AL 35476**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,003.50 | $1,003.50 |
| --- | --- | --- | --- | --- |

**Alfonzia Walker, Jr.**
**819 Prairie Ave.**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.76 | $295.76 |
| --- | --- | --- | --- | --- |

**Alicia Barnes**
**503 Lafayette Street**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259.55 | $259.55 |
|---|---|---|---|---|

**Alicia Coleman**
**355 Culbert Street**
**Livingston, AL 35470**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | | $469.30 | $469.30 |
|---|---|---|---|---|

**Alicia Reyes**
**1203 15th Street Court**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | | $469.00 | $469.00 |
|---|---|---|---|---|

**Altagarcia Duarte**
**1800 McFarland Blvd Lot 103**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | | $319.07 | $319.07 |
|---|---|---|---|---|

**Amanda Harper**
**156 West Street**
**Gainesville, AL 35464**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 3 of 40

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.36 | $280.36 |
|---|---|---|---|---|

**Amanda Hinojosa**
**6800 McFarland Blvd Lot 107**
**Northport, AL 35476**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $946.77 | $946.77 |
|---|---|---|---|---|

**Andrea Harrison**
**7607 The Terrace Pkwy**
**Northport, AL 35473**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004.25 | $1,004.25 |
|---|---|---|---|---|

**Andretti Robinson**
**1869 Co. Rd 1**
**Gallion, AL 36742**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.30 | $470.30 |
|---|---|---|---|---|

**Angelica Perez**
**6800 McFarland Blvd Lot 776**
**Northport, AL 35473**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.70 | $468.70 |
|---|---|---|---|---|

**Angeline Pascual**
6800 McFarland Blvd Lot 96
Northport, AL 35476

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.49 | $289.49 |
|---|---|---|---|---|

**Anthony Robinson**
12670 CR 208
Eutaw, AL 35462

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.69 | $244.69 |
|---|---|---|---|---|

**Antoinette Jackson**
1910 Short Blount Street, Apt. 8G
Greensboro, AL 36744

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.65 | $324.65 |
|---|---|---|---|---|

**Antonio Dew**
807 Vassie Knott Court
Eutaw, AL 35462

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $274.91 | $274.91 |
|---|---|---|---|---|
| | **Antonio Jones**<br>**338 Carver Circle**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,654.92 | $1,654.92 |
|---|---|---|---|---|
| | **Antonio Williams**<br>**1800 Links Blvd Apt. 409**<br>**Tuscaloosa, AL 35405** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $373.32 | $373.32 |
|---|---|---|---|---|
| | **Barbara Royal**<br>**7 May Lane**<br>**Greensboro, AL 36744** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $389.70 | $389.70 |
|---|---|---|---|---|
| | **Beatriz Rodrigu**<br>**1935 Harper Road Lot 23**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.30 | $471.30 |

**Bertha Freeman**
**PO Box 176**
**Gainesville, AL 35464**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.50 | $382.50 |

**Bessie Nickson**
**821 Praire Ave Apt 8**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.75 | $393.75 |

**Betty Cochran**
**112 West End Avenue**
**Eutaw, AL 35462**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,058.82 | $2,058.82 |

**Brian Taylor**
**540 Clearview Road**
**Birmingham, AL 35226**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| | | | |
|---|---|---|---|
| 2.27 | Priority creditor's name and mailing address<br>**Briana Jones**<br>**25 Shady Drive Lot 2**<br>**Greensboro, AL 36744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $527.25 $527.25 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.28 | Priority creditor's name and mailing address<br>**Brooklan Smith**<br>**278 Candys Landing Rd**<br>**Greensboro, AL 36744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $883.96 $883.96 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.29 | Priority creditor's name and mailing address<br>**Bruce Cray**<br>**333 Kirksey Ave.**<br>**Eutaw, AL 35462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $482.80 $482.80 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.30 | Priority creditor's name and mailing address<br>**Bryan Washington**<br>**1243 County Road 125**<br>**Boligee, AL 35443** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $464.46 $464.46 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.50 | $469.50 |

