| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.44 | $477.44 |
| --- | --- | --- | --- | --- |

**2.159**

Priority creditor's name and mailing address

**Margie Bates**
**2289 Bates Rd.**
**Newbern, AL 36765**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

$477.44    $477.44

---

**2.160**

Priority creditor's name and mailing address

**Maria Gonzalez**
**2300 18th Ave.**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

$471.20    $471.20

---

**2.161**

Priority creditor's name and mailing address

**Mariela Guerra**
**1801 Harper Road Lot 38**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

$389.50    $389.50

---

**2.162**

Priority creditor's name and mailing address

**Melinda Morales**
**6800 McFarland Blvd Lot 94**
**Northport, AL 35476**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

$470.20    $470.20

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $540.00 | $540.00 |
| --- | --- | --- | --- | --- |
| | **Melonee Coats**<br>**603 Jones Drive**<br>**Demopolis, AL 36732** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,074.58 | $1,074.58 |
| --- | --- | --- | --- | --- |
| | **Michael Chilcutt**<br>**404 Eutaw Avenue**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,121.28 | $1,121.28 |
| --- | --- | --- | --- | --- |
| | **Michael Harris**<br>**365 Springfield Road**<br>**Sawyerville, AL 36776** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,879.72 | $2,879.72 |
| --- | --- | --- | --- | --- |
| | **Michael Miller**<br>**505 Energy Center Blvd**<br>**Northport, AL 35473** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 42 of 91

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618.64 | $618.64 |
|---|---|---|---|---|
| | **Michael Pratt** **3231 US Highway 11** **Cuba, AL 36907** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.30 | $704.30 |
|---|---|---|---|---|
| | **Michael Thomas** **305 McConnell Street** **York, AL 36925** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.55 | $372.55 |
|---|---|---|---|---|
| | **Michelle Butler** **103 A Street #14** **Eutaw, AL 35462** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $393.70 | $393.70 |
|---|---|---|---|---|
| | **Michelle Jorge** **2302 Deer Haven Drive** **Northport, AL 35473** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Case 19-70152-JHH11    Doc 332-3    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 2)    Page 3 of 40

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.75 | $372.75 |
|---|---|---|---|---|

**Monica Lewis**
**PO Box 54**
**Myrtlewood, AL 36763**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $486.22 | $486.22 |
|---|---|---|---|---|

**Morgan McGhee**
**670 Westend Street Apt 134**
**Eutaw, AL 35462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $514.50 | $514.50 |
|---|---|---|---|---|

**Mozell Morrow**
**258 Kind Loop Road**
**Eutaw, AL 35462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.99 | $45.99 |
|---|---|---|---|---|

**Naveah Hassan**
**32466 US Hwy 43 South**
**Gallion, AL 36742**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,061.45 | $1,061.45 |
|---|---|---|---|---|

**Oliver Anthony**
**25791 AL 69**
**Sweet Water, AL 36782**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.00 | $296.00 |
|---|---|---|---|---|

**Otis Henderson**
**207 B Street**
**Eutaw, AL 35462**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.64 | $402.64 |
|---|---|---|---|---|

**Patricia Jemison**
**330 Carver Circle**
**Eutaw, AL 35462**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457.70 | $457.70 |
|---|---|---|---|---|

**Prenicia Pinkerton**
**303 Pearl Street**
**Gainesville, AL 35464**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Case 19-70152-JHH11    Doc 332-3    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 2)    Page 5 of 40

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.92 | $495.92 |
|---|---|---|---|---|

**Prentice Taylor**
209 Howard Irvin Drive
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.25 | $625.25 |
|---|---|---|---|---|

**Ran'Darius Bevelle**
77 Boxwood Drive
Forkland, AL 36740

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Randall McCrory**
171 Chinquapin Trace
Greensboro, AL 36744

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.80 | $471.80 |
|---|---|---|---|---|

**Rebecca Esquivel**
3928 31st
Tuscaloosa, AL 35401

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.89 | $1,218.89 |
|---|---|---|---|---|

