| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,598.35 |

**Parr's, Inc.**
**PO Box 140**
**Demopolis, AL 36732-0140**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.78 |

**Parts & Company of Selma, Inc.**
**2809 Citizens Pkwy**
**Selma, AL 36701-3914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.64 |

**Piedmont National**
**1561 Southland Circle, NW**
**Atlanta, GA 30318-3630**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.51 |

**Piggly Wiggly #103**
**131 Greensboro St.**
**Eutaw, AL 35462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,594.39 |

**Pinson Truck & Equipment**
**PO Box 9848**
**Birmingham, AL 35220-0848**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,396.89 |

**Power & Rubber Supply, Inc.**
**P.O. Box 3069**
**Tuscaloosa, AL 35403-3069**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,272.00 |

**Prairie Cajun Brand LLC**
**1277 Hwy. 757**
**Eunice, LA 70535-2164**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.64 |

**Preferred Freezer Chicago**
2357 S. Wood St.
Chicago, IL 60608-5305

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.50 |

**Preferred Freezer Services of Raynham**
571 Paramount Drive
Raynham, MA 02767

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.25 |

**Premier Springwater Distribution**
1500 30th Street
Tuscaloosa, AL 35401

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.00 |

**Presto-X**
PO Box 13848
Reading, PA 19612-3848

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.36 |

**Pro Chem, Inc.**
P.O. Box 1309
Alpharetta, GA 30009-1309

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,105.00 |

**Pyramid Transport**
18119 Sussex Hwy., Unit #2
Bridgeville, DE 19933

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,405.07 |

**R & R Brokerage Services**
1919B Washington St.
Uniontown, AL 36786-4514

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,659.87 |
|---|---|---|---|

**Ram, Inc.**
2090 Columbiana Rd., Ste. 2600
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,469.25 |
|---|---|---|---|

**Ranger Environmental Services**
10601 HWY 43 N
Creola, AL 36525

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,203.60 |
|---|---|---|---|

**Reddy Ice Corporation**
8750 N. Central Expressway, Ste. 1000
Dallas, TX 75231-6416

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.20 |
|---|---|---|---|

**Refrigiwear**
P.O. Box 39
Dahlonega, GA 30533-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,965.67 |
|---|---|---|---|

**River City Diesel Services**
7748 CR #19
Demopolis, AL 36732

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,939.00 |
|---|---|---|---|

**River City Trucking**
P.O. Box 918
Demopolis, AL 36732-0918

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,460.42 |
|---|---|---|---|

**Robert P. Hall**
15480 Hwy 69 South
Greensboro, AL 36744

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,372.00 |
|---|---|---|---|

**Roberts Hauling, Inc.**
**1145 Highway 129**
**Fayette, AL 35555**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Roger L. Krebs**
**102 30th Street**
**Tuscaloosa, AL 35405**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,176.94 |
|---|---|---|---|

**Ronald Nichols/Running Creek Farms**
**653 Highway 17**
**Aliceville, AL 35442**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,230.51 |
|---|---|---|---|

**Running Creek Farms**
**653 Highway 17**
**Aliceville, AL 35442**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _01/18/2019_

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,189.00 |
|---|---|---|---|

**Savannah Food Company**
**575 Industrial Rd.**
**Savannah, TN 38372-5977**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,562.60 |
|---|---|---|---|

**Sea Delight**
**8195 NW 67 Street**
**Miami, FL 33166**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,065.00 |
|---|---|---|---|

**Seaquest Seafood**
**530 South 6th Avenue**
**La Puente, CA 91746**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.15 |
|---|---|---|---|

**Sign Pro of Tuscaloosa**
4708 Highway 69 North
Northport, AL 35473-2033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,856.90 |
|---|---|---|---|

**Skye Diller**
1661 Co. Rd. 2
Gallion, AL 36742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|---|---|---|---|

**Smith, Gambrell & Russell, LLP**
Promenade, Ste. 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,850.00 |
|---|---|---|---|

