| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SouthFresh Aquaculture, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | 19-70152 |

☑ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From 8/01/2018 to Filing Date | ■ Operating a business<br>☐ Other | $25,209,026.00 |
   | **For year before that:**<br>From 8/01/2017 to 7/31/2018 | ■ Operating a business<br>☐ Other | $55,012,766.00 |
   | **For the fiscal year:**<br>From 8/01/2016 to 7/31/2017 | ■ Operating a business<br>☐ Other | $58,206,540.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From 8/01/2018 to Filing Date | $10,500 - Subsidies;<br>$9,529.37 - Proceeds from lawsuit; $24,982.63 - Vending machine commissions, sales commissions, sale of scrap, finance charges, miscellaneous | $45,012.00 |

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 19-70152-JHH11    Doc 332-5    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Statement of Financial Affairs    Page 1 of 10

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **8/01/2017** to **7/31/2018** | $388,592.70 - Proceeds from lawsuits; $21,000 - Subsidies; $26,193.51 - Vending machine commissions, sales commissions, sale of scrap, finance charges, miscellaneous | $435,786.21 |
| **For the fiscal year:** From **8/01/2016** to **7/31/2017** | $21,000 - Subsidies; $9,303.27 - Patronage; $13,103.73 - Vending machine commissions, sales commissions, sale of scrap, finance charges, miscellaneous | $43,407.00 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1. See attached Exhibit A. | | $7,047,177.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. See attached Exhibit B. | | $3,846,892.79 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page **2**
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 19-70152-JHH11    Doc 332-5    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Statement of Financial Affairs    Page 2 of 10

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Meijer Stores Limited Partnership<br>2929 Walker NW<br>Grand Rapids, MI 49544 | Offset account due to unloading fees.<br>Last 4 digits of account number: _____ | 10/31/2018 -<br>1/16/2019 | $1,113.54 |
| Sysco<br>1390 Enclave Pkwy.<br>Houston, TX 77077-2099 | Offset for various commercial services provided.<br>Last 4 digits of account number: _____ | 10/31/2018 -<br>1/16/2019 | $89,325.30 |
| Associated Wholesale Grocers, Inc.<br>5000 Kansas Ave.<br>Kansas City, KS 66106 | Offset for various commercial services provided.<br>Last 4 digits of account number: _____ | 10/31/2018 -<br>1/16/2019 | $1,786.23 |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached Exhibit C. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Alabama 4-H Club Foundation, Inc.<br>244 Duncan Hall<br>Auburn, AL 36849 | Charity golf sponsorship | 04/26/2017,<br>06/28/2017,<br>04/11/2018,<br>08/29/2018 | $2,120.00 |
| | Recipients relationship to debtor<br>None | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page **3**
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 19-70152-JHH11    Doc 332-5    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Statement of Financial Affairs    Page 3 of 10

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Loss of live seafood inventory due to vehicle accident (proceeds not yet received).** | 19,206.79 | January 18, 2019 | $19,206.79 |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, AL 35203-4604 | | 10/26/2018,<br>12/3/2018,<br>12/21/2018,<br>1/25/2019 | $380,440.28 |
| | Email or website address<br>lmurphree@maynardcooper.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 4
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 19-70152-JHH11    Doc 332-5    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Statement of Financial Affairs    Page 4 of 10

|  | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1792 McFarland Blvd. N., Suite B<br>Tuscaloosa, AL 35406 | 07/2012 - 07/2018 |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Personally identifiable information of customers and employees.**
Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

|  | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | CoBank, ACB<br>5500 S. Quebec St.<br>Greenwood Village, CO 80111 | XXXX-0024 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Zero balance account** | 01/25/2018 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 5
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-70152-JHH11    Doc 332-5    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Statement of Financial Affairs    Page 5 of 10

