IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-70152-JHH |
| SOUTHFRESH AQUACULTURE, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**CONSENT ORDER EXTENDING DEADLINE TO FILE
THIRD INTERIM FEE APPLICATIONS OF
MAYNARD, COOPER & GALE, P.C. AND MAYO MALLETTE PLLC**

Upon consideration of the agreement between SouthFresh Aquaculture, LLC (the "Debtor"), the Bankruptcy Administrator for the United States Bankruptcy Court for the Northern District of Alabama (the "BA"), and Alabama Farmers Cooperative, Inc. ("AFC") concerning the deadline for filing third interim fee applications set forth in the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Fee Procedures Order") (Doc. 206), it is hereby ORDERED:

1. The deadline for Maynard, Cooper & Gale, P.C. ("Maynard Cooper") and Mayo Mallette PLLC ("Mayo Mallette") to file their respective third interim fee applications is extended from January 15, 2020,[1] to March 2, 2020[2] (the "Third Interim Fee Application Deadline").

2. No terms or provisions of this Order shall be construed to amend or modify the terms and provisions of the Court's *Order Confirming First Amended Plan of Reorganization of SouthFresh Aquaculture, LLC* (Doc. 669).

**DONE** this the 13th day of January, 2020.

/s/ JENNIFER H. HENDERSON
UNITED STATES BANKRUPTCY JUDGE

---

[1] The deadline for Maynard Cooper and Mayo Mallette to file their respective third interim fee applications was previously extended from December 15, 2019 to January 15, 2020 pursuant to the Court's *Consent Order Extending Deadline to File Third Interim Fee Applications of Maynard, Cooper & Gale, P.C. and Mayo Mallette PLLC* (Doc. 612).

[2] The Third Interim Fee Application Deadline precedes the deadline on which all Retained Professionals are required to file final fee applications pursuant to the Court's *Order Confirming First Amended Plan of Reorganization of SouthFresh Aquaculture, LLC* (Doc. 669).

05190730.1

| **Order Prepared By:** | **Consented To By**: |
|---|---|
| */s/ Ryan D. Thompson* | */s/ Rachel L. Webber* |
| Ryan D. Thompson | Rachel L. Webber |
| *Counsel to the Debtor* | *Assistant U.S. Bankruptcy Administrator* |

| **MAYNARD, COOPER & GALE, P.C.** | **UNITED STATES BANKRUPTCY ADMINISTRATOR** |
|---|---|
| J. Leland Murphree | 2005 University Blvd., Suite 1300 |
| Jayna P. Lamar | Tuscaloosa, AL 35401 |
| Ryan D. Thompson | (205) 561-1690 |
| Wes Bulgarella | rachel_webber@alnba.uscourts.gov |
| 1901 Sixth Avenue North, | |
| 2400 Regions/Harbert Plaza | |
| Birmingham, AL 35203 | |
| (205) 254-1000 | |
| lmurphree@maynardcooper.com | |
| jlamar@maynardcooper.com | |
| rthompson@maynardcooper.com | |
| wbulgarella@maynardcooper.com | |

*and*

**MAYNARD, COOPER & GALE, P.C.**
Evan N. Parrott
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
(251) 432-0001
eparrott@maynardcooper.com

**Consented To By:**

*/s/ Kevin Gray*
Kevin Gray

*Counsel to Alabama Farmers Cooperative, Inc.*

**BRADLEY ARANT BOULT CUMMINGS LLP**

Jay R. Bender
Kevin C. Gray
One Federal Place
1819 Fifth Ave. North
Birmingham, AL 35203-2105
(205) 521-8645
jbender@babc.com
kgray@bradley.com