Priority creditor's name and mailing address

**Candias Coronado**
**6800 McFarland Blvd Lot 198**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.20 | $471.20 |

**Cara Harris**
**121 Rainbow Circle**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,904.52 | $1,904.52 |

**Carol Richmond**
**212 Highway 16 West**
**Yazoo City, MS 39194**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.58 | $481.58 |

**Catrina Magee**
**3101 Claude Jackson #35**
**Aliceville, AL 35442**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.72 | $297.72 |
|---|---|---|---|---|

**Cedric Magee**
PO Box 42
Panola, AL 35477

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.53 | $145.53 |
|---|---|---|---|---|

**Cesaleah Merriweather**
416 ONeal St
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,492.51 | $1,492.51 |
|---|---|---|---|---|

**Charles Kelly**
15061 Green Circle
Northport, AL 35475

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
|---|---|---|---|---|

**Christina Valdez**
6800 McFarland Blvd Lot 54
Northport, AL 35476

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,196.77 | $3,196.77 |
|---|---|---|---|---|

**Christine Costley**
**2716 Manley Avenue**
**Metairie, LA 70001**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.23 | $320.23 |
|---|---|---|---|---|

**Christopher Biffle**
**109 Morgan Drive**
**Livingston, AL 35470**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $381.06 | $381.06 |
|---|---|---|---|---|

**Christopher Taylor**
**505 S. Strawberry St.**
**Demopolis, AL 36732**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379.05 | $379.05 |
|---|---|---|---|---|

**Clarence McCalpine**
**551 McCalpine Road**
**Sawyerville, AL 36776**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.00 | $690.00 |
|---|---|---|---|---|

**Cleophus Howard**
PO Box 1174
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.32 | $263.32 |
|---|---|---|---|---|

**Curtis Means**
1980 County Road 174
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.89 | $238.89 |
|---|---|---|---|---|

**Curtisetta Jones**
520 Joseph Wilder Court
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.60 | $282.60 |
|---|---|---|---|---|

**Daisy Lopez**
6800 McFarland Blvd Lot 5
Northport, AL 35476

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 12 of 40

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.50 | $470.50 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|

**2.47** Priority creditor's name and mailing address
**Daisy Robinson**
**1125 Ward Street**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$470.50   $470.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.48** Priority creditor's name and mailing address
**Damian Womer**
**365 Yellow Creek Road**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$190.40   $190.40

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.49** Priority creditor's name and mailing address
**David Billingsley**
**647 Hopewell Road**
**Marion, AL 36756**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$525.31   $525.31

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.50** Priority creditor's name and mailing address
**David Greene**
**3716 Frontier Street**
**Northport, AL 35475**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$2,657.89   $2,657.89

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,715.62 | $1,715.62 |
| --- | --- | --- | --- | --- |
| | **David Phillips** | _Check all that apply._ | | |
| | **505 Energy Center Blvd** | ■ Contingent | | |
| | **Northport, AL 35473** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.35 | $945.35 |
| --- | --- | --- | --- | --- |
| | **Deacater Copeland** | _Check all that apply._ | | |
| | **307 Barnes Street** | ■ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.14 | $217.14 |
| --- | --- | --- | --- | --- |
| | **Deandre Hill** | _Check all that apply._ | | |
| | **302 Levi Morrow Sr. Court** | ■ Contingent | | |
| | **Eutaw, AL 35462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.00 | $722.00 |
| --- | --- | --- | --- | --- |
| | **Deaudrea Houston** | _Check all that apply._ | | |
| | **257 Rasberry Lane** | ■ Contingent | | |
| | **Gallion, AL 36742** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.98 | $786.98 |
|------|---|---|---|---|
| | **Deborah Cook** | Check all that apply. | | |
| | **401 Shiloh Lane** | ■ Contingent | | |
| | **Tuscaloosa, AL 35406** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.54 | $711.54 |
|------|---|---|---|---|
| | **Debra Wommack** | Check all that apply. | | |
| | **1844 Maria Avenue** | ■ Contingent | | |
| | **Demopolis, AL 36732** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.80 | $34.80 |
|------|---|---|---|---|
| | **Demarious Banks** | Check all that apply. | | |
| | **1006 North Street** | ■ Contingent | | |
| | **Greensboro, AL 36744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.04 | $680.04 |
|------|---|---|---|---|
| | **Demetrius Drake** | Check all that apply. | | |
| | **164 Strong Lane** | ■ Contingent | | |
| | **Boligee, AL 35443** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.29 | $330.29 |
|------|-----|-----|-----|-----|