**Rhonda Haynes**
**101 Pine Ridge**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,149.44 | $1,149.44 |
|---|---|---|---|---|

**Ricardo Harris**
**17 Juniper Street**
**Gallion, AL 36742**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.06 | $794.06 |
|---|---|---|---|---|

**Richard Johnson**
**10 Bank Quarters**
**Uniontown, AL 36786-2548**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.88 | $446.88 |
|---|---|---|---|---|

**Robert Herron**
**811 Woods Loop Rd**
**Newbern, AL 36765**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 19-70152-JHH11    Doc 332-3    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 2)    Page 7 of 40

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $349.98 | $349.98 |

**Robert Webber**
**219 Country Road 174**
**Eutaw, AL 35462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569.62 | $569.62 |

**Roderick Mcintosh**
**45 Edgewood Drive**
**Dixons Mills, AL 36736**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.58 | $280.58 |

**Rodney McIntosh**
**355 Culbert Street**
**Livingston, AL 35470**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.28 | $229.28 |

**Rodney Speights**
**426 Outland Road**
**Boligee, AL 35443**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.66 | $266.66 |
|---|---|---|---|---|
| | **Rolando Leon**<br>**6800 McFarland Blvd Lot 161**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,437.46 | $1,437.46 |
|---|---|---|---|---|
| | **Ronda Pinson**<br>**706 Ashley Ln**<br>**Tupelo, MS 38801** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.12 | $250.12 |
|---|---|---|---|---|
| | **Ruben Alfaro**<br>**6800 McFarland Blvd. Lot 161**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.70 | $539.70 |
|---|---|---|---|---|
| | **Sammy Jackson**<br>**5571 County Rd 23**<br>**Aliceville, AL 35442** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $527.80 | $527.80 |
|---|---|---|---|---|
| | **Sasha Cruz**<br>**1709 Martin Luther Blvd.**<br>**Northport, AL 35476** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $494.48 | $494.48 |
|---|---|---|---|---|
| | **Shaneice Fulgham**<br>**105 Branch Heights Drive**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $590.47 | $590.47 |
|---|---|---|---|---|
| | **Sharita Shika**<br>**78 Millwood Rd**<br>**Greensboro, AL 36744** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $711.60 | $711.60 |
|---|---|---|---|---|
| | **Sharkeal Adams**<br>**208 Hower Avenue**<br>**Eutaw, AL 35462** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $211.34 | $211.34 |
|---|---|---|---|---|

**Shaundra Gibson**
**426 Outland Road**
**Boligee, AL 35443**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $115.86 | $115.86 |
|---|---|---|---|---|

**Shaundricka Benison**
**800 South Glover Avenue**
**Demopolis, AL 36732**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $142.92 | $142.92 |
|---|---|---|---|---|

**Shawn Carter**
**309 Aimwell Road**
**Toxey, AL 36921-4003**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $984.20 | $984.20 |
|---|---|---|---|---|

**Steve Smith**
**7030 County Road 21**
**Demopolis, AL 36732**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $953.89 | $953.89 |
|---|---|---|---|---|

**Steven Banks**
**1732 Brush Creek Dr.**
**Sawyerville, AL 36776**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $6,105.23 | $6,105.23 |
|---|---|---|---|---|

**Steven Crawford**
**9602 Stonecross Bend Drive**
**Houston, TX 77070**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $267.38 | $267.38 |
|---|---|---|---|---|

**Tacoris Underwood**
**110 Branch Heights**
**Eutaw, AL 35462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $169.07 | $169.07 |
|---|---|---|---|---|

**Tamaeriea Daniels**
**5390 AL Highway 116**
**Gainesville, AL 35464**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.78 | $348.78 |
|---|---|---|---|---|

**Tamika Noland
154 Clinton Road
Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | | $543.73 | $543.73 |
|---|---|---|---|---|

**Tanya McIntosh
PO Box 56
Bellamy, AL 36901**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | | $846.15 | $846.15 |
|---|---|---|---|---|