**Southeast Cold Storage**
405 Alpha Dr.
Destrehan, LA 70047-5217

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,784.00 |
|---|---|---|---|

**Southeastern Mineral**
P. O. Box 1650
Bainbridge, GA 39818

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,776.80 |
|---|---|---|---|

**Southeastern Refrigeration**
310 26th Avenue West
Birmingham, AL 35204-1042

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.20 |
|---|---|---|---|

**Southern Cold Storage**
7150 S. Choctaw Drive
Baton Rouge, LA 70806

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Case 19-70152-JHH11     Doc 332-4     Filed 06/12/19     Entered 06/12/19 10:35:14     Desc
Amended Schedule E/F (Part 3)     Page 5 of 26

| | | | |
|---|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,569.99** |
| | **Southern Controls** | ■ Contingent | |
| | P.O. Box 210399 | ☐ Unliquidated | |
| | Montgomery, AL 36121-0399 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.96** |
| | **Southern Hose & Industrial** | ■ Contingent | |
| | PO Box 7595 | ☐ Unliquidated | |
| | Jackson, MS 39284-7595 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,559.99** |
| | **Southern Label Co., Inc.** | ■ Contingent | |
| | 5624 Clifford Circle | ☐ Unliquidated | |
| | Birmingham, AL 35210-4453 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$466.64** |
| | **Southern Linc Wireless** | ■ Contingent | |
| | 5555 Glenridge Connector, Ste. 500 | ☐ Unliquidated | |
| | Atlanta, GA 30342-4760 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,482.01** |
| | **Spire, Inc.** | ■ Contingent | |
| | PO Box 2224 | ☐ Unliquidated | |
| | Birmingham, AL 35295 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,260.00** |
| | **St. Peter Projects MS, Inc.** | ☐ Contingent | |
| | 358 S. Mobile St. | ☐ Unliquidated | |
| | Fairhope, AL 36532 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.00** |
| | **Stanley Convergent** | ☐ Contingent | |
| | Dept. CH10651 | ☐ Unliquidated | |
| | Palatine, IL 60055-0001 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.76 |
|---|---|---|---|

**Stillwater Provisions**
**1812 South Church - Suite B**
**Smithfield, VA 23430**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,672.20 |
|---|---|---|---|

**Strickland Paper Company**
**481 Republic Circle**
**Birmingham, AL 35214-5967**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.84 |
|---|---|---|---|

**Suburban Propane, L.P.**
**8475 Selma Hwy.**
**Montgomery, AL 36108-6836**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,462.31 |
|---|---|---|---|

**Sysco**
**1390 Enclave Pkwy.**
**Houston, TX 77077-2099**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
|---|---|---|---|

**Sysco Detroit**
**41600 Van Born Road**
**Canton, MI 48188**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,078.00 |
|---|---|---|---|

**Sysco Food Services of Columbia**
**131 Sysco Ct.**
**Columbia, SC 29209**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,472.95 |
|---|---|---|---|

**Sysco Houston**
**10710 Greens Crossing Blvd.**
**Houston, TX 77038-2716**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$176.50** |
|---|---|---|---|

**Sysco Southeast Florida LLC**
**1999 Martin Luther King Jr. Blvd.**
**West Palm Beach, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$713.12** |
|---|---|---|---|

**Terry E. Blackaby**
**PO Box 2434**
**Hendersonville, TN 37077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$917.45** |
|---|---|---|---|

**The Bait Shop**
**106 First Avenue**
**Eutaw, AL 35462-1408**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$298.62** |
|---|---|---|---|

**Thompson Food**
**325 FOREST CREST DR.**
**Walled Lake, MI 48390**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,762.20** |
|---|---|---|---|

**Total Feeds, Inc.**
**PO Box 3090**
**Weatherford, TX 76086**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,352.30** |
|---|---|---|---|

**Trade Source**
**1750 S. Telegraph Rd., Ste. 310**
**Bloomfield Hills, MI 48302-0179**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,846.34** |
|---|---|---|---|

**TransAmerica**
**6400 C Street SW, P55**
**Cedar Rapids, IA 52499**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages/Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,419.00** |
| | **Tri Strata Group**<br>**12685 Miller Road NE**<br>**Bainbridge Island, WA 98110** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$428.15** |
| | **Trinity Logistics, Inc.**<br>**P.O. Box 62702**<br>**Baltimore, MD 21264-2702** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.32** |
| | **TTI National, Inc.**<br>**PO Box 371873**<br>**Pittsburgh, PA 15250-7873** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Utility__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.00** |
| | **Turner Scale, Inc.**<br>**581-B George Todd Drive**<br>**Montgomery, AL 36117-2235** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$697.45** |
| | **Tuscaloosa Office Products**<br>**612 Greensboro Avenue**<br>**Tuscaloosa, AL 35401-1750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,346.76** |
| | **Tuscaloosa Scale Co.**<br>**4050 Industrial Dr.**<br>**Cottondale, AL 35453** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329.66** |
| | **Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | |
|---|---|
| **3.211** Nonpriority creditor's name and mailing address | $2,378.07 |