| Debtor | SouthFresh Aquaculture, LLC | Case number (if known) | 19-70152 |

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| John Fayard Cold Storage<br>10323 Express Dr.<br>Gulfport, MS 39503 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ☐ No<br>■ Yes |
| Preferred Freezer Chicago<br>2357 S. Wood St.<br>Chicago, IL 60608-5305 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ☐ No<br>■ Yes |
| Preferred Freezers Raynham<br>571 Paramount Dr.<br>Raynham, MA 02767 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ☐ No<br>■ Yes |
| Southeast Cold Storage<br>405 Alpha Dr.<br>Destrehan, LA 70047-5217 | Authorized representatives of SouthFresh Aquaculture, LLC. | Fozen inventory. | ☐ No<br>■ Yes |
| Southeast Cold Storage<br>601 Neosho Ave.<br>Baton Rouge, LA 70802 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ☐ No<br>■ Yes |
| Delta Cold Storage<br>1456 Highway 1 N<br>Greenville, MS 38703 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ■ No<br>☐ Yes |
| Mid-Delta Cold Storage of Indianola<br>106 Hayden St.<br>Indianola, MS 38751 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ■ No<br>☐ Yes |
| Prefered Freezer Services<br>555 Aleen St.<br>Houston, TX 77029 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ☐ No<br>■ Yes |
| Houston Port, LLC<br>10060 Porter Rd.<br>La Porte, TX 77571 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ☐ No<br>■ Yes |

Official Form 207　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　page 6
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Case 19-70152-JHH11　　Doc 332-5　　Filed 06/12/19　　Entered 06/12/19 10:35:14　　Desc
Amended Statement of Financial Affairs　　Page 6 of 10

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Tuscaloosa Cold Storage & Warehouse, Inc<br>2773 39th Street<br>Tuscaloosa, AL 35401 | Authorized representatives of SouthFresh Aquaculture, LLC. | Frozen inventory. | ■ No<br>☐ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| In the Matter of SouthFresh Aquaculture, LLC<br>16-030-CAP | AL Dept. of Environmental Management<br>1400 Coliseum Blvd.<br>Montgomery, AL 36110-2400 | Alleged violations of the Alabama Environmental Management Act and the Alabama Air Pollution Act. | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page 7
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 19-70152-JHH11   Doc 332-5   Filed 06/12/19   Entered 06/12/19 10:35:14   Desc
Amended Statement of Financial Affairs    Page 7 of 10

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | Delta Electric Power Association<br>P.O. Box 9399<br>Greenwood, MS 38930-8999 | Utility company (Patronage) | EIN:<br>From-To |
| 25.2. | CoBank, ACB<br>5500 S. Quebec St.<br>Greenwood Village, CO 80111 | Bank (Patronage) | EIN:<br>From-To |
| 25.3. | SouthFresh Foods, Inc.<br>N/A | Gen commercial business | EIN:<br>From-To   2008 - 2016 |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | PricewaterhouseCoopers LLP<br>150 Third Avenue South, Ste. 1400<br>Nashville, TN 37201 | 01/28/2017 -<br>01/28/2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | RSM US, LLP<br>216 Summit Blvd., Suite 300<br>Birmingham, AL 35243 | 01/28/2017 -<br>01/28/2019 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Alabama Farmers Cooperative<br>c/o Lawrence C. Weaver, Wilmer & Lee<br>300 Market St, Suite 210 AB<br>Decatur, AL 35601 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 8
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-70152-JHH11    Doc 332-5    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Statement of Financial Affairs    Page 8 of 10

Debtor **SouthFresh Aquaculture, LLC**     Case number (if known) **19-70152**

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **RSM International** | 07/31/2017 | $5,051,369.17 - First in, first out method |

Name and address of the person who has possession of inventory records
**SouthFresh Aquaculture, LLC**

| | | | |
|---|---|---|---|
| 27.2 | **SouthFresh Aquaculture** | 07/31/2018 | $5,395,833.48 - First in, first out method |

Name and address of the person who has possession of inventory records
**SouthFresh Aquaculture**

### 28. 
List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See attached Exhibit D.** | | | |

### 29. 
Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Tricia Arnold** | | **Treasurer** | **2009 - 2018** |

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See Answer to Question 4.** | | | |

Relationship to debtor

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 9
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 19-70152-JHH11    Doc 332-5    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Statement of Financial Affairs     Page 9 of 10

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☐ No
    ■ Yes. Identify below.

    | Name of the parent corporation | Employer Identification number of the parent corporation |
    |---|---|
    | Alabama Farmers Cooperative | EIN: 63-0207695 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

    | Name of the pension fund | Employer Identification number of the parent corporation |
    |---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____

_____        **Justin Funk**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Secretary/Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 10
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-70152-JHH11    Doc 332-5    Filed 06/12/19    Entered 06/12/19 10:35:14    Desc
Amended Statement of Financial Affairs    Page 10 of 10