**Denise Hill**
828 Joseph Wilder Circle
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,003.00 | $1,003.00 |
|------|-----|-----|-----|-----|

**Deonte Edwards**
191 Summerhill Road
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227.43 | $227.43 |
|------|-----|-----|-----|-----|

**DeQuante Hunter**
200 B Howard Irvin Drive
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.21 | $222.21 |
|------|-----|-----|-----|-----|

**Desmond Simmons**
325 Carver Cir
Eutaw, AL 35462

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,094.55 | $1,094.55 |
|---|---|---|---|---|
| | **Devonn Miller**<br>**390 Jourdan Road**<br>**Brooksville, MS 39739** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.92 | $352.92 |
|---|---|---|---|---|
| | **Ebonie Owens**<br>**236 Clinton Road**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.59 | $315.59 |
|---|---|---|---|---|
| | **Edwin Castro**<br>**6800 McFarland Blvd Lot 3**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.70 | $470.70 |
|---|---|---|---|---|
| | **Elizabeth Perez**<br>**2410 Snow Mills Ave.**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 17 of 40

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,187.03 | $1,187.03 |
|------|-----------|------------|---|---|

**2.67**

Priority creditor's name and mailing address

**Elmer Jackson**
**1018 CR 150**
**Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$1,187.03   $1,187.03

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.68**

Priority creditor's name and mailing address

**Emelina Rodriguez**
**2015 24th Street**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$470.00   $470.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.69**

Priority creditor's name and mailing address

**Emily Lacey**
**1139 Heritage Lane**
**Tuscaloosa, AL 35406**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$943.46   $943.46

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.70**

Priority creditor's name and mailing address

**Ennis Johnson**
**402 Oliver Ave.**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$392.80   $392.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | $923.08 |

**Enrique Rivera**
**6610 Portuguese Bend Drive**
**Missouri City, TX 77459**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.80 | $436.80 |

**Eric Hutton**
**308 Chambers**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.01 | $426.01 |

**Eric Richardson**
**811 Wood Loop Road**
**Newbern, AL 36765**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.00 | $469.00 |

**Esther Ramirez**
**6800 McFarland Blvd**
**Northport, AL 35476**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.74 | $244.74 |
|---|---|---|---|---|

**Felicia Pickens**
**300 Curve Lane**
**Boligee, AL 35443**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.36 | $351.36 |
|---|---|---|---|---|

**Felipe Miguel**
**6800 McFarland Blvd Lot 3**
**Northport, AL 35476**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.75 | $387.75 |
|---|---|---|---|---|

**Fermin Matias**
**1015 Bridge Ave.**
**Northport, AL 35476**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.51 | $388.51 |
|---|---|---|---|---|

**Frederick Grant**
**881 Caleb Burroughs Road**
**Greensboro, AL 36744**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.55 | $447.55 |
| --- | --- | --- | --- | --- |

**2.79** Priority creditor's name and mailing address
**Gabrielle Parker**
**249 County Road 28 Apt 3B**
**Greensboro, AL 36744**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

$447.55    $447.55

---

**2.80** Priority creditor's name and mailing address
**Garland Sanders**
**9960 Lenox Circle**
**Tuscaloosa, AL 35405**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

$1,496.34    $1,496.34

---

**2.81** Priority creditor's name and mailing address
**Grace Spencer**
**423 Roebuck Avenue**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

$62.00    $62.00

---

**2.82** Priority creditor's name and mailing address
**Grace Summerville**
**325 Clinton Road**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