**Taylor Brown
12977 AL Highway 69
Greensboro, AL**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | | $237.66 | $237.66 |
|---|---|---|---|---|

**Te Aron Wilson
534 Outland Road
Boligee, AL 35443**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $489.62 | $489.62 |

**Tempestt McIntosh**
**PO Box 222**
**Livingston, AL 35470**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Teresa Alonzo**
**6800 McFarland Blvd Lot 92**
**Northport, AL 35476**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.77 | $301.77 |

**Theophus Scott**
**32 Dodge Drive**
**Forkland, AL 36740**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |

**Timothy Taylor**
**3301 Loope Road East Apt. #206**
**Tuscaloosa, AL 35404**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,063.68 | $1,063.68 |
|---|---|---|---|---|
| | **Tommy Wilson**<br>**302 West Jackson Street, Lot 5**<br>**Demopolis, AL 36732** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.11 | $749.11 |
|---|---|---|---|---|
| | **Tonia Osburn**<br>**1807 Vine Avenue**<br>**Demopolis, AL 36732** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.78 | $268.78 |
|---|---|---|---|---|
| | **Tony Turner**<br>**68 Dunlap Road**<br>**Forkland, AL 36740** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.04 | $788.04 |
|---|---|---|---|---|
| | **Tonya Bonds**<br>**113 Apple Lane**<br>**Greensboro, AL 36744** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.50 | $605.50 |
|---|---|---|---|---|

**2.219** Priority creditor's name and mailing address
**Tracy Watts**
**PO Box 1073**
**Uniontown, AL 36786**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$605.50   $605.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.220** Priority creditor's name and mailing address
**Travis Young**
**616 Oscar Williams Court**
**Eutaw, AL**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$324.80   $324.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.221** Priority creditor's name and mailing address
**Troy Hutton**
**422 Clinton Road**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$256.50   $256.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.222** Priority creditor's name and mailing address
**Tyrronce Young**
**2030 A Street Unit 25**
**Eutaw, AL 35462**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$29.30   $29.30

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| | | |
|---|---|---|
| **2.223** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $107.08 $107.08 |
| | **Vanessa Hibbler**<br>**219B Streut Kingsville**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| **2.224** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $1,121.25 $1,121.25 |
| | **Vaughn Koehn**<br>**10180 Strong Road**<br>**Aberdeen, MS 39730** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| **2.225** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $454.69 $454.69 |
| | **Vera Epes**<br>**PO Box 76**<br>**Epes, AL 35460** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| **2.226** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $396.40 $396.40 |
| | **Vernell Stewart**<br>**685 County Road 181**<br>**Eutaw, AL 35462** | Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.50 | $390.50 |
|---|---|---|---|---|

**Victoria Villareal**
1927 MLKing Jr Blvd
Tuscaloosa, AL 35401

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | | $447.57 | $447.57 |
|---|---|---|---|---|

**Virginia Finch**
320 Levi Morrow Sr. Ct.
Eutaw, AL 35462

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | | $1,923.08 | $1,923.08 |
|---|---|---|---|---|

**William Aquino**
1145 Pyramid St.
San Diego, CA 92114

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | | $479.52 | $479.52 |
|---|---|---|---|---|

**William Harris**
1100 US Highway 80, Apt B6
Demopolis, AL 36732

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Name

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,083.22 | $1,083.22 |
|---|---|---|---|---|

**William Miller**
**602 6th Avenue East**
**Linden, AL 36748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.50 | $704.50 |
|---|---|---|---|---|

**William Sledge**
**301 Demopolis St**
**Greensboro, AL 36744**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.76 | $402.76 |
|---|---|---|---|---|

**Willie Webb**
**7357 Sumter 24**
**Emelle, AL 35459**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.45 | $516.45 |
|---|---|---|---|---|

**Yvette Hernandez**
**6800 McFarland Blvd Lot 1**
**Northport, AL 35476**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**A La Carte Specialty Foods**
**501 Louisiana Street**
**Westwego, LA 70094-4141**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,350.00 |
|---|---|---|---|