**United Parcel Service**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328-3498**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.212** Nonpriority creditor's name and mailing address | $5,151.66 |

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.213** Nonpriority creditor's name and mailing address | $3,354.22 |

**USDA, AMS, Livestock**
**1400 Independence Ave., SW**
**Cohasset, MA 02025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Regulatory/Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.214** Nonpriority creditor's name and mailing address | $979.52 |

**Valley Printing Company**
**3919 Vanderbilt Road**
**Birmingham, AL 35217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.215** Nonpriority creditor's name and mailing address | $91.60 |

**Verizon Wireless**
**One Verizon Way**
**Basking Ridge, NJ 07920-1097**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.216** Nonpriority creditor's name and mailing address | $1,022.56 |

**VSP**
**PO Box 742788**
**Los Angeles, CA 90074-2788**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.217** Nonpriority creditor's name and mailing address | $483.02 |

**Weigh-Tech**
**1649 Country Elite Dr.**
**Waldron, AR 72958-8436**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.15 |
|---|---|---|---|
| | **Wells Fargo Vendor Financial Services**<br>P.O. Box 105710<br>Atlanta, GA 30348-5710 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,325.10 |
|---|---|---|---|
| | **Westway Feed Products**<br>23629 Network Place<br>Chicago, IL 60673-1236 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,680.00 |
|---|---|---|---|
| | **Winsea International USA, Inc.**<br>8700 COMMERCE PARK DIRVE-STE 219<br>Houston, TX 77036 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,328.73 |
|---|---|---|---|
| | **Zee Company, Inc.**<br>412 Georgia Ave., #300<br>Chattanooga, TN 37403-1853 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Ray**<br>1901 6th Ave. N., Ste. 1500<br>Birmingham, AL 35203-4642 | Line __3.14__<br><br>☐ Not listed. Explain ____ | __ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 235,379.93 |
| 5b. Total claims from Part 2 | 5b. + | $ 14,426,255.16 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 14,661,635.09 |

**<u>Exhibit A</u>**

**Payments or Transfers to Creditors**

| Name | Address | Date | Amount/Value | Reason for Payment/Transfer |
|---|---|---|---|---|
| Ronald Nichols | 653 Highway 17, Aliceville, AL 35442 | 10/30/2018-01/27/2019 | $904,903.09 | Trade Payments |
| Maynard, Cooper & Gale, P.C. | 1901 Sixth Ave. N., Ste. 2400, Birmingham, AL 35203 | 10/30/2018-01/27/2019 | $380,440.28 | Legal Fees |
| Devonn Miller | 390 Jourdan Road, Brooksville, MS 35467 | 10/30/2018-01/27/2019 | $378,851.66 | Trade Payments |
| Elysian Fish Farm | PO Box 319,Greensboro, AL 36744 | 10/30/2018-01/27/2019 | $322,006.23 | Trade Payments |
| Winsea International USA, Inc. | 8700 Commerce Park Drive, Ste. 219, Houston, TX 77036 | 10/30/2018-01/27/2019 | $243,236.00 | Trade Payments |
| Alabama Farmers Cooperative | 121 Somerville Rd. NE, Decatur, AL 35601 | 10/30/2018-01/27/2019 | $180,512.48 | Loan Payments |
| Sea Delight, LLC | 8195 NW 67th Street, Miami, FL 33166 | 10/30/2018-01/27/2019 | $177,953.30 | Trade Payments |
| Delfin Ultracongelados, S.A. | Calle Colmenas, 35 Ontigola (Toledo), Spain 45340 | 10/30/2018-01/27/2019 | $155,400.00 | Expense Reimbursement |
| Blue Cross Blue Shield of Alabama, Payment Processing | 450 Riverchase Parkway East, Birmingham, AL 35236-0037 | 10/30/2018-01/27/2019 | $145,801.16 | Insurance |
| Givhan Land & Cattle Company, Inc. | 6900 AL Highway 5, Safford, AL 35630 | 10/30/2018-01/27/2019 | $144,842.31 | Trade Payments |
| Heartland Catfish | 55001 Highway 82-West, Itta Bena, MS | 10/30/2018-01/27/2019 | $144,708.00 | Trade Payments |