$538.44    $538.44

---

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 21 of 40

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67,663.33 | $67,663.33 |
|---|---|---|---|---|

**Greene County Revenue Commissioner**
PO Box 510
Eutaw, AL 35462

Check all that apply.
■ Contingent
□ Unliquidated
□ Disputed

Date or dates debt was incurred

Basis for the claim:
**Regulatory/Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
□ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.75 | $678.75 |
|---|---|---|---|---|

**Grover Houston**
139 Granny River Road
Gallion, AL 36742

Check all that apply.
■ Contingent
□ Unliquidated
□ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
□ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.89 | $167.89 |
|---|---|---|---|---|

**Hale County Tax Collector**
1001 Main Street
Greensboro, AL

Check all that apply.
■ Contingent
□ Unliquidated
□ Disputed

Date or dates debt was incurred

Basis for the claim:
**Regulatory/Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
□ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,960.26 | $2,960.26 |
|---|---|---|---|---|

**Henry Bonilla**
4654 Ashley Hill Cir
Tuscaloosa, AL 35405

Check all that apply.
■ Contingent
□ Unliquidated
□ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
□ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,081.50 | $1,081.50 |
|---|---|---|---|---|

**Henry Jones**
**628 East Floyce Street**
**Ruleville, MS 38771**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.34 | $1,398.34 |
|---|---|---|---|---|

**Henry Thrower**
**13585 Fondren Rd**
**Northport, AL 35475**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,092.57 | $1,092.57 |
|---|---|---|---|---|

**Internal Revenue Service**

**PO Box 7346**
**Philadelphia, PA 19101-7346**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6702**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.35 | $318.35 |
|---|---|---|---|---|

**Iresa Spencer**
**300 Curve Ln**
**Boligee, AL 35443**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,258.93 | $2,258.93 |
|---|---|---|---|---|

**IRS**
**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Medicare Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,658.59 | $9,658.59 |
|---|---|---|---|---|

**IRS**
**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Social Security Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
■ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913.95 | $913.95 |
|---|---|---|---|---|

**Jacob Thompson**
**305 West Barnes Street**
**Demopolis, AL 36732**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $676.70 | $676.70 |
|---|---|---|---|---|

**Jacquelin Tubbs**
**100 Hopskin Street Sect. C Apt. 56**
**Livingston, AL 35470**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 24 of 40

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |

**Jacqueline Atkins**
PO Box 173
Eutaw, AL 35462

Check all that apply:
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.79 | $327.79 |

**Jalen Pelt**
260 County Road 82 Apt 3
Boligee, AL 35443

Check all that apply:
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.81 | $626.81 |

**James Brown**
821 Joseph Wilder Circle
Eutaw, AL 35462

Check all that apply:
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,583.09 | $2,583.09 |

**James Hughes**
505 Energy Center Blvd.
Northport, AL 35473

Check all that apply:
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 25 of 40

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,369.14 | $5,369.14 |

**James Lamb**
**505 Energy Center Blvd**
**Northport, AL 35473**

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.00 | $1,384.00 |

**James Zanders**
**126 Cottonwood Lane**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.54 | $342.54 |

**Janice Jones**
**115 Meadow Street**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $684.00 | $684.00 |

**Jeremy Ford**
**2004 Eastern Circle**
**Demopolis, AL 36732**

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 26 of 40

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.63 | $361.63 |
|---|---|---|---|---|

**Jerome Carpenter**
**477 Demopolis Road**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.104 | Priority creditor's name and mailing address | | $902.88 | $902.88 |
|---|---|---|---|---|

**Jesse Daniel**
**135 Butterfly Lane**
**Jefferson, AL 36745**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.105 | Priority creditor's name and mailing address | | $471.00 | $471.00 |
|---|---|---|---|---|

**Jessica Medina**
**2019 24th Street**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.106 | Priority creditor's name and mailing address | | $469.50 | $469.50 |
|---|---|---|---|---|