**AB Vista, Inc.**
**150 S. Pine Island Rd., Ste. 270**
**Fort Lauderdale, FL 33324-2677**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,711.73 |
|---|---|---|---|

**Acosta, Inc.**
**6600 Corporate Center Pkwy.**
**Jacksonville, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,050.30 |
|---|---|---|---|

**ADM Milling Co.**
**P.O. Box 745086**
**Atlanta, GA 30374-5086**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,919.92 |
|---|---|---|---|

**Advanced Disposal Services**
**P.O. Box 743019**
**Atlanta, GA 30374-3019**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,999.52 |
|---|---|---|---|

**Aflac, Inc.**
**1932 Wynnton Rd**
**Columbus, GA 31999**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Agiloc International Inc.**
**100 N. Hill Drive #51**
**Brisbane, CA 94005**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,571.43 |
|---|---|---|---|

**Alabama Department of Environmental Mana**
PO Box 301463
Montgomery, AL 36130-1463

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Regulatory/Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,633.19 |
|---|---|---|---|

**Alabama Dept. of Agriculture**
1445 Federal Drive
Montgomery, AL 36107

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Regulatory/Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.00 |
|---|---|---|---|

**Alabama Elevator & Accesibility**
PO Box 680930
Prattville, AL 36068-0930

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,139,517.24 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

Date(s) debt was incurred **8/1/2017**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,440,437.88 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

Date(s) debt was incurred **10/31/2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Term Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.00 |
|---|---|---|---|

**Alabama Farmers Cooperative**
c/o Lawrence C. Weaver, Wilmer & Lee
300 Market St, Suite 210 AB
Decatur, AL 35601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,461.92 |
|---|---|---|---|

**Alabama Power Company**
600 North 18th St.
Birmingham, AL 35203-2200

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,062.30 |
|---|---|---|---|

**American Colloid Company**
PO Box 955112
Saint Louis, MO 63195-5112

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,752.40 |
|---|---|---|---|

**Ampro Products, Inc.**
PO Box 930211
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.75 |
|---|---|---|---|

**Andalusia Farmers Cooperative**
P.O. Box  1335
Andalusia, AL 36420

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,183.62 |
|---|---|---|---|

**Andress Engineering Assoc.**
131 Airpark Industrial Rd.
Alabaster, AL 35007

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.33 |
|---|---|---|---|

**Applied Indutries Tech**
One Applied Plaza,E 36th & Euclid
Cleveland, OH 44115

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.37 |
|---|---|---|---|

**Aramark Uniform & Career Apparel Group**
P.O. Box 904103
Charlotte, NC 28290-4103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.90 |
|---|---|---|---|

**Arbon Equipment**
25464 Network Place
Chicago, IL 60673-1254

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,195.01 |
|---|---|---|---|

**Ardent Mills, LLC**
**33250 Collection Center Dr.**
**Chicago, IL 60693-0332**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,652.43 |
|---|---|---|---|

**AT&T**
**P.O. Box 105262**
**Atlanta, GA 30348-5262**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,193.82 |
|---|---|---|---|

**Atlas Welding Supply Co., Inc.**
**3530 Greensboro Ave.**
**Tuscaloosa, AL 35401-7002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,163.43 |
|---|---|---|---|

**Automation Personnel Services**
**PO Box 936648**
**Atlanta, GA 31193-6648**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,158.14 |
|---|---|---|---|

**BAADER North America**
**3086 Paysphere Circle**
**Chicago, IL 60674-0030**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.20 |
|---|---|---|---|

**Banks & Company**
**James O. Banks**
**101 Greensboro Street**
**Eutaw, AL 35462**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.00 |
|---|---|---|---|

**Blue Beacon International**
**PO Box 856**
**Salina, KS 67402-0856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,388.24 |
|---|---|---|---|

**Blue Cross Blue Shield**
**Payment Processing**
**450 Riverchase Parkway East**
**Birmingham, AL 35236-0037**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages/Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**Brian Smith**
**PO Box 219**
**Livingston, AL 35470-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal fees and expenses**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.30 |
|---|---|---|---|