| | 38941 | | | |
|---|---|---|---|---|
| Hainan Eternal Spring Fisheries Co., Ltd. | Suite 1401, No. 22 Chaoyangmenwai Dajie, Beijing 100020, PR China | 10/30/2018-01/27/2019 | $144,080.80 | Trade Payments |
| Pineview Farms | 4446 CR 10, Greensboro, AL 36744 | 10/30/2018-01/27/2019 | $137,247.16 | Trade Payments |
| Georgia Pacific Corrugated, LLC | 405 Maxwell Dr., Albany, GA 31701 | 10/30/2018-01/27/2019 | $137,121.04 | Trade Payments |
| D & T Crawfish, LLC | 314 Veterans Memorial Drive, Abbeville, LA 70510 | 10/30/2018-01/27/2019 | $128,855.00 | Trade Payments |
| Hilo Fish Company, Inc. | 55 Holomua Street, Hilo, HI 96720 | 10/30/2018-01/27/2019 | $126,844.50 | Trade Payments |
| ComData XA662 | 5301 Maryland Way, Brentwood, TN 37027 | 10/30/2018-01/27/2019 | $125,295.12 | Trade Payments |
| Kyle D. Schmidt | 2448 Hopewell Road, Brooksville, MS 39739 | 10/30/2018-01/27/2019 | $124,498.66 | Trade Payments |
| Packers Sanitation Services, Ltd. | 3681 Prism Lane, Kieler, WI 53812 | 10/30/2018-01/27/2019 | $121,060.96 | Sanitation Services |
| Ken Diller | 1661 CR 2, Gallion, AL 36742 | 10/30/2018-01/27/2019 | $116,516.50 | Trade Payments |
| FFE Transportation Services, LLC | 1145 Empire Central Place, Dallas, TX 75247 | 10/30/2018-01/27/2019 | $116,080.85 | Trade Payments |
| Eagle Transportation, LLC | 7127 Hwy 98 W., Ste. 50, Hattiesburg, MS 39402 | 10/30/2018-01/27/2019 | $105,461.00 | Trade Payments |
| Alabama Power Company | 600 18th Street North, Birmingham, AL 35203 | 10/30/2018-01/27/2019 | $104,969.31 | Utilities |
| Jensen Tuna, Inc. | 5885 Hwy. 311, Holuma, LA 70360 | 10/30/2018-01/27/2019 | $93,330.00 | Trade Payments |

| | | | | |
|---|---|---|---|---|
| Seaquest Seafood Corporation | 530 South 6th Avenue, City of Industry, CA 91746 | 10/30/2018-01/27/2019 | $91,345.00 | Trade Payments |
| Transamerica Retirement Solutions Corp. | 440 Mamaroneck Avenue, Harrison, NY 10528 | 10/30/2018-01/27/2019 | $89,029.75 | Trade Payments |
| LeaseSouth LLC | 300 Clinton Ave. W, Ste. 1, Huntsville, AL 35801 | 10/30/2018-01/27/2019 | $83,819.54 | Trade Payments |
| Alan Nichols | 7548 AL Hwy. 116, Gainesville, AL 35464 | 10/30/2018-01/27/2019 | $83,693.03 | Trade Payments |
| Douglas Koehn-Quality Seining, LLC | 5111 US Highway 11 South, Boligee, AL 35443 | 10/30/2018-01/27/2019 | $80,531.50 | Trade Payments |
| Prairie Lake | 4446 CR 10, Greensboro, AL 36744 | 10/30/2018-01/27/2019 | $75,691.86 | Trade Payments |
| Jeremy Ensz d/b/a Cottonwood Acres, Inc. | 1043 Collier Jones Rd., Uniontown, AL 36786 | 10/30/2018-01/27/2019 | $74,970.44 | Trade Payments |
| Crystal Seas Seafood, LLC | 166 W North Ave., Pass Christian, MS 39571 | 10/30/2018-01/27/2019 | $70,000.00 | Trade Payments |
| Mayo Mallette, PLLC | 2094 Old Taylor Road., Ste. 200, Oxford, MS 38655 | 10/30/2018-01/27/2019 | $69,536.43 | Legal Fees |
| Greene County Office of Treasurer | PO Box 510, Eutaw, AL 35462 | 10/30/2018-01/27/2019 | $67,663.33 | Taxes |
| Prairie Cajun Brands, LLC | 1277 Highway 757, Eunice, LA 70535 | 10/30/2018-01/27/2019 | $67,392.00 | Trade Payments |
| Double Wheel Farm | 5111 US Highway 11 South, Boligee, AL 35443 | 10/30/2018-01/27/2019 | $65,060.41 | Trade Payments |
| Herndon Farms | 166 CR 138, Boligee, AL 35443 | 10/30/2018-01/27/2019 | $64,383.67 | Trade Payments |