**Jessica Seeley**
**3201 34th Ave**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.74 | $557.74 |
|---|---|---|---|---|

**Jody Day**
PO Box 506
Demopolis, AL 36732

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Johanna Motanes**
6800 McFarland Blvd Lot 104
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.15 | $1,346.15 |
|---|---|---|---|---|

**John Crawford**
25218 Highway 25 North
Greensboro, AL 36744

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,865.38 | $1,865.38 |
|---|---|---|---|---|

**John Elmore**
181 Driftwood Lane
Boligee, AL 36743

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,267.10 | $1,267.10 |
|-------|----------------------------------------------|---------------------------------------------------------------------|-----------|-----------|

**John Marshall**
**140 Valley View Gardens**
**Moundville, AL 35474**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.16 | $1,405.16 |
|-------|----------------------------------------------|---------------------------------------------------------------------|-----------|-----------|

**John Womer**
**365 Yellow Creek Road**
**Gallion, AL 36742**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.34 | $14.34 |
|-------|----------------------------------------------|---------------------------------------------------------------------|--------|--------|

**Jordan Bowen**
**101 Pine Street**
**Eutaw, AL 35462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.03 | $308.03 |
|-------|----------------------------------------------|---------------------------------------------------------------------|---------|---------|

**Joseph Merritt**
**1100 US Hwy 43 Apt 7**
**Eutaw, AL 35462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 29 of 40

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 | $170.00 |
| --- | --- | --- | --- | --- |

**Joseph Taylor**
2003 James Drive
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,566.45 | $1,566.45 |
| --- | --- | --- | --- | --- |

**Joshua Allums**
1454 Roderick Rd.
Mobile, AL 36618

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.50 | $389.50 |
| --- | --- | --- | --- | --- |

**Juan Garcia**
1601 7th Street
Northport, AL 35476

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.81 | $264.81 |
| --- | --- | --- | --- | --- |

**Juaquita Smith**
117 5th Ave
York, AL 36925

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,335.24 | $2,335.24 |
|---|---|---|---|---|

**Justin Funk**
**505 Energy Center Blvd.**
**Northport, AL 35473**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 | $92.00 |
|---|---|---|---|---|

**Juvy Barton**
**1400 County Road 78**
**Uniontown, AL 36786**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.62 | $61.62 |
|---|---|---|---|---|

**Juwan Wesley**
**313 Levi Morrow Sr Court**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.05 | $622.05 |
|---|---|---|---|---|

**Kelvin Fritts**
**305 West Oakley Ave.**
**Linden, AL 36748**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 31 of 40

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.76 | $321.76 |
| --- | --- | --- | --- | --- |

**Kendrick Desroches**
809 Prairie Avenue
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.124 | Priority creditor's name and mailing address | | $238.16 | $238.16 |
| --- | --- | --- | --- | --- |

**Kentrell Gholston**
205 Howard Irwin Drive
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.125 | Priority creditor's name and mailing address | | $173.08 | $173.08 |
| --- | --- | --- | --- | --- |

**Kerry Giesbrecht**
1253 Douglas Road
Macon, MS 39341

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.126 | Priority creditor's name and mailing address | | $428.92 | $428.92 |
| --- | --- | --- | --- | --- |

**Kevinanna Means**
308 Banks Avenue
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.56 | $52.56 |
|---|---|---|---|---|

**Khadijah Thomas**
**305 McConnell Street**
**York, AL 36925**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.00 | $438.00 |
|---|---|---|---|---|

**La'Kenta Harris**
**420 Branch Heights Drive**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.40 | $183.40 |
|---|---|---|---|---|

**LaDedrick Hunter**
**219 John Chambers Ct.**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $573.18 | $573.18 |
|---|---|---|---|---|

**Lahendrick Harkness**
**7971 County Road 191**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $52.30 | $52.30 |
|---|---|---|---|---|

**LaKendrick Jordan**
**301 Oneal Street**
**Eutaw, AL 35462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $322.24 | $322.24 |
|---|---|---|---|---|