**Brownlee Auto Parts**
**120 Prairie Avenue**
**Eutaw, AL 35462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.00 |
|---|---|---|---|

**Bucksaw Ridge**
**5870 Co. Rd. 21**
**Akron, AL 35441-2205**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,838.67 |
|---|---|---|---|

**Bunzl Processor Division**
**12240 Collection Center Drive**
**Chicago, IL 60693-0122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,552.61 |
|---|---|---|---|

**Cain Steel and Supply**
**2650 20th Street**
**Tuscaloosa, AL 35401**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.32 |
|---|---|---|---|

**Canadian Biosystems, Inc.**
**4389-112th Avenue S.E.**
**Calgary, Alberta T2C 0J7**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592.50 |
| --- | --- | --- | --- |

**Central Alabama Farmers Cooperative**
P.O. Box 519
Demopolis, AL 36732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.22 |
| --- | --- | --- | --- |

**Chem Aqua**
P.O. Box 971269
Dallas, TX 75397-1269

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
| --- | --- | --- | --- |

**Christon Peaster**
2454 Sansershill Road
Brooksville, MS 39739

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Wages/Contract Work__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018.90 |
| --- | --- | --- | --- |

**Cintas Corporation**
P.O. Box 630910
Cincinnati, OH 45263-0910

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.11 |
| --- | --- | --- | --- |

**City of Demopolis Water Works**
PO Box 580
Demopolis, AL 36732

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
| --- | --- | --- | --- |

**City of Eutaw Water Dept.**
PO Box 431
Eutaw, AL 35462

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.40 |
| --- | --- | --- | --- |

**City of Northport Water & Sewer Dept.**
3500 McFarland Blvd.
Northport, AL 35476-3181

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **SouthFresh Aquaculture, LLC** | Case number (if known) | **19-70152** |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,023.50 |
|---|---|---|---|

**Clearwater Consultants**
PO Box 1328
Starkville, MS 39760

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.36 |
|---|---|---|---|

**Coastal Marketing Consultants**
1501 15th Street NW, #104
Auburn, WA 98001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,181.60 |
|---|---|---|---|

**Collins Communications**
1009 West Jackson Street
Demopolis, AL 36732-1699

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,844.04 |
|---|---|---|---|

**Collum Food Processing**
1491 Thornton Street
Greenville, MS 38703-2443

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,719.16 |
|---|---|---|---|

**Colonial Bag Company**
P. O. Box 929
Lake Park, GA 31636-0929

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,515.25 |
|---|---|---|---|

**Comdata**
5301 Maryland Way
Brentwood, TN 37027

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,831.96 |
|---|---|---|---|

**Commodity Specialists**
PO Box 802233
Kansas City, MO 64180-2233

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,553.21 |

**Covia Lime, LLC**
P.O. Box 198867
Atlanta, GA 30384-8867

Date(s) debt was incurred __

Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.12 |

**Covington Heavy Duty Parts**
P. O. Box 1049
Andalusia, AL 36420

Date(s) debt was incurred __

Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,626.95 |

**CPC Commodities**
98 Celsor Road
Fountain Run, KY 42133

Date(s) debt was incurred __

Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.80 |

**D&F Equipment Sales**
P.O. Box 275
Crossville, AL 35962-0275

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,205.00 |

**D'Iberville Cold Storage**
9392 Central Avenue
Diberville, MS 39540

Date(s) debt was incurred __

Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.50 |

**D.D. Reckner**
129 E. College Avenue
Westerville, OH 43081

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |

**Dana Transport**
PO Box 370
Avenel, NJ 07001

Date(s) debt was incurred __

Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

Case 19-70152-JHH11    Doc 332-3    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 2)    Page 27 of 40

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,683.00 |
|---|---|---|---|

**David Besson Partlow, III - Windy Hill**
**421 Vicksburg Dr.**
**Tuscaloosa, AL 35406-1765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,787.20 |
|---|---|---|---|

**Diversified Ingredients**
**440 Mamaroneck Ave.**
**Harrison, NY 10528**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,294.96 |
|---|---|---|---|

**Dixie Feed & Trucking**
**PO Box 301**
**Aliceville, AL 35442**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,243.04 |
|---|---|---|---|

**Double Wheel Farm**
**5111 US Hwy 11 South**
**Boligee, AL 35443-3402**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,556.36 |
|---|---|---|---|

**Douglas Koehn-Quality Seining**
**794 Greenfield Road**
**Brooksville, MS 39739**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.25 |
|---|---|---|---|

**Drake Printers**
**PO Box 2448**
**Tuscaloosa, AL 35403-2448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Drs. Ketcham & Dismukes Clinic**
**P. O. Box 650**
**Demopolis, AL 36732**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,493.13 |
|---|---|---|---|

**Dyna-Lift**
P.O. Box 1348
Montgomery, AL 36102-1348

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | | $15,302.00 |
|---|---|---|---|

**Eagle Transportation**
7127 Hwy 98 W, Ste. 50
Hattiesburg, MS 39402

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | | $2,106.19 |
|---|---|---|---|

**Edd Johnson & Associates**
PO Box 1117
Pelham, AL 35124-5117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | | $139.00 |
|---|---|---|---|

**Edict Systems, Inc.**
2680 Indian Ripple Road
Dayton, OH 45440-3605

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | | $40,306.16 |
|---|---|---|---|

**Elysian Fish Farms**
1688 Co Rd 2
Gallion, AL 36742

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | | $55.00 |
|---|---|---|---|

**Euler Hermes Services North America**
800 Red Brook Blvd.
Owings Mills, MD 21117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | | $2,639.00 |
|---|---|---|---|

**Eurofins-Louisville**
PO Box 2153, Dept. 1914
Birmingham, AL 35287-1914

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|---|---|---|---|

**Extru-Tech, Inc.**
100 Airport Rd.
Sabetha, KS 66534-9418

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,099.20 |
|---|---|---|---|

**Fairway Dairy & Ingredients**
17725 Juniper Path
Lakeville, MN 55044

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,630.71 |
|---|---|---|---|

**Farmers Grain**
PO Box 1796
Greenville, MS 38702-1796

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.20 |
|---|---|---|---|

**Federal Express Corp.**
PO Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,009.91 |
|---|---|---|---|

**FFE Transportation Services Inc.**
1145 Empire Central Place
Dallas, TX 75247-4305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**Fred Robertson Wrecker Service**
3702 Greensboro Ave.
Tuscaloosa, AL 35405-2845

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**Fredrick Taylor**
PO Box 149
Thomaston, AL 36783

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

Case 19-70152-JHH11    Doc 332-3    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 2)    Page 30 of 40

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,077.76 |
|---|---|---|---|

**FS Group**
PO Box 2371
Albertville, AL 35950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Gaddy Electric & Plumbing**
PO Box 480066
Linden, AL 36748-0066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Gary W. Broussard DBA Beaver Creek Farms**
324 Baby St.
Newbern, AL 36765-3602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,688.93 |
|---|---|---|---|

**Gavilon Ingredients, LLC**
P.O. Box 74008695
Chicago, IL 60674-8695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,728.87 |
|---|---|---|---|

**Georgia Pacific Corrugated**
405 Maxwell Dr.
Albany, GA 31701-1615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,790.84 |
|---|---|---|---|

**Givhan Land & Cattle c/o Sam Givhan**
6900 Alabama Hwy 5
Safford, AL 36773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|

**Global Fire Sprinklers**
4242 Bryson Blvd.
Florence, AL 35630-7319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,015.91 |
|---|---|---|---|

**Golden Peanut Co.**
P.O. Box 745086
Atlanta, GA 30374-5086

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $853.01 |
|---|---|---|---|

**Grainger, Inc.**
100 Grainger Pkwy.
Lake Forest, IL 60045-5202

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,871.24 |
|---|---|---|---|

**Greensboro Farmer's Cooperative**
P.O. Box 358
Greensboro, AL 36744-0358

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.73 |
|---|---|---|---|

**Gulf Coast Marine Supply Co.**
P.O. Box 2088
Mobile, AL 36652-2088

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.99 |
|---|---|---|---|

**Hach Company**
2207 Collection Center Drive
Chicago, IL 60693-0022

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679.00 |
|---|---|---|---|

**Harmony Hill Trucking**
1919 B Washington St.
Uniontown, AL 36786-4514

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**Heartland Catfish**
55001 Highway 82-West
Itta Bena, MS 38941

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

Case 19-70152-JHH11    Doc 332-3    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 2)    Page 32 of 40

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,475.00 |
|---|---|---|---|

**Henry Welding, LLC**
10248 AL Highway 14
Greensboro, AL 36744-5362

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,520.50 |
|---|---|---|---|

**Hicks Pallets**
5746 Hannah Ct
Satsuma, AL 36572

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,855.00 |
|---|---|---|---|

**Hilo Fish Company**
55 Holomua Street
Hilo, HI 96720

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,731.52 |
|---|---|---|---|

**HPSI Purchasing Services**
1101 Market Street
Philadelphia, PA 19107

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.93 |
|---|---|---|---|

**Hydro Power of MS**
318 Airport Rd
Pearl, MS 39208-6649

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $638.40 |
|---|---|---|---|

**ICWUC**
Attn:  Grover Houston
403 Maria Ave.
Demopolis, AL 36732

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,787.39 |
|---|---|---|---|

**Industrial Electric Motor Work**
P.O. Box 638
Marion, MS 39342-0638

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,462.85 |
|---|---|---|---|

**International Paper MPAK Warehouse**
PO Box C
Indianola, MS 38751-1243

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**J & C Farms**
PO Box 466
Macon, MS 39341

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.85 |
|---|---|---|---|

**J. Goodman & Associates**
14544 Central Avenue #42
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.56 |
|---|---|---|---|

**J.J. Keller**
PO Box 548
Neenah, WI 54957-0548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,308.08 |
|---|---|---|---|

**JBT Cat**
P.O. Box 772998
Chicago, IL 60677-0298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.00 |
|---|---|---|---|

**Jensen Tuna**
5885 Hwy. 311
Houma, LA 70360

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,790.64 |
|---|---|---|---|

**Joe's Repair Shop**
PO Box 485
Eutaw, AL 35462

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 19-70152-JHH11    Doc 332-3    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 2)    Page 34 of 40

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,897.52 |
|---|---|---|---|

**Ken Diller**
1661 CR 2
Gallion, AL 36742

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.37 |
|---|---|---|---|

**Kiwi Coders Corp.**
265 East Messner Dr.
Wheeling, IL 60090-6495

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,275.97 |
|---|---|---|---|

**Kyle D. Schmidt**
2448 Hopewell Rd.
Brooksville, MS 39739-5165

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.39 |
|---|---|---|---|

**Kynard Tire & Repair, Inc.**
PO Box 400
Greensboro, AL 36744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |
|---|---|---|---|

**LaBudde Group, Inc.**
PO Box 309
Cedarburg, WI 53012

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,989.60 |
|---|---|---|---|

**Land O' Lakes Purina Feed LLC**
PO Box 404744
Atlanta, GA 30384-4744

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,651.14 |
|---|---|---|---|

**Lansing Trade Group, LLC**
15314 Collections Center Drive
Chicago, IL 60693-0153

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,817.90 |
|---|---|---|---|

**Lansing Vermont, Inc.**
PO Box 741671
Atlanta, GA 30374-1671

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.00 |
|---|---|---|---|

**Larsen Intermodal Services Inc.**
12301 Old Gentilly Road
New Orleans, LA 70129-8219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.79 |
|---|---|---|---|

**Ledwell**
P.O. Box 1106
Texarkana, TX 75504-1106

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Lewis Pest Control**
1001 S. Cedar Ave.
Demopolis, AL 36732

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,303.27 |
|---|---|---|---|

**LINA/Cigna**
1601 Chestnut Street
Philadelphia, PA 19192

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,918.35 |
|---|---|---|---|

**Little Rock Farm**
4446 County Road 10
Greensboro, AL 36744

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,661.32 |
|---|---|---|---|

**Livestock Nutrition Center, LLC**
5860 Ridgeway Center Pkwy., Ste. 240
Memphis, TN 38120-4046

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

Name

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,279.17** |
|---|---|---|---|

**Loren Diller**
1661 Co. Rd. 2
Gallion, AL 36742

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$287.29** |
|---|---|---|---|

**Loyalty Food Brokers**
1405 Buckner Rd.
Valrico, FL 33596-7166

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,069.01** |
|---|---|---|---|

**M&M Seining**
483 Crawford Road
Greensboro, AL 36744

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,991.00** |
|---|---|---|---|

**Marketing Support, Inc.**
19398 Middle Branch Dr.
Macomb, MI 48044-6704

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**MarketSmart, Inc.**
11721 Whittier Blvd. #537
Whittier, CA 90601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$832.44** |
|---|---|---|---|

**Marvin D. Gregory - Gregory & Sons**
5113 Northwood Lake Drive East
Northport, AL 35473-2075

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$181.06** |
|---|---|---|---|

**Marvin's Credit Services**
P.O. BOX 105525
Atlanta, GA 30348-5525

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,769.88 |
|---|---|---|---|

**McCain Engineering**
PO Box 817
Pelham, AL 35124

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,886.75 |
|---|---|---|---|

**Mississippi Department of Agriculture**
121 North Jefferson St.
Jackson, MS 39201

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Regulatory/Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,190.74 |
|---|---|---|---|

**Mississippi Plastic Bag & Packaging**
P.O. Box 220
Bolton, MS 39041-0220

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,491.97 |
|---|---|---|---|

**Motion Industries, Inc.**
P.O. Box 504606
Saint Louis, MO 63150-4606

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Multi-States Agent for Process, Inc.**
P.O. Box 10546
Jackson, TN 38308

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Regulatory/Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**MWI Animal Health**
PO Box 840537
Dallas, TX 75284-0537

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,711.87 |
|---|---|---|---|

**Network Trading**
PO Box 124
Nerstrand, MN 55053

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,246.06 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Newell Paper Co.**
P.O. Box 631
Meridian, MS 39302-0631

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,941.91 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Nolin Milling**
101 Pine St.
P.O. Box 156
Dickens, IA 51333

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,600.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Norfolk Southern**
PO Box 532797
Atlanta, GA 30353-2797

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,909.70 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Northport Electrical Supply**
P.O. Box 1167
Northport, AL 35476-3170

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,472.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Nutra Blend Corporation**
P.O. Box 202619
Dallas, TX 75320-2619

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**NYLIFE Insurance**
51 Madison Avenue
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages/Insurance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,396.44 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Ocean Foods Co.**
10800 S. Central Avenue
Chicago Ridge, IL 60415

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $787.22 |
|---|---|---|---|

**Ocean's Best Corp.**
1943 Rosewood Ct.
Munster, IN 46321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.66 |
|---|---|---|---|

**Odom Farms**
PO Drawer 190
Eutaw, AL 35462-0190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $672.71 |
|---|---|---|---|

**Office Depot**
PO Box 633211
Cincinnati, OH 45263-3211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,093.40 |
|---|---|---|---|

**Pace Analytical Services, LLC**
PO Box 684056
Chicago, IL 60695-4056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $878.08 |
|---|---|---|---|

**Packers Chemical Holdings LLC**
3729 Peddle Hollow Road
Kieler, WI 53812

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,960.64 |
|---|---|---|---|

**Packers Sanitation Services**
3681 Prism Lane
Kieler, WI 53812

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.04 |
|---|---|---|---|

**Paramount Marketing**
8811 Sidney Circle
Charlotte, NC 28269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-70152-JHH11    Doc 332-3    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 2)    Page 40 of 40