| | | | | |
|---|---|---|---|---|
| Collum Food Processing Machinery, Inc. | 1491 Thornton Street, Greenville, MS 38704 | 10/30/2018-01/27/2019 | $58,609.44 | Trade Payments |
| Mitchell Hale | 14230 AL Highway 28, Linden, AL 36748 | 10/30/2018-01/27/2019 | $57,699.24 | Trade Payments |
| Martin Litwiller | 10222 AL Hwy. 61, Newbern, AL 36765 | 10/30/2018-01/27/2019 | $47,562.81 | Trade Payments |
| Bill D. Doman | 9292 Highway 69-South, Greensboro, AL 36744 | 10/30/2018-01/27/2019 | $45,972.76 | Trade Payments |
| Hollingsworth Farms, Inc. | 7627 AL Hwy. 25, Greensboro, AL 36744 | 10/30/2018-01/27/2019 | $44,129.61 | Trade Payments |
| Bunzl Processor Division | 12240 Collections Center Drive, Chicago, IL 60693 | 10/30/2018-01/27/2019 | $42,357.29 | Trade Payments |
| Strickland Paper Company, Inc. | 481 Republic Circle, Birmingham, AL 35214 | 10/30/2018-01/27/2019 | $36,878.28 | Office Supplies |
| River City Diesel Services | 7748 CR 19, Demopolis, AL 36732 | 10/30/2018-01/27/2019 | $31,961.32 | Trade Payments |
| Horseshoe Farms, Jim Pearce, & FirstSouth Bank | 173 West End, Eutaw, AL 35462 | 10/30/2018-01/27/2019 | $30,783.48 | Trade Payments |
| Baader North America | 3086 Paysphere Circle, Chicago, IL 60674 | 10/30/2018-01/27/2019 | $30,726.35 | Trade Payments |
| Power & Rubber Supply, Inc. | PO Box 3069, Tuscaloosa, AL 35403 | 10/30/2018-01/27/2019 | $28,786.98 | Trade Payments |
| Reddy Ice Corporation | 8750 N Central Expressway, Ste. 1000, Dallas, TX 75231 | 10/30/2018-01/27/2019 | $26,819.31 | Trade Payments |

| | | | | |
|---|---|---|---|---|
| Southeastern Refrigeration, Inc. | 310 26th Avenue W., Birmingham, AL 35204 | 10/30/2018-01/27/2019 | $26,806.17 | Trade Payments |
| Leroy Dixon | 60 CR 138, Boligee, AL 35443 | 10/30/2018-01/27/2019 | $26,473.86 | Trade Payments |
| Devonn Miller | 390 Jourdan Road, Brooksville, MS 35467 | 10/30/2018-01/27/2019 | $25,937.77 | Trade Payments |
| Little Rock Farm, Inc. | 4446 County Road 10, Greensboro, AL 36744 | 10/30/2018-01/27/2019 | $24,151.14 | Trade Payments |
| Acosta, Inc. | 6600 Corporate Center Pkwy., Jacksonville, FL 32216 | 10/30/2018-01/27/2019 | $23,941.78 | Trade Payments |
| Douglas Giesbrecht | 11070 Lynn Creek Rd., Brooksville, MS 39739 | 10/30/2018-01/27/2019 | $23,250.37 | Trade Payments |
| Spire | PO Box 2224, Birmingham, AL 35295 | 10/30/2018-01/27/2019 | $22,799.01 | Utilities |
| Catfish Products, LLC | 6712 Old Canton Rd., Ridgeland, MS 39157 | 10/30/2018-01/27/2019 | $21,750.00 | Trade Payments |
| Donald Palmer Company, Inc. | 1319 Valence St., New Orleans, LA 70115 | 10/30/2018-01/27/2019 | $21,739.15 | Trade Payments |
| Canadian Biosystems, Inc. | 4389 112th Avenue S.E., Calgary, Alberta, Canada T2C 0J7 | 10/30/2018-01/27/2019 | $21,726.55 | Trade Payments |
| Marel Seattle, Inc. | 2001 W Garfield St., Seattle, WA 98119 | 10/30/2018-01/27/2019 | $21,473.98 | Trade Payments |
| Channel Seafoods International, Inc. | 4755 Technology Way, Ste. 107, Boca Raton, FL 33431 | 10/30/2018-01/27/2019 | $21,472.50 | Trade Payments |
| Memphis Foods International | 2825 Farrisview Rd., Memphis, TN | 10/30/2018-01/27/2019 | $21,097.36 | Trade Payments |

| | 38118-1502 | | | |
|---|---|---|---|---|
| Island Lobster, Ltd. | 127 Eastern Ave. # 11, Gloucester, MA 01930 | 10/30/2018-01/27/2019 | $20,570.00 | Trade Payments |
| Hicks Pallets | 5746 Hannah Ct., Satsuma, AL 36572 | 10/30/2018-01/27/2019 | $19,291.25 | Trade Payments |
| Choptank Transportation, Inc. | 3601 Choptank Road, Preston, MD 21655 | 10/30/2018-01/27/2019 | $18,600.00 | Trade Payments |
| Alabama Catfish, LLC | 1550 McFarland Blvd. N, Tuscaloosa, AL 35406 | 10/30/2018-01/27/2019 | $17,700.00 | Trade Payments |
| Yale Carolinas, Inc. | 9839 York Road, Charlotte, NC 28273 | 10/30/2018-01/27/2019 | $17,314.95 | Trade Payments |
| Kerry, Inc. | 3330 Millington Road, Beloit, WI 53511 | 10/30/2018-01/27/2019 | $17,133.01 | Trade Payments |
| Freshwater Farms Products, LLC | 4554 MS-12, Belzoni, MS 39038 | 10/30/2018-01/27/2019 | $16,275.00 | Trade Payments |
| Atlas Welding Supply Co., Inc. | 3530 Greensboro Ave., Tuscaloosa, AL 35401 | 10/30/2018-01/27/2019 | $15,798.66 | Trade Payments |
| Christon Peaster | 2454 Sansershill Road, Brooksville, MS 39739 | 10/30/2018-01/27/2019 | $15,204.60 | Trade Payments |
| Gerard Giesbrecht | 11067 Lynn Creek Road, Brooksville, MS 39739 | 10/30/2018-01/27/2019 | $15,130.42 | Trade Payments |
| Ralph Walker, Inc. Transportation Brokerage | 625 Old Highway 49 South, Richland, MS 39218 | 10/30/2018-01/27/2019 | $14,943.00 | Trade Payments |
| Southern Label Co., Inc. | 5624 Clifford Cir., Birmingham, AL 35210 | 10/30/2018-01/27/2019 | $14,364.78 | Trade Payments |

| | | | | |
|---|---|---|---|---|
| Farm Credit Leasing | 6000 Hwy. 169 S., Ste. 300, Minneapolis, MN 55426 | 10/30/2018-01/27/2019 | $14,171.94 | Trade Payments |
| Union Leasing, Inc. | 425 N. Martingale Rd., Ste. 1250, Schaumberg, IL 60173 | 10/30/2018-01/27/2019 | $14,112.25 | Trade Payments |
| Marine Foods Express, Ltd. | 5757 S Loop E Fwy., Houston, TX 77033 | 10/30/2018-01/27/2019 | $14,100.00 | Trade Payments |
| Superior Catfish | 11751 US-45, Macon, MS 39341 | 10/30/2018-01/27/2019 | $13,207.93 | Trade Payments |
| Glass Enterprises, Inc. | 340 Moultrie Road, Camilla, GA 31730 | 10/30/2018-01/27/2019 | $13,125.00 | Trade Payments |
| Blue Bay Commodities, LLC | 8350 NW 52nd Terrace, Ste. 409, Doral, FL 33166 | 10/30/2018-01/27/2019 | $12,952.00 | Trade Payments |
| Agiloc International, Inc. | 100 N Hill Dr., Brisbane, CA 94005 | 10/30/2018-01/27/2019 | $12,868.54 | Trade Payments |
| Savannah Food Company, Inc. | 575 Industrial Road, Savannah, TN 38372 | 10/30/2018-01/27/2019 | $12,756.00 | Trade Payments |
| Newell Paper Company | PO Box 631, Meridian, MS 39302-0631 | 10/30/2018-01/27/2019 | $12,634.99 | Trade Payments |
| Robert P. Hall | 15480 Hwy. 69 South, Greensboro, AL 36744 | 10/30/2018-01/27/2019 | $12,466.86 | Trade Payments |
| A La Carte Specialty Foods, LLC | 501 Louisiana Street, Westwego, LA 70094 | 10/30/2018-01/27/2019 | $12,000.00 | Trade Payments |
| RAM, Inc. | Highway 52 N., Crossett, AR 71635 | 10/30/2018-01/27/2019 | $11,514.83 | Trade Payments |
| The Bait Shop | 106 First Ave., Eutaw, AL 35462 | 10/30/2018-01/27/2019 | $11,114.15 | Trade Payments |
| Automation Personnel Services, Inc. | PO Box 936648,  Atlanta, GA 31193- | 10/30/2018-01/27/2019 | $11,051.21 | Trade Payments |

| | 6648 | | | |
|---|---|---|---|---|
| Aflac, Inc. | 1932 Wynnton Road, Columbus, GA 31999-0797 | 10/30/2018-01/27/2019 | $10,272.18 | Insurance |
| Rocking R Farm | 4446 Co. Rd. 10, Greensboro, AL 36744 | 10/30/2018-01/27/2019 | $10,004.30 | Trade Payments |
| City of Eutaw Water Dept. | PO Box 431, Eutaw, AL 35462 | 10/30/2018-01/27/2019 | $9,300.00 | Utilities |
| D&F Equipment Sales, Inc. | PO Box 275, Crossville, AL 35962 | 10/30/2018-01/27/2019 | $9,136.14 | Trade Payments |
| BancorpSouth Equipment Finance | PO Box 3488, Tupelo, MS 38803 | 10/30/2018-01/27/2019 | $9,074.94 | Trade Payments |
| Marketing Support Services, Inc. | 145 Rainbow Dr., Madison, AL 35758 | 10/30/2018-01/27/2019 | $8,641.50 | Trade Payments |
| Global Aquaculture Alliance | 85 New Hampshire Ave., Ste. 200, Portsmouth, NH 03801 | 10/30/2018-01/27/2019 | $8,600.00 | Trade Payments |
| AT&T | PO Box 105262, Atlanta, GA 31193-6648 | 10/30/2018-01/27/2019 | $8,522.77 | Utilities |
| Gaddy Electric & Plumping Co. | PO Box 480066, Linden, AL 36748 | 10/30/2018-01/27/2019 | $8,233.91 | Repairs and Maintenance |
| Terry E. Blackaby | PO Box 2434, Hendersonville, TN 37077 | 10/30/2018-01/27/2019 | $7,887.88 | Trade Payments |
| Steven Crawford | 9602 Stonecross Bend Drive, Houston, TX 77070 | 10/30/2018-01/27/2019 | $7,510.87 | Trade Payments |
| Gulf Coast Marine Supply Co. | PO Box 2088, Mobile, AL 36652 | 10/30/2018-01/27/2019 | $7,275.32 | Trade Payments |
| SouthFresh Aquaculture, LLC | 121 Somerville Rd. NE, Decatur, AL 35601 | 10/30/2018-01/27/2019 | $7,139.72 | Trade Payments |

Case 19-70152-JHH11    Doc 332-4    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Schedule E/F (Part 3)    Page 19 of 26

| | | | | |
|---|---|---|---|---|
| Sysco Houston | 10710 Greens Crossing Blvd., Houston, TX 77038-2716 | 10/30/2018-01/27/2019 | $6,992.64 | Trade Payments |
| Ice Plant, Inc. | PO Box 4057, Meridian, MS 39304 | 10/30/2018-01/27/2019 | $6,740.00 | Trade Payments |
| Southeast Cold Storage | 405 Alpha Dr., Destrehan, LA 70047 | 10/30/2018-01/27/2019 | $6,715.50 | Trade Payments |
| Dutch Lubricants, LLC | 730 Alabama St., Columbus, MS 39702 | 10/30/2018-01/27/2019 | $6,689.68 | Trade Payments |
| | | | **TOTAL: $7,047,177.60** | |

<u>**Exhibit B**</u>

**Payments or Transfers to Insiders**

| Name | Address | Date | Total Amount/Value | Reason for Payment/Transfer |
|---|---|---|---|---|
| Alabama Farmers Cooperative | 121 Somerville Rd. NE, Decatur, AL 35601 | 01/28/2018-01/27/2019 | $2,063,788.66 | Loan Payments, Capital Expenditures, Insurance, Feed Purchases |
| Andrea Harrison | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 02/02/2018 – 01/25/2019 | $49,354.46 | Salary |
| Andrea Harrison | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 01/28/2018-01/27/2019 | $1,655.69 | Expense Reimbursements |
| Christine Costley | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 02/02/2018 – 01/25/2019 | $158,800.18 | Salary |
| Christine Costley | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 01/28/2018-01/27/2019 | $23,687.51 | Expense Reimbursements |
| Givhan Land and Cattle Co., Inc. | 6900 Alabama Hwy. 5, Safford, AL 36773 | 01/28/2018-01/27/2019 | $775,500.56 | Purchase of Live Catfish |
| Jimmy Hughes | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 02/02/2018 – 01/25/2019 | $122,111.21 | Salary |

04754447.1

| | | | | |
|---|---|---|---|---|
| Jimmy Hughes | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 01/28/2018-01/27/2019 | $10,722.40 | Expense Reimbursements |
| Justin Funk | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 02/02/2018 – 01/25/2019 | $89,399.97 | Salary |
| Justin Funk | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 01/28/2018-01/27/2019 | $12,302.63 | Expense Reimbursements |
| Mark Lamb | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 02/02/2018 - 01/25/2019 | $201,799.71 | Salary |
| Mark Lamb | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 01/28/2018-01/27/2019 | $25,511.90 | Expense Reimbursements |
| Mike Miller | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 02/02/2018 – 01/25/2019 | $141,448.65 | Salary |
| Mike Miller | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 01/28/2018-01/27/2019 | $4,629.53 | Expense Reimbursements |
| Steve Crawford | 505 Energy Center Blvd., Suite 605, Northport, AL | 02/02/2018 – 01/25/2019 | $130,799.76 | Salary |

04754447.1

2

| | 35473 | | | |
|---|---|---|---|---|
| Steve Crawford | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | 01/28/2018-01/27/2019 | $35,379.97 | Expense Reimbursements |
| | | **TOTAL:** **$3,846,892.79** | | |

**Exhibit C**

**Legal Actions or Assignments**

| Case Title | Case Number | Nature of Case | Court Name | Court Address | Status of Case |
|---|---|---|---|---|---|
| *Double Wheel Ranch, LLC, et al. v. SouthFresh Aquaculture, LLC, et al.* | 35-CV-2017-900047 | Civil | Circuit Court of Greene County, Alabama | 400 Morrow Avenue, Eutaw, AL 35462 | Pending |
| *Charles Brown v. SouthFresh Feeds* | 48-CV-2013-900089 | Civil | Circuit Court of Marengo County, AL | 101 E Coats Ave., Linden, AL 36748 | Settled |
| *Reginald George v. SouthFresh Farms Corporation* | 35-CV-2018-900055 | Civil | Circuit Court of Greene County, Alabama | 400 Morrow Avenue, Eutaw, AL 35462 | Settled |
| *Deepwater Horizon Multi-District Litigation* | MDL No. 21-79 | Civil | United States District Court for the Eastern District of Louisiana | 500 Poydras St., New Orleans, LA 70130 | Settled |
| *Kleen Products, LLC, et al. v. International Paper, et al.* | 1:10-cv-5711 | Civil | United States District Court for the Northern District of Illinois | 219 South Dearborn St., Chicago, IL 60604 | Settled |

# Exhibit D

## Debtor's Shareholder, Officers, and Directors

| Name | Address | Position | % interest held, if any |
|---|---|---|---|
| Alabama Farmers Cooperative | 121 Somerville Rd. NE, Decatur, AL 35601 | Managing Shareholder | 100% |
| Sam Givhan | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Chairman of the Board | N/A |
| Rivers Myres | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Vice Chairman | N/A |
| Mark Lamb | 505 Energy Center Blvd, Suite 605, Northport, AL 35473 | President | N/A |
| Thomas Hallin | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Treasurer | N/A |
| Justin Funk | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Chief Financial Officer/Secretary | N/A |
| Tina Johnson | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Vice President | N/A |
| Christine Costley | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Vice President | N/A |
| Steve Crawford | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Vice President | N/A |
| Jo Ann Fuller | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Assistant Secretary | N/A |
| Alfred Cheatham | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Assistant Treasurer | N/A |
| Andrea (Boles) Harrison | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Assistant Secretary/Treasurer | N/A |
| Tommy Paulk | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Board Member | N/A |
| Bill Sanders | 505 Energy Center | Board Member | N/A |

04756270.1

| | | | |
|---|---|---|---|
| | Blvd., Suite 605, Northport, AL 35473 | | |
| Dan Groscost | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Board Member | N/A |
| David Womack | 505 Energy Center Blvd., Suite 605, Northport, AL 35473 | Board Member | N/A |
| Tricia Arnold | | Treasurer (previous) | N/A |