**Lakita Allen**
**420 Wm Branch Height Drive**
**Eutaw, AL 35462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $747.44 | $747.44 |
|---|---|---|---|---|

**Lamarkus Mobley**
**186 Country Lane Road**
**Boligee, AL 35443**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $258.24 | $258.24 |
|---|---|---|---|---|

**Lamichael Powell**
**709 Franchie Burton Ct**
**Eutaw, AL 35462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.09 | $243.09 |
|---|---|---|---|---|

**Lashonte Harris**
2102 Old Spring Hill Road
Demopolis, AL 36732

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.00 | $477.00 |
|---|---|---|---|---|

**Latoya Edwards**
1156 W. End St., Apt. 211
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.84 | $384.84 |
|---|---|---|---|---|

**Latoya Green**
205 Eastridge Apt. #2-b
Greensboro, AL 36744

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.76 | $263.76 |
|---|---|---|---|---|

**Latroy Consentine**
326 Levi Morrow Sr. Court
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 35 of 40

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $390.20 | $390.20 |
|---|---|---|---|---|
| | **Laura Gomez Xan**<br>**6800 McFarland Blvd Lot 776**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.32 | $580.32 |
|---|---|---|---|---|
| | **Laura Hutton**<br>**PO Box 383**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $531.49 | $531.49 |
|---|---|---|---|---|
| | **Lawanda Mcintosh**<br>**PO Box 125**<br>**Bellamy, AL 36901** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $144.21 | $144.21 |
|---|---|---|---|---|
| | **Laytoya Jackson**<br>**1056 Martin Road**<br>**Greensboro, AL 36744** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 36 of 40

| 2.143 | Priority creditor's name and mailing address **LaZarus Mitchell** 34257 US Hwy 43 S Gallion, AL 36742 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed | $1,051.88 | $1,051.88 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address **Leighann Price** 207 Hale Street Macon, MS 39341 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed | $336.89 | $336.89 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address **Leroy Saxton, Jr.** 352 Country Lane Road Boligee, AL 35443 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed | $385.48 | $385.48 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address **Leundra Moore** 450 Cahaba Road Uniontown, AL 36786 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed | $138.33 | $138.33 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.147 | Priority creditor's name and mailing address<br>**Lillie Carter**<br>**214 Kinnard Road**<br>**York, AL 36925** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $446.08 | $446.08 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.148 | Priority creditor's name and mailing address<br>**Lisa Bott**<br>**243 Marigold Drive**<br>**Greensboro, AL 36744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,248.24 | $1,248.24 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address<br>**Lisa Wells**<br>**9713 Moonbeam Circle**<br>**Tuscaloosa, AL 35405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00 | $1,250.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address<br>**Lisvette Melecio**<br>**6800 McFarland Blvd Lot 107**<br>**Northport, AL 35476** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $389.30 | $389.30 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $555.50 | $555.50 |
|---|---|---|---|---|

**Loderrin Cherry**
24479 County Road 20
Boligee, AL 35443

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.38 | $497.38 |
|---|---|---|---|---|

**Lorenzo Walker**
812 Joseph Wilder Circle
Eutaw, AL 35462

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.18 | $364.18 |
|---|---|---|---|---|

**Loretta Turner**
PO Box 97
Gainesville, AL 35464

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.33 | $619.33 |
|---|---|---|---|---|

**Loria Lofton**
32005 AL Hwy 17
Emelle, AL 35459

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-70152-JHH11    Doc 332-2    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 1)    Page 39 of 40

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.81 | $580.81 |
|---|---|---|---|---|

**Lucille Britford**
PO Box 612
Greensboro, AL 36744

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $956.45 | $956.45 |
|---|---|---|---|---|

**Lyndon Martin**
503 Earl Avenue
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $474.06 | $474.06 |
|---|---|---|---|---|

**Marcus Spencer**
374 Country Lane Road
Boligee, AL 35443

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,654.92 | $1,654.92 |
|---|---|---|---|---|

**Marcus Williams**
2471 Fairground Street
Greensboro, AL 36744

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes